IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WYCKOFF, | ) |
| | ) |
| Plaintiff, | ) |
| -vs- | ) |
| | ) Civil Action No. 00-2248 |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

AMBROSE, Chief District Judge.

### ORDER OF COURT

AND now this 16th day of May, 2006, it is Ordered that the pre-trial dates are changed as follows:

1. The case specific Exhibit List is due: September 27, 2006.

2. Motions *in Limine* are due: October 3, 2006.

3. Responses to the Motions *in Limine* are due: October 10, 2006.

4. Joint Proposed Jury Instructions and Joint Proposed Verdict Slip are due: October 17, 2006.

It is further Ordered that the trial date has been changed to November 6, 2006.

BY THE COURT:


/S/  Donetta W. Ambrose

Donetta W. Ambrose,
Chief U. S. District Judge