# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____, Plaintiff,  ) 01-262
) 01-663
) 00-2522
) No. 01-128
vs.                                    ) 00-2248
MetLife, et al.                        )
_____, Defendant.  )

**TYPE OF CONFERENCE:** Case Management / (Settlement Conference) / Pre-Trial

Before Judge Ambrose

__Ken Behrend__                    __John Pendleton__

Appear for Plaintiff              Appear for Defendant

Hearing begun: 10:03 a.m. 8/2/06      Hearing adjourned to: _____

Hearing concluded C.A.V.: 3:05 8/2/06  Clerk: (Sherry Halfhill) / Carolyn Allen / Jack Hamilton
                                              Anne Kurzweg / Susan Schupansky

Global settlement conference conducted. No settlement. Πs' counsel to call regarding offer in 01-262 before 8/8/06.