IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT WYKOFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) Civil Action No. 002248 |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

AMBROSE, Chief District Judge.

## ORDER OF COURT

AND now, this 13th day of September, 2006, it is ordered that the deposition designations by the parties in the above captioned matters are due on September 27, 2006, the Objections to the designations are due on October 3, 2006, and the Responses to the Objections are due on October 10, 2006.

BY THE COURT:

/S/   Donetta W. Ambrose

Donetta W. Ambrose,
Chief U. S. District Judge