UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT G. WYCKOFF | ) | CIVIL ACTION NO. 00-2248 |
| | ) | |
| Plaintiff, | ) | DONETTA W. AMBROSE |
| | ) | |
| v. | ) | CHIEF JUDGE |
| | ) | |
| METROPOLITAN LIFE | ) | |
| INSURANCE COMPANY | ) | |
| AND KENNETH F. KACZMAREK | ) | |
| | ) | |
| Defendants. | ) | |

___

**PLAINTIFF'S DESIGNATION OF DEPOSITION EXCERPTS OF DEPOSITION OF WILHELMENIA TAYLOR**
___

**AND NOW,** comes the Plaintiff, by and through his attorney, Kenneth R. Behrend and the law firm of Behrend and Ernsberger, P.C., and files the following Designation of Deposition Excerpts of Depositions of Wilhelmenia Taylor:

**SEPTEMBER 25, 2006 DEPOSITION**

Tr. p. 5:11-9:18**.**

**SEPTEMBER 26, 2002 DEPOSITION**

Tr. p. 4:8-5:11;
Tr. p. 8:2-5;
Tr. p. 9:7-10:24;
Tr. p. 15:3-21;
Tr. p. 16:11-22;
Tr. p. 19:3-12;
Tr. p. 20:4-20:24;
Tr. p. 20:25-22:24;
Tr. p. 23:4-22;
Tr. p. 26:16-27:4;

Tr. p. 29:2-32:2;
Tr. p. 32:13-33:21.

**OCTOBER 1, 2002, DEPOSITION**

Tr. p. 3:10-5:15;
Tr. p. 33:15-34:5;
Tr. p. 7:11-21;
Tr. p. 11:9-13:12;
Tr. p. 13:13-14:8;
Tr. p. 14:20-17:24;
Tr. p. 19:16-24:17;
Tr. p. 25:14-29:6;
Tr. p. 29:14-30:9;
Tr. p. 30:13-18
Tr. p. 31:4-33:8;
Tr. p. 35:13-41:25;
Tr. p. 42:2-44:19;
Tr. p. 45:24-50:4;
Tr. p. 50:24-51:3;
Tr. p. 54:3-55:7;
Tr. p. 55:20-56:2
Tr. p. 59:3-60:15;
Tr. p. 67:5-67:18;
Tr. p. 79:7-80:24;
Tr. p. 83:5-91:5;
Tr. p. 92:7-13;
Tr. p. 93:16-95:14;
Tr. p. 103:18-106:23;
Tr. p. 107:11-110:9;
Tr. p. 112:6-11;
Tr. p. 113:11-118:4;
Tr. p. 118:5-122:5;
Tr. p. 129:3-131:10;
Tr. p. 136:8-15
Tr. p. 138:4-139:6;
Tr. p. 139:9-10
Tr. p. 139:22-140:6;
Tr. p. 142:22-143:8;
Tr. p. 145:3-13.

        Respectfully submitted,

        /s/Kenneth R. Behrend
        Kenneth R. Behrend
        PA I.D. # 37961
        Behrend and Emsberger, P.C.
        306 Fourth Ave.  - Suite 300
        Pittsburgh, PA 15222
        (412) 391-2515   (phone)
        (412) 391-2762    (Fax)

## CERTIFICATE OF SERVICE

     I, Kenneth R. Behrend, hereby certify that a true and correct copy of the foregoing was served upon the all counsel of record on this 27th day of September 2006, as follows:

B. John Pendleton, Jr., Esquire
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652

                                              BEHREND AND ERNSBERGER, P.C.

                                              /s/Kenneth R. Behrend
                                              Kenneth R. Behrend
                                              PA I.D. # 37961
                                              Behrend and Emsberger, P.C.
                                              306 Fourth Ave. - Suite 300
                                              Pittsburgh, PA 15222
                                              (412) 391-2515  (Phone)
                                              (412) 391-2762  (Fax)