UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT G. WYCKOFF | ) | CIVIL ACTION NO. 00-2248 |
| | ) | |
| Plaintiff, | ) | DONETTA W. AMBROSE |
| | ) | |
| v. | ) | CHIEF JUDGE |
| | ) | |
| METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S DESIGNATION OF DEPOSITION EXCERPTS OF DEPOSITION OF JAMES RAYL**

AND NOW, comes the Plaintiff, by and through his attorney, Kenneth R. Behrend and the law firm of Behrend and Ernsberger, P.C., and files the following Designation of Deposition Excerpts of Depositions of James Rayl:

**JIM RAYL DEPOSITION TRANSCRIPT EXCERPTS FEBRUARY 25, 1998**

| | |
|---|---|
| | P. 1-2 |
| P. 6:8-10 | P. 3 |
| P. 9:24-10:3 | P. 4 |
| P. 13:6-8 | P. 6 |
| P. 13:17-16:24 | P. 7 |
| P. 17:15-18:15 | P. 8 |
| P. 49:6-11 | P. 20 |
| P. 52:9-23 | P. 21 |
| P. 59:25-60:8 | P. 24 |
| P. 77:18-79:18 | P. 31-32 |
| P. 105:5-106:2 | P. 42-43 |
| P. 107:13-108:24 | P. 44 |
| P. 169:9-22 | P. 68 |
| P. 173:25-174:3 | P. 70 |
| P. 253:24-255:20 | P. 102 |
| P. 257:17-25 | P. 103 |
| P. 258:7-13 | P. 104 |
| P. 259:2-16 | |
| P. 261:5-262:14 | P. 105 |
| P. 268:25-269:20 | |

Respectfully submitted,

/s/Kenneth R. Behrend
Kenneth R. Behrend
PA I.D. # 37961
Behrend and Ernsberger, P.C.
306 Fourth Ave. - Suite 300
Pittsburgh, PA 15222
(412) 391-2515   (phone)
(412) 391-2762   (Fax)

-2-

## CERTIFICATE OF SERVICE

I, Kenneth R. Behrend, hereby certify that a true and correct copy of the foregoing was served upon the all counsel of record on this 27th day of September 2006, as follows:

B. John Pendleton, Jr., Esquire
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652

BEHREND AND ERNSBERGER, P.C.

/s/Kenneth R. Behrend
Kenneth R. Behrend
PA I.D. # 37961
Behrend and Ernsberger, P.C.
306 Fourth Ave. - Suite 300
Pittsburgh, PA 15222
(412) 391-2515  (Phone)
(412) 391-2762  (Fax)