IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 00-2248<br><br><br><br>CHIEF JUDGE AMBROSE |

**DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY'S AND KENNTH KACZMAREK'S MOTION IN LIMINE TO EXCLUDE FROM EVIDENCE PLAINTIFF'S EXHIBIT NOS. 110 AND 111, BEVERLY LOY TAYLOR'S TESTIMONY AND RELATED EVIDENCE**

　　Defendants Metropolitan Life Insurance Company ("MetLife") and Kenneth Kaczmarek (collectively, "defendants") bring this Motion in Limine to Exclude From Evidence Plaintiff's Exhibit Nos. 110 and 111, Beverly Loy Taylor's Testimony and Related Evidence. Two reports authored by Ms. Taylor ("the Reports") are designated on Plaintiff's Exhibit List as exhibits 110 and 110.

　　1.　　In plaintiff's exhibit list dated September 27, 2006, plaintiff has identified documents authored by Ms. Taylor. A copy of proposed Exhibit Nos. 110 and 111 are attached as Exhibits A and B, respectively.

　　2.　　Plaintiff's Proposed Exhibit Nos. 110 and 111 should be excluded for the reasons set forth in detail in MetLife's Brief in Support of its Motion in Limine to Exclude Ms. Taylor's Testimony and Exhibit Nos. 110 and 111, documents authored by Ms. Taylor.

WHEREFORE, based on all of the foregoing reasons as well as those set forth in the accompanying brief, defendants respectfully request that this Court bar the introduction of Ms. Taylor's testimony and Exhibit Nos. 110 and 111, documents authored by Ms. Taylor.

Respectfully Submitted,

s/ B. John Pendleton, Jr.
B. John Pendleton, Jr.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Attorneys for Defendants
Metropolitan Life Insurance Company
and Kenneth Kaczmarek

Dated:  October 3, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of October, 2006, a true and correct copy of the foregoing document was served upon the following via the electronic filing system:

Kenneth R. Behrend, Esquire
BEHREND & ERNSBERGER, P.C.
Union National Bank Building, 3rd Floor
306 Fourth Avenue
Pittsburgh, Pennsylvania 15222


s/ B. John Pendleton, Jr.