# EXHIBIT A

CONFIDENTIAL

MP4011145057

# B U S I N E S S   E T H I C S   P R O J E C T

## PRELIMINARY REPORT

### for the

### METROPOLITAN LIFE INSURANCE COMPANY

Personal Insurance

October 3, 1990
Revised October 9, 1990

by

BEVERLY LOY TAYLOR, Ph.D.
Training Design/Development
135 Christopher Street
New York, NY 10014

151

CONFIDENTIAL

## CONTENTS

The Study . . . . . . . . . . . . . . . . . . . . . . . . . . .    1

Key Findings . . . . . . . . . . . . . . . . . . . . . . . .    3

Conclusions . . . . . . . . . . . . . . . . . . . . . .    7

Next Steps . . . . . . . . . . . . . . . . . . . . . . . . .    8

Addendum . . . . . . . . . . . . . . . . . . . . . . . . .    9

011145058

CONFIDENTIAL

MP01114505059

THE STUDY

Introduction

Business ethics is a key issue in the financial services industry as a
major fallout from the junk bond problems and the S&L bailout.  Ethics has
been highlighted recently by GAMC and LIMRA, and Harry Kamen has informed
MetLife audiences at last year's Regional Executive Conference and on this
year's CHO tour of senior management's conviction that "integrity and fair
dealing must be at the heart of every business decision we make at every
level of the organization."

As we build our values for people management and apply those values to
financial management, business ethics emerges as a major PI concern.
Management & Organization Development, therefore, initiated research to
identify ethical issues and managers' responsibilities in dealing with
them, and offers this preliminary report on its findings.

Interviews

Separate interviews were conducted among a cross-section of people in
Personal Insurance to gather initial information about ethical issues and
vulnerabilities in the business from their individual perspectives.

In August and September 1990, 40 people were interviewed, representing all
five territories and the home office, in New York, San Ramon, Tampa, Tulsa
and Warwick.

Selection criteria

With the aim of hearing from as many parts of Personal Insurance as
possible in this initial research, the following types of people were
chosen:

- Territories were represented by Officers-in-Charge, as well as
  those heading marketing, operations, human resources, marketing
  services, auditing and telemarketing services

- Regional executives and branch managers were selected on the basis
  of length of service (three years plus), successful track records
  and proximity to the head office

- Home office managers represented an array of departments:  Advanced
  markets, financial management, human resources planning and
  development, marketing, quality and planning, and small businesses

-1-

CONFIDENTIAL

## Participants

- Five OICs, one marketing vice president, four heads of operations, two human resources heads, two marketing services heads, two auditing heads and one telemarketing services head represented the territories

- Four regional executives and three branch managers represented the field operations

- Sixteen managers represented various PI departments in the New York home office

- Of 40 interviewed, there were:

  36 male, 4 female
  37 white, 2 black, 1 Asian

## Questions

Interviews with the 40 respondents generated 166 handwritten pages of information on the following open-ended questions. No prompting of issues was done to elicit any responses.

1. Within the context of PI, what does business ethics mean to you?

2. To your knowledge, is there a company code of ethics? How is it communicated to managers and employees?

3. Where do you think PI is ethically vulnerable?

4. What "rules" govern the way business is done in PI?

5. What are the ethical issues faced by: Reps? Branch managers? Regional executives? Head office people? OICs? Home office people?

6. What are some examples of: Clearly unethical practices? "Gray area" ethical dilemmas?

7. What is the manager's role vis-a-vis ethical practices?

8. In your opinion, does PI have an ethics problem?

9. Does PI need to address ethics in some kind of programmatic way? At what level(s)?

10. What are the obstacles to ethical practices in PI?

–2–

154

CONFIDENTIAL

MP001145061

KEY FINDINGS

This preliminary report will focus only on the responses offered to questions 2, 3, 8, 9 and 10.

Question 2:  To your knowledge, is there a company code of ethics?  How is it communicated to managers and employees?

- YES – 15  (38%)

    9 named the Policy Guide
    4 named the "conflict of interest" booklet signed yearly
    2 named the Employee Handbook

- DON'T KNOW – 19  (48%)

- NO – 6  (15%)

- Most respondents said that no one really read these booklets, and that ethics were learned by being around managers and others in the work area

- 63% of the respondents are unaware of any code of ethics for PI

Question 3:  Where do you think PI is ethically vulnerable?

- REPS' ACTIVITIES DONE FOR PROFIT – 31  (78%)

    Misusing 10-day free-look provision
    Concealing replacement business
    Splitting commissions – buying apps to make conference
    Withholding medical information on apps
    Misrepresenting products to consumers
    Selling product with highest commission, not what's needed
    Paying premiums to prevent lapse
    Brokering for other companies
    Writing "gravestone" cases to enhance sales
    Forging policyholders' signatures
    Stealing sales from other reps

- MANAGERS COLLUDING WITH REPS FOR PERSONAL PROFIT – 24  (60%)

    Focusing on AIC and overrides, no matter what breach of ethics
    Coaching on/completing LIMRA and Seligman tests for applicants
    Keeping marginal reps through end of year to meet numbers
    Recruiting marginal applicants simply to meet numbers
    Providing development to reps on basis of override potential
    Encouraging reps to write bad apps (expected to lapse) at end of year to make conference
    Approving questionable placings at end of year, end of quarter
    Paying reps to give apps to other reps to make conference
    Brokering for other companies

-3-

155

CONFIDENTIAL

<u>Question 3 continued</u>:  Where do you think PI is ethically vulnerable?

- SEXUAL HARASSMENT – 12  (30%)

  Among branch managers
  Among regional executives
  Among officers-in-charge

- FAVORITISM/DISCRIMINATION IN PI EMPLOYMENT PRACTICES – 11  (28%)

  Hiring in own image – white, married males
  Favoring people from particular ethnic groups
  Discriminating against people from minority groups
  Promoting very few women and minorities into management
  Paying women less for doing the same job as men
  Posting jobs when a favorite employee has already been chosen
  Creating environment that promotes gender/racial/ethnic "jokes"

- WRONGFUL EXPENSES TO COMPANY – 11  (28%)

  AIC payments to branch managers for fraudulent qualifiers
  Other payments to branch managers for fraudulent business and
  paperwork practices
  Commissions to reps for fraudulent placings on family/friends
  Free trips to reps fraudulently qualifying for conference
  Bonuses to regional executives and OICs for fraudulent business
  written and intentionally delayed "bad news" paperwork
  Issuing costs on apps "sold" on 10-day free look sales strategy

- FALSIFYING 228 EXPENSES – 9  (23%)

  Inflating expenses for personal profit
  Extending business trip expenses to personal vacations
  Taking unnecessary trips to favorable climates
  Spending more than usual because the company is paying
  Flying more expensive routes to enhance frequent flyer mileage

- HEAD OFFICE COLLUDING WITH MANAGERS OR REPS – 6  (15%)

  Pressuring clerks to admit end-of-year "errors"
  Overlooking lapses of business written on family/friends
  Slapping wrists of reps and managers for fraudulent qualifying
  Authorizing questionable setbacks to enhance numbers
  Looking the other way when reps and managers broker for others

- OVERLOOKING SUBSTANCE ABUSE – 5  (13%)

  High producers
  Branch managers
  Regional executives
  Officers in charge
  Other managers in head offices and home offices

-4-

156

CONFIDENTIAL

MP4011145063

Question 3 continued:  Where do you think PI is ethically vulnerable?

- VENDOR INFLUENCE - 4  (10%)

    Accepting gifts, trips, cash, etc. for favorable decisions
    Directing company business to friends and family

- INTERNAL COMPETITION - 2  (5%)

    Stealing sales from previously established reps
    Negotiating with reps wishing to relocate without managers' or regional executives' knowledge
    Negotiating with managers wishing to relocate without other regional executives' knowledge
    Refusing to transfer cases out of region at customer request

- COPYING SOFTWARE - 1  (3%)

    Making pirate copies of software packages to avoid per-user fee

Question 8:  In your opinion, does PI have an ethics problem?

- YES - 28  (70%)

- MAYBE - 8  (20%)

- NO - 4  (10%)

- 90% of the respondents believe that PI has or may have a problem with ethics

Question 9:  Does PI need to address ethics in some kind of programmatic way?  At what level(s)?

- YES - 32  (80%)

- MAYBE - 5  (13%)

- NO - 3  (8%)

- Levels suggested by the 32 respondents answering YES to the question:

    Branch managers - 10  (31%)

    Regional executives - 9  (28%)

    ALL managers, including highest levels - 8  (25%)

    Everybody in PI, including employees and managers - 5  (16%)

-5-

157

CONFIDENTIAL

Question 10:  What are the obstacles to ethical practices in PI?

- CONFLICT OF INTERESTS (ETHICS VS. INCOME) - 17  (43%)

  Reps - commissions
  Branch managers - overrides, payments
  Regional executives - bonuses
  Officers in charge - bonuses
  Senior officers - bonuses

- COMPENSATION PLANS AND THEIR ACHIEVEMENT "CLIFFS" - 15  (38%)

  Cliffs encourage cheating to make the numbers

- COMPANY CONDONES UNETHICAL BEHAVIOR BY NOT ENFORCING RULES AND PUNISHING OFFENDERS - 14  (35%)

  Replacement business to enhance commissions
  Misuse of 10-day free look to protect lapse rate
  Commission splits to qualify unqualified reps
  Brokering for other companies at higher commissions
  "Special considerations" for top producers
  Transfers (not terminations) of sexual harassers
  Extremely low representation of women and minorities

- INCONSISTENCIES IN COMPANY RULES AND REWARDS - 9  (23%)

  Inconsistencies in the way the company says it wants to do business and what it actually rewards its people for doing

- NO CLEAR STANDARDS ACROSS COMPANY - 9  (23%)

  What's wrong in one territory is "business as usual" in another

- COMPANY SETS UNENFORCEABLE RULES WHICH UNDERCUT ETHICS - 5  (13%)

  Unenforced rules create an environment in which top management appears to "wink" when uttering them -- this breeds contempt for other rules or ethical practices and leads to a "whatever it takes to make a buck" mentality
  Enforce a rule or get rid of it!

- LOOPHOLES IN THE SYSTEM - 4  (10%)

  In a rule-bound industry like insurance, there are bound to be some loopholes -- the problem is that when people are trained principally in how to maximize their income (rather than in satisfying the needs of their customers), they seek ways to get around the rules, as part of their gamesmanship

- MANAGERS DON'T SET TONE OF ETHICAL RESPONSIBILITY - 2  (5%)

  Managers are just as busy as reps in maximizing their income
  Ethics are taken for granted or simply ignored until a problem emerges, and then it's treated on a case-by-case basis

-6-

158

CONFIDENTIAL

## CONCLUSIONS

MP4011145065

__ABLE TO factors__

- In general, managers at all levels are not effectively selected for or sufficiently prepared and supported in ethical practices:

    No criterion of high ethics when assessing manager potential
    No training in manager's ethical responsibilities
    No support in building an ethical operation

__WANT TO factors__

- The impact of managers at all levels on organizational ethics is underrated and undervalued:

    No rewards or recognition for promoting high ethical standards
    No real disincentives for operating in the ethical "gray areas"
    Others are seen as rewarded for unethical behaviors

__ALLOWED TO factors__

- Certain environmental and structural factors constrain ethical management behaviors:

    Upper management often seen as tolerating or even condoning ethically questionable practices
    High producers "run their own shows" with the company blessing
    Mixed messages about meeting numbers AND following rules
    Changing culture that now focuses more on the bottom line than on the ethics of getting there

-7-

159

CONFIDENTIAL

NEXT STEPS

Further study of data

Additional information gathered in the interviews has not been included in this preliminary report. Of those items selected for presentation here, data from the various interviews were merged, collapsed, and categorized, with only the most frequent or cogent responses reported. Reviewing the less common responses will provide a fuller picture of respondents' views on PI ethics.

Some issues were not selected for presentation, and they remain available for further study. They include:

-Definitions of ethics at MetLife
-The "rules" governing the way business is done in PI
-Examples of ethical issues faced by various levels of personnel
-The manager's role vis-a-vis ethical practices

Additional research

Two additional areas to be investigated are:

• In-depth situational needs analysis with a cross-section of managers focusing on management values and key management concerns and opportunities

• Management in a cross-section of other companies in both the financial and non-financial industries

Development

Based on the initial research already completed and the additional research to be undertaken, development of a proposal will begin on a programmatic way to build a strong managerial value for ethics in the appropriate conduct of quality business.

The general feeling among respondents was that business ethics should be incorporated into PI's current and future training and development offerings as an integral part of the way we do business, rather than isolating ethics as something separate and special.

-8-

CONFIDENTIAL

ADDENDUM

<u>Manager's role vis-a-vis ethical practices</u>

Most respondents (95%) identified the following aspects of what the manager's role should be in terms of ethical practices:

- SERVE AS A ROLE MODEL

  Set an example of ethical behavior by "doing the right thing" -- not cheating, cutting corners or tolerating abuses

- PROVIDE TRAINING IN ETHICS

  Teach ethical practices as part of skills and product knowledge training -- to eliminate any confusion about what's right and what's wrong or what the manager will tolerate

- COACH EMPLOYEES IN ETHICS

  Offer guidance in ethical "gray areas" -- and pointing out when behavior strays toward the unethical

- TAKE ACTION IN CASES OF ETHICAL ABUSE

  Modify unethical behavior
  Warn the employee/put on notice/initiate termination

Also, several respondents suggested that managers should:

- Set standards for the branch or unit

- Focus on building a long-term, quality business, not on achieving short-term, "ill-gotten" gains

- Discuss cases illustrating ethics and values at regular meetings

- "Do what Grandma would do"

-9-

# EXHIBIT B

CONFIDENTIAL

MP4011145015

# B U S I N E S S   E T H I C S   P R O J E C T

for the

## METROPOLITAN LIFE INSURANCE COMPANY

Personal Insurance

Beverly Loy Taylor, Ph.D.
Training Design/Development
135 Christopher Street
New York, NY 10014

November 7, 1990

CONFIDENTIAL

## CONTENTS

Introduction                      Page  1

Objectives                              2

Design Components                       3

Activities                              8

Estimated Time and Budget               9

Attachments                            10

011145016

CONFIDENTIAL

MP401114501?

## INTRODUCTION

There is much in the literature and the media today about companies running afoul of ethical standards. We can point to such firms as E.F. Hutton (check kiting), Drexel Burnham Lambert (insider trading) and the Bank of Boston (drug money laundering) and ask, What has happened to the traditional value of "making an honest buck"?

We might also ask if it is possible to separate the companies from the individuals committing unethical acts. Except for a few high-profile individuals such as Ivan Boesky and Dennis Levine, the public will mostly remember the names of the companies involved in these schemes. Thus, from the acts of a few individuals, companies run the risk of losing customers and their good reputations. Is that fair? What connection is there between individual behavior and the company culture in which it takes place? W. Michael Hoffman wrote in Business Insights (1986, page 10):

> Individuals gain meaning, direction and purpose by belonging
> to and acting out of organizations, out of social cultures
> that are formed around common goals, shared beliefs and
> collective duties....Corporations, like other social
> organizations, can and do influence individual decisions
> and actions.

With such mingling of individual behaviors and company culture (in its goals and guidelines), any departure from the highest ethical standards becomes a management problem.

Based on initial research conducted in August and September and the results described in the Preliminary Report of October 9, 1990, the vast majority of respondents (90 percent) believe that PI has or may have a problem in ethics. No one felt that MetLife as a company has an ethics problem with its public image, treatment of policyholders or relationships with suppliers. Rather, it is the actions of many individual employees -- particularly in the field -- with which respondents were concerned. The two major issues emerging from that research can be categorized as:

- ORGANIZATIONAL

- EDUCATIONAL

This proposal suggests an overall plan to address these issues over the next eleven months.

-1-

CONFIDENTIAL

## OBJECTIVES

The overall goal of the BUSINESS ETHICS PROJECT is to build a genuine managerial value for understanding and modeling strong, ethical business behaviors.

To achieve this goal it will be necessary to meet the following objectives:

- Gain the understanding, support and involvement of top management

- Create a "MetLife Credo" for all managers and employees

- Address the "Able To/Want To/Allowed To" factors

- Develop business ethics awareness among managers

- Link the ethics and quality initiatives

-2-

CONFIDENTIAL

DESIGN COMPONENTS _____

The Business Ethics Project should consist of these components:

ORGANIZATIONAL COMPONENTS

## Top Management Involvement

1. A streamlined executive report distributed to top management
   (the Chairman, CMO members, OICs) containing: *~int w/ ? I.*

   • Results of PI ethics research
   • Results of external ethics research
   • Recommendations and call for action — *P.I. Statement*

2. A MetLife Credo created and established by a top-level committee
   involving:

   • Participation by executives and managers from finance,
     marketing, planning and operations

   • Facilitation by Howard Mase or Ed McDonnell  *— ?*

3. The same top-level committee to serve as an Ethics Review Board,
   which will solicit and act on recommendations to:

   • Establish ethical responsibilities for managers
   • Eliminate rewards for activities in ethical "gray areas"
   • Establish rewards/recognition for ethical behaviors
   • Eliminate tolerance for ethically questionable practices
   • Establish consistency:  "We care about how we get results"

4. A "white paper" prepared by a top-level group and disseminated
   to all managers that details the costs of unethical behaviors to
   the company, the employees and the policyholders.
   *— unless as part of #1*

## MetLife Credo

5. The MetLife Credo, as developed by a top-level group of
   executives and managers, should:

   • Build on item 6 in MetLife's Mission:  "We believe that
     integrity and fair dealing must be at the heart of every
     business decision we make...."

   • Consist of a set of specific core values reflecting the
     kind of desirable ethical business environment that best
     represents MetLife's history and future   *> etc!*

   • Include decision rules for solving ethical problems   *> tactical*

-3-

CONFIDENTIAL

DESIGN COMPONENTS continued_____

The MetLife Credo should be:

- Printed as a small, easy-to-read pamphlet

- Distributed to/discussed with all current employees

- Distributed to/discussed with all new employees when they join the company

- Fully integrated into the MetLife culture -- through discussion at meetings where the MetLife Credo is made a "living, breathing part of the MetLife culture"

Top management should highlight positive examples of its use by employees, as well as publicize within the company examples of what happens to employees NOT living by the MetLife Credo.

ABLE TO Factors

6. The Management & Organization Development Unit, along with Human Resources, should be instrumental in establishing the criterion of high ethics by defining and adding it to the job description of every management position in the company.  This high ethics criterion should be applied, in the same way that other job criteria are applied, when:

- Assessing candidates for management positions
- Reviewing incumbent managers' performance
- Determining potential for promotion

7. Upper management MBOs should require time and effort committed to building an ethical operation through:

- Developing ethical guidelines
- Coaching in how to run an ethical AND profitable business
- Troubleshooting in businesses that run ethically astray
- Aiming for "zero-defect" ethical behavior

WANT TO Factors

8. Top management should initiate an attractive reward/recognition program for managers and employees who promote high ethical standards.

9. Top management must clarify which practices are acceptable and which are unacceptable, and then give meaning to the words by:

- Communicating the spirit of what is unacceptable
- Enforcing strong disincentives for unacceptable practices

-4-

011145020

CONFIDENTIAL

MP401145021

DESIGN COMPONENTS continued_____

ALLOWED TO Factors

10. Top management must set the rules and require their enforcement from the top down by:

- Not tolerating or condoning unacceptable practices in the name of sales

- Applying the same rules to everybody, including the high producers

- Finding and communicating the proper balance between meeting the numbers and following the rules

- Anchoring the culture in profitability and quality service through ethical means

Link Ethics and Quality

11. Establish an annual prestigious award to honor the Regional Executive most exemplifying high ethics and quality:

- The "MetLife Ethics and Quality Award
- Present at the Regional Executives Conference

12. Create a short video narrated by Bob Crimmins describing two initiatives for 1991 -- quality and ethics:

- Criteria for the Malcolm Baldrige National Quality Award
- Criteria for the MetLife Ethics and Quality Award
- How ethics and quality are linked

-5-

CONFIDENTIAL

DESIGN COMPONENTS continued_____

## EDUCATIONAL COMPONENTS

### Managers' Business Ethics Awareness

13. Once created by the top-level committee (see above), the MetLife
Credo should be the start point and the touchstone of all
employee and prospective employee education, including:

- Selection interviews and tests
- Pre-Appointment Training (PAT)
- Orientation of new employees
- Training programs in skills and knowledge
- Coaching sessions between managers and employees
- Development reviews and salary reviews of employees
- Promotion criteria

14. The Management & Organization Development Unit should scan the
press and send selected business ethics articles and excerpts to
managers on a frequent and regular basis, e.g.:

- Journal of Business Ethics
- Harvard Business Review
- Business Ethics
- National Underwriter series
- Wall Street Journal
- Business Week

### Managers' Business Ethics Module

15. An interactive, hands-on module should be developed to provide
managers with:

- Understanding of the value of business ethics
- Awareness of managerial accountability and responsibility
- Practice in determining acceptable and unacceptable actions
- Immediate feedback on ethical choices from senior managers

The format for this module should be a game, to be played in
approximately one and a half to two hours. This game could be
used in many different settings, such as:

- Orientations of new employees
- Management development programs
- Skills training workshops
- Regional meetings
- Branch meetings
- Staff meetings
- Off-site sessions

-6-

011145022

CONFIDENTIAL

MP4011145023

DESIGN COMPONENTS continued

The game should present situations drawn from such categories as employment practices, conflicts of interest, personal profit, handling money, and confidentiality/trust. It could be played from various perspectives, including account rep, manager, unit head, clerk, senior manager, and so on.

## Managers' Business Ethics Caselets

15. A series of short caselets should be developed by the Management & Organization Development Unit to be used as a follow-up vehicle for keeping ethical practices top-of-mind and up to date. Facilitators could select one or more relevant caselets to kick off a structured discussion of 45-60 minutes, and they could be used in many of the settings listed above for the game module.

17. A variation on the follow-up caselets should be structured to allow "write-your-own" caselets to be created by managers to fit their particular situations most closely. Once written, these caselets also would serve to kick off discussion.

## Key Components

The absolutely critical organizational components of the Business Ethics Project are:

    3. Establish the Ethics Review Board
    4. Distribute a "white paper" on costs of unethical practices
    5. Create the MetLife Credo
    8. Initiate reward/recognition program for ethical managers
    9. Clarify/communicate acceptable and unacceptable practices
    10. Set the rules and require their enforcement

The most essential educational components are:

    15. Develop the interactive ethics module
    16. Create the follow-up ethics caselets

CONFIDENTIAL

ACTIVITIES

### Part 1 -- Research

a. Internal research -- among cross-section of managers and contacts recommended during initial research:

- Gather data for module questions
- Gather data for caselet situations

b. External research -- among cross-section of other companies in financial and non-financial industries (see attached list of possibilities):

- Gather data on what approaches they use
- Gather data on how they get management support

c. External research -- among resources on ethics (see attached list of possibilities):

- Gather data on results of approaches used recently
- Gather data on new thinking and concepts

### Part 2 -- Organizational Component Development

a. Write executive report, including research results
b. Develop working guidelines for the MetLife Credo committee
c. Develop working guidelines for the Ethical Review Board
d. Offer working outline for the "white paper" on costs
e. Define high ethics and add to management job descriptions
f. Create reward/recognition program for ethical managers
g. Develop the MetLife Ethics and Quality Award for REs
h. Develop the ethics and quality videotape
i. Design ways to integrate MetLife Credo into the organization

### Part 3 -- Educational Component Development

a. Create system for locating/distributing articles to managers
b. Outline interactive module objectives and components
c. Develop interactive module and materials
d. Design ways to integrate module into variety of settings
e. Develop follow-up caselets and discussion structure
f. Design structure for write-your-own caselets and discussion

### Part 4 -- Testing/Revision/Rollout

a. Set up and run at least one pilot test
b. Revise materials accordingly
c. Produce final materials (print, packaging)
d. Launch project with appropriate fanfare

-8-

CONFIDENTIAL

ESTIMATED TIME AND BUDGET

## Time

The amount of time required for this project spans the next eleven months and is estimated as follows:

| | |
|---|---|
| PART 1 -- Research | 6 weeks |
| PART 2 -- Organizational Component Development | 4 months |
| PART 3 -- Educational Component Development | 3 months |
| PART 4 -- Testing/Revision/Rollout | 10 weeks |

Note that:

- A number of people throughout the organization will be involved in these activities

- There may be some time overlap between Parts 2 and 3

- Assuming a project start by December, we can begin rolling out various "products" (reports, papers, research) within a month

## Budget

Since several internal people will be involved in these activities, and since the ultimate workscope has not yet been determined, it is not possible at this time to provide an estimated budget breakdown. For now, it is best to say that my work will be billed on a per diem basis plus expenses (travel, photocopying, messenger service, etc.).

Any subcontracted work such as graphics art, printing, etc. will be billed on a cost basis.

A revised budget estimate will be provided to MetLife when the workscope is finalized.

MP401114025

CONFIDENTIAL

*give Terry - optional scan*

EXTERNAL COMPANIES

Attachment

## Financial

### Code

- American Express -- weaves ethics into all communications
- Bank of Boston -- laundering drug money in 80s
- Chemical Bank -- ✓ multi-faceted ethics program in place
- Citibank -- ✓ board game on ethics
- Goldman Sachs -- insider trading in 80s
- E.F. Hutton -- check kiting in 80s
- Kidder Peabody -- insider trading in 80s
- Pacific Mutual Life Insurance Co. -- pending fraud and damages case ($1 million) re health insurance premiums diverted by rep and his manager
- +/- Primerica Corp. -- multi-faceted ethics program/owns AL Williams
- Royal Bank of Canada -- ✓ multi-faceted ethics program in place; "Code of Conduct: Principles of Ethical Behavior" discussed at performance appraisals by 38,200 employees
- USAA -- ✓ cited by Rudy Michaud as a highly ethical insurance company

*Prin?*

---

+ = Positive image
- = Negative image
-/- = Mixed

✓ Multi-faceted ethics program = codes of conduct, training workshops, ombudsman, ethics director, committees to deal with moral issues, etc.

-10-

CONFIDENTIAL

Attachment

### EXTERNAL COMPANIES

#### Non-Financial

Code

+    Allied Corporation -- ethics program for managers

-    Chrysler -- disconnecting odometers in 80s

+    Digital (DEC) -- asks clients to appraise sales force ethics

-    Exxon -- overcharging oil customers 1975-1980

-    Ford Motor Co. -- Pinto tear gas tank fires in 70s

+/-  General Dynamics Corp. -- ethics program/after Navy expense
     fraud uncovered

+    Imperial Oil Ltd. -- multi-faceted ethics program in place;
     "Our Corporate Ethics" handbook distributed to all 12,500
     employees (20 pages) and employees sign for understanding and
     compliance

+    Johnson & Johnson -- Tylenol recall in 1982

+    Leaseway -- informs customers/suppliers of its ethical
     standards

+    McDonnell Douglas Corp. -- multi-faceted ethics program in
     place

+    J.C. Penney Co. -- radios and home fires in 60s

+    Motorola -- living code of ethics

+    Norton Co. -- living code of ethics

-    A.H. Robins Co. -- Dalkon shield in 70s

---

+ = Positive image
- = Negative image
+/- = Mixed

Multi-faceted ethics program = codes of conduct, training workshops,
ombudsman, ethics director, committees to deal with moral issues,
etc.

-11-

MP4011145027

CONFIDENTIAL

RESOURCES ON ETHICS                    Attachment

## Centers

Business Ethics Study Team (BEST) at New York University --
Director: Jonathan Mann (591-1224)

Center for Business Ethics at Bentley College, Waltham, MA --
Director: W. Michael Hoffman

Center for the Study of Ethics in the Professions (CSEP) at Illinois
Institute of Technology, Chicago (312/567-6913)

Council on Economic Priorities (CEP) in New York (420-1133)

Ethics Resource Center (ERC) in Washington, D.C. (202/223-3411)

## People

J. Richard Finlay -- corporate ethics consultant, Toronto

William Gaylin, M.D. -- President of Hastings Center

H.T. (Tom) Wilson -- ethics professor at York University, Canada

## Publications

Business Ethics

Journal of Business Ethics

Research Report from the Conference Board

-12-