# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>            Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>            Defendants. | : CIVIL ACTION NO. 00-2248<br>:<br>:<br>:<br>:<br>: CHIEF JUDGE AMBROSE<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER OF COURT

On this _____ day of _____ 2006, this matter having come before the Court upon Defendants Metropolitan Life Insurance Company's and Kenneth Kaczmarek's Motion in Limine to Exclude From Evidence Plaintif's Exhibit Nos. 110 and 111, Beverly Loy Taylor's Testimony and Related Evidence, it is hereby ordered that the motion is GRANTED. Plaintiff is barred from introducing as evidence the testimony and documents of Beverly Loy Taylor at trial, listed on Plaintiff's proposed trial exhibit list as Exhibit Nos. 110 and 111.

                                                                               BY THE COURT:

                                                                               _____