UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>Defendants | CIVIL ACTION NO. 00-2248<br><br>CHIEF JUDGE AMBROSE |

**METROPOLITAN LIFE INSURANCE COMPANY'S AND KENNETH F. KACZMAREK'S MOTION IN LIMINE TO EXCLUDE FROM EVIDENCE OF THE APPROVAL PROCESS OF ACCELERATED PREMIUM PLAN-RELATED DOCUMENTS**

**PRELIMINARY STATEMENT**

Defendant Metropolitan Life Insurance Company ("MetLife"), by and through its attorneys, McCarter & English, LLP, hereby submit the following Motion in Limine to Exclude from Evidence Plaintiff's Exhibit Nos. 23, 24 and 25, Approval Process of Accelerated Premium Plan-Related Documents:

1. Plaintiff has identified Plaintiff's Exhibits 23, 24 and 25 as Approval Process of Accelerated Premium Plan-Related Documents, copies of which are attached to the Motion as Exhibits.  Plaintiff's Exhibit 23 is attached as Ex. A.  Plaintiff's Exhibit 24 is attached as Ex. B.  Plaintiff's Exhibit 25 is attached as Ex. C.

2. The transactions at issue occurred in 1991 and 1994.  Any documents drafted in connection with the sales material approval process of the 1980 AP-related documents are irrelevant to events occurring in 1991 and 1994.

-2-

    3. Plaintiff's exhibit nos. 23, 24 and 25 should be excluded for the reasons set forth more fully in defendants' Brief in Support of Motion in Limine to Exclude from Evidence Plaintiff's Exhibit Nos. 23, 24 and 25, Approval Process of Accelerated Premium Plan-Related Documents.

For the foregoing reasons, and those set forth in defendants' Brief in Support of Motion in Limine to Exclude from Evidence Plaintiff's Exhibit Nos. 23, 24 and 25, Approval Process of Accelerated Premium Plan-Related Documents, defendants respectfully request that this Honorable Court enter an Order barring the introduction or use of Plaintiff's exhibit nos. 23, 24 and 25, Approval Process of AP- Related documents.

                                      Respectfully Submitted,

                                      s/  B. John Pendleton, Jr. _____
                                      B. John Pendleton, Jr.
                                      McCARTER & ENGLISH, LLP
                                      Four Gateway Center
                                      100 Mulberry Street
                                      Newark, NJ 07102
                                      (973) 622-4444

                                      Attorneys for Defendants
                                      Metropolitan Life Insurance Company
                                      and Kenneth F. Kaczmarek

Dated: October 3, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of October, 2006, a true and correct copy of the foregoing document was served on the following via the electronic filing service:

Kenneth R. Behrend, Esquire
BEHREND & ERNSBERGER, P.C.
Union National Bank Building, 3rd Floor
306 Fourth Avenue
Pittsburgh, Pennsylvania  15222

                                         s/   B. John Pendleton, Jr.