**Office Memorandum** — Metropolitan Life Insurance Company

*Kari P. Pls review & comment*

M___ P. Robinson  
Section: P.I. Contract Bureau  
Division: Actuarial    21-K

[redacted]

To: J. Ryan, Manager  
Section: P.I. Consulting Services  
Division: P.I. Administration 15?

Re: 0146-A-46B H.O. — Ins Adv Ill — Descriptive Insert for Accelerated Payment Plan

Attached for your review and approval is a revision of the above insert sheet. This insert sheet was previously reviewed by you as part of an illustration package, formerly entitled "Short Term Payment Plan". May we please have your comments and/or approval of this revised insert by June 12, 1980.

Date: 6/9/80  
Signature: Dorothy Godwin  
Division-Section: Actuarial — P.I. Contract Bureau

(Continue on the Reverse Side if Necessary)

3255 (3-77) Printed in U.S.A.

MP40114968?

REDACTED - ATTORNEY CLIENT      CONFIDENTIAL

Re: _____

G- Trust for Accelerated Benefit Plan

The attached sales material is being submitted for your review. Please complete this Section of the Project Review form below by filling in the name of reviewer(s) and the date that you return material to P.I.C.B. Reviewer should notify P.I.C.B. immediately if target date cannot be met. Please return completed material to me.

Departments to which sent:

[X] Mr. P.A. Rabenau

Division: Actuarial-Personal

Section: Personal Insurance Contract Bureau
Area: 21V

*Info only*

[ ] Post-Action Review

Date Sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

███████████████████████████████

[X] Mr. John Ryan

Division: Personal Insurance Administration

Section: P.I. Consulting and Claims Services
Area: 13U

[ ] Post Action Review

Date Sent: 6/9/80
Target Date for Return: 6/12/80
Actual Date Returned:
Reviewer(s):

[ ] Mr.

Division:

Section:
Area:

[ ] Post-Action Review

Date sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

[ ] Mr.

Division:

Section:
Area:

[ ] Post Action Review

Date Sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

Mrs. Dorothy Goodwin                         Extension   3883

Actuarial Personal
Personal Insurance Contract Bureau
Area 21V

Date   6/6/80

**CONFIDENTIAL**

REDACTED - ATTORNEY CLIENT

*[Handwritten at top right: "LVL Metropolitan Life Insurance Company"]*

(ACCELERATED PAYMENT PLAN) *[handwritten: "I believe this title is now up in the air"]*

For Payment of Future Premiums from the Cash Value of Paid-up Additional Insurance or Accumulated Dividends with Interest

IMPORTANT NOTICE – PLEASE KEEP WITH YOUR POLICY

Name of Insured_____ Name of Owner_____

Policy Number_____ Issue Date_____

Plan of Insurance_____ Amount of Insurance_____

Classification_____ Sex____ Age at Issue____

Additional Benefits Included_____

*[handwritten above paragraph: "new notice is being proposed"]* *[handwritten right margin: "each year"]*

After premiums for your policy have been paid for ~~choose years~~ the Accelerated Payment Plan allows you to ~~elect~~ a procedure *[handwritten: "this is not an election"]* that provides for the ~~automatic~~ payment of future premiums as they fall due through the use of dividends, by withdrawing from the cash value of additional insurance or accumulated dividends with interest ~~each year~~ an amount which, together with the current dividend, will pay the current premium. When you wish to start this procedure ask your Metropolitan Sales Representative to confirm that the dividends credited to your policy together with dividends based on the scale currently in effect are sufficient to accomplish this objective. If dividends are sufficient, the procedure requires that future premium payments be paid annually (no outlay by you). Your Sales Representative will assist you in making this change, if necessary, and in putting this procedure in effect.

*[handwritten left margin: "It is very strong & misleading. Consider the burden placed on owner if they start this."]*

The number of years that premium payments in cash are required under the Accelerated Payment Plan is based on the dividend scale in effect at the time the policy is issued. Dividends, however, are not guaranteed. Changes in dividend scales after issue may increase or decrease the number of years shown. Also, if future dividend scales decrease after the automatic payment procedure is started, it is possible that dividends may not be sufficient in some future years to pay the full current premium.

*[handwritten left: "new part"]*

The Accelerated Payment Plan increases your flexibility. When dividends allow, you may stop paying premiums, or continue to pay them to achieve higher policy values. Even after premium payments are stopped, you may start them again at any time.

*[handwritten bottom left: "See suggested text for this paragraph Joel"]*

*[handwritten bottom right: "No! you never stop paying premiums; however you may stop your cash outlay."]*

01416 A-46B H.O. (5-80)

**CONFIDENTIAL**

*[right margin vertical: MF4011169689]*

The (APP) increases your flexibility. When dividends are sufficient, you may stop your cash outlay, or continue to pay your premiums as you normally do which will allow you to purchase additional insurance if you so wish. Even if you have chosen to pay premiums by the (APP), you may return to paying your premium as you previously did at anytime.

CONFIDENTIAL

**Office Memorandum**                                                                 **Metropolitan** Life Insurance Company

M. _P. Robinson_            M. ▮▮▮▮▮▮▮▮▮▮            MC _J. Ryan, Manager_
Section _P.I. Central Bureau_   Section ▮▮▮▮▮▮         Section _P.I. Consulting Services_
Division _Actuarial_ _21-C_    Division ▮▮▮▮▮▮        Division _P.I. Administration_
          (Fl/Area)                      (Fl/Area)              (Fl/Area)

Re  01416 -A-46 B  H.O - Ins Adv Ill - Descriptive Insert
for Accelerated Payment Plan

Attached for your review and approval is a revision
of the above insert sheet. This insert sheet was
previously reviewed by you as part of an illustration
package, formerly entitled "Short Term Payment Plan".
May we please have your comments and/or approval
of this revised insert by June 12, 1980.

Date _6/9/80_   _Dorothy Goodwin_      _Actuarial - P.I. Central Bureau_
                 Signature                Division—Section

3255 (3-77) Printed in U.S.A.       (Continue on the Reverse Side if Necessary)

*Dottie:*
*Some suggestions*
*for your consideration*
                *Phil*

REDACTED - ATTORNEY CLIENT                              CONFIDENTIAL

Re: _Insert for Accelerated Payment Plan_

The attached sales material is being submitted for your review. Please complete this Section of the Project Review form below by filling in the name of reviewer(s) and the date that you return material to P.I.C.B. Reviewer should notify P.I.C.B. immediately if target date cannot be met. Please return completed material to me.

Departments to which sent:

[X] Mr. P.A. Rabenau

Division: Actuarial-Personal

Section: Personal Insurance Contract Bureau
Area: 21V

_info only_

[ ] Post-Action Review

Date Sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

---

[REDACTED]

---

[X] Mr. John Ryan

Division: Personal Insurance Administration

Section: P.I. Consulting and Claims Services
Area: 13U

[ ] Post Action Review

Date Sent: 6/9/80
Target Date for Return: 6/12/80
Actual Date Returned:
Reviewer(s):

---

[ ] Mr.

Division:

Section:
Area:

[ ] Post-Action Review

Date sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

---

[ ] Mr.

Division:

Section:
Area:

[ ] Post Action Review

Date Sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

---

Mrs. Dorothy Goodwin

Extension 3883

Actuarial Personal
Personal Insurance Contract Bureau
Area 21V

Date 6/6/80

**CONFIDENTIAL**

**REDACTED - ATTORNEY CLIENT**

MP401149692