Mr. F.A. Risley  
P.I. Marketing  
Area 4-H

Re  01416-A 46B H.O. Descriptive Insert for Accelerated Payment Plan *Illustration*

The above insert has been reviewed by ▮ P.I. Consulting and Claim Services and the Contract Bureau. Several changes and/or comments have been noted on the attached copy.

Please note the following additional comments:

(1) We understand that the title "Accelerated Payment Plan" is not final and when the new title has been approved it should be included in this insert.

(2) It was pointed out by the reviewers that you do not stop paying premiums under this procedure and "Copy A" is a suggested revision of the last paragraph of the form.

In addition, it is our understanding that the Accelerated Payment Plan procedure is not "automatic" and must be chosen by the policyholder each year. This does not seem to be Marketing's intention and until this problem is resolved, the insert does not have final approval.

*Dorothy Goodwin* (signature)  
Dorothy Goodwin  
Personal Insurance Contract Bureau

June 19, 1980

DG/dc

REDACTED - ATTORNEY CLIENT                    CONFIDENTIAL