**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>　　　　　　Defendants | CIVIL ACTION NO. 00-2248<br><br><br>CHIEF JUDGE AMBROSE |

## ORDER

THIS MATTER, having come before the Court on the Motion in Limine to Exclude from Evidence Plaintiff's Exhibit Nos. 23, 24 and 25, Approval Process of Accelerated Premium Plan-Related Documents, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____day of _____, 2006, ORDERED that defendants' Motion is hereby GRANTED. Plaintiff is prohibited from admitting exhibits 23, 24 and 25.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Donetta Ambrose, USDJ

ME1\5881024.1