

## What contributing $1,000 a month now can mean for your retirement later!

### An Example (For Male Age 45 Retiring at 65)

#### OPTIONS

A — recoups income taxes from plan policy on annual bonus

B — forgoes recouping taxes on bonus for larger retirement & survivor benefits

#### FUNDING PHASE



| In Year | Guaranteed Cash Value | OPTION A | | OPTION B | |
|---|---|---|---|---|---|
| | | Cash Value | Survivor Benefit | Cash Value | Survivor Benefit |
| 6 | $45,000 | $35,000 | $506,000 | | |
| 10 | | $106,000 | $509,000 | | |
| 15 | $112,000 | $202,000 | $683,000 | $900,000 | $950,000 |
| 20 | $192,000 | $863,000 | $815,000 | $631,000 | $1,104,000 |

## What impact will your choice of Option A or B have on your retirement and survivor benefits?

#### RETIREMENT PHASE

| | OPTION A | OPTION B |
|---|---|---|
| Annual Tax-free Benefit at 65 | $29,500 | $43,500 |
| Total Retirement Benefit to 85 | $600,000 | $870,000 |
| + Tax-free Survivor Benefit [Death at 85] | +$401,000 | +$600,000 |
| = Total Benefit | $994,000 | $1,470,000 |
| − Corporation's Total After Tax Cost [34% Bracket] | −$158,000 | −$158,000 |
| = Net Gain | $836,000 | $1,312,000 |

## By taking Option B & paying $74,000 in income taxes You gain $476,000 in retirement and survivor benefits!

*Employee's annual income tax [31% bracket] of $3,720 on $12,000 bonus, or total of $74,400 over 20 years*

*Cash Value based on illustrative values of MetLife's Life at 98 [Male 45, guarantees face amount of $512,626] and PEAR using 1998 dividend schedule. Dividends are neither guarantees nor estimates for the future*

*Annual Tax-Free Benefit through policy loans and withdrawals. Policy in force until death.*

– 119 –

M9371

M129779220129

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

## How It Can Work for You

*Prepared For:* _____

How much do you want to contribute? _____
Your current age? _____         Your Gender? _____
Your tax bracket? _____         Company Tax Bracket? _____ %
When do you want to retire? _____   How many years of income do you want? _____

**FUNDING PHASE**

| In Year | Guaranteed Cash Value | OPTION A | | OPTION B | |
|---|---|---|---|---|---|
| | | Cash Value¹ | Survivor Benefit | Cash Value¹ | Survivor Benefit |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*What impact will your choice of Option A or B have on your retirement and survivor benefits?*

**RETIREMENT PHASE**

| | OPTION A | OPTION B |
|---|---|---|
| Annual Tax-free Benefit² $ | | |
| | | |
| Total Retirement Benefit to ___ | | |
| + Tax-free Survivor Benefit [Death at ___ ] | + | + |
| = Total Benefit | | |
| − Employer's Total After Tax Cost [___ % Bracket] | − | − |
| = Net Gain | | |

*By taking Option B & paying $ _____ in income taxes*
*You gain $ _____ in retirement and survivor benefits!*

¹ ash Value based on illustrated values of MetLife's $ _____ ; guaranteed face amount of $ _____ ] and PUAR
  ting current dividend schedule. Dividends are neither guarantees nor estimates for the future
² annual Tax Free Benefit through policy loans and withdrawals. Policy in force until death.

Metropolitan Life Insurance Company  Home Office: New York, NY

- 129 -

M9271

M1297779220130

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

## Tax-Advantaged

## Bonus Plan

**The "Tax-Advantaged Bonus Plan" offers completeness and flexibility all in one package:**

**Completeness:**

Income Tax Free Retirement Income
Income Tax Free Death Benefit
Income Tax Reimbursement
Disability Waiver of Premium

**Flexibility:**

Easy to establish, no formal plan required
Include only the employees the Company wants
Increase retirement income without IRS approval
Plan features can be tailored to meet clients' needs
Client decides how much to put into the plan, not the IRS

**Here's how the plan works:**

1. Your client's company pays him or her a bonus every year between now and retirement. The bonus should be in units of $1,000. Remember, the larger the bonus the larger the benefits.

2. Use the bonus to purchase either Whole Life, L95 or L98 with PUAR. The computer software will automatically allocate the bonus between the PUAR and the base contract.

Your client's bonus will be subject to income taxation. However, one year after your client deposits the bonus in the plan, he or

M129779220131

M9373

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1061 United States Dist. Ct.

she can withdraw enough funds to pay the income tax on the bonus. The withdrawal can be taken every year the bonuses are paid. The net result is no out-of-pocket cost for your client.

4. At retirement your client can receive a tax-free retirement income

5. If your client wants some disability protection he or she can include Disability Waiver of Premium Rider in the plan.

6. The client's beneficiary will receive an income tax-free death benefit.

**Let's look at an example.**

• John Doe is 40 and the owner and employee of ABC Corporation. He wants to set up a "**Tax-Advantaged Bonus Plan.**"

• All John has to do is decide how much ABC will contribute to the plan and complete an application for life insurance.

• There is no need to draft formal plan documents or seek IRS approval.

M129779220132

– 122 –

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

The following chart compares John's benefits for different contributions.

| | Annual Contribution $5,000 | Annual Contribution $10,000 |
|---|---|---|
| Retirement Income at Age 65 | $12,078 annually for 15 years | $24,300 annually for 15 years |
| Death Benefit at Start of Plan | $205,000 | $412,964 |

The above chart assumes that annual contributions are made to purchase a Whole Life contract with XYZ Mutual; John is withdrawing funds annually from the plan to reimburse himself for the taxes paid on XYZ bonus; John did not Waiver of Premium is not included. All of the above numbers are estimates. The bonus is based on current rates.

The key to the plan is its flexibility and simplicity. If John Doe does not withdraw the money to pay for his taxes he will have substantially more retirement income. Of course, if he selects the Disability Waiver of Premium Rider he will have somewhat less retirement income.

Keep it simple. Offer your business clients the "**Tax-Advantaged Bonus Plan**" today.

MDL CONFIDENTIAL

M129779220133

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

## Telephone
## Approaches

The sole objective of using the telephone in your preapproach efforts is to make an appointment. Your objective is not to sell insurance over the telephone. In order for a business prospect to agree to meet with you, he or she must perceive that:

1. It will be a worthwhile investment of time,
2. It will be beneficial, and
3. It will not be harmful or unpleasant.

**Telephone Scripts:**

The following are suggested scripts for your telephone preapproach talk.

1. To an Existing Client Who Owns a Business.

" (Client), we have spent a lot of time together reviewing your goals and objectives for you and your family. In the process you told me that you own your own business. MetLife has a new plan specifically designed for business owners like yourself. It's called the Tax-Advantaged Bonus Plan and is really quite unique. It provides you with retirement income, a death benefit and tax-deferred savings . . . all at no out-of-pocket cost! It's a simple, straightforward approach to having your business provide for your personal needs.

Can I come back to see you next Tuesday at 10 a.m. to show you this service, or would next Thursday at 2 p.m. be better?"

M129779220134

- 124 -

M9371

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct."

2. To a Referred Lead.

"(Prospect), this is (your name) of MetLife calling. Recently I had the opportunity to work with a (good friend/associate/neighbor/client) of yours, (name of referrer). He/she spoke highly of you, and felt that you might also benefit from a special new plan MetLife is offering to business owners like yourself. It's called the Tax-Advantaged Bonus Plan and is really quite unique. It provides you with retirement income, a death benefit and tax deferred savings all at no out-of-pocket cost. It's a simple, straightforward approach to having your business provide for your personal needs."

I am calling to arrange a mutually convenient time for us to meet."

(Suggest appointment dates and times)

M129779220135

- 125 -

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

: To a Nonreferred Lead.

: "Prospect, my services have proven valuable to other business owners and it's quite possible that they could also be valuable to you. MetLife offers a special plan to business owners like yourself. It will take only a few moments of your time to see if some of our business planning ideas might be useful to you. One idea I want to discuss with you is called the Tax-Advantaged Bonus Plan and is really quite unique. It provides you with retirement income, a death benefit and tax deferred savings...all at no out-of-pocket cost! It's a simple, straightforward approach to having your business provide for your personal needs."

(Suggest appointment dates and times)

M129779220136

– 126 –

M9373

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091: United States Dist. Ct.

3 Following a Preapproach Letter/Brochure

"(Prospect), I recently sent you a letter/brochure about our
Tax-Advantaged Bonus Plan. Perhaps you remember it?"
• regardless of Yes or No response)
"I'm calling now to arrange a mutually convenient time to show
you how this new plan can benefit you."

(Suggest appointment dates and times)

MDL 1091

CONFIDENTIAL

M129779220137

M937:

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct."

## Overcoming Objections:

The following are common objections and appropriate responses.

Objection: "So and so handles all of our insurance."

Response: "I'm familiar with that firm and they do a fine job. But I would still like to take about 15 minutes of your time to show our Tax-Advantaged Bonus Plan. It's a unique approach to providing benefits to business owners and I know you will find it interesting."
(Suggest appointment dates and times)

Objection: "I really don't have the time."

Response: "I appreciate how busy you are. I have found that business people are, without exception, busy people. I have also found that they have one trait in common: the desire to investigate new ideas and better ways of using the business checkbook to provide benefits for themselves. I believe I have such an idea for you."
(Suggest appointment dates and times)

M129779220138

- 128 -

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

Objection: "I'm really not interested."

Response: "I understand why you'd feel that way . . . however, we've been able to show many business owners, in just a few minutes, how the Tax-Advantaged Bonus Plan can provide substantial benefits at no out-of-pocket cost."
(Suggest appointment dates and times)

All Purpose Response

If your initial response fails to overcome the objection, try the following: "I'll make you two promises. I'll take only 15 minutes of your time. And I won't call back unless you ask me to do so. Doesn't that sound fair?"
(Suggest appointment dates and times)

MDL 1091
CONFIDENTIAL

M129779220139

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091  United States Dist. CL

Larrytown Office Plaza, Suite 105
641 Box 1358, Anytown, IL 60607 1251
Tr. 312 123-4567
Res 312 123-4567

John Q Smith, CLU, ChFC, LUTCF
Senior Accounts Executive
Service from 1970

President's Conference
2 Times Qualified
National Quality Award
National Sales Achievement Award
2 Times Qualified

**Prospecting Letter 1**

**⟨⟩ MetLife**

Date

Joe Sample
Addresee Title
Company Name
Street Address
City, State, Zip Code

Dear Mr. Mrs. Ms.:

Everybody wants retirement benefits and life insurance
protection, but nobody wants to pay for it.

As a business owner, you can have your business pay for
these benefits. Consider it a special benefit for the most
important employee you have ... you. And you don't have
to provide these benefits for anybody else unless you want
to.

I'd like to spend a few minutes with you to give you some
ideas about how MetLife can help you provide for your
retirement and protect your financial security.

I'll call you next week to set up an appointment.

Sincerely,

MetLife Rep

M129779220140

M9371

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

Farmtown Office Plaza, Suite 100
PO Box 1358, Anywhere, IL 60601-1234
Tel 312 123-4567
Res 312 123-4567

**John Q Smith, CLU, ChFC, LUTCF**
Senior Account Executive
Service from 1978

President's Conference
12 Times Qualifier
National Quality Award
National Sales Achievement Award
5 Times Qualified

**Prospecting Letter 2**

**❖ MetLife**

Date

Joe Sample
Addresee Title
Company Name
Street Address
City, State, Zip Code

Dear Mr., Mrs., Ms.:

If you're like most business owners, you've got the
Standard Benefit Package for Small Business Owners:

    • 14-hour days.... six days a week

    • 3 long weekends of vacation every year

    • Plenty of paperwork and recordkeeping

    Opportunities for family involvement (The kids have
    to help.)

And you're the boss. It's up to you to make sure that
owning your business provides you with more than the
Standard Benefit Package.

Let's get together to see how your business can provide
you with the retirement benefits and financial security
you deserve for all your hard work.

I'll call you next week to set up an appointment.

Sincerely,

MetLife rep

MDL 1091
CONFIDENTIAL

M129779220141

Life, health and retirement offered through Metropolitan Life Insurance Company

~ 131 ~

M9371

## Power Phrases

1  How would you like to have retirement plan that completes the funding itself and that requires no IRS approval?

2  Don't use your own money to pay for your life insurance premiums. Use business funds.

3  Would you like to have a deductible benefit plan with no administration and no IRS documents?

4  Would you be interested in providing yourself with retirement and death benefits with $0 out-of-pocket cost?

5  How would you like a plan that pays retirement income, provides a death benefit and doesn't require IRS approval or a lawyer to work it?

6  Do you want a retirement plan that involves the IRS or one that doesn't?

7  If you save as much in the next 20 years as you've saved in the past 20 years, would it be enough to take care of you for the rest of your life?

8  It is not easy to be old or poor, but it's a lot worse to be old AND poor.

M129779220142

- 132 -

M9377

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist Ct.

9 When you retire, it won't be important to know how much
money you earned, just how much money you saved.

10 You'd give your spare change every day to keep an old person in
dignity, wouldn't you? Why not do it for yourself?

11 When you retire, the bank pays you what you saved. The
insurance company pays you what you meant to save.

MDL 1091

CONFIDENTIAL

M129779220143

- 133 -

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

**Note:**
**To have the policy issued on a unisex basis, have the following letter prepared on the employer's letterhead and submit it with the application.**

Dear MetLife:

The premiums on the policy applied for on the life of name of insured are to be paid under the Tax Advantaged Bonus (Executive Bonus) Plan. Please issue unisex.

Sincerely,

Sender's Name

*MDL 1091*

*CONFIDENTIAL*

M129779220144

- 134 -

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.



TAX-ADVANTAGED BONUS PLAN

PRESENTATION TO ABC INC.

FOR

JOHN Q. TAXREIMBURSEMENT

CONFIDENTIAL

Prepared by:
STEVEN KOHLER,
your Metropolitan Account Representative

METROPOLITAN LIFE INSURANCE COMPANY
ONE MADISON AVENUE
NEW YORK, NY 10010

M129779220145

- 135 -

M9371

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct.

TAX-ADVANTAGED BONUS PLAN

The "Tax Advantaged Bonus Plan" offers completeness and flexibility all in one package:

Completeness:

    Income Tax Free Retirement Income
    Income Tax Free Death Benefit
    Income Tax Reimbursement on Bonus to Executive
    Disability Waiver of Plan Premiums

Flexibility:

    Easy to establish, no formal plan requirements
    Include only the employees the Company wants
    Increase retirement income without IRS approval
    Plan features can be tailored to meet your needs
    You decide how much to put in plan, not the IRS

Here's how the plan works:

1. Your company pays you a bonus between now and retirement.  The larger the bonus the larger the benefits.

2. Use the bonus to purchase a life insurance contract on your life.  The bonus will be automatically allocated between the base contract and the Paid-up Additions Rider.

3. The bonus will be subject to income tax.  However, one year after you deposit money in the plan you may withdraw sufficient funds to reimburse yourself for the income taxes.  If a withdrawal is made, the bottom line is a reimbursement of any out of pocket income tax paid on bonuses.

4. At retirement notify MetLife when you would like the retirement income to start.  At retirement you can elect to receive a tax free retirement income.  Remember the more money you put in the plan the more retirement income you will receive.

5. You own the contract and can name the beneficiary.  At your death your beneficiary will receive an income tax-free death benefit.

6. If you like, the plan can offer disability waiver of plan contributions. You can do this by selecting disability waiver of premiums.

The "Tax Advantaged Bonus Plan" offers you flexibility and simplicity.  All you need to do is decide on the amount of the contribution and complete the application.

M129779220146

- 136 -

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

TAX-ADVANTAGED BONUS PLAN HIGHLIGHTS

FOR: JOHN Q. TAXREIMBURSEMENT          AMOUNT OF INSURANCE:    $463,254

AGE: 40                                STANDARD SMOKER

DURING WORKING YEARS, AN ANNUAL BONUS OF  $10,000 WILL BE PAID FOR 25 YEARS

    TOTAL BONUS PAID                                $250,000

    TOTAL INCOME TAX ON BONUS                       ($70,000)

    TOTAL PLAN REIMBURSEMENT FOR INCOME TAXES        $70,000

    NET TAX TO EXECUTIVE                                  $0

AT RETIREMENT AGE 65, A NET ANNUAL INCOME OF $36,585 WILL BE PAID FOR 16 YRS

    TOTAL NET AFTER TAX RETIREMENT INCOME           $585,360

    TOTAL PROCEEDS AT DEATH (AGE 81)                $545,232

    TOTAL PAYOUT FROM PLAN                         $1,130,592

    CUMMULATIVE EMPLOYER COST**                    ($165,000)

    TOTAL GAIN (AFTER TAX)                          $965,592

                         =============

** BASED ON A 34.00% EMPLOYER TAX BRACKET.

MDL 1091

CONFIDENTIAL

PAGE  1

METROPOLITAN LIFE INSURANCE COMPANY          7/23/92

- 137 -                                      M9371

M129779220147

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct.

Illustration of Tax-Advantaged Bonus Plan

PREPARED FOR: JOHN Q. TAXREIMBURSEMENT          AMOUNT OF INSURANCE $   463,254
ISSUE AGE: 40                                   ASSUMED TAX BRACKET:    28.00%

PLAN OF INSURANCE: LIFE PAID-UP AT 98

DIVIDENDS APPLIED TO: Additional Insurance

EXECUTIVE'S ILLUSTRATION
BONUS EQUAL TO THE PREMIUM PAYABLE FOR 25 YEARS

| YEAR | ANNUAL PREMIUM | BONUS | TAX ON BONUS | TAX FREE DISTRIBUTION | NET TAX TO EXECUTIVE | ILLUSTRATIVE@ CASH VALUE | DEATH BENEFIT |
|---|---|---|---|---|---|---|---|
| 1 | 10000 | 10000 | 2800 | 0 | 0 | 2845 | 472955 |
| 2 | 10000 | 10000 | 2800 | 2800 | 0 | 4158 | 476128 |
| 3 | 10000 | 10000 | 2800 | 2800 | 0 | 9434 | 479973 |
| 4 | 10000 | 10000 | 2800 | 2800 | 0 | 17349 | 484693 |
| 5 | 10000 | 10000 | 2800 | 2800 | 0 | 25199 | 490439 |
| TOTAL | 50000 | 50000 | 14000 | 11200 | | | |
| 6 | 10000 | 10000 | 2800 | 2800 | 0 | 34475 | 497416 |
| 7 | 10000 | 10000 | 2800 | 2800 | 0 | 43691 | 505129 |
| 8 | 10000 | 10000 | 2800 | 2800 | 0 | 54286 | 513602 |
| 9 | 10000 | 10000 | 2800 | 2800 | 0 | 64946 | 522950 |
| 10 | 10000 | 10000 | 2800 | 2800 | 0 | 77125 | 533205 |
| TOTAL | 100000 | 100000 | 28000 | 25200 | | | |
| 11 | 10000 | 10000 | 2800 | 2800 | 0 | 89984 | 544463 |
| 12 | 10000 | 10000 | 2800 | 2800 | 0 | 104075 | 556802 |
| 13 | 10000 | 10000 | 2800 | 2800 | 0 | 119054 | 570344 |
| 14 | 10000 | 10000 | 2800 | 2800 | 0 | 135488 | 585159 |
| 15 | 10000 | 10000 | 2800 | 2800 | 0 | 153058 | 601382 |
| TOTAL | 150000 | 150000 | 42000 | 39200 | | | |
| 16 | 10000 | 10000 | 2800 | 2800 | 0 | 172374 | 619107 |
| 17 | 10000 | 10000 | 2800 | 2800 | 0 | 193618 | 638481 |
| 18 | 10000 | 10000 | 2800 | 2800 | 0 | 216527 | 659632 |
| 19 | 10000 | 10000 | 2800 | 2800 | 0 | 241785 | 682690 |
| 20 | 10000 | 10000 | 2800 | 2800 | 0 | 269659 | 707838 |
| TOTAL | 200000 | 200000 | 56000 | 53200 | | | |
| 21 | 10000 | 10000 | 2800 | 2800 | 0 | 298550 | 738889 |
| 22 | 10000 | 10000 | 2800 | 2800 | 0 | 329140 | 772299 |
| 23 | 10000 | 10000 | 2800 | 2800 | 0 | 362068 | 808216 |
| 24 | 10000 | 10000 | 2800 | 2800 | 0 | 397935 | 846717 |
| AGE 65 | 10000 | 10000 | 2800 | 300 | 0 | 436447 | 887910 |
| TOTAL | 250000 | 250000 | 70000 | 2300 | | | |

PAGE   2

METROPOLITAN LIFE INSURANCE COMPANY          7/23/92

- 138 -

M9371

M129779220148

Notice: "Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct."

Illustration of Tax-Advantaged Bonus Plan

PREPARED FOR: JOHN Q. TAXREIMBURSEMENT
    ISSUE AGE: 40

AMOUNT OF INSURANCE $    463,294
ASSUMED TAX BRACKET:    28.00%

PLAN OF INSURANCE: LIFE PAID-UP AT '98

DIVIDENDS APPLIED TO: Additional Insurance

EXECUTIVE'S ILLUSTRATION
BONUS EQUAL TO THE PREMIUM PAYABLE FOR 29 YEARS

# WITHDRAWALS NOT EXCEEDING TOTAL PREMIUMS PAID TO DATE ARE CONSIDERED A
   TAX FREE RECOVERY OF COST BASIS.

* TAX ON BONUS, ALTHOUGH SHOWN IN THE YEAR BONUS AS RECEIVED, IS ASSUMED
   NOT TO BE PAID UNTIL THE FOLLOWING POLICY YEAR. THEREFORE SURRENDER OF
   VALUES TO PAY THESE TAXES WILL COMMENCE AT THE START OF THE SECOND
   POLICY YEAR.

@ ILLUSTRATIVE VALUES ARE NOT GUARANTEES OR ESTIMATES OF FUTURE RESULTS.

THIS ILLUSTRATION IS TO BE USED IN CONNECTION WITH THE ATTACHED METROPOLITAN
LIFE INSURANCE COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES, ASSUMPTIONS AND
OTHER IMPORTANT INFORMATION FOR THE PLAN OF INSURANCE SHOWN.
ABOVE ILLUSTRATION REFLECTS GENERAL TAX PRINCIPLES. FOR QUESTIONS AS TO HOW
THIS APPLIES TO YOUR SPECIFIC CIRCUMSTANCES CONSULT WITH YOUR ATTORNEY OR
TAX ADVISOR.

PAGE    3

METROPOLITAN LIFE INSURANCE COMPANY    7/23/92

- 139 -

M9371

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct.

M129779220149

## Illustration of Tax-Advantaged Bonus Plan

PREPARED FOR: JOHN Q. TAXREIMBURSEMENT,
ISSUE AGE: 40
EMPLOYER'S NAME: ABC INC.
PLAN OF INSURANCE: LIFE PAID-UP AT 98

AMOUNT OF INSURANCE $   463,254
ASSUMED TAX BRACKET:    34.00%

DIVIDENDS APPLIED TO: Additional Insurance

EMPLOYER'S ILLUSTRATION
BONUS EQUAL TO THE PREMIUM PAYABLE FOR 25 YEARS

| YEAR | BONUS | TAX SAVINGS TO EMPLOYER@ | AFTER TAX OUTLAY | CUMULATIVE OUTLAY |
|------|-------|--------------------------|------------------|-------------------|
| 1 | 10000 | 3400 | 6600 | |
| 2 | 10000 | 3400 | 6600 | 6600 |
| 3 | 10000 | 3400 | 6600 | 13200 |
| 4 | 10000 | 3400 | 6600 | 19800 |
| 5 | 10000 | 3400 | 6600 | 26400 |
| 6 | 10000 | 3400 | 6600 | 33000 |
| 7 | 10000 | 3400 | 6600 | 39600 |
| 8 | 10000 | 3400 | 6600 | 46200 |
| 9 | 10000 | 3400 | 6600 | 52800 |
| 10 | 10000 | 3400 | 6600 | 59400 |
| 11 | 10000 | 3400 | 6600 | 66000 |
| 12 | 10000 | 3400 | 6600 | 72600 |
| 13 | 10000 | 3400 | 6600 | 79200 |
| 14 | 10000 | 3400 | 6600 | 85800 |
| 15 | 10000 | 3400 | 6600 | 92400 |
| 16 | 10000 | 3400 | 6600 | 99000 |
| 17 | 10000 | 3400 | 6600 | 105600 |
| 18 | 10000 | 3400 | 6600 | 112200 |
| 19 | 10000 | 3400 | 6600 | 118800 |
| 20 | 10000 | 3400 | 6600 | 125400 |
| 21 | 10000 | 3400 | 6600 | 132000 |
| 22 | 10000 | 3400 | 6600 | 138600 |
| 23 | 10000 | 3400 | 6600 | 145200 |
| 24 | 10000 | 3400 | 6600 | 151800 |
| AGE 65 | 10000 | 3400 | 6600 | 158400 |
| | | | | 165000 |

@ BONUSES, TO EXTENT REASONABLE, ARE DEDUCTIBLE BUSINESS EXPENSES UNDER
IRC SECTION 162. ABOVE ILLUSTRATION REFLECTS GENERAL TAX PRINCIPLES.
FOR QUESTIONS AS TO HOW THIS APPLIES TO YOUR SPECIFIC CIRCUMSTANCES
CONSULT WITH YOUR ATTORNEY OR TAX ADVISOR.

THIS ILLUSTRATION IS TO BE USED IN CONNECTION WITH THE ATTACHED METROPOLITAN
LIFE INSURANCE COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES, ASSUMPTIONS AND
OTHER IMPORTANT INFORMATION FOR THE PLAN OF INSURANCE SHOWN.

PAGE   4

METROPOLITAN LIFE INSURANCE COMPANY

7/23/92

- 140 -

M9371

M129779220150

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

NEW YORK

RETIREMENT INCOME ILLUSTRATION
PREPARED FOR JOHN Q. TAXREIMBURSEMENT        BY STEVEN KOHLER
PLAN:  LIFE PAID UP AT 98

| | CLASSIFICATION | | AGE | AMOUNT OF INSURANCE |
|---|---|---|---|---|
| INSURED: | STANDARD | SMOKER | 40 | $443,256 |

REDUCED PAID UP POLICY OF $686,000 STARTING IN YEAR 26
ANNUAL DIVIDENDS USED TO BUY PAID-UP ADDITIONAL INSURANCE

| POLICY YEAR | NET AFTER TAX RETIREMENT INCOMES | TOTAL ANNUAL DIVIDEND | AMOUNT WITHDRAWN | TAX DUE* | ANNUAL LOAN+/ REPAYMENT(-) | TOTAL LOAN** | CASH VALUE OF REDUCED PAID-UP | NET ILLUSTRATIVE CASH VALUE## | NET ILLUSTRATIVE DEATH BENEFITS |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 34,585 | 25,102 | 39,385 | NONE | NONE | NONE | 606,543 | 531,466 | 726,230 |
| 27 | 34,585 | 25,714 | 25,102 | NONE | 11,482 | 12,148 | 616,131 | 569,343 | 713,786 |
| 28 | 34,585 | 26,320 | 25,718 | NONE | 10,846 | 25,398 | 425,714 | 426,637 | 700,891 |
| 29 | 34,585 | 26,888 | 26,320 | NONE | 10,265 | 36,784 | 635,359 | 425,443 | 687,440 |
| 30 | 34,585 | 27,476 | 26,888 | NONE | 9,697 | 52,723 | 645,044 | 419,798 | 673,506 |
| 31 | 34,585 | 28,085 | 27,476 | NONE | 9,109 | 67,243 | 654,743 | 415,586 | 659,001 |
| 32 | 34,585 | 28,707 | 11,908 | NONE | 1,676 | 79,962 | 664,394 | 410,560 | 651,978 |
| 33 | 34,585 | 29,350 | NONE | NONE | 34,585 | 149,495 | 473,936 | 404,432 | 649,507 |
| 34 | 34,585 | 30,000 | NONE | NONE | 36,585 | 207,275 | 483,307 | 394,976 | 645,398 |
| 35 | 36,585 | 30,636 | NONE | NONE | 38,585 | 218,674 | 492,473 | 387,942 | 659,417 |
| 36 | 36,585 | 31,238 | NONE | NONE | 34,585 | 321,094 | 501,419 | 377,061 | 651,277 |
| 37 | 36,585 | 31,778 | NONE | NONE | 34,585 | 388,976 | 510,175 | 364,057 | 620,627 |
| 38 | 34,585 | 32,271 | NONE | NONE | 34,585 | 462,798 | 518,759 | 348,435 | 607,101 |
| 39 | 34,585 | 32,702 | NONE | NONE | 34,585 | 543,060 | 527,220 | 330,501 | 590,278 |
| 40 | 34,585 | 33,144 | NONE | NONE | 34,585 | 462,384 | 535,544 | 309,309 | 569,797 |
| AGE 8144 | 34,585 | 33,586 | NONE | NONE | 34,585 | 722,961 | 543,725 | 286,445 | 545,232 |
| 42 | NONE | 35,043 | NONE | NONE | NONE | 758,798 | 551,493 | 295,844 | 555,991 |
| 43 | NONE | 65,610 | NONE | NONE | NONE | 857,817 | 559,395 | 304,054 | 565,304 |
| 44 | NONE | 35,191 | NONE | NONE | NONE | 932,876 | 566,782 | 316,935 | 572,997 |
| 45 | NONE | 35,739 | NONE | NONE | NONE | 1,014,503 | 573,628 | 322,134 | 578,763 |
| 46 | 34,279 | NONE | NONE | NONE | NONE | 1,103,272 | 580,558 | 327,385 | 582,293 |
| 47 | NONE | 36,778 | NONE | NONE | NONE | 1,199,808 | 587,015 | 330,384 | 585,197 |
| 48 | NONE | 37,278 | NONE | NONE | NONE | 1,304,791 | 593,253 | 530,890 | 581,089 |
| 49 | NONE | 37,723 | NONE | NONE | NONE | 1,418,960 | 599,348 | 328,442 | 575,473 |
| 50 | NONE | 38,136 | NONE | NONE | NONE | 1,543,119 | 605,387 | 523,472 | 565,854 |
| 51 | NONE | 38,406 | NONE | NONE | NONE | 1,678,142 | 611,482 | 314,971 | 551,341 |
| 52 | NONE | 38,454 | NONE | NONE | NONE | 1,824,980 | 617,740 | 303,058 | 531,312 |
| 53 | NONE | 38,439 | NONE | NONE | NONE | 1,984,666 | 624,361 | 287,940 | 505,007 |
| 54 | NONE | 38,441 | NONE | NONE | NONE | 2,158,326 | 631,441 | 269,439 | 471,516 |
| 55 | NONE | 37,886 | NONE | NONE | NONE | 2,347,177 | 639,115 | 247,049 | 429,254 |
| 56 | NONE | 34,518 | NONE | NONE | NONE | 2,552,555 | 647,371 | 219,652 | 376,503 |
| 57 | NONE | 34,033 | NONE | NONE | NONE | 2,775,903 | 655,928 | 186,313 | 313,085 |
| 58 | NONE | 33,848 | NONE | NONE | NONE | 3,018,795 | 664,177 | 143,817 | 238,205 |
| 59 | NONE | 24,444 | NONE | NONE | NONE | 3,282,939 | 670,757 | 72,996 | 139,239 |
| 60 | NONE | 102,422 | NONE | *INT | NONE | 3,570,197 | 664,000 | 103,435 | 103,435 |

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct."

M129779220151

NEW YORK

PREPARED FOR JOHN Q. TAXREIMBURSEMENT        BY STEVEN KOHLER



* AMOUNT WITHDRAWN PLUS ANY POLICY LOAN, REDUCED BY ANY TAX ON SURRENDER IN EXCESS OF COST BASIS AND ANY LOAN REPAYMENT. A RETIREMENT INCOME OF $36,585 WILL BE PAYABLE FOR 16 YEARS.

= INITIAL WITHDRAWAL IS MADE FROM CASH VALUE OF ADDITIONAL INSURANCE OF ORIGINAL POLICY AND INCLUDES TAX DUE ON PRIOR YEAR BONUS, IF ANY. SUBSEQUENT WITHDRAWALS ARE MADE FROM CASH VALUE OF ADDITIONAL INSURANCE OF THE REDUCED PAID-UP POLICY.

- TAX DUE ON ANY SURRENDER IN EXCESS OF COST BASIS, BASED ON A 28.00% TAX BRACKET.

- POLICY LOANS BASED ON AN ADJUSTABLE LOAN INTEREST RATE OF 8.75%. ACTUAL RATE MAY DIFFER AND IS SUBJECT TO CHANGE EACH POLICY ANNIVERSARY.

-- ILLUSTRATION ASSUMES LOAN INTEREST IS ADDED TO THE EXISTING LOAN EACH YEAR. THESE END OF YEAR VALUES REFLECTS ANY ANNUAL LOAN OR REPAYMENT.

## CASH VALUE OF REDUCED PAID-UP AND CASH VALUE OF ADDITIONAL INSURANCE MINUS ANY OUTSTANDING LOAN AND LOAN INTEREST AT END OF YEAR.

% FACE AMOUNT OF REDUCED PAID-UP POLICY AND ADDITIONAL INSURANCE MINUS ANY OUTSTANDING LOAN AND LOAN INTEREST AT END OF YEAR.

%% LIFE EXPECTANCY AT RETIREMENT AGE - U.S. POPULATION LIFE TABLES.

-- BASED ON A 34.00% EMPLOYER TAX BRACKET.

THIS ILLUSTRATION ASSUMES WITHDRAWALS ARE LIMITED TO THE RECOVERY OF COST BASIS.

DIVIDENDS BASED ON JAN. 1992 SCALE THAT USES CURRENT INTEREST, MORTALITY AND EXPENSE RATES. ILLUSTRATIVE FIGURES ARE NOT GUARANTEES OR ESTIMATES FOR THE FUTURE.

EXPLANATORY NOTES FORM 467 AND FORM 463 MUST BE ENCLOSED        PAGE  6

METROPOLITAN LIFE INSURANCE COMPANY        7/23/92

- 142 -

M9377

M129779220152

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

NEW YORK

PREPARED FOR JOHN Q. DARREIMBURSEMENT          BY STEVEN KOHLER
PLAN: LIFE PAID UP AT 99

        CLASSIFICATION          AGE              AMOUNT OF INSURANCE
INSURED: STANDARD SMOKER        40                   $463,254
                                          PREMIUM MODE: ANNUAL

                                     ANNUAL PREMIUM   YRS PAYABLE*
BASIC POLICY                          $2,009.99  58
PAID-UP ADDITIONS RIDER               $2,900.01  25


SUMMARY FOR PERIOD SHOWN              END OF 20 YEARS        AT AGE 65

TOTAL PREMIUMS                          $200,000             $250,000
TOTAL ANNUAL DIVIDENDS                   72,771               128,

--------------------------
ANY RIDER INSURANCE VALUE                17,556               22,036
ADDITIONAL INSURANCE BOUGHT BY ANNUAL DIVIDENDS  227,026      402,622

ILLUSTRATIVE DEATH BENEFIT              707,838              867,910


GUARANTEED CASH VALUE                    153,516             202,724
CASH VALUE OF ADDITIONAL INSURANCE       116,143             233,722
ILLUSTRATIVE CASH VALUE                  269,659             436,447

GUARANTEED MONTHLY LIFE INCOME   -C10 YEARS CERTAIN)         1,149.45
ILLUSTRATIVE MONTHLY LIFE INCOME -C10 YEARS CERTAIN)         3,303.91


INTEREST-ADJUSTED 5% INDEXES (BASIC POLICY)    10 YRS       20 YRS
LIFE INSURANCE SURRENDER COST INDEX            $3.83          3.40
LIFE INSURANCE NET PAYMENT COST INDEX          $12.46         $9.56
EQUIVALENT LEVEL ANNUAL DIVIDEND               $2.87          $5.74

VALUES SHOWN APPLY TO THE BASIC POLICY AND PUA RIDER UNLESS OTHERWISE NOTED.

DIVIDENDS BASED ON THE 1992 SCALE THAT USES CURRENT INTEREST, MORTALITY AND
EXPENSE RATES. ILLUSTRATIVE MONTHLY INCOME BASED ON APRIL 1992 SETTLEMENT
OPTION RATES.  ILLUSTRATIVE FIGURES ARE NOT GUARANTEES OR ESTIMATES FOR THE
FUTURE.

* PREMIUMS WILL BE PAID IN CASH DURING BONUS YEARS ONLY.  SUBSEQUENT PREMIUMS, AS THEY
  FALL DUE,  L WE PAID THROUGH THE SURRENDER OF POLICY VALUES.  IF THERE ARE
  INSUFFICIENT FUNDS TO PAY ANY PREMIUMS IN FULL, ADDITIONAL CASH OUTLAY WILL BE REQUIRED.

PAGE  7

METROPOLITAN LIFE INSURANCE COMPANY                         7/23/92

- 143 -

M9371

M129779220153

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091  United States Dist. Ct.

NEW YORK

PREPARED FOR JOHN Q. FAXREIMBURSEMENT    BY STEVEN KOHLER
PLAN:  LIFE PAID UP AT 98

| CLASSIFICATION | | AGE | AMOUNT OF INSURANCE |
|---|---|---|---|
| INSURED: STANDARD | SMOKER | 40 | $443,254 |

PREMIUM MODE: ANNUAL

|  | ANNUAL PREMIUM | YRS PAYABLE |
|---|---|---|
| BASIC POLICY | $7,099.99 | 58 |
| PAID-UP ADDITIONS RIDER | $2,900.01 | 25 |

ANNUAL DIVIDENDS USED TO BUY PAID-UP ADDITIONAL INSURANCE

| END OF POLICY YEAR | ANNUALIZED NET OUTLAY** | PREMIUM APPLIED | AMOUNT WITHDRAWN | TOTAL ANNUAL DIVIDEND | GUARANTEED CASH VALUE | ILLUSTRATIVE CASH VALUE** | ILLUSTRATIVE DEATH BENEFITS |
|---|---|---|---|---|---|---|---|
| 1 | 10,000 | 10,000 | NONE | NONE | 2,843 | 2,845 | 472,955 |
| 2 | 7,200 | 10,000 | 2,800 | 660 | 3,354 | 4,158 | 476,126 |
| 3 | 7,200 | 10,000 | 2,800 | 906 | 7,658 | 9,434 | 479,973 |
| 4 | 7,200 | 10,000 | 2,800 | 1,234 | 14,304 | 17,349 | 484,693 |
| 5 | 7,200 | 10,000 | 2,800 | 1,521 | 20,507 | 25,199 | 490,439 |
| 6 | 7,200 | 10,000 | 2,800 | 1,857 | 27,456 | 34,475 | 497,416 |
| 7 | 7,200 | 10,000 | 2,800 | 2,098 | 35,360 | 43,691 | 505,129 |
| 8 | 7,200 | 10,000 | 2,800 | 2,334 | 42,010 | 54,286 | 513,602 |
| 9 | 7,200 | 10,000 | 2,800 | 2,411 | 49,217 | 64,946 | 522,950 |
| 10 | 7,200 | 10,000 | 2,800 | 2,809 | 57,370 | 77,125 | 533,205 |
| 11 | 7,200 | 10,000 | 2,800 | 3,248 | 65,544 | 89,984 | 544,443 |
| 12 | 7,200 | 10,000 | 2,800 | 3,624 | 74,913 | 104,075 | 556,802 |
| 13 | 7,200 | 10,000 | 2,800 | 4,057 | 82,095 | 119,054 | 570,344 |
| 14 | 7,200 | 10,000 | 2,800 | 4,528 | 93,000 | 135,488 | 585,159 |
| AGE 55 | 7,200 | 10,000 | 2,800 | 5,044 | 101,313 | 153,058 | 401,382 |
| 16 | 7,200 | 10,000 | 2,800 | 2,148 | 111,027 | 172,374 | 619,107 |
| 17 | 7,200 | 10,000 | 2,800 | 6,177 | 121,242 | 193,618 | 638,441 |
| 18 | 7,200 | 10,000 | 2,800 | 7,073 | 131,495 | 216,527 | 659,632 |
| 19 | 7,200 | 10,000 | 2,800 | 7,900 | 142,232 | 241,785 | 682,690 |
| 20 | 7,200 | 10,000 | 2,800 | 8,839 | 153,516 | 269,659 | 707,838 |
| 21 | 7,200 | 10,000 | 2,800 | 9,879 | 163,436 | 298,550 | 738,889 |
| 22 | 7,200 | 10,000 | 2,800 | 10,520 | 172,941 | 329,140 | 772,299 |
| 23 | 7,200 | 10,000 | 2,800 | 11,195 | 182,505 | 362,068 | 808,216 |
| 24 | 7,200 | 10,000 | 2,800 | 11,859 | 192,586 | 397,935 | 844,717 |
| 25 | 7,200 | 10,000 | 2,800 | 12,526 | 202,724 | 436,447 | 887,910 |

** BASE PLAN PREMIUM, RIDER PREMIUM AND ANY LOAN REPAYMENT LESS WITHDRAWALS AND LOANS. ANNUALIZED PREMIUM EQUALS THE MODAL PREMIUM TIMES NUMBER OF PREMIUM PAYING PERIODS FOR YEAR (MAY INCLUDE LOAN INTEREST PAYMENT IF OUTSTANDING LOAN EXCEEDS ILLUSTRATIVE CASH VALUE).

a WITHDRAWALS ARE MADE FROM PUAR DIVIDENDS FIRST, PUAR CASH VALUE SECOND, AND BASE POLICY DIVIDENDS LAST.
* POLICY LOANS BASED ON AN ADJUSTABLE LOAN INTEREST RATE OF 7.75%. ACTUAL RATE PAYABLE/CREDITED IS SUBJECT TO CHANGE EACH POLICY ANNIVERSARY. LOAN REPAYMENTS(-) MADE FROM POLICY WITHDRAWALS ONLY.
~ ILLUSTRATION ASSUMES LOAN INTEREST IS ADDED TO THE EXISTING LOAN EACH YEAR. IF OUTSTANDING LOAN EXCEEDS ILLUSTRATIVE CASH VALUE, LOAN INTEREST PAYMENTS WILL BE PAID BY POLICYHOLDER AND REFLECTED IN ANNUALIZED NET OUTLAY.
** GUARANTEED CASH VALUE AND CASH VALUE OF ADDITIONAL INSURANCE.
A INCLUDES BASIC INSURANCE, ADDITIONAL INSURANCE, AND ANY RIDER INSURANCE. REFLECTS ANY OUTSTANDING LOAN AND LOAN INTEREST.

DIVIDENDS BASED ON JAN. 1992 SCALE THAT USES CURRENT INTEREST, MORTALITY AND EXPENSE RATES.  ILLUSTRATIVE FIGURES ARE NOT GUARANTEES OR ESTIMATES FOR THE FUTURE.

EXPLANATORY NOTES FORM 467 AND FORM 463 MUST BE ENCLOSED    PAGE  8

METROPOLITAN LIFE INSURANCE COMPANY    7/23/92

M9371

M129779220154

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Cl.

TAX-ADVANTAGED BONUS PLAN

PRESENTATION TO ABC INC.

FOR

JOHN Q. NOTAXREIMBURSEMENT

Prepared by:
STEVEN KOHLER,
your Metropolitan Account Representative

METROPOLITAN LIFE INSURANCE COMPANY
ONE MADISON AVENUE
NEW YORK, NY 10010

- 145 -

M9371

M129779220155

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

## TAX-ADVANTAGED BONUS PLAN

The "Tax Advantaged Bonus Plan" offers completeness and flexibility all in one package:

Completeness:

> Income Tax Free Retirement Income
> Income Tax Free Death Benefit
> Disability Waiver of Plan Premiums

Flexibility:

> Easy to establish, no formal plan requirements
> Include only the employees the Company wants
> Increase retirement income without IRS approval
> Plan features can be tailored to meet your needs
> You decide how much to put in plan, not the IRS

Here's how the plan works:

1. Your company pays you a bonus between now and retirement. The larger the bonus the larger the benefits.

2. Use the bonus to purchase a life insurance contract on your life. The bonus will be automatically allocated between the base contract and the Paid-up Additions Rider.

3. The bonus will be subject to income tax. However, one year after you deposit money in the plan you may withdraw sufficient funds to reimburse yourself for the income taxes. If a withdrawal is made, the bottom line is a reimbursement of any out of pocket income tax paid on bonuses.

4. At retirement notify New Life when you would like the retirement income to start. At retirement you can elect to receive a tax free retirement income. Remember, the more money you put in the plan the more retirement income you will receive.

5. You own the contract and may name the beneficiary. At your death your beneficiary will receive an income tax-free death benefit.

6. If you like, the plan can offer disability waiver of plan contributions. You can do this by selecting disability waiver of premiums.

The "Tax Advantaged Bonus Plan" offers you flexibility and simplicity. All you need to do is decide on the amount of the contribution and complete the application.

- 146 -

M9371

M129779220156

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct.

<u>TAX-ADVANTAGED BONUS PLAN HIGHLIGHTS</u>

FOR: JOHN Q. NOTAXREIMBURSEMENT    AMOUNT OF INSURANCE:    $463,254
AGE: 40                            STANDARD SMOKER

DURING WORKING YEARS, AN ANNUAL BONUS OF  $10,000 WILL BE PAID FOR 25 YEARS

    TOTAL BONUS PAID                             $250,000
    TOTAL INCOME TAX ON BONUS                    ($70,000)
    TOTAL PLAN REIMBURSEMENT FOR INCOME TAXES          $0
    NET TAX TO EXECUTIVE                         ($70,000)

AT RETIREMENT AGE 65, A NET ANNUAL INCOME OF $53,231 WILL BE PAID FOR 16 YRS

    TOTAL NET AFTER TAX RETIREMENT INCOME        $851,696
    TOTAL PROCEEDS AT DEATH (AGE 81)             $814,396
    TOTAL PAYOUT FROM PLAN                     $1,666,092
    CUMULATIVE EMPLOYER COST**                  ($165,000)
    TOTAL GAIN (AFTER TAX)                     $1,501,092
                                ===============

** BASED ON A 34.00% EMPLOYER TAX BRACKET.

                                              PAGE  1

          METROPOLITAN LIFE INSURANCE COMPANY    7/23/92

                       - 147 -

                                        M9371

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct.

M129779220157

Illustration of Tax-Advantaged Bonus Plan

PREPARED FOR: JOHN Q. NOTAXREIMBURSEMENT
    ISSUE AGE: 40

AMOUNT OF INSURANCE $ 463,254
ASSUMED TAX BRACKET: 28.00%

PLAN OF INSURANCE: LIFE PAID-UP AT 98

DIVIDENDS APPLIED TO: Additional Insurance

EXECUTIVE'S ILLUSTRATION
BONUS EQUAL TO THE PREMIUM PAYABLE FOR 25 YEARS

| YEAR | ANNUAL PREMIUM | BONUS | TAX ON BONUS | TAX FREE DISTRIBUTION | NET TAX TO EXECUTIVE | ILLUSTRATIVE CASH VALUE | DEATH BENEFIT |
|---|---|---|---|---|---|---|---|
| 1 | 10000 | 10000 | 2800 | 0 | 0 | 2845 | 472955 |
| 2 | 10000 | 10000 | 2800 | 0 | 2800 | 7134 | 486031 |
| 3 | 10000 | 10000 | 2800 | 0 | 2800 | 15609 | 500036 |
| 4 | 10000 | 10000 | 2800 | 0 | 2800 | 26973 | 515156 |
| 5 | 10000 | 10000 | 2800 | 0 | 2800 | 38544 | 531559 |
| TOTAL | 50000 | 50000 | 14000 | | 11200 | | |
| 6 | 10000 | 10000 | 2800 | 0 | 2800 | 51838 | 549462 |
| 7 | 10000 | 10000 | 2800 | 0 | 2800 | 65396 | 568379 |
| 8 | 10000 | 10000 | 2800 | 0 | 2800 | 80677 | 588334 |
| 9 | 10000 | 10000 | 2800 | 0 | 2800 | 96397 | 609455 |
| 10 | 10000 | 10000 | 2800 | 0 | 2800 | 114043 | 631790 |
| TOTAL | 100000 | 100000 | 28000 | | 25200 | | |
| 11 | 10000 | 10000 | 2800 | 0 | 2800 | 132830 | 655514 |
| 12 | 10000 | 10000 | 2800 | 0 | 2800 | 153339 | 680693 |
| 13 | 10000 | 10000 | 2800 | 0 | 2800 | 175260 | 707452 |
| 14 | 10000 | 10000 | 2800 | 0 | 2800 | 199199 | 735879 |
| 15 | 10000 | 10000 | 2800 | 0 | 2800 | 224883 | 766114 |
| TOTAL | 150000 | 150000 | 42000 | | 39200 | | |
| 16 | 10000 | 10000 | 2800 | 0 | 2800 | 252968 | 798268 |
| 17 | 10000 | 10000 | 2800 | 0 | 2800 | 283689 | 832491 |
| 18 | 10000 | 10000 | 2800 | 0 | 2800 | 316841 | 868913 |
| 19 | 10000 | 10000 | 2800 | 0 | 2800 | 353166 | 907664 |
| 20 | 10000 | 10000 | 2800 | 0 | 2800 | 392998 | 948932 |
| TOTAL | 200000 | 200000 | 56000 | | 53200 | | |
| 21 | 10000 | 10000 | 2800 | 0 | 2800 | 434793 | 998325 |
| 22 | 10000 | 10000 | 2800 | 0 | 2800 | 479339 | 1051023 |
| 23 | 10000 | 10000 | 2800 | 0 | 2800 | 527283 | 1107134 |
| 24 | 10000 | 10000 | 2800 | 0 | 2800 | 579291 | 1166800 |
| AGE 65 | 10000 | 10000 | 2800 | 0 | 2800 | 635137 | 1230184 |
| TOTAL | 250000 | 250000 | 70000 | | | | |

METROPOLITAN LIFE INSURANCE COMPANY

PAGE  2

7/23/92

- 148 -

M9371

M129779220158

"Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct."

Illustration of Tax-Advantaged Bonus Plan

PREPARED FOR: JOHN Q. NOTAXREIMBURSEMENT          AMOUNT OF INSURANCE $    463,256
          ISSUE AGE: 40                          ASSUMED TAX BRACKET:     28.00%

PLAN OF INSURANCE: LIFE PAID-UP AT 98

DIVIDENDS APPLIED TO: Additional Insurance

EXECUTIVE'S ILLUSTRATION
BONUS EQUAL TO THE PREMIUM PAYABLE FOR 25 YEARS

§ WITHDRAWALS NOT EXCEEDING TOTAL PREMIUMS PAID TO DATE ARE CONSIDERED A
TAX FREE RECOVERY OF COST BASIS.

* TAX ON BONUS, ALTHOUGH SHOWN IN THE YEAR BONUS IS RECEIVED, IS ASSUMED
NOT TO BE PAID UNTIL THE FOLLOWING POLICY YEAR. TAX ON BONUS WILL BE PAID
OUT OF POCKET BY EXECUTIVE.

@ ILLUSTRATIVE VALUES ARE NOT GUARANTEES OR ESTIMATES OF FUTURE RESULTS.

THIS ILLUSTRATION IS TO BE USED IN CONNECTION WITH THE ATTACHED METROPOLITAN
LIFE INSURANCE COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES, ASSUMPTIONS AND
OTHER IMPORTANT INFORMATION FOR THE PLAN OF INSURANCE SHOWN.
ABOVE ILLUSTRATION REFLECTS GENERAL TAX PRINCIPLES. FOR QUESTIONS AS TO HOW
THIS APPLIES TO YOUR SPECIFIC CIRCUMSTANCES CONSULT WITH YOUR ATTORNEY OR
TAX ADVISOR.



PAGE   3

METROPOLITAN LIFE INSURANCE COMPANY          7/23/92

- 149 -

M9371

M129779220159

Notice: Production and Use Subject to Case Management and Protective
Order in MDL No. 1091. United States Dist. Ct.

Illustration of Tax-Advantaged Bonus Plan

PREPARED FOR: JOHN Q. NOTAXREIMBURSEMENT
    ISSUE AGE: 40
    EMPLOYER'S NAME: ABC INC.
    PLAN OF INSURANCE: LIFE PAID-UP AT 98

AMOUNT OF INSURANCE $   463,254
ASSUMED TAX BRACKET:   34.00%

DIVIDENDS APPLIED TO: Additional Insurance

EMPLOYER'S ILLUSTRATION
BONUS EQUAL TO THE PREMIUM PAYABLE FOR 25 YEARS

| YEAR | BONUS | TAX SAVINGS TO EMPLOYER@ | AFTER TAX OUTLAY | CUMULATIVE OUTLAY |
|---|---|---|---|---|
| 1 | 10000 | 3400 | 6600 | 6600 |
| 2 | 10000 | 3400 | 6600 | 13200 |
| 3 | 10000 | 3400 | 6600 | 19800 |
| 4 | 10000 | 3400 | 6600 | 26400 |
| 5 | 10000 | 3400 | 6600 | 33000 |
| 6 | 10000 | 3400 | 6600 | 39600 |
| 7 | 10000 | 3400 | 6600 | 46200 |
| 8 | 10000 | 3400 | 6600 | 52800 |
| 9 | 10000 | 3400 | 6600 | 59400 |
| 10 | 10000 | 3400 | 6600 | 66000 |
| 11 | 10000 | 3400 | 6600 | 72600 |
| 12 | 10000 | 3400 | 6600 | 79200 |
| 13 | 10000 | 3400 | 6600 | 85800 |
| 14 | 10000 | 3400 | 6600 | 92400 |
| 15 | 10000 | 3400 | 6600 | 99000 |
| 16 | 10000 | 3400 | 6600 | 105600 |
| 17 | 10000 | 3400 | 6600 | 112200 |
| 18 | 10000 | 3400 | 6600 | 118800 |
| 19 | 10000 | 3400 | 6600 | 125400 |
| 20 | 10000 | 3400 | 6600 | 132000 |
| 21 | 10000 | 3400 | 6600 | 138600 |
| 22 | 10000 | 3400 | 6600 | 145200 |
| 23 | 10000 | 3400 | 6600 | 151800 |
| 24 | 10000 | 3400 | 6600 | 158400 |
| AGE60 | 10000 | 3400 | 6600 | 165000 |

@ BONUSES, TO EXTENT REASONABLE, ARE DEDUCTIBLE BUSINESS EXPENSES UNDER
IRC SECTION 162. ABOVE ILLUSTRATION REFLECTS GENERAL TAX PRINCIPLES.
FOR QUESTIONS AS TO HOW THIS APPLIES TO YOUR SPECIFIC CIRCUMSTANCES
CONSULT WITH YOUR ATTORNEY OR TAX ADVISOR.

THIS ILLUSTRATION IS TO BE USED IN CONNECTION WITH THE ATTACHED METROPOLITAN
LIFE INSURANCE COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES, ASSUMPTIONS AND
OTHER IMPORTANT INFORMATION FOR THE PLAN OF INSURANCE SHOWN.

PAGE   4

METROPOLITAN LIFE INSURANCE COMPANY     7/23/92

- 150 -

M9371

M129779220160

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

NEW YORK

RETIREMENT INCOME ILLUSTRATION
PREPARED FOR JOHN D. NOTARREIMBURSEMENT     BY STEVEN KOHLER
PLAN:  LIFE PAID UP AT 98

| | CLASSIFICATION | AGE | AMOUNT OF INSURANCE |
|---|---|---|---|
| INSURED: | STANDARD  SMOKER | 40 | 1443,234 |

REDUCED PAID UP POLICY OF $1,002,422 STARTING IN YEAR 26
ANNUAL DIVIDENDS USED TO BUY PAID-UP ADDITIONAL INSURANCE

| POLICY YEAR | NET AFTER TAX RETIREMENT INCOME | TOTAL ANNUAL DIVIDEND | AMOUNT WITHDRAWN | TAX DUE | ANNUAL LOAN+/ REPAYMENT(-) | TOTAL LOAN+ | CASH VALUE OF REDUCED PAID-UP | NET ILLUSTRATIVE CASH VALUE | NET ILLUSTRATIVE DEATH BENEFITS |
|---|---|---|---|---|---|---|---|---|---|
| 26 | 53,231 | 36,788 | 53,231 | NONE | NONE | NONE | 695,859 | 512,643 | 1,066,312 |
| 27 | 53,231 | 37,691 | 36,788 | NONE | 16,442 | 17,082 | 699,853 | 649,643 | 1,046,494 |
| 28 | 53,231 | 38,573 | 37,691 | NONE | 15,540 | 34,324 | 635,897 | 426,125 | 1,028,052 |
| 29 | 53,231 | 39,405 | 38,573 | NONE | 14,658 | 53,487 | 638,031 | 621,970 | 1,008,845 |
| 30 | 53,231 | 40,267 | 39,405 | NONE | 13,628 | 75,354 | 652,225 | 417,137 | 988,956 |
| 31 | 53,231 | 41,159 | -3,267 | NONE | 12,943 | 96,048 | 646,440 | 611,552 | 948,284 |
| 32 | 53,231 | 42,071 | 6,043 | NONE | 11,183 | 117,964 | 660,584 | 604,682 | 945,315 |
| 33 | 53,231 | 43,013 | NONE | NONE | 53,231 | 227,053 | 694,568 | 596,219 | 942,271 |
| 34 | 53,231 | 43,946 | NONE | NONE | 53,231 | 307,637 | 708,301 | 585,829 | 954,838 |
| 35 | 53,231 | 44,898 | NONE | NONE | 53,231 | 392,646 | 721,733 | 573,147 | 948,673 |
| 36 | 53,231 | 45,780 | NONE | NONE | 53,231 | 484,672 | 734,845 | 557,773 | 937,355 |
| 37 | 53,231 | 46,572 | NONE | NONE | 53,231 | 586,970 | 747,676 | 539,307 | 922,346 |
| 38 | 53,231 | 47,294 | NONE | NONE | 53,231 | 694,043 | 760,254 | 517,314 | 903,169 |
| 39 | 53,231 | 47,925 | NONE | NONE | 53,231 | 812,061 | 772,454 | 491,366 | 879,165 |
| 40 | 53,231 | 48,577 | NONE | NONE | 53,231 | 941,618 | 784,854 | 460,953 | 849,743 |
| 41 | 53,231 | 49,254 | NONE | NONE | 53,231 | 1,081,942 | 796,845 | 425,495 | 816,396 |
| 42 | NONE | 50,372 | NONE | NONE | NONE | 1,176,612 | 806,523 | 442,163 | 830,374 |
| 43 | NONE | 50,722 | NONE | NONE | NONE | 1,279,565 | 819,810 | 457,306 | 844,190 |
| 44 | NONE | 51,575 | NONE | NONE | NONE | 1,391,527 | 830,636 | 470,499 | 855,582 |
| 45 | NONE | 52,476 | NONE | NONE | NONE | 1,513,286 | 840,941 | 481,167 | 866,091 |
| 46 | NONE | 53,108 | NONE | NONE | NONE | 1,645,498 | 850,825 | 488,919 | 869,254 |
| 47 | NONE | 53,900 | NONE | NONE | NONE | 789,697 | 660,286 | 493,307 | 870,496 |
| 48 | NONE | 54,632 | NONE | NONE | NONE | 1,944,295 | 869,430 | 493,964 | 847,234 |
| 49 | NONE | 55,263 | NONE | NONE | NONE | 2,114,596 | 878,342 | 490,506 | 858,731 |
| 50 | NONE | 55,740 | NONE | NONE | NONE | 2,301,798 | 887,213 | 482,675 | 844,251 |
| 51 | NONE | 59,135 | NONE | NONE | NONE | 2,503,205 | 894,145 | 449,877 | 822,464 |
| 52 | NONE | 56,356 | NONE | NONE | NONE | 2,722,235 | 905,317 | 451,984 | 792,431 |
| 53 | NONE | 54,426 | NONE | NONE | NONE | 2,960,431 | 916,990 | 429,308 | 753,212 |
| 54 | NONE | 54,344 | NONE | NONE | NONE | 3,219,640 | 925,395 | 401,592 | 702,996 |
| 55 | NONE | 55,524 | NONE | NONE | NONE | 3,501,172 | 934,643 | 348,122 | 639,856 |
| 56 | NONE | 53,519 | NONE | NONE | NONE | 3,807,525 | 948,742 | 327,145 | 561,105 |
| 57 | NONE | 52,807 | NONE | NONE | NONE | 4,144,443 | 961,282 | 277,395 | 444,473 |
| 58 | NONE | 52,547 | NONE | NONE | NONE | 4,502,993 | 973,371 | 213,979 | 354,757 |
| 59 | NONE | 33,856 | NONE | NONE | NONE | 4,897,005 | 983,015 | 108,443 | 207,425 |
| 60 | NONE | 150,102 | NONE | NONE | NONE | 5,325,492 | 1,002,422 | 152,399 | 152,399 |

PAGE 5

METROPOLITAN LIFE INSURANCE COMPANY                          7/23/92

- 151 -

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

NEW YORK

PREPARED FOR JOHN Q. NOTAXREIMBURSEMENT    BY STEVEN KOHLER

◆ AMOUNT WITHDRAWN PLUS ANY POLICY LOAN, REDUCED BY ANY TAX ON SURRENDER IN EXCESS OF COST BASIS AND ANY LOAN REPAYMENT. A
RETIREMENT INCOME OF $53,231 WILL BE PAYABLE FOR 16 YEARS. ◢

⊃ INITIAL WITHDRAWAL IS MADE FROM CASH VALUE OF ADDITIONAL INSURANCE OF ORIGINAL POLICY. TAX DUE ON PRIOR YEAR BONUS, IF ANY,
IS ASSUMED TO BE PAID OUT OF POCKET BY EXECUTIVE. SUBSEQUENT WITHDRAWALS ARE MADE FROM CASH VALUE OF ADDITIONAL INSURANCE OF
THE REDUCED PAID-UP POLICY.

← TAX DUE ON ANY SURRENDER IN EXCESS OF COST BASIS, BASED ON A 28.00% TAX BRACKET.

← POLICY LOANS BASED ON AN ADJUSTABLE LOAN INTEREST RATE OF 8.75%. ACTUAL RATE MAY DIFFER AND IS SUBJECT TO CHANGE EACH
POLICY ANNIVERSARY.

← ILLUSTRATION ASSUMES LOAN INTEREST IS ADDED TO THE EXISTING LOAN EACH YEAR. THESE END OF YEAR VALUES REFLECTS ANY ANNUAL
LOAN OR REPAYMENT.

◆◆ CASH VALUE OF REDUCED PAID-UP AND CASH VALUE OF ADDITIONAL INSURANCE MINUS ANY OUTSTANDING LOAN AND LOAN INTEREST AT END OF
YEAR.

⊥ FACE AMOUNT OF REDUCED PAID-UP POLICY AND ADDITIONAL INSURANCE MINUS ANY OUTSTANDING LOAN AND LOAN INTEREST AT END OF YEAR.

⊥⊥ LIFE EXPECTANCY AT RETIREMENT AGE - U.S. POPULATION LIFE TABLES.

⊤⊤ BASED ON A 34.00% EMPLOYER TAX BRACKET.

THIS ILLUSTRATION ASSUMES WITHDRAWALS ARE LIMITED TO THE RECOVERY OF COST BASIS.

DIVIDENDS BASED ON JAN. 1992 SCALE THAT USES CURRENT INTEREST, MORTALITY AND EXPENSE RATES. ILLUSTRATIVE FIGURES ARE NOT
GUARANTEES OR ESTIMATES FOR THE FUTURE.

MDL 109

CONFIDENTIAL

EXPLANATORY NOTES FORM 467 AND FORM 463 MUST BE ENCLOSED    PAGE  6

METROPOLITAN LIFE INSURANCE COMPANY    7/23/92

- 152 -

M9371

M1299779220162

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

NEW YORK

PREPARED FOR JOHN C. NOTAXREIMBURSEMENT    BY STEVEN KOHLER
PLAN: LIFE PAID UP AT 98

| CLASSIFICATION | | AGE | AMOUNT OF INSURANCE |
| INSURED: STANDARD | SMOKER | F 60 | $463,254 |

PREMIUM MODE: ANNUAL

ANNUAL PREMIUM YRS PAYABLE*

BASIC POLICY                    $7,099.99  98
PAID-UP ADDITIONS RIDER         $2,900.01  23

| SUMMARY FOR PERIOD SHOWN | END OF 20 YEARS | AT AGE 90 |
|---|---|---|
| TOTAL PREMIUMS | $200,000 | $650,000 |
| TOTAL ANNUAL DIVIDENDS | 102,275 | 178,457 |
| ANY RIDER INSURANCE VALUE | 167,418 | 173,012 |
| ADDITIONAL INSURANCE BOUGHT BY ANNUAL DIVIDENDS | 330,260 | 503,918 |
| ILLUSTRATIVE DEATH BENEFIT | 948,932 | 1,230,184 |
| GUARANTEED CASH VALUE | 219,951 | 200,367 |
| CASH VALUE OF ADDITIONAL INSURANCE | 173,047 | 344,769 |
| ILLUSTRATIVE CASH VALUE | 592,998 | 435,137 |
| GUARANTEED MONTHLY LIFE INCOME -(10 YEARS CERTAIN) | | 1,646.36 |
| ILLUSTRATIVE MONTHLY LIFE INCOME -(10 YEARS CERTAIN) | | 4,607.99 |

| | 10 YRS | 20 YRS |
|---|---|---|
| INTEREST ADJUSTED 5% INDEXES (BASIC POLICY) | | |
| LIFE INSURANCE SURRENDER COST INDEX | $3.83 | $.60 |
| LIFE INSURANCE NET PAYMENT COST INDEX | $12.46 | $9.58 |
| EQUIVALENT LEVEL ANNUAL DIVIDEND | $2.87 | $5.74 |

VALUES SHOWN APPLY TO THE BASIC POLICY AND PUA RIDER UNLESS OTHERWISE NOTED.

DIVIDENDS BASED ON JAN. 1992 SCALE THAT USES CURRENT INTEREST, MORTALITY AND
EXPENSE RATES. ILLUSTRATIVE MONTHLY INCOME BASED ON APRIL 1992 SETTLEMENT
OPTION RATES. ILLUSTRATIVE FIGURES ARE NOT GUARANTEES OR ESTIMATES FOR THE
FUTURE.

* PREMIUMS WILL BE PAID IN CASH DURING BONUS YEARS ONLY. SUBSEQUENT PREMIUMS, AS THEY
FALL DUE, WILL BE PAID THROUGH THE SURRENDER OF POLICY VALUES. IF THERE ARE
INSUFFICIENT FUNDS TO PAY ANY PREMIUM IN FULL, ADDITIONAL CASH OUTLAY WILL BE REQUIRED.

PAGE 7

METROPOLITAN LIFE INSURANCE COMPANY          7/23/92

- 153 -                                    M9371

M129779220163

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091. United States Dist. Ct.