IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>    Defendants. | : CIVIL ACTION NO. 00-2248<br>:<br>:<br>:<br>:<br>: CHIEF JUDGE AMBROSE<br>:<br>:<br>:<br>:<br>: |

**ORDER OF COURT**

On this _____ day of October, 2006, this matter having come before the Court upon Defendants Metropolitan Life Insurance Company's and Kenneth Kaczmarek's Motion in Limine to Exclude Evidence Regarding the Pennsylvania Market Conduct Report, it is hereby ordered that the motion is GRANTED. Plaintiff is barred from introducing evidence of the Pennsylvania Market Conduct Report, Plaintiff's Exhibit No. 32, at trial.

                       BY THE COURT:

                       _____