IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>                   Plaintiff,<br><br>           v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>                   Defendants | CIVIL ACTION NO. 00-2248<br><br><br><br>CHIEF JUDGE AMBROSE |

**ORDER**

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Exhibits 107 and 108 by defendants Metropolitan Life Insurance Company and Kenneth F. Kacsmarek in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ___ day of _____ 2006, ORDERED that Defendants' Motion in Limine to Exhibits 107 and 108 is GRANTED; and it is further ORDERED:

1.    Plaintiff is precluded from using any Audit Report evidence which does not relate to the transactions at issue.  <u>See</u> Plaintiffs' Exs. 107 and 108;

2.    Plaintiff and his attorneys are precluded from referring to or offering, either directly or indirectly, including during voir dire, opening statements, questions to witnesses or

testimony by witnesses, and in closing argument, the aforementioned Audit Reports.

                                               BY THE COURT:

                                               _____