**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT G. WYCKOFF,        :    CIVIL ACTION NO. 00-2248

           Plaintiff,        :

                       :

           v.            :    CHIEF JUDGE AMBROSE

METROPOLITAN LIFE INSURANCE    :
COMPANY AND KENNETH F.         :
KACZMAREK,                 :

           Defendants.     :

**DEFENDATNS METROPOLITAN LIFE INSURANCE COMPANY'S AND KENNETH KACZMAREK'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING THE FLORIDA MARKET CONDUCT EXAMINATIONS OF METROPOLITAN LIFE INSURANCE COMPANY**

Defendants Metropolitan Life Insurance Company ("MetLife") and Kenneth Kaczmarek (collectively, "defendants") hereby submit the following Motion in Limine to Exclude Evidence Regarding the Florida Market Conduct Report (the "Florida Report"):[1]

1. In Plaintiff's exhibit list, Plaintiff has identified the Florida Market Conduct Report (Plaintiffs' Proposed Exhibit 33), which is irrelevant to this case and highly prejudicial.

2. Plaintiff's Proposed Exhibits 33  should be excluded for the reasons set forth in detail in Defendants' Brief in Support of its Motion to In Limine to Exclude Evidence Regarding the Florida Market Conduct Examinations and Related Documents, which is incorporated by reference.

---

[1] A copy of the Florida Report, Plaintiffs' Exhibit 33,  is attached as Exhibit A to Defendants' Motion.  In support of the arguments set forth in detail in Defendants' Brief in Support of their Motion to In Limine to Exclude Evidence Regarding the Florida Market Conduct Examinations and Related Documents, MetLife encloses Ex. B, <u>Drummond v. Alia – The Royal Jordanian Airline Corp.</u>, 11 Fed. R. Evid. Serv. 1904, 1908-10 (W.D. Pa. 1982).

**WHEREFORE**, MetLife and Kenneth Kaczmarek respectfully request that this Court grant Defendants Metropolitan Life Insurance Company's and Kenneth Kaczmarek's Motion in Limine to Exclude Evidence Regarding Florida Market Conduct Report.

Respectfully Submitted,

s/ B. John Pendleton, Jr.

_____

B. John Pendleton, Jr.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Attorneys for Defendants
Metropolitan Life Insurance Company and
Kenneth Kaczmarek

Dated:  October 3, 2006

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the electronic case filing system, on this 3rd day of October, 2006 on the following counsel of record:

> Kenneth R. Behrend, Esq.
> Behrend and Ernsberger, P.C.
> Union National Bank Building
> 306 Fourth Avenue, Suite 300
> Pittsburgh, PA 15222

__s/ B. John Pendleton, Jr._____