**Metropolitan Life**
AND AFFILIATED COMPANIES

METROPOLITAN INSURANCE COMPANY
Southeastern Head Office Branch
4100 Boyscout Boulevard
Tampa, FL 33607
(813) 870-8050

## NURSES GUARANTEED RETIREMENT SAVINGS PLAN

One of the most widely discussed retirement plans is now available to ALL NURSES IN THE STATE OF NORTH CAROLINA. This new Retirement Savings Plan is designed to complement your existing benefits with 5 VERY IMPORTANT FEATURES:

1. **CONTROL** — Unlike traditional retirement plans, if you should leave your present nursing position, you will not lose your retirement benefits.

2. **FLEXIBILITY** — Availability of cash without penalty.

3. **TAX BENEFITS** — High tax sheltered growth.

4. **SECURITY** — Provides a guaranteed lifetime income.

5. **DISABILITY** — Your monthly savings will continue to be deposited by Metropolitan should you become disabled.

This retirement program does not conflict with any other retirement program, IRA, 401K, Annuity (TSA), or hospital retirement that you may have at the present time or acquire in the future.

Sincerely

*Christine M'Carron*

Christine McCarron
Nursing Representative

Please complete the following, so that we may furnish you with information about this New Retirement Savings Plan.
-------------------------------------------------------------

NAME_____

ADDRESS_____CITY_____

STATE_____ZIP CODE_____

HOME PHONE_____BUS PHONE_____

DATE OF BIRTH:  MONTH_____DAY_____YEAR_____

**D-6**

Metropolitan Life Insurance Company
[illegible address lines]

 Metropolitan Life
AND AFFILIATED COMPANIES

Mr. Rick Urso
Branch Manager
705 SIRG, FL

Re Unauthorized Sales Literature

Dear Rick

The attached unauthorized sales literature from your office has been brought
to my attention by the New York Home Office Advertising Department who
received it from someone in this.

The first problem with this is that Charles Schulz characters cannot be used
without approval from New York Home Office Advertising Department. The
second problem is there is no mention of the words "life insurance" in this
literature even though the contract is basically life insurance. The
brochure misleads people, a violation of insurance laws in every state.
Finally, the third problem is that the sales literature from your office
lists a Southeastern Head Office mailing address. All sales literature must
indicate the branch office address, or in your case 6100 Represent Blvd with
no mention of Southeastern Head Office. Also, the U.S. Postal Service has
asked us not to use One Metropolitan Plaza in our address at any time.

I would appreciate your assurance that this brochure has either been
immediately withdrawn from use or re-produced to conform to all insurance
laws and company policies.

Thank you for your cooperation

Sincerely

Roy Burtha, AVP
Manager
Public and Consumer Affairs

January 13, 1991

cc Bill Litt

This is being
MAILED TO
NURSES IN OUR
AREA

HH

Retirement Savings and Security
for the
Future a Nurse Deserves...



- Systematic Savings
- Tax Deferred Growth
- Tax Free Income
- Availability of Cash
- Disability Waiver

Metropolitan Life
AND AFFILIATED COMPANIES

Metropolitan Life
AND AFFILIATED COMPANIES

FYI

## Just for a moment, think about you.

As a nurse, you're always on call no matter where you are. Even if you're office-based or on private duty, you have to be prepared for an emergency anytime.

But just for a few moments, think about yourself and what you'd like to be doing in the future. Have you taken the time to make plans?

We know, for example, that nurses often do not have long-range savings plans. We know, too, that you may move around quite a bit. That's why we would like you to know about a new retirement savings plan.

With 5 very important free tools ...

1. **CONTROL**
   Unlike traditional retirement plans, if you should leave your present nursing position, you will not lose your retirement benefits.

2. **FLEXIBILITY**
   Avaliable flexibility of cash without penalty.

3. **TAX BENEFITS**
   High tax sheltered growth.

4. **SECURITY**
   Provides a guaranteed lifetime income.

5. **DISABILITY**
   Your monthly savings will continue to be deposited by Metropolitan should you become disabled.

## To "grow" a nest egg consistently.

Whether you're regularly employed in a hospital, a corporation, self-employed person or part-time duty, Metropolitan Insured Retirement Savings is a convenient way for you to accumulate cash steadily.

## If you plan now

At Metropolitan Life, we can help you build a solid foundation of financial security with our diverse portfolio. We call them "accumulation products" — because they'll help you accumulate the money you need, tax-deferred, for your retirement years. If you've already started saving, we can suggest ways to make your money work harder. There's sure to be a strategy that will fit your financial situation today . . . with enough built-in flexibility for the future.

And what's more, you'll rest the security of knowing that your Insured savings plan is protected by Metropolitan Life and affiliated companies, a financial services leader with over $120 billion in assets and many services. Our quality products and services have earned us the highest ratings from leading rating firms Standard and Poor's (AAA) and Moody's (Aaa), as well as A.M. Best (C+) (A+), a reason for soundness of its resources.

### MetLife Metropolitan Life
MetLife Accumulation Products

D-7

When management has approved the material, it should be sent to the Marketing Vice-President or his designee in the territory, via electronic mail, or form 723570. A brief description of the material and its intended use should accompany the transmission.

If approved at the territorial level, the material will be re-transmitted to Marketing Communications in the Home office (13 SVC5), attention Jocquelyn Roberts. The time Communications will be responsible for obtaining all necessary approvals.

The material may be approved for use, it submitted it with revisions, or it may be disapproved for use. If approved, the territory will create a diskette and forward it to the Sales office.

MetLife reserves the right to discontinue previously approved material at any time. Individuals who persist in using unauthorized material will be subject to disciplinary action, up to and including termination.

For more complete details concerning this process, please refer to the Company's Manuals of Instructions for Sales Management and Sales Representatives.

**D-11**

(Exhibit V) cont

**Metropolitan Life**

METROPOLITAN INSURANCE COMPANY
110 Scott Avenue
P. O. Box 5183
High Point, N. C. 27262
(919) 869-7133

REDACTED

## NURSES INSURED RETIREMENT PLAN

One of the most widely discussed retirement plans may now be available to the APPROVED HOSPITAL NURSES. This new Retirement Plan is designed to supplement your existing benefits with 5 VERY IMPORTANT FEATURES:

| | | |
|---|---|---|
| 1. | CONTROL | - If you leave your present nursing position, this retirement program can stay with you, to help you reach your retirement goals. |
| 2. | FLEXIBILITY | - Accessibility of cash |
| 3. | TAX BENEFITS | - Tax deferred accumulation |
| 4. | SECURITY | - Can be used to provide lifetime income |
| 5. | DISABILITY | - Your monthly contribution can continue to be deposited by Metropolitan should you become disabled. |

This retirement program does not conflict with any other retirement programs, (i.e., IRA, 401K, 403 (B) annuity) or any other hospital retirement programs that you may have at the present time.

Sincerely

David Shore
Account Representative

Please complete the following, so that we may furnish you with information about this New Retirement Plan.

------------------------------------------------------------

NAME_____

ADDRESS_____ CITY_____

STATE_____ ZIP CODE_____

HOME PHONE_____ BUSINESS PHONE_____

DATE OF BIRTH:  MONTH_____ DAY_____ YEAR_____

Privileged
and
Confidential

**D-8**

# NURSES INSURED RETIREMENT PLAN



For the Future a
Nurse Deserves . . .



Metropolitan Life
AND AFFILIATED COMPANIES
Southwestern Head Office Annex
4100 Boy Scout Blvd.
Tampa, FL 33607
(813) 870-4466

Metropolitan Life
AND AFFILIATED COMPANIES

SEP 25 '91  9:43

8136738125  PAGE.001

REDACTED

To "grow" a nest egg conveniently.

Whether you're regularly employed (in a hospital, a corporation, etc.) or you do private or part-time duty, Metropolitan's Nurses Insured Retirement Plan is a convenient way for you to accumulate cash for the future you deserve.

This new Insured Retirement plan provides 5 important benefits.

1. **CONTROL**
   Unlike traditional retirement plans. If you should leave your present nursing position, your retirement benefits can stay with you.
2. **FLEXIBILITY**
   Accessibility of cash.
3. **TAX BENEFITS**
   Tax deferred accumulation while providing a life insurance benefit.
4. **SECURITY**
   Can be used to provide life time income.
5. **DISABILITY**
   Your monthly contributions can continue to be deposited by Metropolitan should you become disabled.

Just for a moment, think about you.

As a nurse, you're always on call no matter where you work. Even if you're office-based or on private duty, you have to be prepared for an emergency anytime.

But just for a few moments, think about yourself and what you'd like to be doing in the future. Have you taken the time to make plans?

At Metropolitan Life, we can help you build a solid foundation of financial security with our Nurses Insured Retirement Plan which can help you accumulate the money you need, tax-deferred, for your retirement years. If you've already started saving, we can suggest ways to make your money work harder. There's sure to be a strategy that will fit your financial situation today . . . with enough built-in flexibility for the years ahead.

And what's more, you'll have the security of knowing that your Nurses Insured Retirement plan is protected by Metropolitan Life and affiliated companies, a financial services leader with over $130 billion in assets under management. Our quality products and services have earned us the highest ratings possible from:

Moody's Investor Service
   Aaa (For Financial Strength)
Standard & Poor's
   AAA (For Claims-Paying Ability)
A.M. Best & Co.
   A+ (For Soundness of Investment)

With an ongoing commitment to quality, MetLife is building on a historic tradition of financial stability and security.

**Metropolitan Life**
AND AFFILIATED COMPANIES

REDACTED

REDACTED

D-9

Metropolitan Life Insurance Company
East Center
248 Imbrua Centers Road, Suite 3 M, Longwood, FL 32779 0000

James E. Higgins
Marketing Vice President

**Metropolitan Life®**
AND AFFILIATED COMPANIES

To:        Regional Executives
           Doing Business in the State of Florida

Subject:   Direct Mail Letters

The State of Florida has issued a very strong formal warning against further use of unauthorized direct mail letters. Therefore, it is imperative that you take an aggressive rule in policing activity within your region. Failure to do so may result in the costly involvement of the State Bureau of Investigation.

As Rudy stated in his November 1, 1990, letter to us, "our customers deserve accurate, complete and professional information. We must deliver it." Accordingly, please encourage your associates to use authorized State letters.

The urgency of this notice cannot be stressed enough. Accordingly, please feel free to request any additional information or assistance which you may require. Your full and immediate cooperation is appreciated.

Regards,

Marketing Vice-President

August 14, 1991

Attachment

**Metropolitan Life**
AND AFFILIATED COMPANIES

METROPOLITAN INSURANCE COMPANY
Southeastern Head Office Branch
4100 Boydsoun Boulevard
Tampa, FL 33607
(813) 870-8050

REDACTED

NURSES INSURED RETIREMENT PLAN

One of the most widely discussed retirement plans is now
available to ALL NURSES. This new Retirement Plan is designed to
complement your existing benefits with 5 VERY IMPORTANT FEATURES:

| | | |
|---|---|---|
| 1. | CONTROL | - If you leave your present nursing position, this retirement program can stay with you to help you reach your retirement goals. |
| 2. | FLEXIBILITY | - Accessibility of cash |
| 3. | TAX BENEFITS | - Tax deferred accumulation. |
| 4. | SECURITY | - Can be used to provide lifetime income. |
| 5. | DISABILITY | - Your monthly contributions can continue to be deposited by Metropolitan should you become disabled. |

This retirement program does not conflict with any other
retirement program, IRA, 401K, Annuity that you may have at the
present time or acquire in the future.

Sincerely

*Craig Anderson*

Craig Anderson
Nursing Representative

Please complete the following, so that we may furnish you with
information about this New Insured Retirement Plan.

NAME_____

ADDRESS_____ CITY_____

STATE_____ ZIP CODE_____

HOME PHONE_____ BUS PHONE_____

DATE OF BIRTH: MONTH_____ DAY_____ YEAR_____

D-10

Metropolitan Life 

Rudolfo Michaed, CLU

September 15, 1991

To   the Field Force and Management Team
     Southeastern Territory

Re   Unauthorized Sales Literature

The Manuals of Instructions for Sales Management and Sales
Representatives are very explicit regarding clearance by the
home office of sales material originating in the field.

MetLife representatives have a wide range of professionally
developed, approved support material to choose from.
Nevertheless, it is recognized that sales situations do
sometimes arise where a variation may be deemed helpful or a
new approach to a prospect may be developed. A home office
review procedure, including legal review, has been
established to accommodate these situations. Any proposed
material must be legally approved prior to its use.

There have recently been some instances of unauthorized
letters being sent to prospects and/or clients that have
given rise to complaints directed to state Insurance
Departments and to the Corporate Management Office. In some
cases, letters have been mailed that are offensive or
unnecessarily threatening in style, as in "...urgent matter
concerning your policy..." or words to that effect.

Others are merely unprofessional, with grammatical errors
and misspellings. Still others are potentially misleading
or make reference to various benefits that are not available
in any one contract. These types of communications are
unacceptable and may result in disciplinary action being
taken against those responsible.

The attached procedures, excerpted in summary form from the
manuals, have been updated with the application of
Electronic Mail to expedite review for approval in the home
office. You should refer to the manuals for more complete
details concerning the process.

One of the most valuable assets you have in sales is the
personal image you project. You start creating that image
with the big advantage of MetLife's name -- the quality
company in insurance and financial services. Your customers
rely on that reputation. It is extremely important that
each of you reinforce that image in all your communications.
It's essential to the company's continued success...and
yours.

Please be guided accordingly.

Sincerely



Senior Vice-President

Attachment

PROCESSING REQUESTS FOR APPROVAL OF UNAUTHORIZED SALES LITERATURE

The following applies to all lines of insurance. These procedures are meant to help management screen out inappropriate material or to make necessary changes before submitting material for approval.

. Branch Manager/District Sales Manager reviews the material for content to see if it offers a more effective approach than similar existing material. It should also be checked for visual impact, spelling and grammatical errors and the elimination of improper or misleading statements.

The following are some examples of improper usage (but not an all-inclusive list):

NEW PLAN - Terms such as "a new program from MetLife" or "new mortgage reduction plan" cannot be used to describe an insurance policy. The name of the policy and its benefits must be specified.

LOW COST - Cannot be used when referring to premium payment. It is also not acceptable to say "save premiums" or "better coverage" in reference to Metropolitan Property and Casualty Insurance Company products.

NET COST - Cash values above total premiums paid cannot be termed "return over cost" or "net cost".

SAVINGS - The terms "save" and "savings" cannot be used to imply that life insurance provides a savings medium comparable to a bank account.

DEPOSIT - Is not an acceptable synonym for premium.

INVESTMENT - Insurance cannot be referred to as an investment.

TAX-FREE - Should not be confused with "tax-deductible" contributions to a qualified retirement plan. A more acceptable term is "tax-deferred benefits."

URGENT - Or other terminology implying something is wrong with a client's policy should never be used when, in fact, a representative merely wants a telephone number or other piece of non-essential information. Always state clearly what the matter of concern is.

TITLE - Only a qualified Registered Representative or Financial Planner may use these titles. Also, "made-up" titles such as Mortgage Protection Specialist, Nursing Representative, Small Group Representative, etc., are not to be substituted for Company approved titles.



**Metropolitan Life®**
AND AFFILIATED COMPANIES

SOUTHEASTERN HEAD OFFICE BRANCH
4100 BOYSCOUT BOULEVARD
TAMPA, FL 33607
(813) 870-8050

NOW AVAILABLE TO ALL NURSING PROFESSIONALS

Would you mind just giving us your name and date of birth
below in order that we may furnish you information about a
NEW RETIREMENT SAVINGS PLAN:

1.  Currently earning high money market interest rates.

2.  The cash fund may be used for emergencies and
    opportunities.

3.  Deposits may be made monthly as the budget allows.

4.  An optional disability benefit may also be included.

5.  Pays a guaranteed income at retirement.

This is something new, one of the most widely discussed
retirement programs in the investment world today.

Sincerely,

*Christine M⸺Carron*

Christine McCarron
Account Representative

-----------------------------------------------------------

NAME_____

ADDRESS_____ZIP CODE_____

HOME PHONE_____ BUS. PHONE _____

DATE OF BIRTH: MONTH_____ DAY _____ YEAR_____

FOR INFORMATION ON OTHER SPECIFIC PLANS, CHECK BELOW
( ) MORTGAGE CANCELLATION PROTECTION
( ) DISABILITY INCOME PROTECTION
( ) LIFE INSURANCE
( ) I.R.A.
( ) MUTUAL FUNDS

REDACTED

D-12

MetropolitanLife

Southeastern Head Office Branch
4100 Boyscout Boulevard
Tampa, FL. 33607
(813) 870-8050

It has been brought to my attention that several versions of letters have been going out. This is the only letter that has been approved & under no circumstances can any other letter be used without company approval. If you have any other versions of the letter, please destroy immediately!
Rick
10-3

## NURSES INSURED RETIREMENT PLAN

One of the most widely discussed retirement plans may now be available to all approved NURSES. This Insured Retirement Plan is designed to complement your existing benefits with 5 VERY IMPORTANT FEATURES:

1. CONTROL — If you leave your present nursing position, this retirement program can stay with you to help you reach your retirement goals.
2. FLEXIBILITY — Accessibility of cash
3. TAX BENEFITS — Tax deferred accumulation
4. SECURITY — Can be used to provide lifetime income.
5. DISABILITY — Your monthly contributions can continue to be deposited by Metropolitan should you become disabled.

This retirement program does not conflict with any other retirement program, IRA, 401K or Annuity that you may have at the present time or acquire in the future.

Sincerely

Craig Andersen

Craig Andersen
Account Representative

Please complete the following, so that we may furnish you with information about this Nurses Insured Retirement Plan.

NAME ______________________________

ADDRESS ______________________________

CITY ______________ STATE ________ ZIP CODE ______

HOME PHONE ______________ BUSINESS PHONE ______________

DATE OF BIRTH: MONTH ________ DAY ________ YEAR ________

**Metropolitan Life**

Southeastern Head Office Branch
4100 Boyscout Boulevard
Tampa, FL   33607
(813) 870-8030

*[handwritten notes across top:] it has been brought to my attention that several versions of this letter have been going out. This is the only letter that has been approved & under no circumstances can any other letter be used without company approval of [?]*

## NURSES INSURED RETIREMENT PLAN

One of the most widely discussed retirement plans may now be
available to all approved NURSES.  This insured Retirement Plan
is designed to complement your existing benefits with 5 VERY
IMPORTANT FEATURES:

1. **CONTROL**
   - If you leave your present nursing
     position, this retirement program
     can stay with you to help you
     reach your retirement goals.

2. **FLEXIBILITY**
   - Accessibility of cash

3. **TAX BENEFITS**
   - Tax deferred accumulation

4. **SECURITY**
   - Can be used to provide lifetime
     income.

5. **DISABILITY**
   - Your monthly contributions can
     continue to be deposited by
     Metropolitan should you become
     disabled.

This retirement program does not conflict with any other
retirement program, IRA, 401K or Annuity that you may have at the
present time or acquire in the future.

Sincerely

*Craig Anderson*

Craig Anderson
Account Representative

*[handwritten:] Copy of this given to each reg on 10-21-91*

Please complete the following, so that we may furnish you with
information about this Nurses Insured Retirement Plan.

NAME_____

ADDRESS_____

CITY_____STATE_____ZIP CODE_____

HOME PHONE_____BUSINESS PHONE_____

DATE OF BIRTH:  MONTH_____DAY_____YEAR_____

*NOTE: [handwritten]*

D-13

MEMORANDUM from

To: Mr. Rudy Michaud
Senior Vice-President

Rudy, the attached letter
being sent from the
Southeastern Head Office
branch is not an approved
letter.  Please ask Rick Urso
to cease mailing this letter.

Richard N. Maurer
Senior Vice-President

October 25, 1991

RNM:dxp

Attachment

**Metropolitan Life**
THE LIFE INSURANCE COMPANY

SOUTHEAST
ONE METRO-
TAMPA, FL 33607
(813) 870-8450

## NURSES GUARANTEED RETIREMENT SAVINGS PLAN

Would you mind just giving us your name and date of birth
below in order that we may furnish you information about a
NEW RETIREMENT SAVINGS PLAN:

1. Currently earning high money market interest rates

2. The cash fund may be used for emergencies and
   opportunities

3. Deposits may be made monthly as the budget allows

4. An optional disability benefit may also be included

5. Pays a guaranteed income at retirement

This is something new, one of the most widely discussed
retirement programs in the investment world today.

Sincerely

*Christine McCarron*

Christine McCarron
Nursing Representative

------------------------------------------------------------

NAME *Frances D. Palmieri*

ADDRESS *12 Charlesgate Rd.* CITY *Lalalala*

STATE *MA* ZIP CODE *03061*

HOME PHONE *508-665-0569* BUS PHONE _____

DATE OF BIRTH: MONTH *12* DAY *23* YEAR *32*

This retirement program does not conflict with any other
retirement program, IRA, 401K, annuity (TSA), or hospital
retirement that you may have at the present time or acquire in
the future.

If you leave your present nursing position this retirement
program will stay with you to guarantee your retirement goals.

D-14

Attachment A

**Metropolitan Life**
AND AFFILIATED COMPANIES

Southeastern Head Office District
4100 Boyscout Boulevard
Tampa, FL 33607
(813) 870-6050


REDACTED

### AVAILABLE TO ALL APPROVED NURSES

Nurses, like many others, may have concerns on how to accumulate enough tax deferred dollars, during their working years, to help provide enough income for their retirement years.

Would you please provide your name and date of birth below in order that we may furnish you information about our Tax Deferred Accumulation Plans which provide 5 very important features:

1. Tax Advantaged Cash Accumulation

2. Security - Life Income Settlement Options

3. Accessible Cash Value

4. An Optional Disability Benefit

5. Tax favorable withdrawals

With an ongoing commitment to quality, MetLife is building on an historic tradition of financial stability and security.

Sincerely

*Ed Moore*

Ed Moore
Account Representative

NAME_____

ADDRESS_____

CITY_____ STATE_____ ZIP CODE_____

HOME PHONE_____ BUSINESS PHONE_____

DATE OF BIRTH: MONTH_____ DAY_____ YEAR_____

REDACTED

D-15



Metropolitan Life
AND AFFILIATED COMPANIES

Mr. Robert Crimmins
Senior Vice-President

APR 1 1997

Dear Mr. Crimmins

It was a pleasure meeting you on the CMO tour in Detroit on March 13. This letter is a follow-up to our conversation regarding two important topics.

First, I wish to re-emphasize the importance of clarifying the commissions paid to PI reps for opening up large group cases. I have been told that the reps will receive either a "finders fee" or a commission.

What is unclear is the amount paid and how this is credited. Does a finders fee count as NPC for Leaders, management overrides, etc.? How does a rep earn one or the other and, most importantly, who determines whether the rep is entitled to a finders fee or a commission.

Your help in clarifying this issue between PI and group is greatly appreciated.

The second issue involves marketing being done in our area by the SEHO branch. Apparently, they have purchased a list of nurses in the state of Michigan. SEHO then sends one of the attached pre-approach letters to the prospect. Upon securing appointments, they fly a few reps to our area. These reps then "sell" a "nurses insured retirement plan" (usually an L-75 for $65 to $100 per month).

The main issue which has surfaced is that the reps are neither selling nor servicing these clients properly. We have had calls from several nurses wanting to know if these people are legitimate MetLife reps. They want us to come out and explain to them what they have purchased. Many existing clients have called wanting to know why their accounts have been shifted to Tampa. (Obviously, they haven't been.)

Life/Health/Annuities

REDACTED

This creates many problems for us. One is that a lot of time and energy is spent by my staff servicing new policies which have been peddled by out of state reps. Our local reputation is being damaged because dissatisfied customers usually tell ten other people about their experiences. Finally, dissatisfied customers will never become MetLife clients.

I ask your help to end this mail order peddling of our fine company's products. The misleading pre-approach letters plus the lack of service are producing a high volume of FYC for SEHO, but will undoubtedly harm the company in the long run.

Sincerely

Randy Holtzman
Branch Manager

March 25, 1992

REDACTED

Metropolitan Life
AND AFFILIATED COMPANIES

METROPOLITAN INSURANCE COMPANY
Southeastern Head Office Branch
4100 Boyscout Boulevard
Tampa, FL 33607
(813) 870-6050

NURSES INSURED RETIREMENT PLAN

One of the most widely discussed retirement plans is now available TO ALL NURSES. This new Retirement Plan is designed to complement your existing benefits with 5 VERY IMPORTANT FEATURES!

| | | |
|---|---|---|
| 1. CONTROL | - | If you leave your present nursing position, this retirement program can stay with you to help you reach your retirement goals. |
| 2. FLEXIBILITY | - | Accessibility of cash |
| 3. TAX BENEFITS | - | Tax deferred accumulation |
| 4. SECURITY | - | Can be used to provide lifetime income. |
| 5. DISABILITY | - | Your monthly contributions can continue to be deposited by Metropolitan should you become disabled. |

This retirement program does not conflict with any other retirement program, IRA, 401K, Annuity that you may have at the present time or acquire in the future.

Sincerely

Ed Moore
Nursing Representative

Please complete the following, so that we may furnish you with information about this Nurses Insured Retirement Plan.

REDACTED

** TOTAL PAGE.005 **

*Very Important*

Mr. Rudy Michaud
Senior Vice-President

REDACTED

Dick Maurer asked that I send you a copy of the attached letter.
Dick's position is that the SINO Branch has the right to place
business whenever they can.   We have asked Dave Martin to
communicate this to Branch Manager Holtzman.

Dick asks that you review the pre-approach letters to make certain
you are comfortable with the contents.

Thanks for your help.

Edward J. Lynch
Assistant Vice-President

April 3, 1992

EJL:dap

Attached

REDACTED

**D-5**

FROM: SEHO, FL F04 R42          MSG#: 90-01813131
TO   : SERE                     SENT: 08/24/90 11:03 AM    PRIORITY: 2
SUBJ: DAVE POWELL               FORWARDED BY: SEHO CONSUMER RELATIONS
-----------------------------------------------------------------
DIANE SHAFFNER

IN REPLY TO THE COMPLAINT ON THE ABOVE, WE WILL DISCONTINUE THE LETTER
IN QUESTION.

THANK YOU

RICK URSO
BRANCH MANAGER

AUGUST 24, 1990

**Metropolitan Life**
AND AFFILIATED COMPANIES

METROPOLITAN INSURANCE COMPANY
Southeastern Head Office Branch
4100 Boyscout Boulevard
Tampa, FL 33607
(813) 870-2050

## NURSES GUARANTEED RETIREMENT SAVINGS PLAN

One of the most widely discussed retirement plans is now
available to ALL NURSES IN THE STATE OF NORTH CAROLINA.  This new
Retirement Savings Plan is designed to complement your existing
benefits with 5 VERY IMPORTANT FEATURES:

1.  CONTROL         - Unlike traditional retirement
                      plans, if you should leave your
                      present nursing position, you will
                      not lose your retirement benefits.

2.  FLEXIBILITY     - Availability of cash without
                      penalty.

3.  TAX BENEFITS    - High tax sheltered growth.

4.  SECURITY        - Provides a guaranteed lifetime
                      income.

5.  DISABILITY      - Your monthly savings will continue
                      to be deposited by Metropolitan
                      should you become disabled.

This retirement program does not conflict with any other
retirement program, IRA, 401K, Annuity (TSA), or hospital
retirement that you may have at the present time or acquire in
the future.

Sincerely

Christine McCarron

Christine McCarron
Nursing Representative

Please complete the following, so that we may furnish you with
information about this New Retirement Savings Plan.

----------------------------------------------------------

NAME_____

ADDRESS_____ CITY_____

STATE_____ ZIP CODE_____

HOME PHONE_____ BUS PHONE_____

DATE OF BIRTH:  MONTH_____ DAY_____ YEAR_____

D-6

Metropolitan Life 
AND AFFILIATED COMPANIES

Mr. Rick Urso
Branch Manager
704 SIRO, FL

In Unauthorized Sales Literature

Dear Rick

The attached unauthorized sales literature from your office has been brought
to my attention by the New York Home Office Advertising Department who
received it from someone in Ohio.

The first problem with this is that Charles Schulz characters cannot be used
without approval from New York Home Office Advertising Department. The
second problem is that there is no mention of the words "life insurance" in this
literature even though the contract is basically life insurance. The
brochure misleads people, a violation of insurance laws in every state.
Finally, the third problem is that the sales literature from your office
lists a Southeastern Head Office mailing address. All sales literature must
indicate the branch office address, or in your case 4100 Seymour Blvd with
no mention of Southeastern Head Office. Also, the U.S. Postal Service has
asked us not to use One Metropolitan Plaza as our address at any time.

I would appreciate your assurance that this brochure has either been
immediately withdrawn from use or re-produced to conform to all insurance
laws and company policies.

Thank you for your cooperation

Sincerely

Ray Sertke, AVA
Manager
Public and Consumer Affairs

January 11, 1991

cc Bill Lett

This is being
MAILED TO
NURSES IN OUR
AREA

H4U



Retirement Savings and Security
for the
Future a Nurse Deserves...

- Systematic Savings
- Tax Deferred Growth
- Tax Free Income
- Availability of Cash
- Disability Waiver

Metropolitan Life

FYI

## Just for a moment, think about you.

As a nurse, you're always on call no matter where you work. Even if you're office-based or on private duty, you have to be prepared for an emergency anytime.

But just for a few moments, think about yourself and what you'd like to be doing in the future. Have you taken the time to make plans?

We know, for example, that nurses often do not have for strange savings plans. We know, too, that you may move around quite a bit. That's why we would like you to know about a new retirement savings plan.

With 5 very important features ...

1. **CONTROL**
   Unlike traditional retirement plans, if you should leave your present nursing position, you will not lose your retirement benefits.

2. **FLEXIBILITY**
   Availability of cash without penalty.

3. **TAX BENEFITS**
   High tax-sheltered growth.

4. **SECURITY**
   Provides a guaranteed lifetime income.

5. **DISABILITY**
   Your monthly savings will continue to be deposited by Metropolitan should you become disabled.

### To "grow" a nest egg conveniently.

Whether you're regularly employed in a hospital, a corporation, and retired do private or part-time duty, Metropolitan Insured Retirement Savings is a convenient way for you to accumulate cash of the kind.

## If you plan now

At Metropolitan Life, we can help you build a solid foundation of financial security with our diverse portfolio. We call them "accumulation products" — because they'd help you accumulate the money you need, tax-deferred, for your retirement years. If you've already started saving, we can suggest ways to make your money work harder. There's sure to be a strategy that will fit your future of situation today . . . with enough built-in flexibility for the future.

And what's more, you'll get the security of knowing that your future savings plan is protected by Metropolitan Life and its affiliated companies, a financial services leader with over $120 billion in assets to serve as proven. Our quality products and services have earned us the highest ratings for claims-paying ability from Standard and Poor (AAA) and Moody's (Aaa), as well as A.M. Best Co. (A+) reason for soundness of investments.

**Metropolitan Life**
AND AFFILIATED COMPANIES

D-7

When management has approved the material, it should be sent to the Marketing Vice-President or his designee, if necessary, via electronic mail, on form 221378. A brief description of the material and its intended use should accompany the transmission.

If approved at the territorial level, the material will be re-transmitted to Marketing Communications, Attention Joycelyn Roberts, in the Home Office (13 2/CS). Attention Joycelyn Roberts. Marketing Communications will be responsible for obtaining all necessary approvals.

The material may be approved for use as submitted or with revisions, or it may be disapproved for use. If approved, the territory will create a diskette and forward it to the sales office.

MetLife reserves the right to discontinue previously approved material at any time. Individuals who persist in using unauthorized material will be subject to disciplinary action, up to and including termination.

For more complete details concerning this process, please refer to the Company's Manuals of Instructions for Sales Management and Sales Representatives.

D-11

(Exhibit V) cont

**MetLife** MetropolitanLife
AND AFFILIATED COMPANIES

METROPOLITAN INSURANCE COMPANY
110 Scott Avenue
P. O. Box 5185
High Point, N. C. 27262
(919) 869-7133

REDACTED

## NURSES INSURED RETIREMENT PLAN

One of the most widely diserted retirement plans may now be available to Pennsylvania NURSES. This new Retirement Plan is designed to supplement your existing benefits with 5 VERY IMPORTANT FEATURES:

| | | |
|---|---|---|
| 1. | CONTROL | - If you leave your present nursing position, this retirement program can stay with you, to help you reach your retirement goals. |
| 2. | FLEXIBILITY | - Accessibility of cash |
| 3. | TAX BENEFITS | - Tax deferred accumulation |
| 4. | SECURITY | - Can be used to provide lifetime income |
| 5. | DISABILITY | - Your monthly contribution can continue to be deposited by Metropolitan should you become disabled. |

This retirement program does not conflict with any other retirement program, (i.e., IRA, 401K, 403 (B) annuity) or any other hospital retirement programs that you may have at the present time.

Sincerely

David Shore
Account Representative

Please complete the following, so that we may furnish you with information about this New Retirement Plan.

NAME_____

ADDRESS_____ CITY_____

STATE _____        ZIP CODE _____

HOME PHONE _____ BUSINESS PHONE _____

DATE OF BIRTH:  MONTH_____  DAY_____  YEAR_____

Privileged
and
Confidential

**D-8**

# NURSES INSURED RETIREMENT PLAN



For the Future a
Nurse Deserves . . .

Metropolitan Life
AND AFFILIATED COMPANIES

Southeastern Head Office Branch
4100 Seymour Blvd.
Tampa, FL 33607
(813) 870-4466



Metropolitan Life
AND AFFILIATED COMPANIES

REDACTED

To "grow" a nest egg conveniently.

Whether you're regularly employed (in a hospital, a corporation, etc.) or you do private or part-time duty, Metropolitan's Nurses Insured Retirement Plan is a convenient way for you to accumulate cash for the future you deserve.

This new Insured Retirement plan provides 5 important benefits.

1. **CONTROL**
   Unlike traditional retirement plans, if you should leave your present nursing position, your retirement benefits can stay with you.
2. **FLEXIBILITY**
   Accessibility of cash.
3. **TAX BENEFITS**
   Tax deferred accumulation while providing a life time insurance benefit.
4. **SECURITY**
   Can be used to provide life time income.
5. **DISABILITY**
   Your monthly contribution can continue to be deposited by Metropolitan should you become disabled.

Just for a moment, think about you.

As a nurse, you're always on call no matter where you work. Even if you're office-based or on private duty, you have to be prepared for an emergency anytime.

But just for a few moments, think about yourself and what you'd like to be doing in the future. Have you taken the time to make plans?

At Metropolitan Life, we can help you build a solid foundation of financial security with our Nurses Insured Retirement Plan which can help you accumulate tax money you need, tax-deferred, for your retirement years. If you've already started saving, we can suggest ways to make your money work harder. There's sure to be a strategy that will fit your financial situation today . . . with enough built in flexibility for the years ahead.

And what's more, you'll have the security of knowing that your Nurses Insured Retirement plan is protected by Metropolitan Life and affiliated companies, a financial services leader with over $130 billion in assets under management. Our quality products and services have earned us the highest ratings possible from:

Moody's Investor Service
Aaa (For Financial Strength)
Standard & Poor's
AAA (For Claims-Paying Ability)
A.M. Best & Co.
A+ (For Soundness of Investment)

With an ongoing commitment to quality, MetLife is building on a history of financial stability and security.


**Metropolitan Life**
AND AFFILIATED COMPANIES

REDACTED

REDACTED

D-9

Metropolitan Life Insurance Company
East Tower -
200 Galleria Parkway, Suite 2000, Marietta, FL 30776 info

**James E. Higgins**
Marketing Vice-President

Metropolitan Life®
AND AFFILIATED COMPANIES

To:        Regional Executives
           Doing Business in the State of Florida

Subject:   Direct Mail Letters

The State of Florida has issued a very strong formal warning against further use of unauthorized direct mail letters. Therefore, it is imperative that you take an aggressive rule in policing activity within your region. Failure to do so may result in the costly involvement of the State Bureau of Investigation.

As Rudy stated in his November 1, 1990, letter to us, "our customers deserve accurate, complete and professional information. We must deliver it." Accordingly, please encourage your associates to use authorized Smile letters.

The urgency of this notice cannot be stressed enough. Accordingly, please feel free to request any additional information or assistance which you may require. Your full and immediate cooperation is appreciated.

Regards,

Marketing Vice-President

August 14, 1991

Attachment

**Metropolitan Life**
AND AFFILIATED COMPANIES

METROPOLITAN INSURANCE COMPANY
Southeastern Head Office Branch
4100 Boyscout Boulevard
Tampa, FL 33607
(813) 870-8050

REDACTED

## NURSES INSURED RETIREMENT PLAN

One of the most widely discussed retirement plans is now
available to ALL NURSES. This new Retirement Plan is designed to
complement your existing benefits with 5 VERY IMPORTANT FEATURES:

| | | |
|---|---|---|
| 1. | CONTROL | - If you leave your present nursing position, this retirement program can stay with you to help you reach your retirement goals. |
| 2. | FLEXIBILITY | - Accessibility of cash |
| 3. | TAX BENEFITS | - Tax deferred accumulation. |
| 4. | SECURITY | - Can be used to provide lifetime income. |
| 5. | DISABILITY | - Your monthly contributions can continue to be deposited by Metropolitan should you become disabled. |

This retirement program does not conflict with any other
retirement program, IRA, 401K, Annuity that you may have at the
present time or acquire in the future.

Sincerely

*Craig Anderson*

Craig Anderson
Nursing Representative

Please complete the following, so that we may furnish you with
information about this New Insured Retirement Plan.

NAME_____

ADDRESS_____ CITY_____

STATE_____ ZIP CODE_____

HOME PHONE_____ BUS PHONE_____

DATE OF BIRTH: MONTH_____ DAY_____ YEAR_____

D-10

Metropolitan Life

September 15, 1991

To   the Field Force and Management Team
     Southeastern Territory

Re:  Unauthorized Sales Literature

The Manuals of Instructions for Sales Management and Sales
Representatives are very explicit regarding clearance by the
home office of sales material originating in the field.

MetLife representatives have a wide range of professionally
developed, approved support material to choose from.
Nevertheless, it is recognized that sales situations do
sometimes arise where a variation may be deemed helpful or a
new approach to a prospect may be developed.  A home office
review procedure, including legal review, has been
established to accommodate these situations.  Any proposed
material must be legally approved prior to its use.

There have recently been some instances of unauthorized
letters being sent to prospects and/or clients that have
given rise to complaints directed to state Insurance
Departments and to the Corporate Management Office.  In some
cases, letters have been mailed that are offensive or
unnecessarily threatening in style, as in "...urgent matter
concerning your policy..." or words to that effect.

Others are merely unprofessional, with grammatical errors
and misspellings.   Still others are potentially misleading
or make reference to various benefits that are not available
in any one contract.  These types of communications are
unacceptable and may result in disciplinary action being
taken against those responsible.

The attached procedures, excerpted in summary form from the
manuals, have been updated with the application of
Electronic Mail to expedite review for approval in the home
office.  You should refer to the manuals for more complete
details concerning the process.

One of the most valuable assets you have in sales is the
personal image you project. You start creating that image
with the big advantage of MetLife's name -- the quality
company in insurance and financial services. Your customers
rely on that reputation. It is extremely important that
each of you reinforce that image in all your communications.
It's essential to the Company's continued success...and
yours.

Please be guided accordingly.

Sincerely

Senior Vice-President

Attachment

## PROCESSING REQUESTS FOR APPROVAL OF UNAUTHORIZED SALES LITERATURE

The following applies to all lines of insurance. These procedures are meant to help management screen out inappropriate material or to make necessary changes before submitting material for approval.

Branch Manager/District Sales Manager reviews the material for content to see if it offers a more effective approach than similar existing material. It should also be checked for visual impact, spelling and grammatical errors and the elimination of improper or misleading statements.

The following are some examples of improper usage (but not an all-inclusive list):

NEW PLAN – Terms such as "a new program from MetLife" or "new mortgage reduction plan" cannot be used to describe an insurance policy. The name of the policy and its benefits must be specified.

LOW COST – Cannot be used when referring to premium payment. It is also not acceptable to say "save premiums" or "better coverage" in reference to Metropolitan Property and Casualty Insurance Company products.

NET COST – Cash values above total premiums paid cannot be termed "return over cost" or "net cost".

SAVINGS – The terms "save" and "savings" cannot be used to imply that life insurance provides a savings medium comparable to a bank account.

DEPOSIT – Is not an acceptable synonym for premium.

INVESTMENT – Insurance cannot be referred to as an investment.

TAX-FREE – Should not be confused with "tax-deductible" contributions to a qualified retirement plan. A more acceptable term is "tax-deferred benefits."

URGENT – Or other terminology implying something is wrong with a client's policy should never be used when, in fact, a representative merely wants a telephone number or other piece of non-essential information. Always state clearly what the matter of concern is.

TITLE – Only a qualified Registered Representative or Financial Planner may use these titles. Also, "made-up" titles such as Mortgage Protection Specialist, Nursing Representative, Small Group Representative, etc., are not to be substituted for Company approved titles.

**Metropolitan Life**
AND AFFILIATED COMPANIES

SOUTHEASTERN HEAD OFFICE BRANCH
4100 BOYSCOUT BOULEVARD
TAMPA, FL 33607
(813) 870-8050

<u>NOW AVAILABLE TO ALL NURSING PROFESSIONALS</u>

Would you mind just giving us your name and date of birth below in order that we may furnish you information about a NEW RETIREMENT SAVINGS PLAN:

1. Currently earning high <u>money market interest rates.</u>

2. The cash fund may be used for emergencies and opportunities.

3. Deposits may be made <u>monthly as the budget allows.</u>

4. An optional disability benefit may also be included.

5. Pays a guaranteed income at retirement.

This is something new, one of the most widely discussed retirement programs in the investment world today.

Sincerely,

Christine M^cCarron

Christine McCarron
Account Representative

-------------------------------------------------------

NAME_____

ADDRESS_____ZIP CODE_____

HOME PHONE:_____ BUS. PHONE _____

DATE OF BIRTH: MONTH_____ DAY _____ YEAR_____

FOR INFORMATION ON OTHER SPECIFIC PLANS, CHECK BELOW
( ) MORTGAGE CANCELLATION PROTECTION
( ) DISABILITY INCOME PROTECTION
( ) LIFE INSURANCE
( ) I.R.A.
( ) MUTUAL FUNDS

REDACTED

D-12

Metropolitan Life

Southeastern Head Office Branch
4100 Boyscout Boulevard
Tampa, FL. 33607
(813) 870-8050

I have been brought to my attention that several versions of letters have been going out. This is the only letter that has been approved & under no circumstances can any other letter be used without Company approval. If you have any other versions of the letter, please destroy immediately! Rick 10-

## NURSES INSURED RETIREMENT PLAN

One of the most widely discussed retirement plans may now be available to all approved NURSES. This Insured Retirement Plan is designed to complement your existing benefits with 5 VERY IMPORTANT FEATURES:

1. CONTROL – If you leave your present nursing position, this retirement program can stay with you to help you reach your retirement goals.
2. FLEXIBILITY – Accessibility of cash
3. TAX BENEFITS – Tax deferred accumulation
4. SECURITY – Can be used to provide lifetime income.
5. DISABILITY – Your monthly contributions can continue to be deposited by Metropolitan should you become disabled.

This retirement program does not conflict with any other retirement program, IRA, 401K or Annuity that you may have at the present time or acquire in the future.

Sincerely

Craig Anderson

Craig Andersen
Account Representative

Please complete the following, so that we may furnish you with information about this Nurses Insured Retirement Plan.

NAME____________________

ADDRESS____________________

CITY__________ STATE______ ZIP CODE_____

HOME PHONE__________ BUSINESS PHONE__________

DATE OF BIRTH: MONTH______ DAY______ YEAR______

MetropolitanLife®
and affiliated companies

Southeastern Head Office Branch
4100 Boyscout Boulevard
Tampa, FL. 33607
(813) 870-8030

*[handwritten]: it has been brought to my attention that several versions of this letter have been going out. This is the only letter that has been approved & under no circumstances can any other letter be used without company approval of Tampa*

NURSES INSURED RETIREMENT PLAN

One of the most widely discussed retirement plans may now be available to all approved NURSES. This Insured Retirement Plan is designed to complement your existing benefits with 5 VERY IMPORTANT FEATURES:

1. CONTROL
   * If you leave your present nursing position, this retirement program can stay with you to help you reach your retirement goals.

2. FLEXIBILITY
   - Accessibility of cash

3. TAX BENEFITS
   - Tax deferred accumulation

4. SECURITY
   - Can be used to provide lifetime income.

5. DISABILITY
   * Your monthly contributions can continue to be deposited by Metropolitan should you become disabled.

This retirement program does not conflict with any other retirement program, IRA, 401K or Annuity that you may have at the present time or acquire in the future.

Sincerely

*Craig Anderson [signature]*

Craig Anderson
Account Representative

*[handwritten]: Copy of this given to each rep on 10-21-91*

Please complete the following, so that we may furnish you with information about this Nurses Insured Retirement Plan.

NAME_____

ADDRESS_____

CITY_____ STATE_____ ZIP CODE_____

HOME PHONE_____ BUSINESS PHONE_____

DATE OF BIRTH: MONTH_____ DAY_____ YEAR_____

*NOTE: "91 distributed at this mtg to each rep. 10/21/9"*

D-13

MEMORANDUM from

To:

Mr: Rudy Michaud
Senior Vice-President

Rudy, the attached letter
being sent from the
Southeastern Head Office
branch is not an approved
letter.  Please ask Rick Urso
to cease mailing this letter.

Richard N. Maurer
Senior Vice-President

October 25, 1991

RNM:dap

Attachment

**Metropolitan Life**

SOUTHEAST
GRE RETRO-
TAMPA, FL
(813) 870-8030

*9/24/?? [handwritten signature]*

## NURSES GUARANTEED RETIREMENT SAVINGS PLAN

Would you mind just giving us your name and date of birth
below in order that we may furnish you information about a
NEW RETIREMENT SAVINGS PLAN:

1. Currently earning high money market interest rates

2. The cash fund may be used for emergencies and
   opportunities

3. Deposits may be made monthly as the budget allows

4. An optional disability benefit may also be included

5. Pays a guaranteed income at retirement

This is something new, one of the most widely discussed
retirement programs in the investment world today.

Sincerely

*Christine McCarron*

Christine McCarron
Nursing Representative
---------------------------------------------------------------

NAME _Frances D. Palmieri_

ADDRESS _12 Cherlerette Rd._   CITY _W_____

STATE _MA_   ZIP CODE _02061_

HOME PHONE _508-668-0569_ BUS PHONE _____

DATE OF BIRTH: MONTH _12_   DAY _23_   YEAR _32_

This retirement program does not conflict with any other
retirement program, IRA, 401K, annuity (TSA), or hospital
retirement that you may have at the present time or acquire in
the future.

If you leave your present nursing position this retirement
program will stay with you to guarantee your retirement goals.

D-14

Attachment A

**Metropolitan Life**
AND AFFILIATED COMPANIES

Southeastern Head Office District
4100 Boyscout Boulevard
Tampa, FL 33607
(813) 870-4050


REDACTED

### AVAILABLE TO ALL APPROVED NURSES

Nurses, like many others, may have concerns on how to accumulate enough tax deferred dollars, during their working years, to help provide enough income for their retirement years.

Would you please provide your name and date of birth below in order that we may furnish you information about our Tax Deferred Accumulation Plans which provide 5 very important features:

1. Tax Advantaged Cash Accumulation

2. Security - Life Income Settlement Options

3. Accessible Cash Value

4. An Optional Disability Benefit

5. Tax favorable withdrawals

With an ongoing commitment to quality, MetLife is building on an historic tradition of financial stability and security.

Sincerely

*Ed Moore*

Ed Moore
Account Representative

NAME_____

ADDRESS_____

CITY_____ STATE_____ ZIP CODE_____

HOME PHONE_____ BUSINESS PHONE_____

DATE OF BIRTH: MONTH_____ DAY_____ YEAR_____

REDACTED

D-15

Metropolitan Life Insurance Company

Randy C. Heitzman




Mr. Robert Crimmins
Senior Vice-President

APR 1 1997

Dear Mr. Crimmins

It was a pleasure meeting you on the CMO tour in Detroit on March 11. This letter is a follow-up to our conversation regarding two important topics.

First, I wish to re-emphasize the importance of clarifying the commissions paid to PI reps for opening up large group cases. We have been told that the reps will receive either a "Finders Fee" or a commission.

What is unclear is the amount paid and how this is credited. Does a finders fee count as NFC for Leaders, management overrides, etc.? How does a rep earn one or the other and, most importantly, who determines whether the rep is entitled to a finders fee or a commission.

Your help in clarifying this issue between PI and group is greatly appreciated.

The second issue involves marketing being done in our area by the SEHO branch. Apparently, they have purchased a list of nurses in the state of Michigan. SEHO then sends one of the attached pre-approach letters to the prospect. Upon securing appointments, they fly a few reps to our area. These reps then "sell" a "nurses insured retirement plan" (usually an L-95 for $65 to $100 per month).

The main issue which has surfaced is that the reps are neither selling nor servicing these clients properly. We have had calls from several nurses wanting to know if these people are legitimate MetLife reps. They want us to come out and explain to them what they have purchased. Many existing clients have called wanting to know why their accounts have been shifted to Tampa. (Obviously, they haven't been.)

Life/Health/Annuities

REDACTED

This creates many problems for us. One is that a lot of time and energy is spent by my staff servicing new policies which have been peddled by out of state reps. Our local reputation is being damaged because dissatisfied customers usually tell ten other people about their experiences. Finally, dissatisfied customers will never become MetLife clients.

I ask your help to end this mail order peddling of our fine company's products. The misleading pre-approach letters plus the lack of service are producing a high volume of FYC for SEHO, but will undoubtedly harm the company in the long run.

Sincerely

Randy Holtzman
Branch Manager

March 25, 1992

REDACTED

**Metropolitan Life**
AND AFFILIATED COMPANIES

METROPOLITAN INSURANCE COMPANY
Southeastern Head Office Branch
4100 Boyscout Boulevard
Tampa, FL 32507
(813) 870-8050

## NURSES INSURED RETIREMENT PLAN

One of the most widely discussed retirement plans is now
available TO ALL NURSES. This new Retirement Plan is designed to
complement your existing benefits with 5 VERY IMPORTANT FEATURES:

| | | |
|---|---|---|
| 1. CONTROL | - | If you leave your present nursing position, this retirement program can stay with you to help you reach your retirement goals. |
| 2. FLEXIBILITY | - | Accessibility of cash |
| 3. TAX BENEFITS | - | Tax deferred accumulation |
| 4. SECURITY | - | Can be used to provide lifetime income. |
| 5. DISABILITY | - | Your monthly contributions can continue to be deposited by Metropolitan should you become disabled. |

This retirement program does not conflict with any other
retirement program, IRA, 401K, Annuity that you may have at the
present time or acquire in the future.

Sincerely

*Ed Moore*

Ed Moore
Nursing Representative

Please complete the following, so that we may furnish you with
information about this Nurses Insured Retirement Plan.

REDACTED

** TOTAL PAGE.008 **

*Very Imp..A..t*

Mr. Rudy Michaud
Senior Vice-President

REDACTED

Dick Maurer asked that I send you a copy of the attached letter.
Dick's position is that the SENO Branch has the right to place
business whenever they can.  We have asked Dave Martin to
communicate this to Branch Manager Holtzman.

Dick asks that you review the pre-approach letters to make certain
you are comfortable with the contents.

Thanks for your help.

Edward J. Lynch
Assistant Vice-President

April 3, 1992

EJL:dap

Attached.

REDACTED