IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF, | : CIVIL ACTION NO. 00-2248 |
|               Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK, | : |
|               Defendants | : |

**METROPOLITAN LIFE INSURANCE COMPANY'S AND DAVID ELMER'S MOTION IN LIMINE TO EXCLUDE EXHIBITS 17, 66-77, 79-91, 93**

Metropolitan Life Insurance Company ("MetLife") and Kenneth F. Kaczmarek bring this Motion to Exclude Plaintiff's Exhibits 22, 66-77, 79-91, and 93.

1.    Plaintiff has identified Exhibits 22, 66-77, 79-91, and 93, which concern MetLife's determination of its dividend scales for various years in the 1980's and 1990's. See Ex. A-AA.

2.    Plaintiff's Proposed Exhibits 22, 66-77, 79-91 and 93 should be excluded for the reasons set forth in detail in MetLife's Brief in Support of its Motion in Limine to Exclude Exhibits 22, 66-77, 79-91, and 93.

WHEREFORE, based on all of the foregoing reasons as well as those set forth in the accompanying brief, defendants respectfully request that this Court bar the introduction of Exhibits 22, 66-77, 79-91, and 93.

                                        Respectfully Submitted,

                                        s/ B. John Pendleton, Jr._____
                                        B. John Pendleton, Jr.
                                        McCARTER & ENGLISH, LLP
                                        Four Gateway Center
                                        100 Mulberry Street
                                        Newark, NJ 07102
                                        (973) 622-4444

                                        Attorneys for Defendant
                                        Metropolitan Life Insurance Company
Dated:  October 3, 2006                and Kenneth F. Kaczmarek

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 3rd day of October, 2006, a true and correct copy of the foregoing document was served upon the following via the electronic filing system:

Kenneth R. Behrend, Esquire
BEHREND & ERNSBERGER, P.C.
Union National Bank Building, 3rd Floor
306 Fourth Avenue
Pittsburgh, Pennsylvania  15222

s/ B. John Pendleton, Jr.