# EXHIBIT  C

MP401100041 88

MINUTES

Mr. C. E. Lavezzoli
Executive Vice-President



Re   1987 Portfolio - Illustrative Dividends

To achieve competitive objectives for Metropolitan's 1987 portfolio of
Personal Life Insurance policies, certain management strategies were
established and the resulting anticipated improvements in expense and
mortality experience were incorporated into our proposed dividend formula
as follows:

### Expenses

Cost containment efforts in the Personal Insurance department have been
successful over the past 5 years, resulting in a substantial improvement in
our expense to premium ratio.  However, it was apparent that further
reductions in our expenses would be necessary to achieve a significant
improvement in our competitive position in the personal insurance
marketplace.  Accordingly, programs are underway to reduce field, head
office, and home office personal insurance expenses by the equivalent of
$75 million per year.  These programs include, but are not limited to,
raising production standards for our sales representatives, using several
supplemental product distribution systems to improve overall productivity,
and reducing the number of Home Office and Head Office employees.  Also,
management has been presented with specific expense goals which must be met
to achieve our objectives.  The full impact of these steps will not be felt
until 1988 or 1989.

### Mortality

In 1982, we introduced the new nonsmoker underwriting classification.
Early results indicated that a substantial number of smokers were being
classified as nonsmokers which naturally produced worse than expected
mortality in the nonsmoker class.  At the same time other areas of
incomplete or incorrect underwriting information were uncovered.  Earlier
this year we completely revamped our paramedical provider arrangement which
provides us with more control to obtain better underwriting information.
We have also introduced a computerized system to monitor and manage the
quality and amount of underwriting information we receive from all
underwriting information providers.  These underwriting controls will
substantially improve our ability to classify risks properly.  As a result,
we anticipate measurably improved mortality experience, particularly for
the nonsmoker class and for larger face amounts of insurance.



PLAINTIFF'S
EXHIBIT

Levexe-13
0-28-98  11

M601000181099

Notice  Production and Use Subject to Case Management and Protective
Order in MDL No. 1091, United States Dist. Ct.

-2-

MINUTES

## Dividend Scales

The scale of dividends recommended to our Board of Directors for payment to policyholders in 1987 does not reflect either the projected improvement in expense or in mortality discussed above because no significant impact is expected until 1988. Also, the improvement in mortality assumptions and the improvements with respect to acquisition expenses will tend only to affect newly issued policies.

Consequently, we recommend that policy illustrations for the 1987 portfolio reflect these expectations in the dividend scale. These illustrative dividends on the 1987 portfolio would become payable no earlier than 1989.

*[signature]*

Harold B. Leff
Vice-President & Actuary

October 9, 1986

MDL 1091

CONFIDENTIAL

M601000181100

Notice: Reproduction and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

MP401004189