# EXHIBIT D

MP4011004201

A. RALLIS

Sent To
J. Creedon
S. Nagler

History of Deferred Income Assets

- The Company's level of investment in deferred income assets has increased significantly over the last 5 years.
- The level of such assets in the Ordinary Life line has grown from approximately $500 million in 1973 to approximately $2.2 billion in 1983 and $5.5 billion in 1986. The impact of these investments on the Ordinary Life portfolio rate has been significant. (Exhibit 1).
- The impact of such assets in the Group and Pensions lines has been much less significant (Exhibits 2 through 4).

Historical Competitive Position

- Our dividends have been low in recent years compared to our competitors (Exhibit 5). This is due in part to the fact that Metropolitan's Ordinary Life net investment income has been relatively flat while that of some of our major competitors has been increasing. (Exhibit 6). This can also be measured by our relatively low gain before dividends (Exhibit 7).
- In addition, we have been distributing a relatively smaller percentage of our gain before dividends (Exhibit 8) and have retained a relatively greater gain after dividends (Exhibit 9).
- The composite result of these factors has been a very poor historical dividend comparison - a rank of 61 out of 65 companies (Exhibit 10).
- If our distributable interest rate had been 0.55% higher over the last 10 years, then our historical dividend ranking would have improved 20 places, from 61 to 41 out of 65 companies.

Generational Equity

- Metropolitan's Corporate objective is to deliver value to our customers. Investing in deferred income assets and distributing only book income plus realized capital gains, results in low value to current and past generations of policyholders and excessive distributions to future generations of policyholders. (Exhibit 11).

Alternative Strategies In Setting the 1988 Dividend Scale

- By following traditional practices, our dividend scales would be reduced $55 million. An alternative, but extreme, strategy might be to sell all real estate which would then support a $250 million increase in dividend scales. (Exhibit 12).

MDL 1091 CONFIDENTIAL

M079705530365

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091. United States Dist. Ct."

MP4011004202

A. RALLIS

Why Sell The Real Estate Assets?

- Two possible reasons for selling real estate would be to raise cash or to realize a capital gain to increase surplus.
- It isn't necessary to raise cash in order to increase dividends since every $1 in dividends results in an actual increase in assets of 6¢. However, surplus would be temporarily reduced if dividend scales are raised without taking capital gains. (Exhibit 13).

Recommendation

- Neither of the above strategies are attractive.
- While a $250 million dividend scale increase (without selling the real estate since cash would not be needed) might be supportable, an increase of $100 million would be a measured step to enhance both our historical and current competitive position. (Exhibit 14)

Personal Insurance Actuarial and Financial Control

July 1, 1987

07sdf16

MDL 1091 CONFIDENTIAL

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

M079705530366

MP4011004203

A. RALLIS Exhibit 1

Assets & Investment Income
U.S. Ordinary
(in Millions)

| | Year-End Assets | Income | Earnings Rate | Deferred Income Assets: Impact on Portfolio Rate | % of Total Assets | Earnings: Amount | Earnings: Rate |
|---|---|---|---|---|---|---|---|
| **1983** | | | | | | | |
| Wholly Owned Real Estate | 817.2 | 27.5 | 3.63% | | | | |
| Joint Ventures | 885.7 | -57.5 | -7.03% | | 9.[illegible]% | [illegible]30.0 | -1.45% |
| Subsidiaries | 493.9 | .0 | .00% | | | | |
| Other Invested Assets | 20,123.6 | 1,653.6 | 8.63% | | | | |
| Total Invested Assets | 22,320.4 | 1,621.6 | 7.65% | -.9[illegible]% | | | |
| **1984** | | | | | | | |
| Wholly Owned Real Estate | 1,398.5 | 43.3 | 3.91% | | | | |
| Joint Ventures | 1,182.0 | -[illegible].3 | -8.15% | | [illegible]3.45% | -41.0 | -1.56% |
| Subsidiaries | 465.5 | .0 | .00% | | | | |
| Other Invested Assets | 19,604.0 | 1,704.[illegible] | [illegible].97% | | | | |
| Total Invested Assets | 22,650.0 | 1,661.4 | 7.68% | -1.[illegible] | | | |
| **1985** | | | | | | | |
| Wholly Owned Real Estate | [illegible],857.6 | 84.[illegible] | 5.1[illegible]% | | | | |
| Joint Ventures | 1,63[illegible].6 | -6[illegible].9 | [illegible].18% | | 20.96% | -2.5 | -.07% |
| Subsidiaries | 1,313.6 | .0 | [illegible] | | | | |
| Other Invested Assets | 18,108.9 | 1,666.[illegible] | [illegible] | | | | |
| Total Invested Assets | [illegible]2,911.7 | 1,663.[illegible] | [illegible].58% | -1.67% | | | |
| **1986** | | | | | | | |
| Wholly Owned Real Estate | 2,075.9 | 80.9 | 4.11% | | | | |
| Joint Ventures | 2,021.2 | -107.0 | -5.86% | | 23.11% | -26.1 | -.51% |
| Subsidiaries | 1,352.5 | .0 | .00% | | | | |
| Other Invested Assets | 18,125.5 | 1,609.1 | 9.29% | | | | |
| Total Invested Assets | 23,574.7 | 1,583.0 | 7.05% | -2.24% | | | |

Personal Insurance Actuarial and Financial Controls

July 1, 1987

MDL 1091 CONFIDENTIAL-PROPRIETARY

M079705530367

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

MP4011004204

A. RALLIS

Exhibit 2

## Assets & Investment Income

U.S. Only
(in Millions)

| | Group Life & Health | | | Pensions | | |
|---|---|---|---|---|---|---|
| | Year-End Assets | Income | Earnings Rate | Year-End Assets | Income | Earnings Rate |
| **1983** | | | | | | |
| Wholly Owned Real Estate | 87.0 | 6.7 | 8.31% | 117.0 | 22.7 | 20.93% |
| Joint Ventures | 108.0 | -5.4 | -5.41% | 42.0 | -16.6 | -42.77% |
| Subsidiaries | n/a | n/a | n/a | n/a | n/a | n/a |
| Other Invested Assets | 3,615.8 | 313.7 | 9.13% | [illegible],23[illegible].0 | 2,15[illegible] | 10.67% |
| Total Invested Assets | 3,810.8 | 315.0 | 8.74% | [illegible]1,394.0 | [illegible],1[illegible]2.6 | 10.68% |
| **1984** | | | | | | |
| Wholly Owned Real Estate | 96.0 | [illegible].9 | 10.82% | 140.0 | 30.5 | 23.74% |
| Joint Ventures | 106.0 | -1[illegible].0 | -16.82% | 78.0 | -30.0 | -50.00% |
| Subsidiaries | n/a | n/a | n/a | n/a | n/a | n/a |
| Other Invested Assets | 4,001.2 | 391.5 | 10.[illegible]% | 26,239.2 | 2,632.5 | 11.74% |
| Total Invested Assets | 4,2[illegible].2 | 38[illegible] | 10.05% | 26,457.2 | 2,633.0 | 11.65% |
| **1985** | | | | | | |
| Wholly Owned Real Estate | 1[illegible]4.0 | [illegible] | [illegible] | 478.0 | 30.4 | 9.84% |
| Joint Ventures | 104.0 | [illegible].2 | [illegible] | 255.0 | 2.7 | 1.62% |
| Subsidiaries | n/a | n/a | n/a | n/a | n/a | n/a |
| Other Invested Assets | 4,781.7 | 439.[illegible] | 10.53% | 30,888.1 | 3,214.3 | 11.92% |
| Total Invested Assets | [illegible],989.7 | [illegible] | 10.18% | 31,621.1 | 3,247.4 | 11.85% |
| **1986** | | | | | | |
| Wholly Owned Real Estate | 144.0 | 9.6 | 7.74% | 1,121.0 | 70.5 | 8.82% |
| Joint Ventures | 107.0 | -3.4 | -3.22% | 481.0 | 11.9 | 3.23% |
| Subsidiaries | n/a | n/a | n/a | n/a | n/a | n/a |
| Other Invested Assets | 5,319.0 | 487.5 | 10.14% | 32,617.3 | 3,472.1 | 11.57% |
| Total Invested Assets | 5,570.0 | 493.7 | 9.81% | 34,219.3 | 3,554.5 | 11.41% |

Personal Insurance Actuarial and Financial Controls

July 1, 1987

MDL 1091 CONFIDENTIAL-PROPRIETARY

M079705530368

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

MP4011004205

A. RALLIS

Exhibit 3

Deferred Income Assets as a % of Total Assets

(U.S. Only)

| | Ordinary Life | Group Life & Health | Pensions |
|---|---|---|---|
| 1983 | 9.64% | 5.12% | [illegible]4% |
| 1984 | 13.45% | 4.[illegible]% | .[illegible]% |
| 1985 | 20.96% | 4.17% | 2.32% |
| 1986 | 2[illegible]% | 4.[illegible]% | 4.68% |

Note: The investments in subsidiaries by Group Life & Health and Pensions are not readily available, but the amounts are believed to be relatively small.

Personal Insurance Actuarial and Financial Controls

July 1, 1987

MDL 1091 CONFIDENTIAL

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091. United States Dist. Ct."

M079705530369

A. RALLIS

Exhibit 4

Impact of Deferred Income Assets on Portfolio Rates

(U.S. Only)

| | Ordinary Life | Group Life & Health | Pensions |
|---|---|---|---|
| 1983 | -.98% | -.[illegible]0% | .01% |
| 1984 | -1.28% | -.79% | -.10% |
| 1985 | -1.[illegible]7% | -.35% | -.08% |
| 198[illegible] | -2.2[illegible] | [illegible] | -.15% |

MDL 1091 CONFIDENTIAL

Note: The investments in subsidiaries by Group Life & Health and Pensions are not readily available, but the impacts are believed to be minimal.

Personal Insurance Actuarial and Financial Controls

July 1, 1987

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

M079705530370

MP4011004206

MP4011004207

A. RALLIS

Notes to Exhibits 5 through 9

- These exhibits use a two-year moving average which smooths out annual fluctuations and, therefore, more clearly shows the overall level and the trends of each measure presented.

- In 1985 and 1986, Equitable sold substantial amounts of nonparticipating Single Premium Life Insurance which caused disproportionate increases in their reserves. To avoid distortion of their results relative to the other companies, Equitable's reserves were adjusted downward to remove this impact.

Personal Insurance Actuarial and Financial Controls

July 1, 1987

07sdf19

MDL 1091 CONFIDENTIAL

Notice: "Production and Use Subject to Case Management and Protective Order in MDL No. 1091, United States Dist. Ct."

M079705530371



MP4011004208

Exhibit 5

A. RALLIS

Dividends
as a % of Reserves
Metropolitan
Equitable
John Hancock
New York Life
Northwestern
Prudential
8
7
6
5
4
3
1980-81
1981-82
1982-83
1983-84
1984-85
1985-86

MDL 1091
CONFIDENTIAL

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

M079705530372

A. RALLIS

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

M079705530373

MP4011004209

MP4011U04210

Exhibit 7
A. RALLIS
Gain before Dividends
As a % of Reserves
Metropolitan
Equitable
John Hancock
New York Life
Northwestern
Prudential
9
8
7
6
5
4
1980-81
1981-82
1982-83
1983-84
1984-85
1985-86
MDL-1091
CONFIDENTIAL

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

M079705530374



MP4011004211

Exhibit 9
A. RALLIS
Dividends
as a % of Gain before Dividends
Metropolitan
Equitable
John Hancock
New York Life
Northwestern
Prudential
91
86
81
76
71
66
61
1980-81
1981-82
1982-83
1983-84
1984-85
1985-86
MDL 1091
CONFIDENTIAL

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

M079705530375



Exhibit 9

A. RALLIS

Gain after Dividends before Tax
as a % of Reserves
Metropolitan
Equitable
John Hancock
New York Life
Northwestern
Prudential
3
2.5
2
1.5
1
.5
0
1980–81
1981–82
1982–83
1983–84
1984–85
1985–86
MDL 1091
CONFIDENTIAL

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

M079705530376

MP40110004212

Exhibit 10

BEST'S 10 YEAR DIVIDEND COMPARISONS

10 YEAR INTEREST-ADJUSTED SURRENDER COST INDEX COMPARISON

(MALE AGE 35 RATED STANDARD, POLICY ISSUED 10 YEARS PRIOR TO INDICATED YEAR)

| | INDEX | | | | RANKING OUT OF 65 COMPANIES | | | |
|---|---|---|---|---|---|---|---|---|
| | 1983 | 1984 | 1985 | 1986 | 1983 | 1984 | 1985 | 1986 |
| METROPOLITAN | 7.12 | 7.23 | 7.15 | 6.9[illegible] | 59 | 60 | 64 | 61 |
| EQUITABLE | 4.83 | 4.68 | 4.57 | [illegible].99 | 10 | 10 | 11 | 11 |
| JOHN HANCOCK | 5.48 | 5.35 | 5.2[illegible] | 5.2[illegible] | 24 | 24 | 29 | 40 |
| NORTHWESTERN | 3.43 | 3.11 | 2.61 | 2.10 | 1 | 1 | 2 | 2 |
| PRUDENTIAL | 6.45 | 6.24 | 5.19 | 5.04 | 47 | 45 | 28 | 34 |
| N. Y. LIFE | 6.69 | 5.76 | 5.66 | 5.[illegible] | 53 | 34 | 39 | 44 |

PERSONAL INSURANCE ACTUARIAL AND FINANCIAL CONTROLS

JULY 1, 1987

A. RALLIS

MDL 1091 CONFIDENTIAL

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091. United States Dist. Ct."

M079705530377

MP4011004213

MP401-4214

Exhibit 11

GENERATIONAL EQUITY

A. RALLIS

The generational equity problem which we face can be illustrated by a simple real estate mutual fund example that operates in a manner similar to the way that we distribute real estate earnings to our policyholders.

As the baseline scenario, a number of investors place $100,000 into the fund and this amount is used to purchase real estate. For simplicity, assume that this asset has zero net earnings for 7 years until it is sold for a capital gain equivalent to 8% per year. The investors are credited 20% of this capital gain each year for 5 years, and the cash proceeds from the sale are invested at 8% (for simplicity) which is credited each year to the investors as earned. All investors remain in the fund for 15 years.

Under a second scenario, $20,000 is withdrawn by several investors at the end of year 8. Under a third scenario, new investors are allowed to invest $100,000 at the beginning of year 8.

| Baseline Scenario | | Some Investors Withdraw at Book Value | | | New Investors Enter at Book Value | | |
|---|---|---|---|---|---|---|---|
| | | | Cum. Annualized Return | | | Cum. Annualized Return | |
| End-Year Unit Values | Cumulative Annualized Return | New Unit Values | Persisting Investors | Withdrawing Investors | New Unit Values | Original Investors | New Investors |
| 1.0000 | .00 % | 1.0000 | .00 % | .00 | 1.0000 | .00 % | - |
| 1.0000 | .00 % | 1.0000 | .00 % | .00 | 1.0000 | .00 % | - |
| 1.0000 | .00 | 1.0000 | .00 % | [illegible] | 1.0000 | .00 % | - |
| 1.0000 | .00 % | 1.0000 | .00 % | .00 % | 1.0000 | .00 % | - |
| 1.0000 | .00 % | 1.0000 | .00 | .00 % | 1.0000 | .00 % | - |
| 1.0000 | .00 % | 1.0000 | .00 % | .00 % | 1.0000 | .00 % | - |
| 1.1428 | .92 % | 1.1428 | 1.92 % | 1.92 % | 1.1428 | 1.92 % | - |
| 1.4226 | 4.[illegible] % | 1.4226 | 4.50 % | 4.50 % | 1.2920 | 3.25 % | - |
| 1.7135 | 6.17 % | 1.7611 | 6.49 % | - | 1.4898 | 4.53 % | 13.06 % |
| 2.0162 | 7.26 % | 2.0946 | 7.67 % | - | 1.6973 | 5.43 % | 14.18 % |
| 2.3316 | 8.00 % | 2.4416 | 8.45 % | - | 1.9153 | 6.09 % | 14.10 % |
| 2.5182 | 8.00 % | 2.6369 | 8.42 % | - | 2.0685 | 6.24 % | 13.78 % |
| 2.7196 | 8.00 % | 2.8479 | 8.38 % | - | 2.2340 | 6.38 % | 12.60 % |
| 2.9372 | 8.00 % | 3.0757 | 8.36 % | - | 2.4127 | 6.49 % | 11.82 % |
| 3.1722 | 8.00 % | 3.3218 | 8.33 % | - | 2.6058 | 6.59 % | 11.27 % |
| | | | | | | | 10.85 % |

MDL 1091 CONFIDENTIAL

al Insurance Actuarial and Financial Controls

1987

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091. United States Dist. Ct."

M079705530378

MP4011004215

A. RALLIS

Exhibit 12

Comparison of Earnings - Different Dividend Stategies

($ Millions)

| 1987 | Current Scale | Traditional Approach | Sell All Real Estate |
|---|---|---|---|
| a. Statutory Gain before Dividends | 1,177 | 1,177 | 1,381 |
| b. Statutory Dividends | 1,049 | 994 | 1,311 |
| c. Statutory Gain after Dividends | 128 | 183 | 70 |
| d. GAAP Gain before Dividends | 1,255 | 1,255 | 1,504 |
| e. GAAP Dividends | 1,049 | 1,022 | 1,180 |
| f. GAAP Earnings | 206 | [illegible] | 324 |

| 1988 | Current Scale | Traditional Approach | Sell All Real Estate |
|---|---|---|---|
| a. Statutory Gain before Dividends | 1,175 | 1,175 | 1,409 |
| b. Statutory Dividends | 1,086 | 992 | 1,357 |
| c. Statutory Gain after Dividends | [illegible] | 183 | 52 |
| d. GAAP Gain before Dividends | 1,253 | 1,253 | 1,532 |
| e. GAAP Dividends | 1,086 | 993 | 1,334 |
| f. GAAP Earnings | 167 | 260 | 198 |

MDL 1091 CONFIDENTIAL

Personal Insurance Actuarial and Financial Controls

July 2, 1987

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

M079705530379

MP4010004216

A. RALLIS

Exhibit 13

IMPACT OF $1 PAID AS A DIVIDEND

| | |
|---|---|
| $ .70 | Remains with the Company as A.I. or DWI |
| .34 | Gains tax credit |
| .02 | Surplus tax credit |
| $1.06 | Total assets |
| .06 | Increase in assets |

07sdf18

MDL 1091
CONFIDENTIAL

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

M079705530380

MP4011004217

A. RALLIS

Exhibit 14

Comparison of Earnings -- Different Dividend Stategies

($ Millions)

| 1987 | Current Scale | Traditional Approach | Sell All Real Estate | Recomendation |
|---|---|---|---|---|
| a. Statutory Gain before Dividends | 1,177 | 1,177 | 1,381 | 1,177 |
| b. Statutory Dividends | 1,049 | 994 | 1,311 | 1,149 |
| c. Statutory Gain after Dividends | 128 | 183 | 70 | 28 |
| d. GAAP Gain before Dividends | 1,255 | 1,255 | 1,504 | 1,255 |
| e. GAAP Dividends | 1,049 | 1,022 | 1,180 | 1,099 |
| f. GAAP Earnings | 206 | 234 | 324 | 156 |

| 1988 | Current Scale | Traditional Approach | Sell All Real Estate | Recomendation |
|---|---|---|---|---|
| a. Statutory Gain before Dividends | 1,175 | 1,175 | 1,409 | 1,175 |
| b. Statutory Dividends | 1,086 | 992 | 1,357 | 1,189 |
| c. Statutory Gain after Dividends | 89 | 183 | 52 | -14 |
| d. GAAP Gain before Dividends | 1,253 | 1,253 | 1,532 | 1,253 |
| e. GAAP Dividends | 1,086 | 993 | 1,334 | 1,169 |
| f. GAAP Earnings | 167 | 260 | 198 | 84 |

Personal Insurance Actuarial and Financial Controls

July 2, 1987

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091. United States Dist. Ct."

M079705530381