# EXHIBIT F

Mr. S. G. Nagler
Senior Executive Vice-President

Re  1988 U.S. Ordinary Dividend Scale

Attached is an analysis supporting the dividend scale increase but cautioning that it may not be sustainable beyond 1988. This will primarily depend upon the performance of real estate and other deferred income assets unless we are prepared to impute yields on such assets, put them in a "corporate account" or otherwise relieve the distributable interest rate of their depressing impact.

The adjustment for unrealized capital gains may be smaller than expected due to:

1. Part is already reflected in the depreciation charge ($120 million p.a.)

2. This is Ordinary Life only – Industrial has a sizable piece of the total for "traditional" life.

3. Using a 5 year amortization assesses the portion (significant) of the excess of market over book generated in late '70's and early '80's, but the adjustment captures all recently added value.

I've asked for an analysis similar to the one we did for the Canadian scale and I believe it will provide some additional insight but basically lead to the same conclusions.

John R. Tweedie
Senior Vice-President & Chief Actuary

October 23, 1987

JRT:fl

Copies to: Messrs. Crimmins, Maier, White

MIDLAND
CONFIDENTIAL – PROPRIETARY

PLAINTIFF'S EXHIBIT 9
Levine
CC 7/22/99

M1157
M019817630163

GAAP
AFTER DEPRECIATION CHANGE
AFTER SCALE CHANGE
$MILLIONS

U.S. ORDINARY

|  | 1987 | 1988 | 1989 | 1990 |
|---|---|---|---|---|
| OCT '87 PROJECTION<br>partic. sensitive to<br>1. inv inc (RE)<br>2. expenses<br>3. div'd growth | 244 | 117 | 118 | 97 |
| ADJ TO INCLUDE<br>AMORTIZED UNREALIZED<br>CAPITAL GAINS ON REAL ESTATE<br>(over and above change<br>in depreciation) | +120 | +120 | +120 | +120 |
| TOTAL | 364 | 237 | 238 | 217 |
| TARGET EARNINGS<br>Interest on surplus plus<br>a small risk premium | 350 | 380 | 410 | 440 |
| 'LOST' DOLLARS ON<br>DIA'S (ie. SUBS)<br>RELATIVE TO FIXED<br>INCOME ALTERNATIVES | 200-250 | 200-250 | 200-250 | 200-250 |

CONCLUSIONS: 1. Scale OK this year but would require distribution of surplus (i.e. more than current earnings) in 88+
2. Need either a) more RE income or appreciation and/or
   b) more return on subsidiaries and/or
   c) imputed return on DIA'S to sustain.

JET

10/23/87

M1157
M019817630164

MDL 1091
CONFIDENTIAL-PROPRIETARY