# EXHIBIT G

APPENDIX B

May , 1988

To: The Field Force

Re  Market the Product not the Illustration

For fifty-odd years interest rates have been stable or going up. Dividend scales developed by companies changed infrequently, and for a long time actual experience proved to be better than illustrated. In recent years interest rates have backed off somewhat with the result that some of our competitors have had to reduce their dividend scales and similar action is imminent with many others.

A recent Tillinghast survey indicated that 10 out of 18 of our competitors will be lowering their dividend scales either this year or next. As a result, companies like Metropolitan, who rely on the portfolio rate philosophy, will have a major advantage over those companies that rely on "short term" strategies.

As more and more of our customers experience these reductions it is only natural for them to become more careful about accepting dividend scale projections at face value. Attempting to downplay their skepticism is not the best way to handle this situation. In the long run it is better to meet them halfway; get on their side and educate them regarding the products, dividend interest rate philosophies and the company (Metropolitan) you are recommending.

But with the variety of new products available, compounded with the complexity of sales illustrations, finding the policy that best suits your customer is a difficult task. It is essential that, in competitive situations, you be able to explain to your customers the difference. The interest rate philosophy a company uses greatly influences the rate of return they illustrate and pay.

To assist you in this matter we have prepared an interest rate philosophy explanation sheet accompanied by dividend scale trends of some of our major competitors. The time is right for us to seize the advantage... our competitive portfolio rate of return will position you and our products ahead of the competition.


Personal Insurance Marketing


M1157:

M109758530162

Notice: Production and Use Subject to Case Management and Procedure Orders in MDL No. 1091 United States Dist. Ct."

SUMMARY OF SOME OF THE PHILOSOPHIES BEING EMPLOYED BY
METROPOLITAN AND OTHER COMPANIES

**PORTFOLIO RATE:** Support product with the entire block of investments purchased for the line of business - assets are not allocated to particular products.

- More predictable pattern of investment yields - allowing more competitive mortality, load and expense charges;
- Small fluctuations in rates credited to the product as interest rates change:
    - Good when rates fall;
    - Bad when rates rise.

**NEW MONEY RATE:** Interest rates credited to products are based on achievable yields on currently available investments.

- More volatile pattern of investment yields requiring less competitive load and expense charges;
- Large fluctuations in rates credited to the product as interest rates change:
    - Good when rates rise;
    - Bad when rates fall.

**NEW MONEY RATES WITH JUNK BONDS:** Support the product with very risky but high-yielding investments such as junk bonds.

- Tremendous investment risk of default;
- Possible exceptional return or devastating loss.

**ARTIFICIALLY HIGH INTEREST RATES:** Introduce product with an artificially high rate, then lower to a more profitable rate after a short time.

- Bad consumer reactions;
- Possible loss due to initial commitments;
- Possible persistency problems after the "bait is switched".

MP4011004226

M11571

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1011 United States Dist. Ct.

M109758530163

WHOLE LIFE COMPETITIVE POSITION 1988 vs. 1986
NONSMOKER LIFE - STD.(ZSM), PFD. (100M)
MALE 35

**$25,000**

| Company | Premium | TCV(AI) Age 65 | TCV/$1 of Premium 1988 | 1987 | 1986 | Rank 1988 | 1987 | 1986 |
|---|---|---|---|---|---|---|---|---|
| Metropolitan L95 | $ 408.25 | $ 41,075 | 100.61 | 100.61 | 89.72 | 6 | 6 | 7 |
| Metropolitan Whole Life | 360.75 | 38,450 | 106.58 | 106.58 | 100.67 | 4 | 4 | 6 |
| Equitable | N/A | | | | | | | |
| J. Hancock | 392.75 | 33,263 | 84.69 | 84.69 | 84.69 | 7 | 8 | 8 |
| Prudential | 340.75 | 35,216 | 103.35 | 103.35 | 158.49 | 5 | 5 | 3 |
| Guardian | 355.00 | 48,131 | 135.58 | 153.17 | 195.33 | 1 | 1 | 1 |
| New England Life | 347.25 | 42,469 | 122.30 | 130.68 | 159.35 | 2 | 3 | 2 |
| Northwestern Mutual Life | 405.75 | 46,093 | 113.60 | 131.88 | 134.19 | 3 | 2 | 4 |

**$100,000**

| Company | Premium | TCV(AI) Age 65 | TCV/$1 of Premium 1988 | 1987 | 1986 | Rank 1988 | 1987 | 1986 |
|---|---|---|---|---|---|---|---|---|
| Metropolitan L95 | 1,490 | 166,600 | 111.81 | 111.81 | 94.09 | 7 | 7 | 9 |
| Metropolitan Whole Life | 1,258 | 151,800 | 120.67 | 120.67 | 106.23 | 5 | 5 | 8 |
| Equitable | 1,355 | 148,714 | 109.75 | 109.75 | 127.73 | 9 | 9 | 6 |
| J. Hancock | 1,172 1st 3 1,458 | 161,732 | 114.36 | 114.36 | 114.36 | 6 | 6 | 7 |
| Guardian | 1,366 | 192,523 | 140.94 | 170.56 | 206.92 | 1 | 1 | 1 |
| NYLIC | 1,190 | 150,600 | 126.55 | 126.89 | 135.02 | 3 | 4 | 5 |
| Prudential | 1,273 | 140,864 | 110.66 | 110.66 | 173.84 | 8 | 8 | 2 |
| New England Life | 1,284 | 169,875 | 132.30 | 138.10 | 168.53 | 2 | 3 | 3 |
| Northwestern Mutual Life | 1,351 | 167,275 | 123.82 | 139.62 | 151.17 | 4 | 2 | 4 |

M1157:

MP4011004227
MDL 1091 CONFIDENTIAL-PROPRIETARY
M109758530164
Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

WHOLE LIFE COMPETITIVE POSITION 1988 vs. 1986
NONSMOKER LIFE - STD. (25M), PFD. (100M)
MALE 55

**$25,000**

| Company | Premium | TCV(AI) 20 Years | TCV/$1 of Premium 1988 | 1987 | 1986 | Rank 1988 | 1987 | 1986 |
|---|---|---|---|---|---|---|---|---|
| Metropolitan L95 | $1,092.00 | $35,550 | 32.55 | 32.55 | 32.73 | 6 | 6 | 7 |
| Metropolitan Whole Life | 920.75 | 31,725 | 34.46 | 34.46 | 33.26 | 3 | 4 | 6 |
| J. Hancock | 912.75 | 26,673 | 29.22 | 29.22 | 29.22 | 7 | 8 | 8 |
| Prudential | 825.75 | 27,287 | 33.85 | 33.05 | 42.73 | 5 | 5 | 2 |
| Guardian | 888.25 | 30,425 | 34.25 | 42.41 | 39.04 | 4 | 1 | 4 |
| New England Life | 808.25 | 31,080 | 38.44 | 39.64 | 44.80 | 1 | 2 | 1 |
| Northwestern Mutual Life | 974.50 | 35,950 | 36.89 | 39.90 | 41.10 | 2 | 3 | 3 |

**$100,000**

| Company | Premium | TCV(AI) 20 Years | TCV/$1 of Premium 1988 | 1987 | 1986 | Rank 1988 | 1987 | 1986 |
|---|---|---|---|---|---|---|---|---|
| Metropolitan L95 | 4,067 | 143,000 | 35.16 | 35.16 | 33.31 | 7 | 7 | 9 |
| Metropolitan Whole Life | 3,311 | 124,500 | 37.60 | 37.60 | 33.91 | 3 | 5 | 8 |
| Equitable | 2,981 | 103,382 | 34.68 | 34.68 | 39.46 | 8 | 8 | 6 |
| J. Hancock 1st 3 | 3,449 / 3,554 | 123,698 | 35.88 | 35.88 | 35.88 | 5 | 6 | 7 |
| NYLIC | 3,364 | 142,893 | 42.48 | 39.36 | 42.08 | 1 | 1 | 3 |
| Prudential | 3,213 | 109,147 | 33.97 | 33.97 | 45.69 | 9 | 9 | 2 |
| Guardian | 3,418 | 121,700 | 35.61 | 45.86 | 41.13 | 6 | 1 | 5 |
| New England Life | 3,128 | 124,321 | 39.74 | 39.98 | 45.92 | 2 | 3 | 1 |
| Northwestern Mutual Life | 3,026 | 110,600 | 36.55 | 40.84 | 42.08 | 4 | 2 | 3 |

M1157

MDL 1091
CONFIDENTIAL - PROPRIETARY
MP40110004228
M109758530165
Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.



MDL 1091 CONFIDENTIAL PROPRIETARY

M1157:
M109758530166



MDL 1091 CONFIDENTIAL PROPRIETARY

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

M1157
M109758530167
MP4011004230





MDL 1091 CONFIDENTIAL PROPRIETARY

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1011 United States Dist. Ct.

M1157-
M109758530169
MP4011004232