# EXHIBIT Q

MP401003879

[Stamp: MET LIFE INS CO. MAY 10 1990 MICHAEL ...]

*Mike Leone  
Pls. handle  
Thanks  
SW 5/10*

Mr. Stephen White  
Vice-President and Actuary

A RALLS  
STEPHEN E. WHITE  
MAY 8 1990  
VICE-PRESIDENT AND ACTUARY

Re: 1991 Dividend Recommendations

We anticipate providing preliminary 1991 dividend recommendations at the July meeting of the Board of Directors. In preparing these recommendations we must address some questions raised at the February meeting of the Executive and Dividend Policy Committee concerning the levels contributed to surplus by old and new business.

1. Are dividends adequate for the Industrial line of business?

Table 1 presents the statutory contribution to surplus from the Industrial line for the 1987-1989 period. Table 2 exhibits the ratio of dividends incurred to pre-tax GAAP earnings for the same period. The statutory contribution to surplus, as detailed in the material presented to the Board, has been approximately $90 in each year. The ratio of dividends to GAAP gains has decreased over the period from 56% in 1987 to 42% in 1989.

In comparison, a review of the Ordinary Traditional line of business reveals the opposite. The statutory contribution to surplus has decreased over the 1987-1989 period and the ratio of dividends incurred to GAAP gain has increased from 82% to 89%.

During the 1980's the Industrial policyholders have benefited from several liberalization programs. The most recent of these programs, effective at the end of 1986, was a benefit liberalization resulting in a 15% increase in face amount for most policies. This action required a $186 million withdrawal from surplus. No changes have been made to the dividend scales since this liberalization.

Even though a good portion of the earnings is gain on surplus or gain from non-participating policies, is it appropriate to consider a scale increase for this block of business? If not, we must be able to demonstrate that the level of retained earnings and the overall surplus are equitable and in line with the statement on "Basic Principles and Current Practices" for dividends and surplus as adopted by the Board of Directors.



PLAINTIFF'S EXHIBIT  
Levine 14  
KC 7/22/99

M099717310622

Notice: Produced and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

A. RALLIS

2. Is the 1990 dividend scale for the Ordinary Traditional policies supportable?

During the past several years most of our major competitors have lowered the dividend scales for individual life products. Metropolitan has strengthened it's competitive position by not following suit.

However, as the attached tables demonstrate, the percentage of earnings released in the form of dividends has increased significantly over the 1987-1989 period. In particular, as detailed in Table 1, the statutory gain after apportioned dividends and before taxes on U.S. and Canadian Ordinary and Traditional business has dropped from $96 million in 1987 to $12 million in 1989. For U.S. Ordinary Traditional, the statutory gain after apportioned dividends and before taxes was $-42 million in 1989. On a GAAP basis, the gain after incurred dividends and before taxes was $1.1 million, down from $247 million in 1987.

Another issue to be considered is the impact of continuing to "peg" dividends for 1982 & later policies. On a present value basis the 1990 and 1989 dividend scales for this block of business were equivalent. However, the cost of continuing the 1989 scale for this block was $17 million. Is it appropriate to have older business continue to support new business over the short term?

In light of these emerging trends, it is important to consider now what dividend scale modifications should be made for 1991. I would like to schedule a meeting in early June to discuss these issues.

Susan M. [signature]
Actuary
May 7, 1990

cc: Levene, Maier

MDL 1091 CONFIDENTIAL

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

M099717310623
Mp40[...]003880

A. RALLIS

TABLE I
SOURCES OF CONTRIBUTION TO SURPLUS
TABLE A - BOARD RESOLUTION
U.S. & CANADA
($ MILLIONS)

ORDINARY LIFE - STATUTORY

| | 1987 | 1988 | 1989 |
|---|---|---|---|
| **ORDINARY TRADITIONAL** | | | |
| GAIN BEFORE DIVIDENDS & FIT | 1.250 | 1.274 | 1.256 |
| DIVIDENDS APPORTIONED | 1.154 | 1.207 | 1.244 |
| GAIN AFTER DIVIDENDS & BEFORE FIT | 96 | 65 | 12 |
| **ORDINARY NON-PARTICIPATING** | | | |
| GAIN BEFORE FIT | | | |
| FIT | -7 | -64 | -130 |
| | | | |
| SURPLUS ADJUSTMENTS | -123 | -117 | -124 |
| REALIZED/UNREALIZED CAP. GAINS | | | |
| MSVR-MLREVR | -114 | 177 | 147 |
| NON-ADMITTED ASSETS | 156 | -106 | -68 |
| TOTAL | -46 | -23 | -14 |
| | -4 | 48 | 67 |
| CONTRIBUTION TO SURPLUS | 182 | 148 | ? |

INDUSTRIAL LIFE - STATUTORY

| | 1987 | 1988 | 1989 |
|---|---|---|---|
| **INDUSTRIAL TRADITIONAL** | | | |
| GAIN BEFORE DIVIDENDS & FIT | 158 | 166 | 163 |
| DIVIDENDS APPORTIONED | 86 | 84 | 77 |
| GAIN AFTER DIVIDENDS & BEFORE FIT | 72 | 82 | 86 |
| FIT | -5 | 2 | 0 |
| SURPLUS ADJUSTMENTS | | | |
| REALIZED/UNREALIZED CAP. GAINS | | | |
| MSVR-MLREVR | -10 | -24 | -3 |
| NON-ADMITTED ASSETS | 20 | -21 | -13 |
| TOTAL | 0 | 0 | 1 |
| | 10 | 13 | 1 |
| CONTRIBUTION TO SURPLUS | 87 | 97 | 91 |

MDL 1091 CONFIDENTIAL

Neotex Production and Use Subject to Case Management and Protective Orders in MDL No. 1071, United States Dist. Ct.

M099717310624

MP401003881

A. RALLIS

TABLE 2
U. S. PERSONAL INSURANCE
GAAP GAIN AND DIVIDENDS
(\$ MILLIONS)

| | GAAP GAIN BEFORE DIVIDENDS | DIVIDENDS INCURRED | GAAP GAIN AFTER DIVIDENDS | RATIO OF DIVIDENDS TO GAAP GAIN |
|---|---|---|---|---|
| **U.S. ORDINARY TRADITIONAL** | | | | |
| 1987 | 1,353 | 1,106 | 247 | 81.7% |
| 1988 | 1,320 | 1,132 | 188 | 87.2% |
| 1989 | 1,306 | 1,145 | 161 | 87.3% |
| **U.S. INDUSTRIAL** | | | | |
| 1987 | 150 | 86 | 64 | 56.00% |
| 1988 | 166 | 84 | 82 | 50.60% |
| 1989 | 171 | 106 | 65 | 61.52% |

MP4011003882

MDL-1091 CONFIDENTIAL

M099717310625



M099717310626