# EXHIBIT R

A. RALLIS

Mr. S. E. White
Vice-President and Actuary

Re   Preliminary Recommendation -- 1991 Dividend Scales

Based on the analyses that we have completed thus far, our preliminary recommendation with respect to the 1991 Dividend Scales is as follows:

(1) Restructure Ordinary scales to better reflect the pattern and incidence of dividends that we had intended to implement in the 1990 scales before "last minute" pegging. This will reduce 1991 payable dividends by $18 million (1.5%) from $1243 million to $1225 million. However, the reduction is concentrated in the most recent blocks of business.

(2) Maintain Industrial dividends at an aggregate level of about $71 million, but rebalance expense charges and interest credits to more accurately reflect our emerging experience. We now have the systems capability to implement Industrial dividends using the same theory and processes that we use for Ordinary.

These changes will generate a $18 million improvement in PT earnings (relative to an absolute scale continuation), and they will further the profit and equity refinements that we had initiated last year.

Because the greatest expected scale reduction will occur in the recent blocks (and on new business) I anticipate a significant expression of concern from our Marketing associates. Fortunately, there is time to minimize the perceived competitive impact through careful control over the specific incidence of individual dividends.

We are quite convinced that some reduction is necessary to maintain an appropriate level of long term profitability. If the eventual consensus is to maintain the present level of dividends on the recent business, we recommend serious consideration of loss recognition through reserve strengthening and/or "write-off" of DAC.


Michael Levine
Actuary

June 7, 1990

M069705560179

NOTICE: "Production and Use Subject to Case Management and Protective Order in MDL No. 1061, United States Dist. Ct."

PLAINTIFF'S EXHIBIT
Levine 15
7/22/99

KEY FINANCIAL INDICATORS
($ MILLIONS)

| | 1987 | 1988 | 1989 | 1990 FRCST. | 1990 PLAN | 1991 PLAN | 1992 PLAN | 1993 PLAN |
|---|---|---|---|---|---|---|---|---|
| **SECTION A-1:** | | | | | | | | |
| EARNINGS (GAAP BEFORE TAXES) | 242 | 273 | 255 | 306 | 305 | 425 | 550 | 650 |
| REVENUES (NON-INSURANCE COMPANIES) | - | - | - | - | - | - | - | - |
| ASSETS (AS OF 12/31 IN BILLIONS) | 30.4 | 30.5 | 31.0 | 31.7 | 33.5 | 32.4 | 32.1 | 32.3 |
| SALES (PREMIUM) | 1,635 | 1,142 | 1,563 | 1,395 | 2,027 | 2,515 | 2,535 | 3,115 |
| NET SALES CREDITS | 187 | 185 | 217 | 225 | 270 | 330 | 320 | 360 |
| RETURN ON METROPOLITAN EQUITY (GAAP) | - | - | - | - | - | - | - | - |
| (SUBSIDIARIES ONLY) | | | | | | | | |
| MARKET SHARE (EXCEPT OF INSURANCE) | 6.4 | 5.7 | 6.2 | 7.3 | 7.0 | 6.2 | 5.3 | 5.3 |
| DIVIDENDS TO PARENT (SUBSIDIARIES ONLY) | - | - | - | - | - | - | - | - |
| CAPITAL INFUSIONS REQUESTED | 10 | 40 | 11 | - | - | - | - | - |
| | | | | | | | | |
| **SECTION B:** | | | | | | | | |
| PREMIUM INCOME | 1,679 | 1,674 | 3,342 | 3,605 | 3,372 | 3,821 | 4,273 | 4,825 |
| SMP NET INVESTMENT INCOME | 1,597 | 1,859 | 2,131 | 2,173 | 2,123 | 2,301 | 3,477 | 2,561 |
| (EXCLUDING CAPITAL GAINS) | | | | | | | | |
| ASSOCIATED CAPITAL GAINS | 115 | 198 | 232 | 317 | 358 | 239 | 213 | 174 |
| TOTAL REVENUES | 3,304 | 4,351 | 5,165 | 6,072 | 6,137 | 6,393 | 6,863 | 7,291 |
| EXPENSES BY SOURCE (GAAP) | | | | | | | | |
| EXPENSE RATIO | | | | | | | | |
| UNDERWRITING BASIS | -155 | -168 | -161 | -202 | -197 | -150 | -160 | -80 |
| INVESTMENT INCOME BASIS | 53 | 151 | 161 | 115 | 115 | 113 | 110 | 115 |
| TRANSFERS TO RESERVE SURPLUS | - | 66 | 73 | 376 | 392 | 235 | 270 | 370 |
| OTHER OPERATING EXPENSES | - | 33 | 52 | 50 | 70 | 55 | 55 | 45 |
| EXTRA | - | - | - | - | - | -50 | -50 | -50 |
| TAX | 95 | 98 | 69 | 162 | 70 | 1.5 | 105 | 115 |
| OTHER | 131 | 132 | 55 | 73 | 45 | 51 | 55 | 52 |
| OTHER | 95 | 27 | -25 | 9 | 9 | 9 | 9 | 9 |
| TOTAL | 222 | 273 | 275 | 329 | 335 | 425 | 553 | 650 |
| | | | | | | | | |
| GAAP TO STAT. ADJUSTMENTS: | | | | | | | | |
| DAC | -71 | -173 | -155 | -155 | -153 | -225 | -239 | -234 |
| CAPITAL GAINS | -155 | -213 | -232 | -312 | -293 | -259 | -213 | -174 |
| RESERVE STRAINS O/T DAC | -59 | -7 | -15 | 4 | 52 | -47 | -15 | -10 |
| OTHER | 33 | 102 | 25 | 11 | 33 | -17 | -42 | -47 |
| | | | | | | | | |
| STATUTORY GAIN (EXPENSES) | | | | | | | | |
| LIFE ONLY | 430 | -3 | -232 | -273 | -173 | N/A | N/A | 574 |
| SUBSIDIARIES | 127 | -51 | -135 | -173 | -125 | -135 | 15 | 123 |
| DIVIDENDS TO POLICYHOLDERS | 1,391 | 1,220 | 1,300 | 1,300 | 1,234 | 1,310 | N/A | N/A |
| DISCRETIONARY DIVIDENDS INC. | - | - | - | - | - | - | - | - |
| SCM-INS | - | - | - | - | - | - | - | - |
| RETURN ON REQUIRED SURPLUS | 44 | 31 | 31 | 23 | 33 | 31 | 33 | 43 |
| LIFE INSURANCE INFORCE: PERSONAL | - | - | - | - | - | - | - | - |
| GROUP | - | - | - | - | - | - | - | - |

P.L. Financial Reporting - Jan 29, 1990         -3-

MDL 1091 CONFIDENTIAL

M069705560180

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

| SECTION C: | 1987 | 1988 | 1989 | 1990 PROJ. | 1990 PLAN | 1991 PLAN | 1992 PLAN | 1993 PLAN | 1994 PLAN |
|---|---|---|---|---|---|---|---|---|---|
| EXPENSES: | | | | | | | | | |
| COMMISSIONS | 171 | 253 | 329 | 378 | 400 | 415 | 415 | 430 | 510 |
| OTHER FIELD COMP | 175 | 211 | 233 | 250 | 273 | 290 | 313 | 350 | 340 |
| OTHER DIRECT FIELD | 151 | 258 | 296 | 297 | 291 | 310 | 340 | 410 | 425 |
| HOME OFFICE EXPENSE | 117 | 113 | 133 | 123 | 133 | 135 | 135 | 140 | 145 |
| HEAD OFFICE EXPENSE | 112 | 123 | 133 | 153 | 183 | 155 | 170 | 185 | 173 |
| P.L. MIS | 235 | 717 | 827 | 325 | 337 | 725 | 733 | 1,002 | 1,125 |
| P.L. OTHER CONTROLLABLES | 29 | 17 | 13 | 5 | 9 | 3 | 3 | 3 | 3 |
| ALLOCATED | 143 | 157 | 151 | 192 | 200 | 200 | 210 | 210 | 210 |
| TOTAL | 942 | 1,176 | 1,335 | 1,457 | 1,500 | 1,400 | 1,605 | 1,773 | 1,355 |
| | | | | | | | | | |
| SALES REPS | 8,745 | 10,231 | 12,413 | 12,790 | 12,964 | 13,450 | 13,700 | 14,450 | 15,300 |
| OTHER FIELD EMPLOYEES | 4,341 | 4,785 | 4,157 | 5,000 | 5,200 | 4,570 | 5,450 | 5,530 | 5,653 |
| HOME AND HEAD OFFICE EMPLOYEES | 4,253 | 4,170 | 5,049 | 4,300 | 4,300 | 4,250 | 4,310 | 4,250 | 4,250 |
| TOTAL | 17,335 | 19,781 | 21,313 | 22,150 | 22,400 | 22,200 | 23,500 | 24,150 | 25,250 |
| | | | | | | | | | |
| EXPENSE RATIO - INCLUDING O-CO | -185 | -223 | -281 | -227 | -197 | -154 | -103 | -59 | |
| EXPENSE RATIO - EXCLUDING O-CO | -152 | -240 | -223 | | -183 | -29 | -103 | -23 | |
| CAPITAL EXPENSES | | | 5 | | 5 | 2.4 | 5.7 | x.5 | x 5 |
| OTHER KEY INDICATORS: | | | | | | | | | |
| (UNAUDITED) GROSS ASSETS | | | 27 | 27 | 25 | 23 | 22 | 22 | 22 |
| NET CLIENT ASSETS | | | 217 | 205 | 282 | 257 | 253 | 3 | 3 |
| PERSONAL ASSETS BACK OFFICE | | | 1,432 | 1,554 | 1,573 | 1,557 | 1,505 | 1,340 | |
| NEW SALES PENETRATION-1 | 15.3 | 25.4 | 21.2 | 19.4 | 22.6 | 21.3 | 22.6 | 25.5 | 22.5 |
| NEW SALES PENETRATION-2 | 34.2 | 33.0 | 35.1 | 35.0 | 39.3 | 31.3 | 29.6 | 39.3 | 31.3 |
| MARKET SHARE EQUITY | 5.4 | N/A | N/A | 5.3 | 5.6 | 5.6 | 5.3 | x.5 | x.5 |

SECTION D:

NOT AVAILABLE AT THIS TIME

P.L. Financial Reporting - June 29, 1990

-4-

NOTICE: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

M069705560181