# EXHIBIT T

A. RALLIS

## 1992 DIVIDEND SCALES

### Preliminary Discussion Points

(1) Responses to Schedule M, Question 10, demonstrate that most companies share our concerns.

    (a) "DAC tax"
    (b) Declining interest rates
    (c) Worsening mortality

(2) We could compensate for the "DAC tax" by reducing dividends by about $12 million year (although there will still be an additional $24 million impact on surplus in the first year).

(3) On the 1982 and later business, alone, a reduction in the credited rate from 10.00% to 9.50% would increase profit by $8 million in 1991, growing to $18 million in 1996.

(4) Observed mortality continues to be worse than pricing expectation on 1974-1981 business, especially males, suggesting the need for additional mortality charges of perhaps $20 million.

(5) Thus, in terms of the observed "experience", we could justify dividend reductions on the order of $40 million. This would particularly impact the recent business. To maintain scales at the same aggregate level, we could increase distributable rates on other business (including Industrial) or accept lower planned earnings.

(6) The real question, then, is whether the aggregate level of earnings and surplus warrants a reduction in the amount distributed to policyholders. Our recent, and projected, earnings on operations continue to exceed the "goals" that we consider necessary for a mutual insurer. However, earnings on surplus are still low, and surplus has started to decline as a percentage of assets.

(7) We also recognize that a reduction in PI dividends is an available mechanism to improve overall corporate financials. If necessary, we are prepared to contribute toward any corporate earnings shortfall, in conjunction with all other available alternatives.

(8) Responses to Schedule M, Question 3(c), demonstrate that most of our competitors have recently implemented scale reductions.

Michael Levine
Actuary

May 10, 1991

Notice: Production and Use Subject to Case Management Order and Protective Orders in MDL No. 1091, United States Dist. Ct."

M09971734



A. RALLIS

10. Does the undersigned believe there is a substantial probability that, because of expected deterioration of experience or for any other reason, the dividends illustrated on new or existing business cannot be maintained for at least two years? If yes, explain why.

Most companies responded Yes or No. However, citing one or more of the following reasons. Only one company, Penn Mutual, responded with a definitive No.

1. The additional federal income tax imposed by the Omnibus Budget Reconciliation Act of 1990 is not reflected in the 1991 dividend scale.

2. A decline in new money interest rates and/or low overall investment income.

3. Worsening mortality due to AIDS.

| Company | Reasons |
|---|---|
| Metropolitan Life | 1 & 2 |
| Conn. Mutual | 1 |
| Equitable | 1 & 3 |
| Guardian | 1 & 3 |
| John Hancock | 1, 3 and costs associated with maintaining inforce policies. |
| Mass Mutual | 1, 2 and possibility of fluctuations in claim expense & termination factors. |
| Mutual Benefit | 1 |
| Mutual of NY | 1 & 2 |
| New England | 1 & 2 |
| Northwestern | 1 & 2 however, these may be partially offset by future trend improvements in overall mortality &/or the possibility of extraordinary capital gains. |
| Penn Mutual | No |
| Phoenix Mutual | since dividends have been reduced each year since 1988, and current experience may result in dividends paid in future years that are lower than current illustrations. |
| Principal Mutual | 1 & 2 |
| Provident Mutual | 1 |
| Prudential | 2 |
| State Mutual | 1 |



Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

M099717340294

A. RALLIS

MP401003895

RATIO OF 1992 (PROPOSED) TO 1990 DIVIDEND MORTALITY

| | 20 | 35 | 50 | 65 | 80 |
|---|---|---|---|---|---|
| MET 1960 & 1965 | 1.01 | 1.18 | 1.05 | 1.04 | 1.07 |
| MET 1974 MALES | 1.20 | 1.41 | .98 | 1.15 | 1.04 |
| MET 1974 FEMALES | 1.00 | 1.01 | 1.00 | 1.10 | 1.06 |
| TOWER 1960 & 1965 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| TOWER 1974 MALES | .99 | 1.15 | 1.08 | 1.12 | .98 |
| TOWER 1978 MALES | 1.37 | 1.32 | 1.32 | .99 | 1.00 |
| TOWER 1982 MALES | 1.35 | 1.54 | 1.37 | 1.21 | 1.00 |
| TOWER 1982 FEMALES | .98 | 1.41 | 1.24 | 1.10 | .99 |

MDL 1091
CONFIDENTIAL - PROPRIETARY

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

M099717340295

A. RALLIS

PERSONAL INSURANCE

GAAP EARNINGS
($ millions)

| | OPERATIONS | SURPLUS | TOTAL |
|---|---|---|---|
| 1989 | 183 | 80 | 263 |
| 1990 | 159 | 97 | |
| 1991 PROJECTION | 178 | 80 | 258 |
| 1991 EARNINGS GOALS | | | |
| "RISK PREMIUM" | 43 | 430 | 473 |
| "ACTIVITY PREMIUM" | 109 | 388 | 497 |

MDL 1091
CONFIDENTIAL-PROPRIETARY

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

M099717340296

A. RALLIS

| SURPLUS/ASSETS | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1980-89 Change |
|---|---|---|---|---|---|---|---|---|---|---|
| Metropolitan | 5.61% | 5.90% .08% | 5.93% .04% | 5.53% -.41% | 5.16% -.37% | 4.93% -.23% | 5.20% -.27% | 4.76% -.43% | 5.03% .26% | 5.20% .18% | .61% |
| Met Cons PI | 10.42% | 11.01% .59% | 11.65% .64% | 11.79% .14% | 11.82% .03% | 12.74% .92% | 12.91% .17% | 12.27% .36% | 12.88% .61% | 12.60% -.28% | +2.18% |
| Aetna | 3.26% | 3.48% .22% | 3.25% -.13% | 3.11% .24% | 3.04% -.07% | 3.02% -.02% | 3.02% -.01% | 3.10% .00% | 3.15% .05% | 3.24% .08% | -.03% |
| Cigna | 5.23% | 3.97% -1.26% | 4.46% .49% | 3.22% -.64% | 3.61% -.21% | 4.47% .07% | 5.03% .55% | 4.75% -.20% | 5.15% .40% | 4.56% -.59% | -.68% |
| Equitable | 3.46% | 3.54% .08% | 3.05% -.49% | 2.97% -.37% | 3.08% .00% | 3.09% .11% | 3.37% .29% | 3.06% -.31% | 3.26% .20% | 3.33% .07% | -.1% |
| John Hancock | 5.63% | 5.58% -.05% | 5.86% .30% | 5.76% -.13% | 5.50% .10% | 5.02% -.61% | 5.14% .12% | 5.25% .11% | 5.09% -.16% | 5.29% .20% | -.34% |
| Mass Mutual | 6.32% | 6.08% -.24% | 7.40% 1.32% | 7.02% -.33% | 6.30% -.08% | 6.40% -.73% | 6.33% .92% | 5.75% -.58% | 5.31% -.45% | 5.40% .09% | -.92% |
| New York Life | 7.49% | 7.53% .04% | 7.38% -.15% | 6.57% -.56% | 6.20% -.68% | 6.21% -.49% | 6.92% .71% | 6.21% -.71% | 5.88% -.33% | 5.75% -.12% | -1.73% |
| Northwestern | 7.35% | 7.00% -.35% | 7.13% .13% | 6.57% -.56% | 6.20% .20% | 6.75% .46% | 7.06% .30% | 6.24% -.76% | 6.40% .16% | 7.28% .08% | -.07% |
| Prudential | 6.36% | 4.92% -1.44% | 5.04% .12% | 5.38% .33% | 3.42% -1.96% | 3.01% .18% | 4.58% .98% | 5.03% .40% | 5.28% .20% | 5.59% .31% | -.78% |
| Travelers | 3.82% | 3.95% .13% | 3.51% -.44% | 3.19% -.32% | 2.96% -.23% | 3.40% -.73% | 3.16% .16% | 5.05% .01% | 3.16% -1.53% | 3.79% .63% | -.03% |
| TOTAL | 5.44% | 5.05% -.39% | 5.09% .04% | 4.80% -.21% | 4.26% -.62% | 4.24% -.01% | 4.70% .70% | 4.65% -.53% | 4.70% .15% | 4.91% .20% | -.53% |
| Met Relative to Peer Group | .37% | .01% | .04% | .65% | .90% | .69% | .49% | .21% | .32% | .30% | |

ML-463

CONFIDENTIAL PROPRIETARY
MDL 1091
Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, Conseco Senior Dist. Ct.

MP401100387
M099717340297

A. RALLIS

**MDL 1091 CONFIDENTIAL - PROPRIETARY**

3e. For each major block of business, indicate when the dividend scale was last changed (including changes described in 3b.), and indicate the extent of such change in terms of the percentage by which dividends payable under the new scale exceeded or were less than those that would have been paid in the year of change had the scale not been changed.

| Company | Year of Last Dividend Scale Change | Description | % Change |
|---|---|---|---|
| Metropolitan Life | 1990 | Pre 1960; 1960-1973 | 2.0%, 1.0% |
|  | 1991 | 1974-1981 Issues | 2.0% |
|  |  | Industrial prior to 1942 | -2.0% |
|  |  | Industrial issued 1942-64 | 2.0% |
| Conn. Mutual | 1991 | Variable Loan Rate | -4.0% |
|  |  | Fixed Loan Rate | -5.0% |
| Equitable | 1988 | Pre 1980 Issues | Decreased 1.7%-2.1% |
|  | 1990 | 1981-1982; 1987-1988 | -2%; -4.1% |
|  |  | 1983-1986 (80 CSO) | -5.5% |
|  |  | 1983-1986 (58 CSO) | -6.5% |
|  | 1991 | TRT 1981-1986 Issues | -6% |
| Guardian | 1991 | Direct Recognition | Decreased 5.0%, 6.4% [1] |
|  |  | Non-Direct Rec. | -4.6%, -0.2% |
| John Hancock | 1989 | Blocks 1,2,3 | -3% [2] & [3] |
|  | 1990 | Block 4 | -0.3% [2] & [3] |
| Mass Mutual | 1990 | Permanent Insurance | Decreased 4.0%-6% |
|  | 1989 | Term Insurance | -5.5% |
| Mutual Benefit | 1991 | Most Plans | Decreased 4.0%-4% [1] & [2] |
|  | 1987 | 1958 CSO,1985-86 Issues | -8% |
| Mutual of NY | 1991 | Most policies | 2.2% |
| New England | 1991 | Varies by issue year | 11.4% |
|  |  | 1980-81 Issues | 4% |
|  |  | 1982 & later Issues | Decreased 8%-23% |
| Northwestern | 1990 | Direct Recognition | -15% |
|  | 1991 | Non-Direct Recog. | Decreased -25% |
| Penn Mutual | 1991 | Non-Direct Recog. | Decreased -1.5%, -5.1% |
|  | 1987 | Issued 1979 & earlier | -25% |
|  |  | Issued 1979 & later |  |
| Phoenix Mutual | 9/90; 3/91 | All major blocks | -1.0%, -5.0% |
| Principal Mutual | 1991 | All policies | -3% |
| Provident Mutual | 1991 | AE; 1981 CSO | -5%, -4% [1] & [2] |
|  |  | 1951 CSO I A,B,C | -7%, -5%, -3% |
| Prudential | 1991 | Ordinary | -5% |
| State Mutual | 1984 | AE 4.5%, 1941 & 1958 4% | 4% |
|  | 1985 | 1958 4.5%, Fixed Rate | 4% |
|  |  | AE 5%, 1941 CSO 2.5% | 17%-19%, 5% |
|  |  | 1958 2.5% & 3% | 8%-12% |
|  | 1988 | 1958 4.5%, 4.5%/3.5% Var Rate | -22%, -40% [1] & [2] |

(1) % Change varies by issue year.
(2) % Change varies by reserve basis.

M099740297.01

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.