# EXHIBIT W

MINUTES

Mr. Philip Briggs
Vice-Chairman of the Board

Re: 1992 Dividend Scales for Personal Insurance and
    Annuities

The actuaries have completed their review of current and
projected earnings for the various Personal Life lines. Based on
this review, recommendations, with which I concur, have been
formulated with respect to the dividend scales for 1992.

U.S. Ordinary Life Business

Our recommendation is to reduce Personal Ordinary Insurance
dividends by $100 million dollars, or 8%. For 1992, the
resulting payments would be approximately $1.2 billion dollars in
annual dividends and $39 million dollars in terminal dividends.

We had indicated at the July meeting of the Insurance & Executive
Committee that we were considering a $50 to $100 million dollar
reduction in our Ordinary Life insurance dividend scales for
1992. We discussed the reasons we thought a decrease was
appropriate. We also noted that a number of our peer companies
had recently cut their dividends and that many may do so again in
1992.

The reasons for a dividend cut that we discussed in July
included: Lower investment income due to decreases in market
interest rates, an increase in the level of non-performing
commercial mortgages, and less opportunity to sell equity real
estate and invest the proceeds in assets with higher current
yields. In addition, the life insurance industry is now subject
to higher federal income taxes, the so-called "DAC Tax." Since
July, market interest rates have continued to decline and the
level of non-performing mortgages has increased.

Now in October, these adverse conditions are likely to continue,
reducing 1992 investment yields and our earnings for both the
total Company and Personal Insurance. As shown in the attached
Exhibits I and II, 1991 projected earnings are close to plan.
This is because efforts to control expenses have been successful
in offsetting lower than expected investment income. However, in
1992, although additional expense efficiencies are expected to be
achieved, it is not anticipated they will fully offset lower
investment income. Although a decision to reduce our dividends
is not a solvency issue in the short term, in the long term we

M601100020601

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

MINUTES

2

need to maintain a proper balance between earnings and dividends so as not to gradually erode our surplus position. Exhibit III shows pre-dividend earnings, dividends, and the ratio of dividends to earnings. In the absence of a dividend reduction, that ratio may reach 97%, clearly higher than desirable. A $100 million dividend reduction would reduce that ratio to a more acceptable 90% level.

Naturally, we put a high priority on maintaining MetLife's competitive position and remaining fair to our policyholders, as well as enhancing our financial strength. Because the entire industry is experiencing similar decreasing investment yields and increasing tax costs, many companies have recently reduced their dividend scales, as shown in Chart I, and many may reduce scales again for 1992. As a result, the competitive position of our Ordinary Life Insurance products, which is illustrated in Chart II may not change significantly as a result of the recommended dividend reduction described below.

Canadian Business

For Canadian business, a continuation of the current dividend scales is recommended. Ordinary Life earnings and surplus levels continue to be satisfactory. Continuation of the scales will result in approximately $85 million dollars in annual dividend payments and $4 million dollars in terminal dividends, all in U.S. dollars.

Industrial Life

For U.S. business, the recommendation is to continue the 1991 scales. The rebalancing of the experience factors within the Industrial Line included in the 1991 scales remain appropriate for the 1992 scales. For Canadian business, a continuation of the current scales is recommended.

The recommendations will result in Industrial Life dividend payments of approximately $70 million for the U.S. policies and $8 million in U.S. dollars for the Canadian policies.

Annuities

For U.S. business, a decrease in 1992 scales of about $1 million is recommended. The 1991 scales reflected a policy of bringing the return on certain participating annuity contracts closer to market. The recommended decrease is a continuation of that policy. For Canadian business, a continuation of current scales is recommended.

For the U.S. Annuities, the aggregate amount of dividends payable under the new scale will be about $16 million. For Canada, the amount of dividends to be paid will be about $0.1 million in U.S. dollars.

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

M601100020602

Personal Health Insurance
―――――――――――――――――――

It is recommended that the dividend scales for the Personal Health policies be continued for 1992. This will result in the payment of $0.1 million in dividends. The earnings for the Personal Health line continue to be depressed with a 1991 GAAP projection of $-2.5 million. However, the financial experience on those contracts receiving dividends is acceptable and supports the recommended payments.

Summary
―――――――

The attached exhibits I and II show the earnings for Metropolitan's insurance operations for 1990, projected for 1991, and the 1992 estimate - before the effects of the proposed 1992 dividend scale reduction on 1991 and 1992 earnings. The projected 1991 earnings and the Company's accumulated surplus support the above recommendations.

The dividend recommendations are in accordance with the statement on "Dividends and Surplus: Basic Principles and Current Practices," adopted by the Board on March 24, 1987. These points are reflected in the attached Actuarial Opinion.

A proposed resolution reflecting the above dividend recommendations is attached.

David A. Levere
Senior Vice-President and Chief Actuary
October 15, 1991

MP4011003902

M601100020603

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct."

MINUTES

EXHIBIT I

PROJECTED CONSOLIDATED INSURANCE COMPANIES RESULTS *

GAAP

($ MILLIONS)

| EARNINGS | | 1990 ACTUAL | 1991 PROJ | 1991 PLAN | 1992 EST |
|---|---|---|---|---|---|
| PERSONAL | - ORDINARY # | 132 | 128 | 126 | N/A |
|  | - OTHER | 129 | 140 | 134 | N/A |
|  | - TOTAL | 261 | 260 | 260 | 50 |
| CANADA | - ORDINARY # | 59 | 43 | 85 | 51 |
|  | - OTHER | 19 | 29 | -25 | 31 |
|  | - TOTAL | 78 | 72 | 60 | 82 |
| ALL OTHER LINES | | 567 | 593 | 550 | 612 |
| TOTAL INSURANCE COMPANIES | | 906 | 925 | 870 | 744 |
| FEDERAL INCOME TAX | | 144 | 327 | 422 | N/A |
| EARNINGS AFTER TAX | | 762 | 598 | 448 | N/A |

\*   Before the effects of the proposed 1992 dividend scale reduction on 1991 and 1992 earnings.

\#   Traditional Only

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

M601100020604

MINUTES

EXHIBIT II

PROJECTED CONSOLIDATED INSURANCE COMPANIES RESULTS *

STATUTORY

($ MILLIONS)

| EARNINGS | | 1990 ACTUAL | 1991 PROJ | 1991 PLAN | 1992 EST |
|---|---|---|---|---|---|
| PERSONAL | - ORDINARY # | -241 | -272 | -177 | N/A |
|  | - OTHER | 30 | 59 | -51 | N/A |
|  | - TOTAL | -211 | -213 | -228 | -212 |
| CANADA | - ORDINARY # | 58 | 51 | 74 | 22 |
|  | - OTHER | -66 | -32 | -80 | -10 |
|  | - TOTAL | -8 | 19 | -6 | 12 |
| ALL OTHER LINES | | 399 | 345 | 267 | 399 |
| TOTAL INSURANCE COMPANIES | | 180 | 151 | 33 | 198 |
| FEDERAL INCOME TAX | | -62 | 131 | 160 | 390 |
| EARNINGS AFTER TAX | | 242 | 20 | -127 | -192 |
| NET REALIZED CAPITAL GAINS LESS CAPITAL GAINS TAX | | 141 | 71 | 140 | -17 |
| TOTAL EARNINGS AFTER TAX | | 383 | 90 | 13 | -209 |

\*   Before the effects of the proposed 1992 dividend scale reduction on 1991 and 1992 earnings.

\#   Traditional Only

MDL 1091 CONFIDENTIAL

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

MP4011003904
M601100020605

MINUTES

EXHIBIT III

U.S. PERSONAL INSURANCE

GAAP EARNINGS & DIVIDENDS

($ MILLIONS)

|  | EARNINGS BEFORE DIVIDENDS | DIVIDENDS | RATIO |
|---|---|---|---|
| 1986 | 1585 | 1178 | 74% |
| 1987 | 1530 | 1190 | 78% |
| 1988 | 150_ | 1256 | 82% |
| 1989 | 1536 | 1278 | 83% |
| 1990 | 1598 | 1337 | 84% |

EXCLUDING EFFECTS OF THE RECOMMENDED DIVIDEND SCALE CHANGE

| 1991 (Projected) | 1623 | 1363 | 84% |
| 1992 (Estimate)  | 1458 | 1408 | 97% |

INCLUDING EFFECTS OF THE RECOMMENDED DIVIDEND SCALE CHANGE

| 1991 (Projected) | 1623 | 1318 | 81% |
| 1992 (Estimate)  | 1458 | 1308 | 90% |

Subject: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091. United States Dist. Ct.

MIDL 1091 CONFIDENTIAL

MP4011003905

M601100020606

MINUTES

## Dividend Actions

Chart 1

| | Conn Mut | Met | Mass Mut | Equit | JH | MONY | NYL | NWM | Pru |
|---|---|---|---|---|---|---|---|---|---|
| 1982 | + | | | | | | | + | + |
| 1983 | + | | | | | + | + | + | + |
| 1984 | + | | | + | + | + | + | + | + |
| 1985 | + | + | + | + | + | + | + | – | – |
| 1986 | – | + | + | + | + | + | + | + | + |
| 1987 | + | + | + | – | + | + | + | – | + |
| 1988 | – | – | + | – | – | + | + | – | – |
| 1989 | – | – | – | – | – | – | – | – | – |
| 1990 | N/A | N/A | N/A | N/A | N/A | N/A | N/A | N/A | – |
| 1991 | – | N/A | N/A | N/A | N/A | N/A | N/A | N/A | – |

MDL 1091 CONFIDENTIAL

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

MP4011003906

M601100020607



Competitive Position
Illustrated Cost at Issue

Chart II

MINUTES

CONFIDENTIAL

MDL 1091