# EXHIBIT Y

M. GARNI



HISTORICAL CREDITED RATES (PAGE 1)

| ISSUE YEAR & (ILLUS. RATE) | 1943-1953 | 1954-1958 | 1959 | 1960 | 1961 | 1962 | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 | 1972 | 1973 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior to 1935 | .0280 | .0305 | .0340 | .0340 | .0340 | .0340 | .0340 | .0340 | .0375 | .0375 | .0400 | .0415 | .0415 | .0440 | .0440 | .0440 | .0465 |
| 1935-1941 | .0280 | .0305 | .0340 | .0340 | .0340 | .0340 | .0340 | .0340 | .0375 | .0375 | .0400 | .0415 | .0415 | .0440 | .0440 | .0440 | .0465 |
| 1942-1947 | .0280 | .0305 | .0340 | .0340 | .0340 | .0340 | .0340 | .0340 | .0375 | .0375 | .0400 | .0415 | .0415 | .0440 | .0440 | .0440 | .0465 |
| 1948-1959 | .0280 | .0305 | .0340 | .0340 | .0340 | .0340 | .0340 | .0340 | .0375 | .0375 | .0400 | .0415 | .0415 | .0440 | .0440 | .0440 | .0465 |
| 1960-1964 | | | | | .0365 | .0340 | .0340 | .0340 | .0375 | .0375 | .0400 | .0415 | .0415 | .0440 | .0440 | .0440 | .0465 |
| 1965-1969 | | | | | | | | | | | .0400 | .0415 | .0415 | .0440 | .0440 | .0440 | .0465 |
| 1970-1973 | | | | | | | | | | | | | | .0450 | .0450 | .0450 | .0475 |

For each issue year, the highest available policy loan rate has been shown. (5% through 1969, 6% for 1970 through 1973).

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No 1091, United States Dist Ct."

M069702170274

M. GARNI

HISTORICAL CREDITED RATES (PAGE 1)

| ISSUE YEAR & (ILLUS. RATE) | 1974 | 1975 | 1976 | 1977 | 1978 | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prior to 1935 | .0490 | .0490 | .0515 | .0515 | .0535 | .0595 | .0595 | .0595 | .0635 | .0635 | .0635 | .0700 | .0775 | .0775 | .0775 | .0775 | .0835 | .0835 | .0805 | .0775 |
| 1935-1941 | .0490 | .0490 | .0515 | .0515 | .0535 | .0580 | .0580 | .0580 | .0620 | .0620 | .0620 | .0700 | .0775 | .0775 | .0775 | .0775 | .0835 | .0835 | .0805 | .0775 |
| 1942-1947 | .0490 | .0490 | .0515 | .0515 | .0535 | .0575 | .0575 | .0575 | .0615 | .0615 | .0615 | .0700 | .0775 | .0775 | .0775 | .0775 | .0835 | .0835 | .0805 | .0775 |
| 1948-1959 | .0490 | .0490 | .0515 | .0515 | .0535 | .0555 | .0555 | .0555 | .0605 | .0605 | .0605 | .0700 | .0775 | .0775 | .0775 | .0835 | .0835 | .0835 | .0805 | .0775 |
| 1960-1964 | .0490 | .0490 | .0515 | .0515 | .0535 | .0555 | .0555 | .0555 | .0605 | .0605 | .0605 | .0700 | .0775 | .0775 | .0775 | .0835 | .0835 | .0835 | .0805 | .0775 |
| 1965-1969 | .0490 | .0490 | .0515 | .0515 | .0535 | .0545 | .0545 | .0545 | .0595 | .0595 | .0605 | .0700 | .0775 | .0775 | .0775 | .0835 | .0835 | .0835 | .0810 | .0775 |
| 1970-1972 | .0500 | .0500 | .0525 | .0525 | .0545 | .0545 | .0545 | .0545 | .0585 | .0605 | .0625 | .0710 | .0770 | .0770 | .0770 | .0835 | .0835 | .0835 | .0810 | .0775 |
| 1973 (.0475) | | .0500 | .0525 | .0525 | .0545 | .0545 | .0545 | .0545 | .0585 | .0605 | .0625 | .0710 | .0770 | .0770 | .0770 | .0835 | .0835 | .0835 | .0810 | .0775 |
| 1974 (.0500) | | | .0525 | .0525 | .0545 | .0610 | .0610 | .0610 | .0650 | .0650 | .0650 | .0725 | .0820 | .0820 | .0820 | .0875 | .0875 | .0875 | .0845 | .0815 |
| 1975 (.0500) | | | .0525 | .0525 | .0545 | .0610 | .0610 | .0610 | .0650 | .0650 | .0650 | .0725 | .0820 | .0820 | .0820 | .0875 | .0875 | .0875 | .0845 | .0815 |
| 1976 (.0525) | | | | .0525 | .0545 | .0610 | .0610 | .0610 | .0650 | .0650 | .0650 | .0725 | .0820 | .0820 | .0820 | .0875 | .0875 | .0875 | .0845 | .0815 |
| 1977 (.0525) | | | | | .0545 | .0610 | .0610 | .0610 | .0650 | .0650 | .0650 | .0725 | .0820 | .0820 | .0820 | .0875 | .0875 | .0875 | .0845 | .0815 |
| 1978 (.0545) | | | | | | .0620 | .0620 | .0620 | .0650 | .0650 | .0660 | .0735 | .0820 | .0820 | .0820 | .0875 | .0875 | .0875 | .0845 | .0815 |
| 1979 (.0635) | | | | | | .0635 | .0635 | .0635 | .0700 | .0700 | .0700 | .0735 | .0820 | .0820 | .0820 | .0875 | .0875 | .0875 | .0845 | .0815 |
| 1980 (.0635) | | | | | | | | .0635 | .0700 | .0700 | .0700 | .0735 | .0820 | .0820 | .0820 | .0875 | .0875 | .0875 | .0845 | .0815 |
| 1981 (.0650) | | | | | | | | | .0700 | .0700 | .0720 | .0735 | | | | | | | | |
| 1982 (.0720) | | | | | | | | | | .0720 | | | | | | | | | | |

For each issue year, the highest available policy loan rate has been shown.
(5% through 1969, 6% for 1970 through 1977, 8% for 1978 through 1981, and adjustable thereafter).

Prepared by: PLI Rates and Values
PLI Financial Management
Patricia Guerin

Notice. Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist Ct.

M0697021702?5

M. GARNI

HISTORICAL CREDITED RATES (PAGE 2)

MDL 1091
CONFIDENTIAL-PROPRIETARY

| ISSUE YEAR & (ILLUS. RATE) | 1994 | 1995 | 1996 | 1997 |
|---|---|---|---|---|
| Prior to 1935 | .0720 | | | |
| 1935-1941 | .0720 | | | |
| 1942-1947 | .0720 | | | |
| 1948-1959 | .0720 | | | |
| 1960-1964 | .0720 | | | |
| 1965-1969 | .0720 | | | |
| 1970-1972 | .0750 | | | |
| 1973 (.0475) | .0750 | | | |
| 1974 (.0500) | .0750 | | | |
| 1975 (.0500) | .0750 | | | |
| 1976 (.0525) | .0750 | | | |
| 1977 (.0525) | .0750 | | | |
| 1978 (.0565) | .0755 | | | |
| 1979 (.0565) | .0755 | | | |
| 1980 (.0635) | .0755 | | | |
| 1981 (.0650) | .0755 | | | |
| 1982 (.0720) | .0825 | | | |
| 1983 (.0855) | .0825 | | | |
| 1984 (.0855) | .0825 | | | |
| 1985 (.0795) | .0825 | | | |
| 1986 (.1000) | .0825 | | | |
| 1987 (.1000) | .0825 | | | |
| 1988 (.1000) | .0825 | | | |
| 1989 (.1000) | .0825 | | | |
| 1990 (.1000) | .0825 | | | |
| 1991 (.1000) | .0825 | | | |
| 1992 (.0945) | .0825 | | | |
| 1993 (.0880) | .0825 | | | |
| 1994 (.0825) | .0825 | | | |

For each issue year, the highest available policy loan rate has been shown.
(5% through 1969, 6% for 1970 through 1977, 8% for 1978 through 1981, and adjustable thereafter).

Prepared by: PLI Rates and Values
PI Financial Management
Patricia Duerin
April 11, 1994

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

M069702170276

## MetLife's Historical Credited Dividend Rates

| Year and (Illus. Rate%) | 1977 % | 1979 % | 1981 % | 1983 % | 1985 % | 1987 % | 1989 % | 1991 % | 1993 % | 1995 % |
|---|---|---|---|---|---|---|---|---|---|---|
| 1976 (5.25%) | 5.25 | 5.45 | 6.10 | 6.3 | 7.1 | 7.85 | 8.7 | 8.9 | 7.85 | 7.3 |
| 1977 (5.25%) |  | 5.45 | 6.10 | 6.3 | 7.1 | 7.85 | 8.7 | 8.9 | 7.85 | 7.3 |
| 1978 (5.45%) |  | 5.55 | 6.20 | 6.4 | 7.3 | 8.05 | 9.0 | 9.2 | 8.1 | 7.55 |
| 1979 (5.65%) |  |  | 6.25 | 6.5 | 7.3 | 8.05 | 9.0 | 9.2 | 8.1 | 7.55 |
| 1980 (6.35%) |  |  | 6.35 | 6.8 | 7.3 | 8.05 | 9.0 | 9.2 | 8.1 | 7.55 |
| 1981 (6.50%) |  |  | 6.35 | 7.0 | 7.3 | 8.05 | 9.0 | 9.2 | 8.1 | 7.55 |
| 1982 (7.20%) |  |  |  | 7.2 | 9.5 | 10.0 | 10.0 | 10.0 | 8.8 | 8.25 |
| 1983 (7.25%) |  |  |  |  | 9.5 | 10.0 | 10.0 | 10.0 | 8.8 | 8.25 |
| 1984 (8.35%) |  |  |  |  | 9.5 | 10.0 | 10.0 | 10.0 | 8.8 | 8.25 |
| 1985 (9.50%) |  |  |  |  |  | 10.0 | 10.0 | 10.0 | 8.8 | 8.25 |
| 1986 (10.0%) |  |  |  |  |  | 10.0 | 10.0 | 10.0 | 8.8 | 8.25 |
| 1987 (10.0%) |  |  |  |  |  | 10.0 | 10.0 | 10.0 | 8.8 | 8.25 |
| 1988 (10.0%) |  |  |  |  |  |  | 10.0 | 10.0 | 8.8 | 8.25 |
| 1989 (10.0%) |  |  |  |  |  |  |  | 10.0 | 8.8 | 8.25 |
| 1990 (10.0%) |  |  |  |  |  |  |  | 10.0 | 8.8 | 8.25 |
| 1991 (10.0%) |  |  |  |  |  |  |  |  | 8.8 | 8.25 |
| 1992 (9.45%) |  |  |  |  |  |  |  |  | 8.8 | 8.25 |
| 1993 (8.60%) |  |  |  |  |  |  |  |  |  | 8.25 |
| 1994 (8.25%) |  |  |  |  |  |  |  |  |  | 8.25 |
| 1995 (8.25%) |  |  |  |  |  |  |  |  |  | 8.25 |
| 1996 (8.00%) |  |  |  |  |  |  |  |  |  |  |

How to interpret this chart:

The column on the left, under the heading of Year and Illustrative Rate, shows the illustrative rate for the year the policy was issued. Follow across the row (left to right) for the amount that was actually credited to the policy. For instance, a policy issued in 1976 had an illustrative rate of 5.25%, which continued through 1977, increased to 5.45% in 1978 and 1979, increased to 6.10% for 1980 and 1981, etc.

[FOR INTERNAL USE ONLY]

**CONFIDENTIAL**

HAZEN V. METLIFE   XXXX(rpxxx)MLIC-LD   MP9250002963657