IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY AND KENNETH F.<br>KACZMAREK,<br><br>　　　　　　　Defendants | : CIVIL ACTION NO. 00-2248<br>:<br>:<br>:<br>:<br>: CHIEF JUDGE AMBROSE<br>:<br>:<br>:<br>:<br>: |

ORDER

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Plaintiff's Exhibits 22, 66-77, 79-91, and 93 by defendants Metropolitan Life Insurance Company and Kenneth F. Kaczmarek in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ___ day of _____ 2006, ORDERED that Defendant's Motion in Limine to Exclude Exhibits 22, 66-77, 79-91, and 93, is GRANTED; and it is further ORDERED:

　　1.　　Plaintiff is precluded from using the Exhibit Nos. 22, 66-77, 79-91, and 93.  <u>See</u> Plaintiff's Ex. 17, 66-77, 79-91 and 93.

　　2.　　Plaintiff and his attorneys are precluded from referring to or offering, either

directly or indirectly, including during voir dire, opening statements, questions to witnesses or testimony by witnesses, and in closing argument, the aforementioned exhibits.

                                      BY THE COURT:

                                      _____