UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>         Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>         Defendants. | : CIVIL ACTION NO. 00-2248<br>:<br>:<br>:<br>:<br>: CHIEF JUDGE AMBROSE<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Evidence Regarding the Connecticut Market Conduct Report (the "Connecticut Report") and Related Documents, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____day of _____, 2006, ORDERED that Defendants' Motion is hereby GRANTED.  Plaintiff is prohibited from admitting evidence of the Connecticut Market Conduct Report (the "Connecticut Report") and Related Documents.

_____
Hon. Donetta Ambrose, USDJ