(43.1)

1

1  IN THE UNITED STATES DISTRICT COURT FOR THE
   NORTHERN DISTRICT OF OKLAHOMA
2
3  JAMES L. RAYL,            )
                             )
4       Plaintiff,           )
                             )
5       vs.                  ) No. 97-CV-505 H(M)
                             )
6  METROPOLITAN LIFE         )
   INSURANCE CO., INC.,      )
7                            )
        Defendant.           )
8
9
10
11   VIDEO DEPOSITION OF JAMES L. RAYL,
12 taken on behalf of the defendant, pursuant to
13 notice and agreement as to time and place and the
14 Federal Rules of Civil Procedure, on Wednesday,
15 February 25, 1998, at the law offices of
16 Strecker & Associates, 1600 NationsBank Center,
17 15 W. Sixth Street, Tulsa Oklahoma, before me,
18 Maynard E. Peterson, RPR, RMR, Certified Shorthand
19 Reporter within and for the State of Oklahoma.
20
21
22
23
24                                    CONFIDENTIAL
25
        ESQUIRE CORPORATE SERVICES
  6000 LIVE OAK PARKWAY,STE 100,NORCROSS,GA 888-486-4044

2

1      Appearances:
2
3 For the Plaintiff:
4      J. BRIAN RAYL, Esquire
       Parker, Staggs & Associates, P.C.
5      Southern Ridge
       6506 South Lewis, Suite 220
6      Tulsa, OK 74136
7
8 For the Defendant:
9      J. STEPHEN POOR, Esquire
       Seyfarth, Shaw, Fairweather & Geraldson
10     55 East Monroe Street
       Chicago, ILL 60603
11        and
       KEVIN S. FINNEGAN
12     Assistant General Counsel
       MetLife
13     One Madison Avenue
       New York, NY 10010-3690
14
15
16
17
18
19
20
21
22
23
24
25
        ESQUIRE CORPORATE SERVICES

Page   1

MP401106 9546

13  and perhaps some administrative
14  assistants/secretaries type, clerical types?
15     A.  Yes.
16     Q.  Okay. What was the basic function of the
17  call center at that point in time? What did the
18  CSRs do?
19     A.  They answered all types of questions from
20  individual life insurance policyholders relating to
21  their policies, service they wanted provided, that
22  sort of thing. And we sent out appropriate forms
23  which -- when there was a transaction, they wanted
24  to do.
25     Q.  Okay. This was an inbound call center?

1      A.  Yes.
2      Q.  Were there particular product lines that
3   you were responsible for? Or was it a territory
4   or --
5      A.  It started out geographically, very slow.
6   It took it several years before it became
7   nationwide, or we ended up taking half of the
8   country.
9      Q.  All right. I am focusing on when you took
10  it over in 1986?
11     A.  Okay. It was limited to this territory.
12     Q.  Okay. But for all MetLife product lines?
13     A.  No, only individual life insurance.
14     Q.  Okay. So it started out for ILI for the
15  Tulsa --
16     A.  Yes.
17     Q.  -- territory?
18     A.  Yes.
19     Q.  Region, whatever it was called at the
20  time. Okay. Were there other call centers
21  elsewhere in the country, either for other product
22  lines or other territories?
23     A.  By 1986, I'm not sure. There may have
24  been some that were evolving in the group side.
25  There were no others within personal insurance or

CONFIDENTIAL

1   individual life insurance.
2      Q.  So at this point in time, the call center
3   was a service provided predominantly to
4   policyholders, customers of the Tulsa Region?
5      A.  Yes.
6      Q.  I would like to talk a little bit about
7   the evolution of the call center and the functions
8   of it, because I know it grew over this ten years,
9   this '86 to '96 period.
10         As of '96, when you ceased having
11  responsibilities for the call center, approximately
12  how many people worked in the call center?
13     A.  Over 200.
14     Q.  And what were the customer service
15  representatives, supervisors, clerical staff?
16     A.  Telecommunications, training, staff
17  support, resource.
18     Q.  Okay. What services were being provided
19  to policyholders by the Tulsa office.
20     A.  Okay.
21     Q.  I am now focused in 1996.
22     A.  Okay.
23     Q.  Then we will talk about how it got from
24  one spot to the other.
25     A.  In 1996, the individual business call