IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF, | : CIVIL ACTION NO. 00-2248 |
| Plaintiff, | : |
| | : |
| v. | : CHIEF JUDGE AMBROSE |
| | : |
| METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK, | : |
| Defendants | : |

ORDER

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Exhibit No. 63 Call Center Surveys by defendant Metropolitan Life Insurance Company and Kenneth F. Kaczmarak in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ___ day of _____ 2006, ORDERED that Defendants' Motion in Limine to Exclude Exhibit No. 63 Call Center Surveys is GRANTED; and it is further ORDERED:

1.      Plaintiff is precluded from using the Exhibit No. 63 Call Center Surveys.  <u>See</u> Plaintiffs' Exhibit No. 63.

2.      Plaintiff and his attorneys are precluded from referring to or offering, either directly or indirectly, including during voir dire, opening statements, questions to witnesses or

testimony by witnesses, and in closing argument, the aforementioned exhibit.

BY THE COURT:

_____

ME1\5878823.1