# Robert G. Wyckoff v. Metropolitan Life Insurance Company and Kenneth F. Kaczmarek
# Civil Action No. 00-2248

**Hearsay Designations in Connection with Plaintiff's Exhibit 100 (VHS Tape MetLife Metro News Volume I)**

Although Metropolitan Life Insurance Company ("MetLife") maintains the position that the entirety of Plaintiff's Exhibit 100 constitutes inadmissible hearsay, and MetLife does not waive its right to renew this objection to its admissibility at trial, MetLife hereby designates the following excerpts from the videotape transcript as objectionable pursuant to the hearsay rules of the Federal Rules of Evidence.

| Page of Transcript | Designation Number | Reason for Hearsay Objection |
|---|---|---|
| 2 | 1 | <u>Hearsay</u> – The speaker from whom this information is obtained is not identified. The comments attributed to the speaker can not be verified on cross examination. In addition, the statement contained in this passage is not an admission by the Company because, again, the speaker cannot be identified and the context in which the statements are being made is unclear. |
| 2 | 2 | <u>Hearsay</u> – The speaker from whom this information is obtained is not identified. The comments attributed to the speaker can not be verified on cross examination. In addition, the statement contained in this passage is not an admission by the Company because, again, the speaker cannot be identified and the context in which the statements are being made is unclear. |