METRONEWS - SEPTEMBER 1988
AV# 81625

METRONEWS, A PERSONAL INSURANCE VIDEO NEWS MAGAZINE, FEATURING UP-TO-THE-MINUTE REPORTS AND BEHIND-THE-SCENES STORIES ON THE PEOPLE, THE PRODUCTS AND THE PROGRAMS THAT SHAPE METROPOLITAN. HERE ONCE AGAIN ARE YOUR CO-ANCHORS, ANDREW MACMILLAN AND SUSAN WILLIAMS.

SUSAN WILLIAMS: HELLO AGAIN AND WELCOME TO METRONEWS.

ANDREW MACMILLAN: WELL, IT'S THE OLYMPIC SEASON AND IN PERSONAL INSURANCE THE FIELD FORCE IS GOING FOR THE GOLD WITH A SALES PERFORMANCE THAT IS RUNNING WELL AHEAD OF LAST YEAR'S RECORD PACE.

ON TODAY'S SHOW, WE'LL TAKE A LOOK AT THE SALES RESULTS TO DATE, INCLUDING DEVELOPMENTS IN EACH PRODUCT LINE. WE'LL HEAR ABOUT NEW SALES CAMPAIGNS, LIKE THE NEW MATURING ENDOWMENT POLICYHOLDER CONT
ACT CAMPAIGN, THE NEW EXTRA PROTECTION BENEFIT SALES PROGRAM AND ONGOING PROGRAMS LIKE THE TERM CONVERSION CAMPAIGN.

FROM WASHINGTON, WE'LL HEAR THE LATEST ON CONGRESSIONAL ACTION TO CHANGE THE TAX STATUS ON CERTAIN LIFE INSURANCE PLANS. AND WE'LL VISIT THE 1988 TAX INSTITUTE TO SEE HOW SOME MET REPS ARE PREPARIN
G FOR THOSE CHANGES.

SUSAN WILLIAMS: WE'LL ALSO HEAR ABOUT A NEW SALES STRATEGIES HOT LINE FOR THE FIELD AND NEW SALES SOFTWARE FOR THE LAPTOP COMPUTER. WE'LL ALSO TAKE A CLOSE LOOK AT NEW TARGET MARKETING CAMPAIGNS,
SEE HOW THE FIELD IS DEVELOPING A DISTINCTIVE FAR EASTERN ACCENT, AND HEAR TWO VERY DIFFERENT ACCENTS IN A SURPRISE PERFORMANCE AT ONE OF THE 1988 LEADERS CONFERENCES.

FINALLY, IN OUR SPECIAL INTERVIEW, WE'LL MEET VICE PRESIDENT DAVE MARTIN, OFFICE-IN-CHARGE OF CENTRAL TERRITORY, WHO WAS RECENTLY NAMED TO HEAD A SPECIAL TASK FORCE ON EXPENSE MANAGEMENT.

ANDREW MACMILLAN: BUT UP TOP WE TURN TO ROGER RATHBURN FOR THE START OF OUR TEAM REPORT ON THE SALES SUCCESS THE FIELD IS ENJOYING ACROSS THE BOARD IN THIS OLYMPIC YEAR.

XX: LET THE GAMES BEGIN.

ROGER RATHBURN: THAT WAS THE START OF THE 16 DAYS OF GLORY AT THE TWENTY-FOURTH OLYMPIAD OF THE MODERN ERA. AND WHILE VISITORS FROM AROUND THE WORLD, INCLUDING TWO LUCKY METLIFE SALESPEOPLE, WATCH
ED RECORDS BEING SET IN SEOUL, KOREA, THE METLIFE FIELD FORCE WAS BUSY SETTING COMPANY SALES RECORDS OF THEIR OWN BACK HOME.

THE LEADING INDICATOR OF SALES SUCCESS, PERSONAL LIFE PREMIUM, IS UP AN IMPRESSIVE 20% THROUGH AUGUST. MET'S PLI SALES INCREASES HAVE BEEN RUNNING WELL AHEAD OF THE INDUSTRY AVERAGE. ONE IMPORTANT MEASURE, PLI PREMIUM MARKET SHARE, IS UP A FULL PERCENTAGE POINT THIS YEAR, A SIGNIFICANT INCREASE.

SUCCESSFUL CAMPAIGNS LIKE THE ONGOING TERM CONVERSION CAMPAIGN ARE ADDING TO THE SALES RESULTS. TERM CONVERSIONS HAVE ACCOUNTED FOR OVER $4 MILLION IN FIRST-YEAR COMMISSIONS SO FAR THIS YEAR. A NE
W VIDEO TAPE ON TERM CONVERSION WAS RELEASED TO THE FIELD IN SEPTEMBER. IT FEATURES PROSPECTING TIPS, SALES APPROACHES, INCLUDING WAYS OF OVERCOMING COMMON OBJECTIONS, AND METHODS FOR IMPROVING CLOS
ING RATIOS. THE TERM CONVERSION CAMPAIGN WILL CONTINUE THROUGH 1989. AND TWO NEW PROGRAMS ARE DESIGNED TO KEEP THE SALES MOMENTUM GOING STRONG.

THE MATURING ENDOWMENT POLICYHOLDER CONTACT CAMPAIGN, INTRODUCED IN SEPTEMBER, TARGETS ENDOWMENT POLICYHOLDERS WHOSE INSURANCE IS DUE TO MATURE IN THE NEXT THREE YEARS. ANOTHER NEW PROGRAM, THE EXT
RA PROTECTION BENEFIT CAMPAIGN, OFFERS POLICYHOLDERS UP TO $25,000 OF ADDITIONAL

1

LIFE INSURANCE WITH NON-MEDICAL UNDERWRITING. LIKE THE TERM CONVERSION CAMPAIGN, THE NEW PROGRAMS TARGET LONG-STANDING METLIFE CUSTOMERS AND RELY ON FOLLOW-UP BY THE FIELD.

XX: SO, WE FEEL IF WE HELP OUR SALES FORCE TO GET BACK IN TOUCH WITH OUR POLICYHOLDERS, THERE'S A VERY GOOD CHANCE OF A SALE. AS A MATTER OF FACT, WHAT WE'VE DISCOVERED FROM OUR EXPERIENCE IS THAT WHEN SYSTEMATICALLY THOSE OF OUR SALES REPS WHO CONTACT OUR POLICYHOLDERS THAT THEY'LL SELL AT WORST ONE OUT OF EVERY FIVE POLICYHOLDERS THAT THEY GET IN TOUCH WITH. SO, THE KEY TO US IN WHAT WE'RE TRYING TO DO IS TO ENCOURAGE OUR SALES FORCE TO, ON A NON-SKIP BASIS, SYSTEMATICALLY GET IN TOUCH WITH THE POLICYHOLDERS THAT ARE BEING OFFERED SOMETHING TODAY.

ROGER RATHBURN: PLI IS ONE LINE OF BUSINESS THAT'S GEARING UP FOR A STRONG FINISH IN 1988. FOR A LOOK AT TWO OTHERS, ANNUITIES AND MUTUAL FUNDS, WE SWITCH TO LISA WILKINSON.

LISA WILKINSON: NINETEEN-EIGHTY-EIGHT IS SHAPING UP AS A BANNER YEAR FOR ANNUITIES.

XX: THE NEXT TWO HOURS DIG INTO ANYTHING. ANYTHING YOU WANT TO TALK ABOUT ALL ACROSS THE BOARD.

LISA WILKINSON: AND AT SPECIAL MEETINGS LIKE THIS ACROSS THE COUNTRY, TOP ANNUITY PRODUCERS HAVE BEEN DISCUSSING HOW THE PRODUCT LINE CAN MAKE A BIG DIFFERENCE IN SALES.

SHERRI GILA: THE ANNUITY CONTRACT LINE IS EXCELLENT FOR SOMEBODY NEW IN THE BUSINESS, BECAUSE ALL THE INFORMATION YOU NEED TO KNOW TO GO INTO A CLIENT AND WHAT THE CLIENT NEEDS TO KNOW IS AT THE BOTTOM OF THE ILLUSTRATION YOU GO IN WITH.

DAVID THAYER: ONE OF MY BIGGEST SALES CAME FROM A SECRETARY IN THE SCHOOL SYSTEM THAT I HAD SOLD A TAX-SHELTERED ANNUITY TO. AND SHE CALLED ME AND TOLD ME SHE HAD SOME MONEY TO INVEST, AND BECAUSE I WAS HER TAX-SHELTERED ANNUITY INVESTOR, SHE THOUGHT OF ME WITH THIS MONEY.

LISA WILKINSON: ANNUITIES ARE NOW SECOND ONLY TO PERSONAL LIFE INSURANCE IN PREMIUM GENERATED BY THE FIELD. THROUGH AUGUST, ANNUITY PREMIUM IS NEARLY $260 MILLION, WELL AHEAD OF LAST YEAR. A NEW SALES GUIDE ON ANNUITIES WAS DISTRIBUTED TO THE FIELD EARLIER THIS YEAR. IT INCLUDES INFORMATION ON A RANGE OF PLANS, SUCH AS RETIREMENT ANNUITIES IN THE QUALIFIED AND NON-QUALIFIED MARKETS, INCLUDING VESTMET.

KEN STEEL: MY FAVORITE ANNUITY PRODUCT IS THE VESTMET ONE. THE VESTMET ANNUITY PRODUCT GIVES THE WIDEST RANGE OF CHOICE FOR THE POLICYHOLDER. IT GIVES THE SALES REP THE MOST TO TALK ABOUT OF THE ANNUITY PRODUCTS.

LISA WILKINSON: ANOTHER NEW PRODUCT IS MET SAVER, A GUARANTEED ISSUE CONTRACT THAT COMPETES FAVORABLY WITH BANK CD'S. IT'S NOW AVAILABLE IN 42 STATES.

ANNUITIES HAVE BECOME A VITAL PART OF THE METROPOLITAN PORTFOLIO, AND THE FOLKS AT THIS MEETING ARE LOOKING FOR EVEN STRONGER SALES IN THE FUTURE.

TED ATHANASSIADES: WE EXPECT TO HAVE A GOOD PRODUCT PORTFOLIO, COMPLETELY OVERHAULED STARTING SOME TIME IN JANUARY, AND WE EXPECT TO BE COMPETITIVE. AND AS I SAID, WE DO EXPECT TO HAVE MUCH BETTER SUPPORT FOR OUR FIELD-PEOPLE.

LISA WILKINSON: MEANWHILE, SALES OF ANOTHER PRODUCT, MUTUAL FUNDS, ARE DOWN VERY SLIGHTLY THROUGH AUGUST. TO HELP INCREASE SALES, A NEW VIDEO TAPE WITH MUTUAL FUND IDEAS FROM TWO OF THE COMPANIES TOP PRODUCERS WAS DISTRIBUTED TO THE FIELD IN SEPTEMBER.

ELLEN DOUGLAS: IF YOU JUST DO AN ANALYSIS OF COMPARING HOW THE OTHER MUTUAL FUNDS DID DURING OCTOBER, AND ALL THE VARIOUS LIKE FIDELITY MAGELLAN,

WHICH IS A HOUSEHOLD NAME, AND THE WAY THEY DROPPED COMPARED TO THE WAY WE DIDN'T DROP, YOU ALL OF A SUDDEN START SEEING THAT THE CONFIDENCE REALLY INCREASED AFTER OCTOBER.

LISA WILKINSON: METLIFE STATE STREET HAS A FAMILY OF EIGHT FUNDS, AND STARTING IN SEPTEMBER MUTUAL FUNDS BECAME AVAILABLE TO A HUGE NEW MARKET, ALL METROMATIC CASES.

JIM OUIMET: WE EXPECT THAT THE ADDITION OF MUTUAL FUNDS TO THE METROMATIC PORTFOLIO WILL GENERATE AN INCREASE NOT ONLY IN MUTUAL FUND SUBSCRIPTIONS BUT IN METROMATIC APPLICATIONS AS WELL.

LISA WILKINSON: ANNUITIES AND MUTUAL FUNDS ARE MAKING THEIR CONTRIBUTION TO 1988'S RECORD PREMIUM. AND NOW, FOR A LOOK AT THE FINAL TWO PRODUCT CATEGORIES, P&L AND PHI EBP, WE SWITCH TO GENE GALUSHA.

GENE GALUSHA: AT MPL'S HEADQUARTERS IN WARWICK, RHODE ISLAND, SIGNS OF A TURNAROUND IN P&L SALES BY THE FIELD CONTINUE. THROUGH AUGUST, P&L PREMIUM FROM THE FIELD TOTALED NEARLY $39 MILLION, UP 5% OVER LAST YEAR.

MEANWHILE, IN PHI EBP, PREMIUM IS ALSO HEADED UP, WITH A STRONG COMPANYWIDE GAIN OF OVER 74%. EBP PREMIUM ALONE IS NOW RUNNING AT MORE THAN TWICE LAST YEAR'S PACE, DUE IN LARGE PART TO A RENEWED EMPHASIS ON MARKETING TO SMALL BUSINESSES.

THIS YEAR, WORKSHOPS CONCENTRATING ON THE SMALL BUSINESS MARKET WERE INTRODUCED IN FOUR TERRITORIES, INCLUDING CENTRAL, WHERE THE PROGRAM ORIGINATED LAST YEAR. THE TRAINING SESSIONS ARE DESIGNED TO SHOW MET REPS HOW TO ADDRESS THE SPECIFIC NEEDS OF SMALL BUSINESS.

IN PERSONAL HEALTH INSURANCE, A NEW MORTGAGE DISABILITY PRODUCT, MORTGAGE COMP, WILL BE AVAILABLE IN UP TO 30 STATES BY THE END OF THE YEAR.

ROD HAYES: THE MOST ADVANTAGEOUS FEATURE OF THIS PRODUCT IS THAT ITS VERY SIMPLE, VERY CONSUMER ORIENTED. IT'S A VERY COMPREHENSIVE PROGRAM BUT SIMPLE TO WRITE. IT CAN DEFINITELY ENHANCE THEIR SALES, ENHANCE THEIR LIFE SALES, AS THEY WILL BE ABLE TO GET IN THE DOOR FAR MORE EASILY. THE PREMIUM IS EXTREMELY COMPETITIVE, VERY EASY TO USE, VERY USER FRIENDLY, IF YOU LIKE.

GENE GALUSHA: WITH P&L AND PHI EBP, THE PACE OF SALES THIS YEAR IS ON TRACK TO TOP LAST YEAR'S BILLION DOLLAR PERFORMANCE. AND NOW, WITH THE TOTAL FIGURES FOR ALL LINES OF BUSINESS, WE SWITCH BACK TO ROGER RATHBURN.

ROGER RATHBURN: THANKS, GENE. AND INDEED, IN BOTH TOTAL PREMIUM AND THE INDIVIDUAL NUMBERS, THE '88 FIGURES ARE ALL ABOVE OR VERY NEAR LAST YEAR'S RECORD-SETTING PACE. THROUGH AUGUST, TOTAL PREMIUM FOR ALL LINES OF BUSINESS IS UP A STRONG 12%. OVER ON THE INDIVIDUAL SIDE, FIRST-YEAR COMMISSIONS ARE UP A VERY STRONG 11%. PLI PREMIUM IS RUNNING JUST BEHIND LAST YEAR'S RECORD-SETTING PACE AND TOTAL PREMIUM IS JUST BELOW THE PREVIOUS YEAR, WHILE THE AMOUNT OF INSURANCE IS ABOVE THE '87 FIGURES.

IN 1988, OVER 11,000 WORLD-CLASS ATHLETES COMPETED FOR THE HONOR AND THE GLORY OF THE OLYMPIC GOLD MEDAL. AND ACROSS THE UNITED STATES, MORE THAN 10,000 METLIFE SALES PEOPLE SET THEIR SIGHTS ON THE GOLD, SILVER AND BRONZE MEDALS OF THE 1988 SALES OLYMPICS. TEN THOUSAND METLIFE SALESPEOPLE PLUS ONE VERY FAMOUS BEAGLE THAT IS.

FOR METRONEWS, THIS IS ROGER RATHBURN REPORTING.

SUSAN WILLIAMS: THANKS, ROGER. UP NEXT WE'LL HAVE A REPORT ON THE 1988 TAX INSTITUTES, A LOOK AT A NEW SALES STRATEGIES HOT LINE AND MUCH MORE. BUT FIRST, A MESSAGE FROM THE WORLD'S FAVORITE OLYMPIAN. STAY TUNED.

CHARLIE BROWN: THE BEST LAID PLANS OF BEAGLES AND MEN OFTEN GO ASTRAY.

CHECK WITH YOUR METLIFE REP TO MAKE SURE THAT YOU HAVE THE RIGHT KIND OF INSURANCE. GET MET. IT PAYS.

METLIFE MANAGES ASSETS OF OVER $115 BILLION. WHEN 42 MILLION PEOPLE COUNT ON YOU FOR INSURANCE AND FINANCIAL SERVICES, YOU CAN NEVER BE TOO STRONG. GET MET. IT PAYS.

ANDREW MACMILLAN: AT THE TOP OF OUR NEWS UPDATE TODAY IS THE LATEST FROM WASHINGTON ON EFFORTS TO CHANGE THE TAXATION ON SOME LIFE INSURANCE PLANS. A COMPROMISE REACHED IN JULY WOULD LIMIT THE PROPOSED CHANGES TO POLICIES ISSUES AFTER JUNE 21, WHICH CAN BE FUNDED WITH FEWER THAN SEVEN ANNUAL PREMIUM PAYMENTS. THREE METLIFE PLANS, SINGLE PREMIUM LIFE, UNIVERSAL LIFE AND THE NEW PAID-UP ADDITIONS RIDER, WOULD BE AFFECTED IF THE CHANGES GO INTO EFFECT.

HAROLD LEFF: I THINK THAT THE MOST SIGNIFICANT MARKETING IMPACT IS GOING TO BE A REINFORCEMENT OF THE RELATIVE VALUE OF THE TRADITIONAL LIFE INSURANCE PRODUCT, THE PERMANENT LIFE INSURANCE PRODUCT.

WE'VE SEEN A LOT OF MOVEMENT WITHIN THE INDUSTRY TOWARDS GIMMICKY PRODUCTS OVER THE LAST COUPLE OF YEARS, SINGLE PREMIUM LIFE BEING THE MOST RECENT EXAMPLE OF THAT, WHERE THE – AMONG THE PRIMARY REASONS FOR SELLING THE PRODUCT ARE A LOTS OF THINGS OTHER THAN DEATH PROTECTION. I THINK THIS IS GOING TO HELP THE INDUSTRY AND OUR CUSTOMERS FOCUS BACK ON THE TRUE VALUE OF LIFE INSURANCE, NAMELY PROTECTION AGAINST PREMATURE DEATH.

ANDREW MACMILLAN: NO MATTER WHAT CONGRESS DECIDES, ONE GROUP OF METLIFE SALESPEOPLE, THOSE WHO ATTENDED THIS YEAR'S TAX INSTITUTES, WERE DETERMINED TO BE WELL PREPARED FOR THE CHANGES. SEVENTY-FOUR PEOPLE FROM AROUND THE COUNTRY PAID THEIR OWN WAY TO ATTEND ONE OF THE TWO RECENT TAX INSTITUTES. THE SEMINARS CONCENTRATED ON THE SMALL BUSINESS MARKET, COVERING BUY-SELL AGREEMENTS, EXECUTIVE FRINGE BENEFITS, ESTATE PLANNING FOR THE SMALL BUSINESS PERSON, AND SOME LIGHTER MOMENTS AS WELL.

THIS YEAR'S MEETINGS WERE HELD AT THE UNIVERSITY OF CALIFORNIA AT SANTA CRUZ AND AT THE UNIVERSITY OF DELAWARE. AND AT BOTH SESSIONS ATTENDEES HAD AN OPPORTUNITY TO TAKE THEIR QUESTIONS TO THE VERY TOP.

XX: WHAT'S NEXT? IS THERE GOING TO BE ANYTHING WAITING IN THE WINGS THAT IS COMING ANY TIME SOON? CAN YOU ELABORATE ON THAT?

BOB CRIMMINS: WELL, WITH CONGRESS JUST ABOUT TO CHANGE HOW SINGLE PREMIUM IS UNDERSTOOD AND TAXED, WE'RE LOOKING FOR THE HOT PRODUCT THAT WE COULD COME OUT WITH SO YOU HAVE SOMETHING IN '89.

STEVE SPONG: THIS TRIP COST ME CLOSE TO $1,000. WELL, THE RETURN WILL PROBABLY BE TENFOLD OR MORE, BECAUSE I WILL TAKE WHAT I HAVE LEARNED AND I WILL APPLY IT AND I WILL MAKE MUCH MORE THAN THAT.

ROD CARSON: THIS IS MY SECOND TAX INSTITUTE. THE FIRST ONE WAS INSTRUMENTAL IN HELPING ME ATTAIN PRESIDENT'S CONFERENCE LAST YEAR. AND THIS YEAR I WANTED TO ZERO IN ON THE SMALL BUSINESS MARKETS.

XX: LAST YEAR MY OBJECTIVE WAS TO MAKE PRESIDENT'S CONFERENCE. I'D NEVER MADE PRESIDENT'S CONFERENCE BEFORE. AND THE TAX INSTITUTE REALLY HELPED ME WITH SALES IDEAS AND NEEDED INFORMATION THAT GAVE ME A LOT OF CONFIDENCE IN THE FIELD TO MAKE PRESIDENT'S CONFERENCE.

SUSAN WILLIAMS: THE TAX INSTITUTE HELPS MET REPS IN THE SMALL BUSINESS MARKET, AND NOW THERE'S A NEW HOT LINE TO HELP SALESPEOPLE IN EVERY MARKET.

XX: HI. BILL? YES. OKAY, WHAT YOU NEED TO DO IS YOU HAVE TO MAKE SURE THAT YOU GET THE ORIGINAL MET CHECK BACK FROM THE OTHER COMPANY.

SUSAN WILLIAMS: THE SALES STRATEGY HOT LINE IS STAFFED BY ADVANCED UNDERWRITING CONSULTANTS IN THE NEW YORK HOME OFFICE. THEY'VE BEEN SPECIALLY

AS WE REPORTED IN THE JUNE EDITION OF METRONEWS, THE 1988 YEAR-END GOAL OF 10,000 ACTIVE SALES REPS WAS MET AND EXCEEDED IN MAY, SEVEN MONTHS AHEAD OF SCHEDULE. AND TO DATE, OVER 4,000 NEW RECRUITS HAVE JOINED THE PERSONAL INSURANCE SALES TEAM, RAISING THE TOTAL FOR THE FIELD TO MORE THAN 10,700 ACTIVES REPS. RETENTION IS ALSO UP WITH MORE THAN 90% OF THOSE WITH FIVE OR MORE YEARS EXPERIENCE STILL ACTIVE.

MIKE PERESS: OBVIOUSLY, THE PEOPLE IN THE FIELD ARE THE ONES WHO HAVE ACCOMPLISHED THE 10,700 AND ARE CONTINUING TO BREAK NEW RECORDS. CURRENTLY, OUR FOUR-YEAR RETENTION IS AT APPROXIMATELY 27%, WHICH IS DOUBLE WHAT IT WAS IN THE PAST YEAR AND IT'S HIGHER THAN THE INDUSTRY. MORE IMPORTANT, THE EARNINGS FOR OUR NEW PEOPLE, THE PRODUCTION BY OUR NEW PEOPLE, IS AT A RECORD HIGH. EVEN THOUGH WE'RE APPOINTING MORE PEOPLE, OUR MANAGERS ARE TRAINING THEM BETTER AND THEY'RE PRODUCING BETTER PEOPLE. AND I DARE SAY IT'S A BETTER QUALITY CANDIDATE.

SUSAN WILLIAMS: THOSE NEW RECRUITS, ALONG WITH ALL METLIFE EMPLOYEES, WILL BE ABLE TO TAKE ADVANTAGE OF THE COMPANY'S NEW FLEXIBLE BENEFITS PLAN BEGINNING IN JANUARY. BENEFITS INFORMATION, INCLUDING A NEW VIDEO TAPE, WILL BE DISTRIBUTED TO SALES OFFICES BEGINNING IN SEPTEMBER. ENROLLMENT WILL BEGIN IN THE FOURTH QUARTER.

XX: REMEMBER, WE'VE HAD BENEFIT OPTIONS IN THE PAST. NOW ALL WE'RE DOING IS ADDING EVEN MORE OPTIONS, GIVING YOU A WIDER RANGE IN SOME PLACES AND SOME NEW CHOICES IN OTHERS.

ANDREW MACMILLAN: AT THE TOP OF TODAY'S NEWS UPDATE, WE HEARD ABOUT THE LATEST CONGRESSIONAL ACTION TO CHANGE THE TAX STATUS OF THIS YEAR'S HOTTEST PRODUCT, SINGLE PREMIUM LIFE. TO HELP PROTECT THE IMPORTANT BENEFITS LIFE INSURANCE HOLDS FOR MANY MILLIONS OF AMERICANS, METLIFE FORMED THE METROPOLITAN POLITICAL PARTICIPATION PROGRAM. THE VOLUNTARY CONTRIBUTION PROGRAM HELPS ELECT KEY LAWMAKERS, BOTH DEMOCRATIC AND REPUBLICAN, WHO CAN MAKE A DIFFERENCE ON CAPITOL HILL.

PAM DUFFY: WE MUST RECOGNIZE THAT WASHINGTON HAS TREMENDOUS INFLUENCE OVER THE WAY THAT WE CAN DO BUSINESS. CONSTANTLY, PROPOSALS WHICH CAN BE DETRIMENTAL TO BOTH THE INSURANCE INDUSTRY AND OUR OWN JOB SECURITY ARE RAISED AT COMMITTEES. THE POLITICAL PARTICIPATION PROGRAM IS AN EFFECTIVE MEANS TO POOL CONTRIBUTIONS TO POLITICAL CANDIDATES WHO SUPPORT THE PROGRAMS THAT ARE IN THE BEST INTERESTS OF OUR BUSINESSES.

ANDREW MACMILLAN: THE POLITICAL PARTICIPATION PROGRAM IS SEEN AS ESPECIALLY IMPORTANT IN THIS A PRESIDENTIAL ELECTION YEAR.

SUSAN WILLIAMS: WHEN WE COME BACK, WE'LL HAVE A SPECIAL INTERVIEW WITH VICE PRESIDENT AND OIC OF CENTRAL TERRITORY DAVE MARTIN AND HEAR MORE ON PERSONAL INSURANCE'S EXPENSE MANAGEMENT PROGRAM. DON'T GO AWAY.

XX: AND NOW, WOODSTOCK WILL ATTEMPT A REVERSE 3-1/2 IN TUCK POSITION.

CHARLIE BROWN: WHEN YOU TAKE THE PLUNGE INTO HOME OWNERSHIP, MARRIAGE, PARENTHOOD, RETIREMENT OR ANYTHING BIG AND IMPORTANT, ASK YOUR METLIFE REP TO HELP YOU PLAN THE RIGHT FINANCIAL PROTECTION. GET MET. IT PAYS.

ANDREW MACMILLAN: OUR SPECIAL GUEST TODAY IS CELEBRATING HIS TWENTIETH YEAR AS A MEMBER OF THE METLIFE FIELD MANAGEMENT TEAM. THREE YEARS AGO DAVE MARTIN BECAME THE OFFICER IN CHARGE OF CENTRAL TERRITORY, AND EARLIER THIS YEAR HE WAS NAMED TO A SPECIAL EXPENSE MANAGEMENT TASK FORCE SET UP BY EXECUTIVE VICE PRESIDENT BOB CRIMMINS. DAVE, WE'RE GLAD TO HAVE YOU WITH US TODAY.

DAVE MARTIN: GOOD TO BE HERE, ANDREWS.

ANDREW MACMILLAN: NOW, DAVE, AS WE REPORTED ON TODAY'S SHOW, PERSONAL

TRAINED IN SALES STRATEGIES, TAX LAWS AND UNDERWRITING.

XX: SURE, NO PROBLEM. BYE-BYE.

SUSAN WILLIAMS: THE NEW HOT LINE IS A COMPLEMENT TO THE TERRITORIAL AUC'S AND HAS ALREADY HAD ONE NOTABLE SUCCESS.

XX: A LETTER CAME FROM ONE OF OUR GREAT HALL OF FAME PRODUCERS THE OTHER DAY AND HE WAS SAYING IN ALL THE YEARS HE'S NEVER GOT THE RESPONSE AND THE INTELLIGENT ANSWERS AS HE GOT THE OTHER DAY WHEN HE CALLED THE NEW NUMBER. HE WAS SO DELIGHTED THAT HE CALLED IN AND WAS ABLE TO GET AN ANSWER THAT ENABLED HIM TO MAKE A HUGE SALE.

SUSAN WILLIAMS: THE HOT LINE NUMBER, 212-578-2010, IS NOW AVAILABLE TO ALL MEMBERS OF THE FIELD FORCE IN FIVE TERRITORIES.

XX: SALES STRATEGIES HOT LINE. JACKIE BLONKETT.

SUSAN WILLIAMS: PLANS CALL FOR A ROLLOUT TO ALL TERRITORIES BY THE END OF THE YEAR.

ANDREW MACMILLAN: ANOTHER HOT TOPIC AT THIS YEAR'S TAX INSTITUTE WAS THE NEW LAPTOP COMPUTER FOR THE FIELD. THE NEW LAPTOP, WHICH FEATURES A BACK-LIT SCREEN, A HARD DISC AND AN OPTIONAL MODEM AND PRINTER, WAS DEMONSTRATED TO ATTENDEES. A BROCHURE ON THE NEW COMPUTER, WITH INFORMATION ON COST AND FINANCING, WAS DISTRIBUTED TO THE FIELD IN JULY. AND SOPHISTICATED NEW SOFTWARE IS SCHEDULED FOR INTRODUCTION THIS FALL.

BRUCE GOODMAN: WELL, WE'RE VERY EXCITED. JUST RECENTLY WE CROSSED THE THOUSAND MARK. IN OTHER WORDS, WE'VE ACTUALLY GOTTEN ORDERS FOR 1,000 SYSTEMS. AND WE DO HAVE A SPECIAL PROGRAM, THAT'S THE FINANCING PROGRAM. AND WITH THAT PROGRAM, YOU CAN GET A COMPLETE SYSTEM. THAT INCLUDES A PRINTER, A CARRYING CASE AND A MODEM FOR ABOUT $21 A WEEK. AND THAT COMES RIGHT OUT OF PAYROLL DEDUCTION, SO IT'S AUTOMATIC WHEN SOMEBODY SIGNS UP FOR IT. SO, WE'RE VERY, VERY EXCITED ABOUT IT. THE RECEPTION HAS BEEN VERY EXCITING. AND WE'D LIKE TO BE IN A POSITION WHERE WE GET EVERYBODY IN THE FIELD FORCE TO HAVE ONE, BECAUSE WE THINK IT WILL MAKE THEM MORE PRODUCTIVE AND IT WILL MAKE US A BETTER COMPANY OVERALL.

ANDREW MACMILLAN: MANY MEMBERS OF THE FIELD FORCE GOT A CLOSE LOOK AT THE NEW LAPTOP WHILE ATTENDING THE 1988 LEADERS CONFERENCES. FROM MARCH THROUGH JULY THIS YEAR, QUALIFIERS FROM ALL EIGHT TERRITORIES MET IN LUXURIOUS LOCATIONS ACROSS THE COUNTRY, FROM HILTON HEAD, SOUTH CAROLINA, TO THE ISLAND OF MAUI IN HAWAII.

TODD KING: WELL, IT'S GREAT. THEY OUGHT TO TAKE THE CAMERA AND SHOW THIS WHOLE THING. BUT IT IS REALLY WONDERFUL. THE MONEY'S THERE AND ALL THESE NICE TRIPS. IT'S GREAT.

TIM WEATHERS: I FEEL LIKE THAT ONCE LEAVING HERE I CAN'T WAIT TO GET BACK AND APPLY SOME OF THE IDEAS THAT I'VE SHARED WITH OTHER CONFERENCE QUALIFIERS.

LEYDA GONZALEZ: YOU WORK HERE, YOU GET PAID AND, BESIDES, YOU GET THIS BEAUTIFUL RESORT AND RECOGNITION. IT'S GOOD. GET MET. IT PAYS. IT REALLY DOES.

SUSAN WILLIAMS: WELL, ANDREW, IT LOOKS LIKE FOLKS AT THE LEADERS CONFERENCES REALLY ENJOYED THEMSELVES.

ANDREW MACMILLAN: IT SURE DOES, SUSAN. BUT YOU KNOW, WE'RE SAVING A SPECIAL PERFORMANCE FROM THE SOUTHEASTERN LEADERS CONFERENCE FOR THE CLOSE OF THE SHOW.

SUSAN WILLIAMS: I DON'T THINK ANYONE WILL WANT TO MISS IT.

ANDREW MACMILLAN: I KNOW WHAT YOU MEAN.

SUSAN WILLIAMS: WELL, ALL MEMBERS OF THE FIELD HAVE CONTRIBUTED TO THE RECORD SALES RESULTS TO DATE. AND ACCORDING TO PRESIDENT CREEDON, BUILDING A BIGGER AND BETTER CAREER AGENCY FORCE WILL ADD TO THAT SUCCESS.

INSURANCE IS ON TRACK TO TOP LAST YEAR'S RECORD-BREAKING PERFORMANCE. YOUR OWN TERRITORY, CENTRAL, HAS POSTED STRONG GAINS IN KEY CATEGORIES THIS YEAR. WITH ALL THE GOOD NEWS ON THE SALES SIDE, WHY HAS EXPENSE MANAGEMENT BECOME SUCH AN IMPORTANT ISSUE?

DAVE MARTIN: WELL, FIRST OF ALL, ANDREW, WE'RE NOT JUST HAVING A STRONG YEAR, WE'RE HAVING A FABULOUS YEAR. AND THAT'S NOT JUST IN THE CENTRAL TERRITORY EITHER. THAT IS THROUGHOUT PERSONAL INSURANCE. I THINK ALL OF OUR PEOPLE REALLY NEED TO BE VERY, VERY PROUD OF WHAT THEY'VE ACCOMPLISHED THIS YEAR IN TERMS OF THE GROWTH AND TURNING AROUND METROPOLITAN SO THAT WE CAN LEGITIMATELY TALK ABOUT BEING NUMBER ONE AGAIN.

NOW, THE EXPENSE MANAGEMENT ISSUE REALLY HAS NEVER GONE AWAY. IT'S NOT A SUDDEN THING. AND THAT'S ONE OF THE STRONGEST MESSAGES THAT WE WANT TO GET ACROSS TO EVERYBODY IN PERSONAL INSURANCE. YES, WE HAVE SOME EXPENSE MANAGEMENT ISSUES TO TALK ABOUT, BUT, NO, IT IS NOT TIME TO PANIC. THERE ARE NOT GOING TO BE ARBITRARY COST-CUTTING EFFORTS ACROSS THE BOARD OR ANYTHING LIKE THAT. EXPENSE MANAGEMENT IS AND ALWAYS HAS BEEN A VERY, VERY KEY PART OF OUR BUSINESS AND WE'RE JUST GOING TO HAVE TO PAY A LOT OF ATTENTION TO IT AND SIMPLY BECOME BETTER AT IT. AND WE KNOW HOW TO DO THAT.

ANDREW MACMILLAN: WE'VE REPORTED OVER THE YEARS ON THE MANY NEW PRODUCTS THAT PERSONAL INSURANCE HAS INTRODUCED, PRODUCTS LIKE SINGLE PREMIUM LIFE, THE NEW INTEREST-SENSITIVE AND EQUITY-BASED PRODUCTS. HOW DO THEY COMPARE WITH THE TRADITIONAL PRODUCTS THAT MET'S OFFERED AND WHAT IMPACT DOES THE DEVELOPMENT AND SALE OF THESE PRODUCTS HAVE ON THE EXPENSE PICTURE?

DAVE MARTIN: WELL, I GUESS THE ONE CHARACTERISTIC THAT IS COMMON TO ALL OF THE MODERN PRODUCTS IS VERY, VERY THIN EXPENSE MARGINS. AND THAT'S JUST THE RESULT OF THE REALITY OF THE MARKETPLACE. OUR SALESPEOPLE COULD TELL YOU VERY DEFINITELY THAT THE MODERN CONSUMER EXPECTS GOOD VALUE FOR THEIR MONEY. THEY EXPECT QUALITY SERVICE AND THEY, IN FACT, DO SHOP AROUND. THEY WANT TO KNOW THAT THEY ARE GETTING GOOD VALUE FOR THEIR MONEY. AND THE COMPANIES THAT SURVIVE, AND CERTAINLY THE COMPANIES THAT WANT TO BE NUMBER ONE, AS WE DO, ARE GOING TO BE THOSE COMPANIES THAT MAINTAIN THEIR COMPETITIVE POSITION, NOT JUST BY PRODUCTIVITY AND NOT JUST BY GROWING, BUT BY MANAGING THEIR EXPENSES VERY, VERY AGGRESSIVELY AS WELL.

ANDREW MACMILLAN: AND WHAT ABOUT PERSISTENCY? WHAT IMPACT DOES THAT HAVE ON THE OVERALL EXPENSE PICTURE AND MET'S COMPETITIVE POSITION?

DAVE MARTIN: ANDREW, I THINK YOU'VE DONE YOUR HOMEWORK. PERSISTENCY IS PROBABLY THE MAJOR FACTOR UNDER THE CONTROL OF OUR MARKETING ORGANIZATION TO IMPACT OUR EXPENSES. EVERY TIME A SALE IS MADE THAT IS NOT A STRONG SOLID SALE, WHERE THE BUSINESS DOES NOT STAY ON THE BOOKS, THAT'S A DRAIN ON THE FINANCES. EVERY TIME A PERSON IS HIRED WHO DOESN'T WORK OUT, WHO DOESN'T STAY WITH US, THAT'S A DRAIN ON OUR FINANCES AS WELL. SO, PERSISTENCY IN BOTH AREAS IS AN ABSOLUTELY KEY FACTOR ON OUR FINANCIAL BOTTOM LINE AND THAT MEANS IT'S A KEY FACTOR IN OUR FUTURE COMPETITIVENESS.

ANDREW MACMILLAN: NOW, PERSONAL INSURANCE HAS BEEN DOING A LOT OVER THE PAST FEW YEARS AND OBVIOUSLY SPENDING A LOT OF MONEY TO SUPPORT ITS CAREER AGENTS, THINKING HERE ABOUT THE NEW COMP PLAN, THIS YEAR'S RECRUITING DRIVE, THE REPRICED PORTFOLIO TO NAME JUST A FEW. HOW DOES THE COMPANY VIEW THESE? IS THAT AN EXPENSE OR AN INVESTMENT?

DAVE MARTIN: WELL, IT DEPENDS ON THE RESULTS. I GUESS ANY TIME YOU WRITE A CHECK, IF YOU'RE GETTING A RETURN ON THAT, IT'S AN INVESTMENT. IF YOU'RE NOT, IT'S AN EXPENSE. PERSONALLY, I BELIEVE TH

AT THE NEW COMPENSATION PLANS WAS ONE OF THE MOST FORWARD-THINKING THINGS THAT WE HAVE DONE IN A LONG TIME. AND THAT IS PART OF WHAT IS DRIVING THE TREMENDOUS GROWTH THAT WE'VE HAD.

BEYOND THAT, I THINK THAT IT'S GOING TO CONTINUE TO DRIVE THAT GROWTH. HOWEVER, WE HAVE TO STOP AND REMEMBER THAT WE HAVE INVESTED AN EXTRA $60 MILLION IN OUR FIELD FORCE THROUGH THAT COMPENSATION PLAN. WE'RE NOT THE MINT. WE COULDN'T CRANK UP THE PRINTING PRESS AND JUST PRINT THAT MONEY. IT'S GOT TO COME FROM SOMEWHERE, AND IT'S GOT TO COME FROM JUST MANAGING OUR BUSINESS, GETTING MORE PRODUCTIVITY, BUT AT THE SAME TIME GETTING THE EXPENSE SAVINGS.

ANDREW MACMILLAN: LET'S TALK ABOUT APPLYING THE THEORY. THE FOLKS IN THE HOME OFFICE AND THE HEAD OFFICES HAVE BEEN HEARING A LOT ABOUT EXPENSE MANAGEMENT, BUT WHAT SPECIFICALLY CAN THE MEN AND WOMEN IN THE FIELD, THE CAREER AGENTS, DO TO KEEP EXPENSES IN LINE?

DAVE MARTIN: WELL, I THINK WE HAVE A HISTORY, ANDREW, OF PROVING THAT IF WE GET EVERYONE ON BOARD BEHIND A PARTICULAR PROJECT OR FOCUS THAT WE RESOLVE THE PROBLEM. AND IF EVERYBODY IN OUR ORGANIZATION, IN EVERY FUNCTION, UNDERSTANDS THAT THEY ARE A PART OF OUR NEED TO MANAGE OUR EXPENSES, THEN THE EXPENSE PROBLEM WILL CERTAINLY DISAPPEAR.

AS FAR AS OUR FIELD PEOPLE GO, I THINK WE NEED TO REMIND THEM, AND ASK FOR THEIR COOPERATION AND THEIR UNDERSTANDING, THAT EVERY TIME WE RUN AN ILLUSTRATION THAT DOESN'T GET USED, THAT'S AN EXPENSE.

EVERY TIME WE GET UNNECESSARY PHOTOCOPIES, THOSE ARE EXPENSES. EVERY TIME WE CALL INFORMATION INSTEAD OF LOOKING UP A TELEPHONE NUMBER, THAT'S AN EXPENSE.

AND YOU TOUCHED ON THE BIGGEST ONE BEFORE. EVERY TIME WE MAKE A SALE THAT IS NOT A QUALITY SALES, THAT DOESN'T STAY ON THE BOOKS, THAT IS A MAJOR EXPENSE.

ANDREW MACMILLAN: SO, IT'S NOT JUST A THEORETICAL MEMO FROM THE FIELD MANAGEMENT TASK FORCE.

DAVE MARTIN: OH, NO, ABSOLUTELY. WE'RE TALKING ABOUT OUR ABILITY TO REMAIN AHEAD OF THE INDUSTRY IN THE 1990'S. THAT'S WHAT WE'RE TALKING ABOUT.

ANDREW MACMILLAN: YOU KNOW BOB CRIMMINS VERY WELL, YOU SUCCEEDED HIM AS THE OFFICER IN CHARGE OF CENTRAL TERRITORY AND YOU KNOW THAT BOB'S OFTEN STATED GOAL IS TO MAKE METLIFE NUMBER ONE AGAIN. WHAT ROLE IS EXPENSE MANAGEMENT GOING TO PLAY IN ACHIEVING THAT GOAL?

DAVE MARTIN: ABSOLUTELY A KEY ROLE, ANDREW. ABSOLUTELY A KEY ROLE. AS I SAID BEFORE, YOU CANNOT -- I DON'T THINK ANY COMPANY CAN GET TO BE NUMBER ONE IN A COMPETITIVE BUSINESS BY MANAGING JUST ONE FACTOR. WE'VE GOT TO MANAGE ALL OF OUR FACTORS. NOW, THE TIME TO DO THAT IS WHEN YOU'RE HAVING GREAT YEARS. I GUESS MY FATHER ALWAYS SAID THE TIME TO FIX THE ROOF IS WHEN THE SUN'S SHINING. AND THE SUN IS SHINING ON US RIGHT NOW. WE ARE HAVING A WONDERFUL YEAR IN TERMS OF OUR GROWTH IN BOTH COMMISSIONS AND THE SIZE OF OUR SALES FORCE. WE'VE GOT A TREMENDOUS AMOUNT OF MOMENTUM. THE FIELD FORCE BELIEVES WE ARE BEHIND THEM 100%, AND THAT'S TRUE. AND NOW IS THE TIME TO MAKE SURE THAT EVERYBODY ALSO UNDERSTANDS THE OTHER SIDE OF THE BUSINESS AND THAT'S THE FINANCIAL SIDE. THAT ISN'T SEXY TO TALK ABOUT, IT ISN'T EXCITING, IT'S A COMMUNICATIONS PROCESS THAT'S INTENDED TO GET EVERYBODY IN OUR ORGANIZATION QUESTIONING EVERY DOLLAR THAT WE SPEND AND WHETHER OR NOT THERE'S A RETURN ON THE INVESTMENT.

ANDREW MACMILLAN: AND ASIDE FROM THIS FORMAT, HOW ARE YOU GOING TO DO THAT COMMUNICATING?

DAVE MARTIN: WELL, WE'LL BE DOING THAT COMMUNICATING THROUGH LETTERS, THROUGH MEETINGS AND I THINK WE HAVE ONE EXCITING PROGRAM LINED UP WHERE WE'LL

BE SHORTLY ANNOUNCING AN 800 NUMBER -- IT'LL BE
1-800-MET-BUCK -- WHICH WILL TERMINATE AT MY OFFICE. AND WE'LL BE ASKING EVERYBODY IN OUR ORGANIZATION IF THEY HAVE AN IDEA FOR SAVING MONEY, FOR BECOMING MORE EFFICIENT TO CALL THAT NUMBER. THEY D
ON'T HAVE TO LEAVE THEIR NAMES, BUT IF THEY DO, WE'LL PUT THEIR NAME IN A DRAWING TO PARTICIPATE IN THE OPENING OF OUR NEW PAVILION AT EPCOT CENTER IN OCTOBER OF 1989. IT'S JUST ONE MORE WAY WE THIN
K WE CAN GET OUR PEOPLE THINKING AND GET BEHIND THIS PROGRAM AND CAPITALIZE ON THEIR IDEAS. WE'RE NOT A COMPUTER-DRIVEN COMPANY. WE'RE NOT AN EFFICIENCY EXPERT-DRIVEN COMPANY. WE'RE A PEOPLE-DRIVE
N COMPANY. AND PEOPLE ARE WHAT IT'S ALL ABOUT.

    ANDREW MACMILLAN: DAVE, I'D LIKE TO THANK YOU AGAIN FOR TAKING YOUR TIME TO BE WITH US IN THE METRONEWS STUDIOS TODAY. I THINK YOU'VE GIVEN OUR AUDIENCE A MUCH BETTER FEEL FOR ONE OF TODAY'S HOT T
OPICS. WE LOOK FORWARD TO HAVING YOU BACK SOON.

    DAVE MARTIN: THANK YOU VERY MUCH, ANDREW.

    ANDREW MACMILLAN: AND NOW, BACK TO SUSAN.

    SUSAN WILLIAMS: THANKS, ANDREWS. AND THANK YOU, DAVE. WHEN WE COME BACK, WE'LL TAKE A CLOSE LOOK AT A TARGET MARKETING SUCCESS STORY IN THE MAKING AND WE'LL HAVE THAT SURPRISE PERFORMANCE FROM SO
UTHEASTERN TERRITORY'S 1988 LEADERS CONFERENCE. DON'T TOUCH THAT DIAL.

    XX: SALLY BROWN ON THE UNEVEN BARS.

    CHARLIE BROWN: NO MATTER HOW WELL YOU PLAN, NO MATTER HOW HARD YOU TRY, THERE'S ALWAYS THE POSSIBILITY THAT SOMETHING CAN GO WRONG. THAT'S WHY NOBODY SHOULD BE WITHOUT THE PROTECTION OF A BIG STRO
NG INSURANCE COMPANY. METROPOLITAN LIFE. GET MET. IT PAYS.

    SUSAN WILLIAMS: EARLIER IN THE SHOW, WE SAW HOW METLIFE IS REINFORCING ITS POSITION AS A MAJOR FINANCIAL SERVICES INSTITUTION BY PARTICIPATING IN THE SEOUL OLYMPICS. EARLY NEXT YEAR, THE COMPANY W
ILL EXPAND ITS PRESENCE IN THE PACIFIC RIM REGION WITH A NEW OFFICE IN TAIWAN. METROPOLITAN ALREADY HAS AN OFFICE DOING BUSINESS IN TOKYO, JAPAN.

    BACK HOME, ASIAN AMERICANS ARE MAKING A SIGNIFICANT CONTRIBUTION TO BOTH BUYING AND SELLING AT METROPOLITAN. WHEN THE 42 MEMBERS OF THIS YEAR'S PRESIDENT'S COUNCIL MEET IN BERMUDA IN OCTOBER, NEARL
Y A FIFTH WILL BE ASIAN AMERICANS.

    FOR A LOOK BEHIND THE SCENES AT THIS REMARKABLE RECORD OF SALES ACHIEVEMENT, WE SWITCH TO CHRISTINE YOUNG.

    CHRISTINE YOUNG: MEET ALEX CHOW. AFTER SPENDING TWO YEARS AS A METLIFE SALES REP AND QUALIFYING FOR TWO LEADERS CONFERENCES, ALEX TOOK OVER A SCRATCH BRANCH IN COLLIN CREEK, TEXAS, IN EARLY 1987.
TODAY, ALEX'S BRANCH HAS EIGHT ASIAN AMERICAN REPRESENTATIVES, WITH THREE ON TIME FOR PRESIDENT'S CONFERENCE AND THREE HEADED FOR LEADERS CONFERENCE.

    ALEX CHOW: OUR COMPANY BEEN DOING REAL GOOD IN TARGET MARKETING, ESPECIALLY FOR ASIAN MARKET. COMPANY GIVE US LOTS OF SUPPORT ON ADVERTISING AND SALES PROMOTION. AND FROM THE MEETING I ATTEND TOD
AY, WE ARE GOING TO HAVE TRAINING CLASSES FOR MANAGERS AND REPRESENTATIVES. I THINK THAT WAS GREAT.

    CHRISTINE YOUNG: ALEX, WHO WAS BORN IN HONG KONG, DIDN'T HAVE TO LOOK FAR TO FIND HIS NATURAL MARKET, AND MANY OTHER REPRESENTATIVES ARE FIND SIMILAR SUCCESS IN MARKETS THAT ARE CLOSE TO HOME. SOM
E TARGET MEMBERS OF THEIR PREVIOUS OCCUPATION, LIKE FORMER TEACHERS WORKING THE EDUCATION MARKET OR FORMER MEDICAL PROFESSIONALS TARGETING HEALTH CARE WORKERS. FOR METROPOLITAN AND THE FIELD FORCE,
TARGET MARKETING IS A STRATEGY THAT PAYS OFF AT THE BOTTOM LINE, AND THAT'S ESPECIALLY THE CASE IN THE ASIAN MARKET.

    OVER THE PAST FOUR YEARS, PREDOMINANTLY ASIAN BRANCHES HAVE BEEN NAME

SALES OFFICE OF THE YEAR THREE TIMES. THIS YEAR A RECORD NUMBER OF ASIAN REPRESENTATIVES WERE ON HAND FOR THE PRESIDENT'S CONFERENCE IN MONACO. THEY'RE GETTING THE METLIFE MESSAGE OUT TO THEIR PROSPECTS WITH THE HELP OF ADVERTISING AND SALES SUPPORT MATERIALS IN CHINESE, KOREAN AND VIETNAMESE. IT'S ALL PART OF A LONG-STANDING METLIFE TRADITION OF SPEAKING TO CUSTOMERS IN THEIR OWN LANGUAGES. IT DATES BACK TO THE TURN OF THE CENTURY.

TO DISCUSS MORE RECENT SALES EFFORTS AND THE VALUE OF TARGET MARKETING, SEVERAL OF THE COMPANY'S TOP ASIAN AMERICAN PRODUCERS MET IN SEPTEMBER WITH EXECUTIVE VICE PRESIDENT BOB CRIMMINS.

TOM RHEE: WELL, ASIAN MARKET IS ONE OF OUR TARGET MARKETING. AND I THINK WITHOUT A TARGET MARKETING YOU'RE MISSING THE WHOLE BOAT NOWADAYS. AS TECHNOLOGY, AS SCIENCE, EVERYTHING PROGRESS, WE HAVE TO BE MORE SOPHISTICATED, WE HAVE TO BE MORE DETAIL MINDED. TARGET MARKETING IS ONE OF THOSE.

SZISZI WONG: FROM MY PERSONAL EXPERIENCE, ASIAN CUSTOMERS ARE VERY MUCH UNDERINSURED, SO RIGHT NOW I FEEL LIKE IT'S A WIDE OPEN TERRITORY FOR US TO GO IN AND DO A GOOD JOB. BUT FIRST OF ALL, WE HAVE TO EDUCATE THEM TO MAKE THEM REALIZE HOW IMPORTANT IT IS TO HAVE ADEQUATE INSURANCE.

SONY TAN: I WANT THEM TO BE MY FRIENDS. BECAUSE I BELIEVE WHEN THEY BECOME MY FRIENDS, THEY WILL GIVE ME A LOT OF REFERRALS. THEY ARE WILLING TO GIVE ME MORE REFERRALS AND THEY ARE WILLING TO BUY MORE INSURANCE FROM ME, FROM HEALTH TO LIFE, FROM LIFE TO DI, FROM DI TO ALL KINDS OF INSURANCE.

CHRISTINE YOUNG: SALES IN THE ASIAN MARKET ARE OUTPACING LAST YEAR'S RESULTS BY OVER 56% THIS YEAR. AND SALES TO OTHER TARGETED GROUPS, INCLUDING WOMEN, THE MATURE MARKET, THE MILITARY MARKET, SMALL BUSINESSES AND HISPANICS ARE ALSO POSTING STRONG GAINS. AND THE SUCCESS OF TARGET MARKETING DOESN'T SURPRISE ALEX CHOW AT ALL.

ALEX CHOW: THE KEY TO SUCCESS OF METROPOLITAN ACTUALLY, I WOULD SAY, IS LIKE ANY OTHER SUCCESSFUL ASSOCIATION. IT WAS DETERMINATION AND THEN YOU HAVE A STRONG DESIRE TO BE A WINNER, TO BE SUCCESSFUL. AND AS A MATTER OF FACT, MY (??) WINNER. SO, IF YOU CAN BE NUMBER ONE, YOU DON'T WANT TO BE NUMBER TWO.

CHRISTINE YOUNG: FOR METRONEWS, THIS IS CHRISTINE YOUNG REPORTING.

SUSAN WILLIAMS: THANKS, CHRISTINE. AND THAT ABOUT DOES IT FOR THIS EDITION OF METRONEWS. BUT BEFORE WE GO, ANDREW, LET'S NOT FORGET ABOUT THE SPECIAL PERFORMANCE AT SOUTHEASTERN TERRITORY'S LEADERS CONFERENCE.

ANDREW MACMILLAN: THAT'S RIGHT, SUSAN. WE'RE GOING TO CLOSE TODAY'S SHOW WITH A SPECIAL SONG PERFORMED BY THOSE SHOW BIZ LEGENDS, JULIO CRIMMINS AND WILLIE MICHAUD.

SUSAN WILLIAMS: GOOD-BYE.

ANDREW MACMILLAN: SO LONG.

??

ARCHER 000035