IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>　　　　　　Defendants | CIVIL ACTION NO. 00-2248<br><br>CHIEF JUDGE AMBROSE |

## **ORDER**

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Plaintiff's Exhibits 99 and 100, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____day of _____, 2006, ORDERED that MetLife's and Kenneth F. Kaczmarek's Motion is hereby GRANTED. Plaintiff is prohibited from admitting exhibits 99 and 100.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Donetta Ambrose, USDJ