IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF, | CIVIL ACTION NO. 00-2248 |
| Plaintiff, | |
| v. | CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK, | |
| Defendants | |

## **ORDER**

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Plaintiff's Proposed Exhibit 101, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____day of _____, 2006, ORDERED that defendants' Motion is hereby GRANTED. Plaintiff is prohibited from admitting Exhibit 101.

_____
Hon. Donetta Ambrose, USDJ

ME1\5878888.1