IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>　　　　　Defendants | CIVIL ACTION NO. 00-2248<br><br><br>CHIEF JUDGE AMBROSE |

## ORDER OF COURT

On this _____ day of _____ 2006, this matter having come before the Court upon Metropolitan Life Insurance Company's and Kenneth F. Kaczmarek's Motion in Limine to Exclude the Deposition Testimony of Wilhelmenia Taylor, it is hereby ordered that the motion is GRANTED. Plaintiff is barred from introducing as evidence the deposition testimony of Wilhelmenia Taylor at trial, listed on Plaintiff's proposed trial exhibit list as Exhibits 96, 97, and 98.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____

ME1\5879123.1