IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br>　　　　　　Defendants | : CIVIL ACTION NO. 00-2248<br>:<br>:<br>:<br>:<br>: CHIEF JUDGE AMBROSE<br>:<br>:<br>:<br>:<br>: |

**METROPOLITAN LIFE INSURANCE COMPANY'S AND KENNETH F. KACZMAREK'S MOTION IN LIMINE TO EXCLUDE IRRELEVANT EVIDENCE REGARDING REPLACEMENT, PAID-UP ADDITIONS RIDERS AND UNIVERSAL LIFE POLICIES**

Metropolitan Life Insurance Company ("MetLife") and Kenneth F. Kaczmarek bring this Motion in Limine to Exclude Irrelevant Evidence Regarding Replacement, Paid-Up Additions Riders and Universal Life Policies.

1.　In plaintiff's exhibit list dated September 18, 2006, plaintiff has identified Exhibits 32, 47, and 104, which regard completely irrelevant issues such as the sales of Paid-Up Additions Riders, Universal Life insurance policies, and the replacement of existing insurance policies. Plaintiff's Exhibits 32, 47 and 104 are attached as Exhibits A-C, respectively.

2.　Plaintiff's Proposed Exhibits 32, 47 and 104 should be excluded for the reasons set forth in detail in MetLife's Brief in Support of its Motion in Limine to Exclude Irrelevant Evidence Regarding Replacement, Paid-Up Additions Riders and Universal Life Policies.

WHEREFORE, based on all of the foregoing reasons as well as those set forth in the accompanying brief, defendants respectfully requests that this Court bar the introduction of Exhibits 32, 47 and 104.

                                    Respectfully Submitted,

                                    s/ B. John Pendleton, Jr.
                                    B. John Pendleton, Jr.
                                    McCARTER & ENGLISH, LLP
                                    Four Gateway Center
                                    100 Mulberry Street
                                    Newark, NJ 07102
                                    (973) 622-4444

                                    Attorneys for Defendants
                                    Metropolitan Life Insurance Company
Dated:  October 3, 2006              and Kenneth F. Kaczmarek

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of October, 2006, a true and correct copy of the foregoing document was served upon the following via the electronic filing system:

Kenneth R. Behrend, Esquire
BEHREND & ERNSBERGER, P.C.
Union National Bank Building, 3rd Floor
306 Fourth Avenue
Pittsburgh, Pennsylvania  15222


s/ B. John Pendleton, Jr.