UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>　　　　　　Defendants | : CIVIL ACTION NO. 00-2248<br>:<br>:<br>:<br>:<br>: CHIEF JUDGE AMBROSE<br>:<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Irrelevant Evidence Regarding Replacement, Paid-Up Additions Riders and Universal Life Policies, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____day of _____, 2006, ORDERED that Defendants' Motion is hereby GRANTED.  Plaintiff is prohibited from admitting exhibits 32, 47 and 104.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Donetta Ambrose, USDJ