IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ROBERT G. WYCKOFF, | : | CIVIL ACTION NO. 00-2248 |
|---|---|---|
| Plaintiff, | : | |
| | : | |
| v. | : | CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK, | : | |
| Defendants | : | |

**METROPOLITAN LIFE INSURANCE COMPANY'S AND KENNETH F. KACZMAREK'S COMPANY'S MOTION IN LIMINE TO EXCLUDE THE DEPOSITION TESTIMONY OF WILHELMENIA TAYLOR**

Metropolitan Life Insurance Company ("MetLife") and Kenneth F. Kaczmarek bring this Motion to exclude the irrelevant and highly prejudicial deposition testimony of Wilhelmenia Taylor, identified as plaintiff's Exhibits 96, 97, and 98.

1. In plaintiff's exhibit list dated September 18, 2006, plaintiff has identified the September 25, 2002, September 26, 2002, and October 1, 2002, deposition testimony of Wilhelmenia Taylor in <u>Ihnat v. Pover</u>. Copies of Plaintiff's Exhibits 96, 97, and 98 are attached as Exhibits A, B, and C, respectively.

2. Plaintiff's Proposed Exhibits 96, 97, 98 should be excluded for the reasons set forth in detail in MetLife's Brief in Support of its Motion in Limine to Exclude the Deposition Testimony of Wilhelmenia Taylor.

WHEREFORE, based on all of the foregoing reasons as well as those set forth in the accompanying brief, defendants respectfully request that this Court bar the introduction of the irrelevant and highly prejudicial deposition testimony of Wilhelmenia Taylor identified as Plaintiff's Proposed Exhibits 96, 97, and 98.

                                                    Respectfully Submitted,

                                                    s/ B. John Pendleton, Jr._____
                                                    B. John Pendleton, Jr.
                                                    McCARTER & ENGLISH, LLP
                                                    Four Gateway Center
                                                    100 Mulberry Street
                                                    Newark, NJ 07102
                                                    (973) 622-4444

                                                    Attorneys for Defendants
                                                    Metropolitan Life Insurance Company and
                                                    Kenneth F. Kaczmarek

Dated: October 3, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 3rd day of October, 2006, a true and correct copy of the foregoing **METROPOLITAN LIFE INSURANCE COMPANY'S AND KENNETH F. KACZMAREK'S MOTION IN LIMINE TO EXCLUDE THE DEPOSITION TESTIMONY OF WILHELMENIA TAYLOR** was served upon the following via electronic mail:

>Kenneth R. Behrend, Esquire
>BEHREND & ERNSBERGER, P.C.
>Union National Bank Building, 3rd Floor
>306 Fourth Avenue
>Pittsburgh, Pennsylvania 15222

s/ B. John Pendleton, Jr._____

ME1\5879136.1