**EXHIBT 15**

# MetLife®

**Account Rep Inquiry**    19-Jan-00

## COMPLAINTS BY REGION AND DISTRICT

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

FANTASKI V. METLIFE   MP237200053

| CASE NBR | REGION | DISTRICT | STAT | CASE TYPE | COMPLAINT CODE | RELIEF | POLICY NBR | CUSTOMER | OPEN DATE | CLOSE DATE | REFUND AMT. | ST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AGENT NAME** | | KACMAREK KENNETH | | | | | | | | | | |
| 00000217847 | 82 | J15 | | REGULAR | REPLACEMENT | Y | 8◼M | | 4/12/94 | 7/18/94 | 871.00 | PA |
| **AGENT NAME** | | KACZMAREK K | | | | | | | | | | |
| 00000246486 | 82 | J15 | | REGULAR | DELAY | N | 8◼E1 | | 0/25/95 | 11/21/95 | 0.00 | PA |
| **AGENT NAME** | | KACZMAREK KEN | | | | | | | | | | |
| 00000244380 | 82 | J15 | | REGULAR | MISUNDERSTANDING POL | N | 94M | | 10/2/95 | 10/20/95 | 0.00 | PA |
| 00000241024 | 82 | J15 | | REGULAR | REPLACEMENT | Y | 89JL | | 7/6/95 | 10/30/95 | 2931.00 | PA |
| **AGENT NAME** | | KACZMAREK KENNET | | | | | | | | | | |
| 00000149984 | 82 | J15 | A | INSDEPT | DELAY | Y | 65A | | 2/9/89 | 3/7/89 | 0.00 | PA |
| 00000174713 | 82 | J15 | A | INSDEPT | REPLACEMENT | Y | 88UL | | 6/7/91 | 8/14/91 | 1920.00 | PA |
| 00000180733 | 82 | J15 | A | INSDEPT | MISREPRESENTATION | Y | 88UM | | 2/4/92 | 6/10/92 | 1644.00 | PA |
| 00000217848 | 82 | J15 | | REGULAR | REPLACEMENT | Y | 90UL | | 5/27/94 | 7/14/94 | 1402.00 | PA |
| 00000241602 | 82 | J15 | | REGULAR | MISUNDERSTANDING POL | Y | 88UL# | | 7/13/94 | 9/28/94 | 3452.00 | PA |
| 00000203303 | 82 | J15 | A | INSDEPT | MISREPRESENTATION | N | 88UL | | 1/10/94 | 11/15/94 | 0.00 | PA |
| 00000229622 | 82 | J15 | | REGULAR | REPLACEMENT | Y | 88UM# | | 0/21/94 | 2/23/95 | 11017.00 | PA |
| 00000234743 | 82 | J15 | | INSDEPT | MISCELLANEOUS | Y | 93A | | 2/16/95 | 3/27/95 | 0.00 | PA |
| 00000220609 | 82 | J15 | | REGULAR | MISUNDERSTANDING POL | Y | 90UL | | 6/22/94 | 11/9/95 | 4560.00 | PA |

**EXHIBT 16**

REDACTED CONFIDENTIAL POL INFO

CONFIDENTIAL

MP401112753





CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP401111112754



CONFIDENTIAL


REDACTED CONFIDENTIAL POL INFO

MP4011112755



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401111112756

COMMONWEALTH OF PENNSYLVANIA
INSURANCE DEPARTMENT

TELEPHONE INQUIRIES

RCVD/RD
FEB 04 1992
JACK SMITH

January 31, 1992

Metropolitan Life Insurance Company
500 Schoolhouse Road
Johnstown, PA 15901
ATTN: Sabatucce R. Mannucci

Re: Insured:
File #: 92 306 00368

Gentlemen:

Enclosed is a copy of a complaint we have received from the above-captioned complainant(s).

Would you kindly review this matter and advise this Department of your findings within ten (10) working days.

Your cooperation in this matter will be appreciated.

Sincerely yours,

Ray Ombrowski
Consumer Services Representative
Bureau of Consumer Services

C-4

92 FEB -4 PM 12: 31



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP401112757

MP4011112758

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO





**CONFIDENTIAL**

MP401112759

Metropolitan Life®
AN AFFILIATED COMPANY

100 Spring Mill Road
Philadelphia, Pennsylvania 19128
(215) 941-4900

August 28, 1991

Dear Policyowner:

I am pleased to enclose a copy of the Metropolitan Series Fund, Inc.'s Semiannual Report, which reflects the financial condition and investment performance of the Metropolitan Series Fund. As of June 30, 1991, the Metropolitan Series Fund is a mutual fund whose shares are purchased by Metropolitan Life Insurance Company and its affiliates to fund the values of several types of variable annuity and insurance products, including your Flexible Premium Multifunded Life Insurance (FPML) Policy.

The index of investment experience for each division in the FPML Separate Account reflects the value of the respective portfolio in the Metropolitan Series Fund. However, please note that the FPML index values will differ from the net asset values per share of the Series Fund portfolios for the reasons described in your prospectus.

The following table shows the FPML Investment Division index values as of June 28, 1991, and December 31, 1990.

| Division | Index Value as of June 28, 1991 | Index Value as of December 31, 1990 |
|---|---|---|
| Money Market | $14.29 | $13.93 |
| Income (Bond) | 15.34 | 15.38 |
| Growth (Stock) | 13.37 | 13.85 |
| Diversified | 14.66 | 13.85 |
| Equity Income | 12.06 | 11.40 |

Detailed financial reports for the Separate Account will be included in the regular annual editions of your prospectus.

Metlife, a leader in the financial services industry for over 120 years, and Metropolitan Tower Life, a Metlife company, a wholly owned and quality subsidiary of Metlife, believe in providing customers with quality service. We thank you for it in the past and look forward to serving you now — and in the years ahead.

Sincerely,

Robert J. Crimmins

MP4011112760



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**





**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112762



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112763



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112764





CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112766

MP4011112767



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112768



**CONFIDENTIAL**

MP4011112769



CONFIDENTIAL


REDACTED CONFIDENTIAL POL INFO







**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

Mark Flynn, Supervisor
Consumer Relations Office
Jamestown Administrative Office

Re Rebecca Butler, ██████ CK and 79 ███ A
Policies ██

Please see the copy of the correspondence to the insurance
department for the above.

We offered the ██ ██ and reverse the surrender
of Policy ██ ██ A. The policyholder has sent in a check
(attached) for the balance needed to complete the transactions.

Please handle and advise when all is completed.

If you have any questions, please feel free to call me at the
number above.

Thank you for your help.

Vernell Hendrick
Staff Consultant
Personal Production Consulting Services
(212) 578 5625

May 20, 1992

IRON TIGER

MP4011112771



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP401111277 2

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP401112773

MP4011112774

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**





CONFIDENTIAL


REDACTED CONFIDENTIAL POL INFO

MP401112775

MP4011112776

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**





CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112778

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP401112779

MP4011112780

TO: Ø __Adjustment__
Cash & Loan Approving
Policyholder Services-Midwestern

TO: M __Consumer Relations, Customer Services__
Head Office

PLEASE LIFT POLICY _lim Policy Lifted_ , MAKING THE ADJUSTMENT INDICATED BELOW:

POLICY #                                                POLICY # __78_____ A

| POLICY # | | | | | |
|---|---|---|---|---|---|
| **DEBIT** | **CREDIT** | | **DEBIT** | **CREDIT** | |
| Prem. 1st Yr. $ | Susp. Assets $ | | Susp. Assets $ | Susp. Assets $ | |
| Prem. Renewal $ | Susp. Liab. $ | | Susp. Liab. $ | Susp. Liab. $ | 215.00 |
| Loan Interest $ | Loan $ | | Loan $ | Loan $ | |
| Susp. Assets $ | Cash Value $ | | Loan Interest $ | Loan Interest $ | |
| Susp. Liab. $ | Dividends $ | | Dividends $ | Dividends $ | 1193.35 |
| | D.O.B. $ | | Cash Value $ | Cash Value $ | |
| | Cost of Insurance $ | | D.O.B. $ | D.O.B. $ | |
| | | | P.O.B. | | |
| TOTAL $ | TOTAL $ | | TOTAL $ 1413.34 | TOTAL $ 1,413.17 | |

POLICY FACTS FOR LIFTED POLICY

Insured
Paid To Date
Mode
District ___15
Agency/Index ____ 15
Commission $ ____ Allow _____ (Deduct) ✓

| ATTACHMENTS | CONORTS |
|---|---|
| POLICY | |
| CFF | |
| DIV. REQ. | |
| 980 ✓ | FILL |
| OTHER | |
| APP | |

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



**CONFIDENTIAL**


**REDACTED CONFIDENTIAL POL INFO**

MP4011112781



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112782

MP4011112783

# CONFIDENTIAL

## REDACTED CONFIDENTIAL POL INFO







**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112785



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112786

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP40111127787

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112788

---

SPECIAL PROCESSING CASE: Tampa _____ Everfast _____ PA Restoration _____ National _____ Other _____

TO: M _____

INDUSTRIAL PROCESSING                                    Consumer Relations, Customer Services
ADJUSTMENT UNIT:                                        Head Office

PLEASE LIFT POLICY __ 92 _____ U.C. MAKING THE ADJUSTMENT INDICATED BELOW:

POLICY # __ 50 ____ U.C.                POLICY # __ 50 ____ M

| DEBIT | | CREDIT | | DEBIT | | CREDIT | |
|---|---|---|---|---|---|---|---|
| Prem. 1st Yr. | $ | Susp. Assets | $ | Susp. Assets | $ | Susp. Assets | $ |
| Prem. Renewal | $ | Susp. Liab. | $ | Susp. Liab. | $ | Susp. Liab. | $ |
| Loan Interest | $ | Loan | $ | Loan | $ | Loan (NETVAL) | $ 5272.76 |
| Susp. Assets | $ | Cash Value | $ | Loan Interest | $ | Loan Interest | $ |
| Susp. Liab. | $ | Dividends | $ | Dividends 1994 | $ 5272.76 | Dividends | $ |
| PUAR | $ | Refund Check Amount | $ | Cash Value 1994 | $ 5272.76 | Cash Value | $ 627 |
| Misc Interest | $ | Cost of Insurance | $ | 190A | $ | Premium | $ 5272.90 |
| Misc. Loss | $ | | | Misc. Loss | $ | | |
| TOTAL | $ | TOTAL | $ | TOTAL | $ 14093 | TOTAL | $ 14093 |

POLICY FACTS FOR LIFTED POLICY

Insured _____          OK for Losses _____ Date _____
Paid to Date _____
Mode Q                               # of Premiums __16__  Mode Overpay
District _____                New Paid to Date ____ 11-94
Agency/Index _____
Commission $ _____ Allow _____ Deduct _____

_____ REFUND CHECK ALREADY ISSUED BY OCR ON _____

_____ REFUND CHECK TO BE ISSUED BY ADJUSTMENT UNIT

ISSUE CHECK PAYABLE TO: _____ Insured _____ Owner on File _____ Other _____

SEND CHECK TO: Address on File _____ District _____ Other _____
                                                          (5/6/94ca)

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP401112789



CONFIDENTIAL


REDACTED CONFIDENTIAL POL INFO

MP401112790



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112791



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP401112792



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112793