CONFIDENTIAL


REDACTED CONFIDENTIAL POL INFO



MP4011112794



MP401112795

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP401112796

MP40111127197

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP401112798



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112799

x

**CONFIDENTIAL**

MP401112800



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP401111212801

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP4011112802

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO



MP4011112803



**CONFIDENTIAL**

MP401112804

9 4 6 0 3 2 1 2 3 3

You must understand that if you make an election to convert to coverage under the above-referenced policy, your coverage will cease under the 'Applied' pays plan upon conversion to coverage under your new pre-paid product policy.

**IMPORTANT:** If you were not able to or do not wish to obtain coverage under that policy to continue, you should **NOT** complete the enclosed Claim Form and Release.

If you have any questions about this letter, please direct your inquiry to our Customer Relations Unit or call 1-800-343-3874.

Very truly yours,

Bonnie Pfisi
Administrative Services
Jobsdown Administrative Office

April 27, 1994

sbp:jmk

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO



MP401112805

REDACTED CONFIDENTIAL
POL INFO

CONFIDENTIAL



MP4011112806



**CONFIDENTIAL**

MP401111112807



**CONFIDENTIAL**

MP4011112808



**CONFIDENTIAL**

MP4011112809

**CONFIDENTIAL**



MP401112810

MP401112811

REDACTED CONFIDENTIAL POL
INFO

CONFIDENTIAL

SPECIAL PROCESSING CASE: Tampa _____ Copycat _____ PA Restoration _____ National _____ Other _____

TO: M _____ cus _____
INDUSTRIAL PROCESSING
ADJUSTMENT UNIT

TO: M _____ Cn Action _____
Consumer Relations, Customer Services
Head Office

PLEASE LIFT POLICY 39▊▊▊▊ M ▊▊ , MAKING THE ADJUSTMENT INDICATED BELOW:

POLICY # 39▊▊▊▊ M _____                     POLICY # _____

| DEBIT | | CREDIT | | DEBIT | | CREDIT | |
|---|---|---|---|---|---|---|---|
| Prem. 1st Yr. | $ 193.50 | Susp. Assets | $ | Susp. Assets | $ | Susp. Assets | $ |
| Prem. Renewal | $ 617.25 | Susp. Liab. | $ | Susp. Liab. | $ | Susp. Liab. | $ |
| Loan Interest | $ | Loan | $ | Loan | | Loan | |
| Susp. Assets | $ | Cash Value | $ | Loan Interest | $ | Loan Interest | $ |
| Susp. Liab. | $ | Dividends | $ | Dividends | $ | Dividends | $ |
| PUA | $ | Refund Check Amount | $ 810.75 | Cash Value | | Cash Value | $ |
| Misc. Loss | $ | | | Misc. Loss | $ | | |
| TOTAL | $ 810.75 | TOTAL | $ 810.75 | TOTAL | | TOTAL | $ |

POLICY FACTS FOR LIFTED POLICY

Insured _____
Paid to Date    6-4-94
Mode    SA
District    575
Agency/Index    5452
Commission $ _____ Allow  X  Deduct _____

OK for Losses _____ Date _____.

# of Premiums _____ Mode _____
New Paid to Date _____

104.58
18.00

_____ REFUND CHECK ALREADY ISSUED BY OCR ON _____

X  REFUND CHECK TO BE ISSUED BY ADJUSTMENT UNIT

ISSUE CHECK PAYABLE TO: _____ Insured  X  Owner on File _____ Other _____

SEND CHECK TO: Address on File  X  District _____ Other _____          (5/6/94ed)



REDACTED CONFIDENTIAL POL
INFO

CONFIDENTIAL

MP401112812



CONFIDENTIAL

REDACTED CONFIDENTIAL POL
INFO

MP4011112813



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112814

MP401112815

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**





**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401111281G

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP401111281

MP401112818

CONFIDENTIAL

REDACTED CONFIDENTIAL POL
INFO



**MetLife**

29

Re: Policy 5█████ M

Dear Mr.

This will supplement our phone conversation of June 21, 1994.

We are willing to offer you the opportunity to cancel policy 5█████ M with a total refund of $870.75, representing premiums paid. If you elect to cancel this policy, please complete the enclosed Release Form, have it notarized, and return it to us with the policy. If a reply is not received by August 1, 1994, we will this your inquiry with no further action.

Sincerely,

Christie Eller
Administrative Services
Arkansas Administrative Office

June 23, 1994
CE:pnk

Metropolitan Life Insurance Company

MP401112819

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP4011112820

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL
POL INFO**





**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

If you elect to rescind policy 8[████]. If you prevent your coverage in the original policy, please complete the enclosed Release Form, have it notarized and return it to us with the policy and your payment of either $535.51 for partial restoration or $712.61 for a full restoration. If a reply is not received by July 25 1994, we will close our files with no further action.

Sincerely

Carlton Eller
Administrative Services

June 15, 1994

CE:dc

MP401112821

**CONFIDENTIAL**



MP401112822

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP4011112823

CONFIDENTIAL

REDACTED CONFIDENTIAL POL
INFO



MP401111282824

MP401112825

CONFIDENTIAL

REDACTED CONFIDENTIAL
POL INFO



MetLife

Re:   Policy

Dear Mr.

This is in response to your recent letter.

We are currently obtaining the necessary information to address your situation and will reply as soon as we are able to do so.

Your patience will be appreciated.

Sincerely

Leonard R. Ninsky
Director
Administrative Services

June 2, 1994

LRN/jmk

Metropolitan Life Insurance Company

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP4011112826

CONFIDENTIAL

REDACTED CONFIDENTIAL
POL INFO

I would appreciate a prompt response to this letter. You can reach me at the following address and/or phone number: [redacted]

Thank you for your time concerning this matter. I look forward to hearing from you soon.

Respectfully,

[redacted]

MP4011112827

MP4011112828

CONFIDENTIAL

REDACTED CONFIDENTIAL
POL INFO



MP401112829

REDACTED CONFIDENTIAL POL INFO

CONFIDENTIAL

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112830

COMMONWEALTH OF PENNSYLVANIA
INSURANCE DEPARTMENT

November 23, 1993

Metropolitan Life Insurance Co.
500 Schoolhouse Rd.
Johnstown, PA 15915
Attn: Salvatore N. Manuci

RE: Insured:
    File #:  93 306 04199

Dear Sir/Madam:

Enclosed is a copy of a complaint we have received from the above-captioned complainant(s).

Would you kindly review this matter and advise this Department of your findings within ten (10) working days. If you have any questions concerning this matter, please contact me at 412-565-7614.

Your cooperation in this matter will be appreciated.

Sincerely yours,

Ray Ceskowski
Consumer Services Representative
Bureau of Consumer Services

C-4

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112831

**RECEIVED**

NOV 19 1993

INSURANCE CONSUMER SERVICES
PITTSBURGH

COMMONWEALTH OF PENNSYLVANIA
INSURANCE DEPARTMENT

**INSURANCE COMPLAINT FORM**
(Please Print or Type)

In response to your request for assistance, we are enclosing this Insurance Complaint Form. In order that a review may be conducted, please complete this form and return it to the nearest regional office.

| DAYTIME TELEPHONE # |
|---|
| HOME # (area code) |
| WORK # (area code) |

NAME:

ADDRESS:

INSURED NAME:                                    (if other than above)

1. Type of Insurance:  AUTO ☐  HOMEOWNERS ☐  COMMERCIAL ☐
   (Please Check One)  LIFE ☒  HEALTH ☐  OTHER ☐

2. (A) If your problem involves an insurance company, give the full name of the company:
   METROPOLITAN LIFE INSURANCE CO.     (specify)

   (B) With whom at the company have you dealt?
   Name: KEN KACZAREK     Phone #: 412-373-3116

3. If your problem involves an agent or broker, give his/her full name, address and phone #:
   KEN KACZAREK  2794 Mossing Run MacEnviile PA     412-373-3116

4. Policy #: 28 ___ A ___ 16 ___     Claim #:

5. Date and location of accident or loss:

6. Have you previously reported this problem to our office or any other agency?
   Yes ☐  No ☒     If yes, to whom?

**PLEASE CHECK THE TYPE OF PROBLEM THAT APPLIES TO YOUR COMPLAINT.**

| | | OFFICE USE ONLY |
|---|---|---|
| ☐ Cancellation/Nonrenewal | | |
| ☐ Claims Handling | CSR: | |
| ☐ Billing/Premium Dispute | | |
| ☒ Sales Misrepresentation | FILE #: | |
| ☐ Other (specify) | | |

FS-4 (Rev.06/92)     —continued on reverse side—

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112832

Briefly in your own words please describe your problem and list the solutions you are seeking from the Department. If more space is needed, please attach additional sheets. Attach copies of policies, correspondence and all supporting documentation.

*[handwritten statement — redacted/illegible]*

**PLEASE SIGN AND DATE THE STATEMENT BELOW.**

To the best of my knowledge, the information contained herein is correct. I am attaching copies of my policy, papers and other correspondence relative to this problem. I understand that a copy of this form and attachments may be forwarded to the insurance company involved.

SIGNATURE

4/14/93
DATE

HARRISBURG REGIONAL OFFICE
Room 1321 Strawberry Square
Harrisburg State Office Bldg., PA
Harrisburg, PA 17120
(717) 787-2317

PITTSBURGH REGIONAL OFFICE
Room 304 State Office Bldg.
300 Liberty Avenue
Pittsburgh, PA 15222
(412) 565-5020

PHILADELPHIA REGIONAL OFFICE
Room 1701 State Office Bldg.
1400 Spring Garden Street
Philadelphia, PA 19130
(215) 560-2630

ERIE REGIONAL OFFICE
Room 513 Baldwin Bldg.
Post Office Box 6447
Erie, PA 16512
(814) 871-4466



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112833

Room 304 State Office Bldg.
300 Liberty Avenue
Pittsburgh, PA 15222
(412) 565-5020

Room 511 Baldwin Bldg.
Post Office Box 8412
Erie, PA 16511
(814) 871-4444

# METROPOLITAN LIFE INSURANCE COMPANY

A MUTUAL LIFE INSURANCE COMPANY

HOME OFFICE — NEW YORK

## HEREBY INSURES THE LIFE OF

herein called the Insured in accordance with the terms of this Policy, No. 23 ████—A, and

Promises to Pay at Its Home Office in the City of New York,

upon receipt of due proof of the death of the Insured and upon surrender of this Policy,

**FIVE THOUSAND** _____ Dollars

(Amount or Insurance)

to _____ **FATHER** _____ Beneficiary,

or (if the Beneficiary is not living when the Insured dies, then to _____

Page 2

## INDEX OF PROVISIONS AND BENEFITS

Total and Permanent Disability Benefit—Limited—Waiver of Premiums

Provision 1. Rights Under Policy
Provision 2. Change of Beneficiary or Contingent Beneficiary
Provision 3. Assignment
Provision 4. Payment of Premiums and Grace Period
Provision 5. Incontestability
Provision 6. Suicide
Provision 7. Age

Provision 8. Entire Contract
Provision 9. Agents
Provision 10. Participation—Dividends
Provision 11. Loans
Provision 12. Deferment of Certain Payments
Provision 13. Reinstatement
Provision 14. Benefits on Surrender or Lapse (Nonforfeiture of Premium Payments)
Provision 15. Optional Modes of Settlement

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112834

**MetLife**

December 6, 1993

Metropolitan Life Insurance Co.
Michael F. Bashur Branch Manager
JIS Monroeville Branch

RE:  Policyholder
     Policy Number(s)
     Case Number          [redacted]
     Type of Complaint    Insurance Department
     Representative/Status    Kenneth F. Kaczmarek, Jr./Perm.
                              Kenneth F. Kaczmarek/Active

THE ATTACHED CORRESPONDENCE RAISES SERIOUS ALLEGATIONS AND SHOULD RECEIVE YOUR IMMEDIATE ATTENTION. Would you please look into the circumstances surrounding the writing and placing of the policy in question.

A prompt detailed report from the sales representative and anyone else involved in the canvass and sale of this policy is essential. Have such one submit a detailed report over their signature containing: (1) specific answers to the questions on the attached questionnaire; (2) copies of any materials used in the sales presentation, policy delivery, interview, and/or policy review, etc. and, (3) any additional pertinent information, not specifically requested.

If the sales representative is no longer active (retired, disabled, terminated), every effort should be made to obtain a written report. If you are unsuccessful in obtaining this report, please let us know what attempts were made to contact the representative.

Finally, in addition to the sales representative's report, we would appreciate receiving (1) an outline of your findings in this case, including the results of any interview with the representative, and (2) your recommendation as to how the matter should be resolved.

NOTE The reports MUST be sent to MCRD-Consumer Relations (Johnstown) on or before: December 22, 1993.

Linda M. Ringler, FLMI, ACS
Office of Consumer Relations
Johnstown Administrative Office

LMR:dc

Attachment

**CONFIDENTIAL**

MP401112835

LMR:dc
Attachment

Metropolitan Life Insurance Company

## MISREPRESENTATION/REPLACEMENT QUESTIONNAIRE
IN REPLYING REFER TO FILE NUMBER 3-1130-1815-9

1.  DESCRIBE IN DETAIL THE CANVASS, THE BASIS OF THE SALE, AND THE PLACING OF NEW INSURANCE.

2.  WHAT WAS YOUR IMPRESSION OF THE INSURED'S UNDERSTANDING OF THE PURPOSE OF THIS INSURANCE?

3.  WAS THERE ANY DISCUSSION DURING THE SELLING OR PLACEMENT INTERVIEW REGARDING THE REPLACEMENT OF ANY EXISTING INSURANCE? (GIVE FULL DETAILS)

4.  IF REPLACEMENT WAS INTENDED, WHY WASN'T IT INDICATED ON THE APPLICATION?

5.  WAS THERE ANY DISCUSSION REGARDING THE PAYMENT OF PREMIUMS ON NEW OR EXISTING INSURANCE BY MEANS OF POLICY LOANS? (EXPLAIN IN DETAIL)

6.  DESCRIBE WHAT EFFORTS WERE MADE TO CONSERVE OR MAKE CHANGES IN THE EXISTING INSURANCE TO OBTAIN THE RESULTS DESIRED BY THE INSURED.

7.  WAS AN ILLUSTRATION SHOWING THE YEAR BY YEAR CASH SURRENDER VALUE OF THE POLICY PROVIDED AND DISCUSSED? IF SO, SEND US A COPY IF AVAILABLE.

8.  WAS ANY REQUEST FOR EXERCISE OF THE 10-DAY FREE LOOK PROVISION MADE?

9.  IS THERE ANY INDICATION OF INFLUENCE BY AN OUTSIDE PARTY?

10. PLEASE RESPOND TO THE INSURED'S STATEMENT THAT HIS $5,000 WAS PAID IN FULL AND HAD TO BE REPLACED.

DC

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112836

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MetLife

RAY OSEKOWSKI
CONSUMER SERVICES REPRESENTATIVE
PENNSYLVANIA INSURANCE DEPARTMENT
ROOM 304 STATE OFFICE BUILDING
300 LIBERTY AVE
PITTSBURGH PA 15222

Re: Insured
Policy
Your File    93 306 04199

Dear Mr. Osekowski:

This will acknowledge receipt of your letter of November 23, 1993.

We are sorry that we cannot provide you with an immediate reply to your inquiry. Please be assured that your request is receiving our close attention and we will supplement this letter as soon as possible.

Thank you for your patience.

Sincerely

Russell J. Gramlich
Vice-President

December 15, 1993

RJG/jmk

MP4011112837

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112838

FROM: JAD-CONSUMER RELATIONS/ 6/05/69    MSG#: 93-02154735    PRIORITY: 2
TO: JIS - MONROEVILLE BRANCH    SENT: 12/27/93 02:25 PM
SUBJ:

ATTN: MICHAEL BASNUR
BRANCH MANAGER

WE HAVE NOT RECEIVED A REPLY TO OUR CORRESPONDENCE OF DECEMBER 6, 1993.

ON DECEMBER 12TH, I SPOKE WITH REPRESENTATIVE WACZMAREK WHO INDICATED THAT THE POLICY APPEARED TO BE ON THE UP AND UP AND THAT HE WOULD WORK ON IT AFTER YEAR END. I ADVISED HIM AT THAT TIME THAT ALL MONIES TO FUND POLICY HAVE COME FROM DIVIDEND WITHDRAWALS AND LOANS ON POLICY 29        4. REPLACEMENT WAS NOT INDICATED ON THE APPLICATION. I ALSO ADVISED          THAT WE HAD ONLY TEN DAYS IN WHICH TO RESPOND TO THE INSURANCE DEPARTMENT.

PLEASE ADVISE THE STATUS OF THIS CASE AND WHEN WE MAY EXPECT TO RECEIVE YOUR RESPONSE.

A REPLY IS REQUESTED BY JANUARY 6, 1994.

LINDA M. PINKLER, FLMI, ACS
JAD CONSUMER RELATIONS
AREA V60

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP401112839

FROM: PISKURA, LF1
TO : J15
SUBJ:

MSG#: 94-00044826
SENT: 01/06/94 04:00 PM    PRIORITY: 2

ATTN: MICHAEL BASHUK
      BRANCH MANAGER

PER MY MESSAGE OF 12/22/93, THIS IS AN INSURANCE DEPARTMENT CASE AND MUST BE
RESOLVED IMMEDIATELY. REPRESENTATIVE MACZANEK WAS ADVISED THAT ALL MONIES
TO FUND POLICY BY        A HAVE COME FROM DIVIDEND WITHDRAWALS AND LOANS
ON POLICY 23       A. ALSO, REPLACEMENT WAS NOT INDICATED.

YOUR IMMEDIATELY REPLY WOULD BE APPRECIATED.

THANK YOU.

LINDA R. RINDLER, FLMI, ACS
JAG CONSUMER RELATIONS
AREA V/0

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112B40

---

**MetLife**

RAY OSIKOWICZ INVESTIGATOR
CONSUMER SERVICES REPRESENTATIVE
PENNSYLVANIA INSURANCE DEPARTMENT
ROOM 304 STATE OFFICE BUILDING
300 LIBERTY AVE
PITTSBURGH PA 15222

Re:   Insured
      Policy
      Your File   93 306 04199

Dear Mr. Osikowski:

This will supplement our letter of December 15, 1993.

We do not yet have all the information necessary to provide a final response. Please be assured we will supplement this letter shortly.

Sincerely

Russell J. Gramlich
Vice-President

January 7, 1994

RJG/dc

Metropolitan Life Insurance Company

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112841

Ms. Linda M. Ringler, FLMI, ACS
Mid-Consumer Relations

Re: Complaint — ▮▮▮▮ (Policy No. 89 ▮▮▮▮ A and 27 ▮▮▮▮ )

Dear Linda:

This case was written by ex-Branch Manager Joe White for ex-Account Representative Ken Doromosok, Jr. Ken Doromosok, Sr. was not involved in this case, see copy of his letter attached. (Application was completed in Joe White's handwriting and witnessed by him.)

It appears that the policy was sold on the basis of 1st five years premium from values of old policy 23▮▮▮ A, it loans next 3 years from cash values of new policy, and then to be placed on A.P.L. (see notes from client file).

Due to this complicated approach, that won't work due to reduced dividends, won't be eligible for A.P.L. for several more years and the client's complaint that referred to the negative P.V. coverage of MetLife, I recommend that we rescind policy No. 89▮▮▮ A and return all monies to policy No. 23▮▮▮ A.

Yours truly,

Michael F. Bashor, CLU, ChFC
Branch Manager

January 6, 1994

MFB/kar

CONFIDENTIAL

# REDACTED CONFIDENTIAL POL INFO

MP4011112842



940204 20137

Michael F. Bashur, CLU, ChFC
Branch Manager
J75 Montoursville, PA

Re: [REDACTED]-complaint

Dear Mr. Bashur:

I was not involved with this case at all. Joe White took my son on the case and told the client he was Ken's father and wrote the case for my son.

I never received anything on this case and was not involved.

Yours truly,

Raymond F. Kavanaugh
Sales Representative

January 6, 1994

KFK/bmr

MetLife

**CONFIDENTIAL**



SARAH ball 7-4-89

- Changes made to annual July 17 - 1990
- premium for new policy will be paid by old policy, for 5 years policy is to be paid by the guaranteed cash value.
- 6,7,8 year - policy is to be paid by the guaranteed cash value.
- 9 year put on east accelerated payment plan, when dividends are higher than the premium payment use to reduce loan of $1000.

Continue paying premium of $2025 until next year at this time.

MP4011112843

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112844

Replacement not indicated

Present

9402DH 211139

JAN 17 1994

Benefit & Services
Disability Administration Office

A

$25,000 Lbs ins
Issue - 7/11/89   } 2 5/8 @ #495
Pd 4   7/11/94   } 4 A @ $506 new Divs rcvd
#506 rcvd

No Rules/Rls/Prem

$3,913.75

DUE:
4/30/91 - #495
1/30/93 - #489
4/30/94 - #498
7/1/90 - #41
7/1/91 - #420.50
9/1/93 - #6.44
                $3,510.94

LOAD:
9/1/92 - #589.56
7/1/93 - #606.25
            #1162.81

stded red
#11.71
#30.19
#41.90

Review  #3411.85
Balance #11.90

Review:
23

A

$6,000 L
Issue - 1/16/89
Pd 4 - 1/16/95
# 90.25 rcvd

Premium @ Pr. Ecs

No Rules

1991 - #2495.50
1992 - #301
1993 - #301.75

68

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401111128645

FROM: JAO-CONSUMER RELATIONS/9  MSG#: 94-00124652
TO : JLS - MONROEVILLE BRANCH  SENT: 01/17/94 10:05 AM    PRIORITY: 2
SUBJ:

ATTN: MICHAEL F. BASHUR, CLU, CHFC
      BRANCH MANAGER

POLICY 5              A INSURING THE LIFE OF ROBERT DUCH IS BEING RESCINDED WITH
A REFUND OF $3,713.75. REPRESENTING ALL MONIES APPLIED TO THE POLICY. THE
AMOUNT OF $3,671.85 WILL BE USED TO REVERSE THE DIVIDEND WITHDRAWALS AND
LOANS ON POLICY 231      A. THE BALANCE OF $41.90, REPRESENTING LOAN
INTEREST PAYMENTS MADE BY THE INSURED, WILL BE REFUNDED TO THE INSURED. A
REFUND CHECK IN THIS AMOUNT WILL BE FORWARDED TO YOU FOR DELIVERY TO THE
POLICYHOLDER IN EXCHANGE FOR THE POLICY.

POLICY 09              A IS VOID AND NO LONGER IN EFFECT. PLEASE RETURN THIS
POLICY TO MY ATTENTION.

LINDA M. PINDLEE, FLMI, ACS
JAO CONSUMER RELATIONS

$3,510.94            $41.50

                     $41.90

Metropolitan Life
AND AFFILIATED COMPANIES

Request for Policy or Contract Data

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112846

Request for Policy or Contract Data

**MetropolitanLife**
AND AFFILIATED COMPANIES

New York Home Office

Area

Accounting and Auditing
Biochemical Laboratory
Corporate Records Management
Full & HRD Application Section
Microfilm & Reference Section
Data, Mtl. Application
Service Section
Electric Training & PHI/ESP App.
Service Section
Mailpay Unit
Modular File System Records &
Service Center

Deferred Loans & Surrender DPs
Loan Unit
Manager's Office
Adjustment Unit
Local Unit
Universal Wd. & Div. Control Unit
Dividend Unit
Account Number Correction Unit

Law
Special Accounts Division
Discrepancy Office
Government Allotment/Automatic
Remit. Unit
Salary Allotment Hazard Unit
Government Allotment/Automatic
Remit. Control Unit
Miscellaneous Accounts Unit
Check CASAS Unit
Tax Unit
IZA Unit
Remuneration/FEES/FICA

Transaction Control Division
Technical Unit
Contact Unit
Termination Processing Unit
Notice File Maintenance Unit
Account File Maintenance Unit
Manual Unit
PL Cascading and Claims Services
Cascading Services
Claims Advisory
PLI Underwriting & Issue
Underwriting Staff
Administrative Support Unit

Territory
Head/Administrative Office
Accounting & Authenticating (FES/PPP)
Auditing
Adjustment (PLI)
Administration (PLI)
Claims
Annuitant
D & A
Cash Correspondence (PL.I)
Death Valuation (PLI)
Check-O-Matic
Conversions
Compensation
Consumer Relations
Correspondence Unit(FES/PPP)
Data Entry
Death/Disability Claims (PLI)

Dividends/Correspondence
Field Administration
Financial Controls
Human Resources
Income Settlement
Inquiry & Information
Issue/Services (PLI)
Lite Planning (FES/PPP)
Loan Correspondence (PLI)
Loan Valuation (PLI)
Matured/Endowment
Medical
Microfiche
Microfilm & 5 Lapp Flas
Non Payment Correspondence (FES/PPP)
Notice/Account Records
Receipts/Disbursements (FES/PPP)
Reinstatements (PLI)
Reinstatement
Termination
UL Planning (FES)
Underwriting (PLs)

Note—This application is not changed by your Section; do not exchange if when the case is returned.

Attention of _____   Reply

JUN 17 1994

LINDA ENGLES

Sent by _____   Date _____   Section _____   Date _____   Page _____

**MetropolitanLife**
AND AFFILIATED COMPANIES

Request for Policy or Contract Data

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO



MP4011112847

**CONFIDENTIAL**

MP4011112848

MP401111128849

Company Checks: ☒ Met Life    ☐ Subsidiary _____    Check Requisition    Date 1-17-94

Print Checks At: ☐ Computer Center    ☐ Head Office
Send Checks To: ☐ Payee  ☐ District    ☒ Accounting & Authenticating Supervisor
(Financial & Electronic Services)    KINGLER 776  Use Code 3161

See Reverse Side For Instructions to Complete Form.

1    Payee Name    (First  &  Last)    $ 41.50/__  Amount

MAILING
A ADDRESS

Cost Center  |_|_|_|_|_|_|_|_|  ET-Code

3  Charge Code |2|9|6|6|  District/Branch Office Number |1|3|1|5|  Agency |1|9|9|7|  Rate 2

Surname
(First 3 Letters)    5  Employee I.D.

4  _____ Insured

6  Policy Number | Suffix | A/N/W | Issue Date Month Day

8|A| _____ |_|_| |A| |_| |_|_|

Payment Description

Optional Paragraphs  1) |_|_|  2) |_|_|    Mail Ext. Exp.
(See Reverse Side)

PREMIUM BENEFIT

General Paragraphs

Completed By  _____    Authorized By _____

16272-SC (0041) Printed in U.S.A.    FM00041623 (0/91) Metropolitan Life Insurance Company

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401111112850

COPY

Metropolitan Life Insurance Company

Type of Payment PREMIUM REFUND

CHECK NUMBER
0002409764

CASE/BASIS # 609

Not Valid Before
JAN 18 94

$*******41.90

POLICY LIFT

INSURED:

Pay to the Order of:

The Chase Manhattan Bank, N.A.
33200 34th Street, New York, N.Y.

⑈MetLife°
200 SCHOOLHOUSE ROAD
JOHNSTOWN, PA. 15915

01/18/94    $41.90

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112851

COPY

RAY OSEKOWSKI INVESTIGATOR
CONSUMER SERVICES REPRESENTATIVE
PENNSYLVANIA INSURANCE DEPARTMENT
ROOM 304 STATE OFFICE BUILDING
300 LIBERTY AVE
PITTSBURGH PA 15222

Re:    Insured
       Policy        89
       Your File     93 306 04199

Dear Mr. Osekowski:

This will supplement our letter of January 7, 1994.

Our investigation concerning the sale of policy 89          A has been concluded. A
decision has been made to rescind this policy with a refund of $4,602 representing all
monies applied to the policy. The amount of $888.25 will be used to restore the
dividends to this policy, $2,570.94 will be used to reverse the dividend which work from
policy 23          A, $1,100.91 will be used to reverse the loan on policy 23          A
and the balance of $41.90 will be refunded to the insured. This refund represents loan
interest paid by the insured. A refund check in this amount will be sent to
under separate cover.

Policy 89          A is void and no longer in effect. We ask that this policy be
returned to us.

We trust that this brings the matter to a satisfactory conclusion.

Sincerely

Russell I. Granlich
Vice-President

January 19, 1994

RIG/tp

TO: ● ADJUSTMENT          TO: M _____
Cash & Loan Approving          Consumer Relations, Customer Services
Policyholder Services-Mideastern          Head Office

PLEASE LIFT POLICY 99 _____ A , MAKING THE ADJUSTMENT INDICATED BELOW:

POLICY # 39 _____ A          POLICY # 33 _____ A

| DEBIT | CREDIT | DEBIT | CREDIT |
|---|---|---|---|
| Prem. 1st Yr. $ 998 | Susp. Assets $ | Susp. Assets $ | Susp. Assets $ |
| Prem. Renewal $3624 | Susp. Liab. $ 3503.35 | Susp. Liab. $ 3471.95 | Susp. Liab. $ |
| Loan Interest $ | Loan $ | Loan $ | Loan $ 1100.41 |
| Susp. Assets $ | Cash Value $ | Loan Interest $ | Loan Interest $ |
| Susp. Liab. $ | Dividends $ 822.25 | Dividends $ | Dividends $ 1570.54 |
| | D.O.B. $ 41.40 | Cash Value $ | Cash Value $ |
| | Cost of Insurance $ | D.O.B. $ | D.O.B. $ |
| TOTAL $ 4402 | TOTAL $ 4402 | TOTAL $ 3471.95 | TOTAL $ 3471.95 |

POLICY FACTS FOR LIFTED POLICY

Insured _____
Paid To Date ___ 1-1-14
Mode ___ A
District ___ 315
Agency/Index ___ 557-2
Commission $ ___ Allow ___ (Deduct) X

ATTACHMENTS          COMMENTS

POLICY _____
CPF _____
DIV. REQ. _____
980 _____
OTHER ✓          FILE
APP _____

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP401111852

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112853





NTES CASE COPY FOR 840134

POL F:89 ████ A    SURNAME ████ CC #s: 82700/88300  ID:RALPH MAYENER         MODULE : POLICY LIFT

A/N:N ISS TR:89 PROB TYPE:1 DIST:J19 REASON:000 LOSS:00 BLX:    CK#:000000000 CK DATE:000000    190-A DATE:000000   PLAN:1990

EXPLANATION:POLICY LIFT AND DIV AND LOAN REVERSALS, TO
CLEAR UAD CHECK 000409788 DTD 1-18-84 BLX 806 CODE 384. PAID TO DATE 7-17-88
POLICY ACCOUNT CODE PREMIUM PAYING. INSURED: ████████

| SEQ | DEPT | ACCT | DESCRIPTION | DEBIT | CREDIT | SECONDARY POLICY |
|-----|------|------|-------------|-------|--------|------------------|
| 030 | 030 | 00307 | RET PREM-FIRST YEAR ORD | $ 878.00 | $ .00 | |
| 037 | 020 | 00302 | RETURN PREMIUM-RENEWAL | $ 3624.00 | $ .00 | 023 |
| 006 | 020 | 02608 | INTEREST ON LOANS | $ 84.43 | $ .00 | 023 |
| 007 | 020 | 46001 | DIVS. TO POLICYHOLDER | $ .00 | $ 888.39 | 023 |
| 003 | 020 | 46004 | NOTICE AT | $ .00 | $ 2970.84 | 023 |
| 008 | 020 | 72100 | TEMPORARY LOANS | $ .00 | $ 1188.24 | 023 |
| 802 | 020 | 83018 | POLICY DISBURSEMENTS | $ .00 | $ 41.80 | |

POLICY LIFT NOTICE FEEDBACK 238 WAS PRODUCED

DIVIDEND FEEDBACK TT 28 INT BF WAS PRODUCED

| TT | CURR. DIV. | CURR. A1/AA | 1YT EX DIV | DWI | A1/AA | CURR. 1YT | CV A1/AA |
|----|-----------|-------------|-----------|-----|-------|-----------|----------|
| | | | | | $ 8043.97 | | $ 2970.84 |

28

LOAN FEEDBACK TNC 788 WAS PRODUCED

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP401111112854

9t711:0Z hUZ09

640 902 730 MS          1358#os
651 219 098 MS               903 245 258 4L
670 #24# 316/ MS
W6117 260 #1

I don't understand your position. This
sounds exactly what you did when
you convinced us to borrow on my
husbands policy + insure myself.

Dorothy Fantishi

MP4011112855

Metropolitan Life Insurance Company
P.O. Box 829, New York, NY 10159-0829

**MetLife**

MP401112856

Raymond R Fantaski
1514 Grant St
Braddock, PA  15104

06/19/95

Dear Mr. Fantaski

For more than 126 years, we at MetLife have sought to ensure that our customers understand just
how valuable their insurance protection is.

Indeed, in helping provide financial security to more than 40 million people worldwide, we
believe that the more informed our policyholders are, the better they'll understand, and the more
they'll appreciate, their MetLife policies.

It's for this reason that I am pleased to send you the enclosed booklet called, **"Evaluating Life
Insurance Policy Replacement — Helping You Make Sense of It All$^{SM}$ ."**

As you may know, policy replacement or "trading in" one policy for another is a growing concern
among today's insurance-buying public. Although there may be an occasion when it makes sense,
it is usually not a good idea to replace your current life insurance policy.

The enclosed guide is an objective and impartial look at policy replacement. You'll want to
familiarize yourself with the contents of the guide and keep it with your policy.  There may be a
time when you'll need to refer to it.

Of course, the best source for answers to any questions you may have about your policy is a
MetLife representative. He or she can help you evaluate your circumstances and needs, and
advise you accordingly. Don't hesitate to contact your MetLife rep or call 1-800-MET-5000 for
more information.

Your MetLife policy is a valuable asset that provides financial security for you and your loved
ones. I hope you'll find the enclosed guide helpful should you ever consider replacement.

Sincerely

Ted Athanassiades
President and Chief Operating Officer

P.S.   If this letter has been forwarded to you with a yellow label from the Post Office, please call
       1-800-MET-5000 to change your address on our records.

#626WA117RW260CK

9503JQZ (exp1295) MLIC-LD



DOROTHY FANTASKI
1514 GRANT AVENUE
N. BRADDOCK, PA 15104

Gradlife
PO Box 829
New York NY 10159-0829

MP401112857

MP401112858

## MICROFILM

CASE REFERENCE # _95  264  041  507_

POLICY ___903  245  258 UL___

APPLICATION FILE:

PAGE 3:

NAME _Dorothy E. Pantaski_
PLAN APPLIED FOR _FPL    option  A_
AMOUNT APPLIED _50,000_

3/3/95

PAGE 5:

REPLACEMENT QUESTION (Y,N) _NO_

PAGE 13:

INFORCE INSURANCE _1,000   20PL   1960_

PAGE 14:

#4A - REPLACEMENT (Y,N) _NO_
#4B - REPLACEMENT (Y,N) _NO_
FORMS ATTACHED (Y,N,N/A) _not required_

AMENDMENT FORM? _____

COMMENTS: _Proceeds from pol. 626 117 260 A1_
_Transferred to 903 245 258 UL_

Service Ctr.

ATTACHMENTS:

2 1995

CONSUMER RELATIONS.

**CONFIDENTIAL**

MP401112859

WARWICK CONSUMER RELATIONS   FAX:(401)827-3900

DATE    September 22, 1995
TO      AGENCY MGR    Samuel K. Mathews
        AGENCY        J15 Monroeville, Pa
FROM    Adele M. Richtarik
        Consumer Relations
RE      POLICIES  903 245 258 UL 670 824 386 MS 651 219 098 MS
                  640 902 730 MS 626 117 260 A1
        INSURED:  Dorothy Fantaski
        ACCOUNT REP.  Kenneth F. Kaczmarek
        CASE REF. #   95264041507
        (Please use this Reference # on any correspondence)

PLEASE LOOK INTO THE CIRCUMSTANCES SURROUNDING THE COMPLAINT
BEING FAXED UNDER SEPARATE COVER.  PLEASE PROVIDE THE
REQUESTED INFORMATION AND FAX YOUR REPLY TO MY ATTENTION AT
THE ABOVE NUMBER BY September 29, 1995.

[x] Copies of any material in the file, including sales
materials used, illustrations provided, and the policy
delivery receipt and delivery log.  Please indicate if there
was ever a request to exercise the free look provision.

[x] A detailed statement from the account representative and
anyone else involved in the canvass and the sale of the
policy.

[x] In addition, please provide any additional pertinent
information not specifically addressed.

PLEASE BE SURE TO ADDRESS ANY SPECIFIC QUESTIONS OR ISSUES
RAISED IN THE COMPLAINT, AND SUBMIT FACTS ONLY PERTAINING TO
THE CASE.  REMEMBER TO PROTECT OUR LIABILITY AND AVOID
MAKING ANY RECOMMENDATIONS OR NEGATIVE COMMENTS.  IF THE
ACCOUNT REPRESENTATIVE IS NO LONGER ACTIVE, AN ATTEMPT
SHOULD BE MADE TO OBTAIN A STATEMENT.  IF YOU ARE UNABLE TO
OBTAIN A STATEMENT, PLEASE STATE SO IN YOUR REPLY.

The information contained in the following pages is confi-
dential and intended only for the individual named above.
ANY OTHER USE, DISSEMINATION, OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED AND IS A TORTUOUS
INTERFERENCE WITH OUR CONFIDENTIAL BUSINESS RELATIONSHIPS.
If this document was sent to you in error, please notify us
immediately at the number listed above and destroy this
document.

CC     REGION 82 Pittsburgh, PA

**CONFIDENTIAL**