MP4011112860

**Attention:**    Adele Richtarik
                  MetLife

**From:**         Sam Mathews         J15 - MONROEVILLE, PA
                  Agency Manager

**Ref#:**         95 264 041 507
                  Presidential Complaint

Please be advised that Rep. 807-2 is no longer with the
company. Rep. 815-2 received 10% of the commission because he
was the rep. of record on the old policies. He was not
present at the point of sale.

Rep. 815-2 had a file in hand that showed that the client had
originally addressed her concerns on November 27, 1993 (copies
of all correspondence attached). The Branch Manager here at
the time spoke with her and responded in writing.

Please review all correspondence attached and advise.

Sincerely

Sam Mathews
Agency Manager

September 26, 1995


⟨ 8 Pages ⟩

**MetLife**                 CONFIDENTIAL

MP401112861

Ref: Presidential Complaint　　　　9-25-85
N 95 26404/507　　　　J-15-887-2 a 815.2

I Kenneth F. Kaczmarek Sr. Agency 815.2
was not on this case when it was
written or placed but I have found in my
files some information on this case the only
reason I have been involved in this at
all was the case was mine originally and
I wanted to keep the case in my file for
10% Commission. Please note Mr. Fantoski Div's
were used to place this case. And her husband
Insurance was kept in force, how the case
originally started Mrs. Fantoski wanted to get
more insurance on her husband case was
submitted to H.O on 9-23-89 App #3B36664
turned down By H.O. Due to medical reason
So another App was submitted on Mrs Fantoski
and subsequently issued, she was fully aware
of what was going on per her letter Nov 27 1993
Attached. Again the case was explained to her
on Nov 29-1993 By Branch Manager to see
attachen copy of Ltr.

Now the H.O send her a Booklet and she
starts to complain I don't understand your complaint
to me No Booklet No complaint why should
This be a Presidential complaint if the insured
Knows whats going on

Sincerly yours
Kenneth F Kaczmarek
815.2

**CONFIDENTIAL**

November 27, 1993

Dear Sir:

Your insurance salesman tried to convert my husbands policy to a different plan when this wasn't approved he worked very hard to get us to borrow from my husbands insurance and use his interest over the years to insure myself.

He said we would not have to pay the premium to keep his insurance up to date & I would be insured for 50,000 for 5 years & to call then & have it changed to 25,000 I would have to pay interest each year on whatever we borrowed. I repaid the loan.

I got a payment Due 12-24 each year & call and you tell me over the phone this is additional interest if I choose to save more money.

I want to know in writing the status of both policies.

\# 903 245 258 LL

\# 626 117 260 A I

Thank you

over

MetLife
METROPOLITAN LIFE INS. CO.
2790 MOSSIDE BLVD
MONROEVILLE PA 15146

Question?

Contact your MetLife
Representative:

☎ 412-373-3116

# NOTICE OF PAYMENT DUE

Amount Due
$    772.00

Date Due
DEC. 24, 1993

DOROTHY E FANTASKI
1514 GRANT ST
NORTH BRADDOCK   PA 15104

Policy Number
903242258 UL

Face Amt. of Insurance
$      50,000

Payment Mode
ANNUAL

| Keep this part for your records. | Name of Insured<br>DOROTHY E FANTASKI | Sales Office/Agency<br>J15 / 815 |
| | Plan<br>FLEXIBLE PREMIUM LIFE | Amount Paid, Date Paid<br>$ |

DETAILS:

PREMIUM                            $772.00

| Please refer to other side for important information. | | AMOUNT DUE | ------------<br>$772.00 |

PLEASE REFER TO THE SECTION ENTITLED 'FOR FLEXIBLE PREMIUM PLANS ONLY' ON THE BACK PAGE. THIS SECTION PERTAINS TO YOUR POLICY.

Thank you for insuring with MetLife.

HOW SECURE IS YOUR FAMILY'S FINANCIAL FUTURE?  YOUR CURRENT METLIFE PLAN IS VALUABLE, BUT DOES IT MEET ALL OF YOUR NEEDS? FOR A FREE, NO-OBLIGATION INSURANCE REVIEW, CALL YOUR METLIFE REPRESENTATIVE AT THE PHONE NUMBER ABOVE TODAY.

▲ Detach here and return this part with your payment

Sales Office/Agy.
J15/815     MetLife

| Policy No.<br>903242258 UL    S04 12 001 | Premium<br>772.00 | Div. Ded. | Loan Interest |

| Name of Insured<br>DOROTHY E FANTASKI | Date Due<br>DEC. 24, 1993 |
| | Amount Due<br>$      772.00 |
| DOROTHY E FANTASKI<br>1514 GRANT ST<br>NORTH BRADDOCK   PA 15104 | Loan Repayment<br>$ |
| | Unscheduled Payment<br>$ |
| Please make check or money order payable to MetLife<br>Mail to:<br>METROPOLITAN<br>P O BOX 1400<br>JOHNSTOWN  PA 15915-1400 | Amount Enclosed<br>$ |

MP4011112863

PENNSYLVANIA

MTFQ00000070677

~ARED FOR DORTHY FANTASKI BY KEN KACZMAREK
~AN FLEXIBLE-PREMIUM LIFE

MP401112864

| INSURED: | CLASSIFICATION<br>STANDARD NONSMOKER | AGE<br>54 | SEX<br>FEMALE | SPECIFIED FACE<br>AMOUNT: $50,000 |
|---|---|---|---|---|

DEATH BENEFIT OPTION A

MODE OF PREMIUMS:
ANNUAL

METROPOLITAN TRANSFER AMT: 4,560

| END OF POLICY YEAR | PLANNED PREM PAYABLE/ WITHDRAWAL(-) DURING YEAR | SPECIFIED FACE AMOUNT | ILLUSTRATIVE@ 8.25% SURRENDER VALUE& | DEATH BENEFIT | GUARANTEED 4.00% SURRENDER VALUE& | DEATH BENEFIT |
|---|---|---|---|---|---|---|
| 1 | 4,561 # | 50,000 | 3,673 | 50,000 | 3,531 | 50,00 |
| 2 | 0 | 50,000 | 3,808 | 50,000 | 3,310 | 50,00 |
| 3 | 0 | 50,000 | 3,991 | 50,000 | 3,107 | 50,00 |
| 4 | 0 | 50,000 | 4,172 | 50,000 | 2,869 | 50,00 |
| 5 | 0 | 50,000 | 4,347 | 50,000 | 2,596 | 50,00 |
| TOTAL | 4,561 Call to Insurance Renewal | | | | | |
| 6 | 0 | 25,000 | 4,626 | 25,000 | 2,520 | 25,00 |
| 7 | 0 | 25,000 | 4,913 | 25,000 | 2,423 | 25,00 |
| 8 | 0 | 25,000 | 5,210 | 25,000 | 2,302 | 25,00 |
| 9 | 0 | 25,000 | 5,514 | 25,000 | 2,150 | 25,00 |
| 10 | 0 | 25,000 | 5,825 | 25,000 | 1,961 | 25,00 |
| TOTAL | 4,561 | | | | | |
| AGE 65 | | | | | | |
| 12 | 0 | 25,000 | 6,142 | 25,000 | 1,730 | 25,00 |
| 13 | 0 | 25,000 | 6,460 | 25,000 | 1,449 | 25,00 |
| 14 | 0 | 25,000 | 6,782 | 25,000 | 1,116 | 25,00 |
| 15 | 0 | 25,000 | 7,109 | 25,000 | 725 | 25,00 |
| TOTAL | 0 | 25,000 | 7,491 | 25,000 | 321 | 25,00 |
| | 4,561 | | | | | |
| 16 | 0 | 25,000 | 7,827 | 25,000 | 0 | 0 |
| 17 | 0 | 25,000 | 8,108 | 25,000 | 0 | 0 |
| 18 | 0 | 25,000 | 8,385 | 25,000 | 0 | 0 |
| 19 | 0 | 25,000 | 8,650 | 25,000 | 0 | 0 |
| 20 | 0 | 25,000 | 8,898 | 25,000 | 0 | 0 |
| TOTAL | 4,561 | | | | | |
| 21 | 0 | 25,000 | 9,118 | 25,000 | 0 | 0 |
| 22 | 0 | 25,000 | 9,301 | 25,000 | 0 | 0 |
| 23 | 0 | 25,000 | 9,437 | 25,000 | 0 | 0 |
| 24 | 0 | 25,000 | 9,511 | 25,000 | 0 | 0 |
| 25 | 0 | 25,000 | 9,508 | 25,000 | 0 | 0 |
| TOTAL | 4,561 | | | | | |
| 26 | 0 | 25,000 | 9,408 | 25,000 | 0 | 0 |
| AGE 81^ | 0 | 25,000 | 9,182 | 25,000 | 0 | 0 |
| 28 | 0 | 25,000 | 8,794 | 25,000 | 0 | 0 |
| 29 | 0 | 25,000 | 8,197 | 25,000 | 0 | 0 |
| 30 | 0 | 25,000 | 7,334 | 25,000 | 0 | 0 |
| TOTAL | 4,561 | | | | | |
| 31 | 0 | 25,000 | 6,124 | 25,000 | 0 | 0 |
| 32 | 0 | 25,000 | 4,458 | 25,000 | 0 | 0 |
| 33 | 0 | 25,000 | 2,189 | 25,000 | 0 | 0 |
| 34 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL | 4,561 | | | | | |



2790 Mosside Boulevard. Suite 306, Monroeville, PA 15146
Tel 412 373-7362
Res 412 221-2390

**Michael F. Bashur, CLU, ChFC**
Branch Manager

Registered Representative
29 Years of Service
Member, N.A.L.U.
Management Leaders Conference
13 Times Qualified
National Management Award

**🜋 MetLife®**

MP4011112865

Mr. and Mrs. Raymond R. Fantaski
1514 Grant St.
N. Braddock, PA   15104

Re:  Policy No. 626 117 260 A1 and 903 245 258 UL

Dear Mr. and Mrs. Fantaski:

Per your request of 11-27-93 letter, the current statuses of the
above policies are as follows:

| Policy No. | Issue Date | Amount | Insured | Premium | How Paid | Values |
|---|---|---|---|---|---|---|
| 626117260 A1 | 1-26-62 | 5,000 | Raymond | 136.90/yr | By Divs. | |
| 903245258 UL | 12-23-90 | 50,000 | Dorothy | 4561/Single (at issue) | | 4,304.55 |
| | | | | (No additional deposits planned) | | |

*To be reduced to $25,000 after 5th year

The annual statement received on policy no. 903 245 258 UL reflects the
current year's interest earnings, insurance, costs, and accumulation fund
values.  Thus, you have a statement of values every year on this account.
(copy attached).

On policy no. 626 117 260 A1, you can call this office once a year to get
update as to values and death benefit.  (Copy of this year attached).

Yours truly,

*Mike Bashur*

Michael F. Bashur, CLU, ChFC
Branch Manager

November 29, 1993

MFB/kar

Life, health, annuities, variable life insurance and variable annuities offered through Metropolitan Life Insurance Company

MP401111286



POLICY NUMBER

PAGE 2

ACTIVITY FOR POLICY YEAR ENDING ON DECEMBER 23, 1992

| TRANSACTION | GROSS AMOUNT | EFFECTIVE DATE | EXPENSE CHARGES | INSURANCE CHARGE & COI/RIDER CHARGES | INTEREST CREDITED | ENDING ACCUM. FUND |
|---|---|---|---|---|---|---|
| PREMIUM BALANCE | | | | | | 4,219.52 |
| MONTHLY SUMMARY | | 12/24/91 | 4.00 | 11.05 | | 4,188.14 |
| MONTHLY SUMMARY | | 01/24/92 | 4.00 | 11.09 | 23.48 | 4,205.14 |
| MONTHLY SUMMARY | | 02/24/92 | 4.00 | 11.04 | 22.40 | 4,213.72 |
| MONTHLY SUMMARY | | 03/24/92 | 4.00 | 11.05 | 21.33 | 4,210.67 |
| MONTHLY SUMMARY | | 04/24/92 | 4.00 | 11.08 | 13.96 | 4,226.34 |
| MONTHLY SUMMARY | | 05/24/92 | 4.00 | 11.39 | 23.84 | 4,230.38 |
| MONTHLY SUMMARY | | 06/24/92 | 4.00 | 11.82 | 23.96 | 4,242.30 |
| MONTHLY SUMMARY | | 07/24/92 | 4.00 | 11.83 | 23.84 | 4,255.91 |
| MONTHLY SUMMARY | | 08/24/92 | 4.00 | 11.83 | 23.73 | 4,256.04 |
| MONTHLY SUMMARY | | 09/24/92 | 4.00 | 11.83 | 23.61 | 4,267.23 |
| MONTHLY SUMMARY | | 10/24/92 | 4.00 | 11.82 | 23.08 | 4,274.70 |
| MONTHLY SUMMARY | | 11/24/92 | 4.00 | 11.41 | 22.82 | 4,282.61 |

INTEREST CREDITED FROM 11/24/92 TO 12/23/92          21.84

TOTALS
PAYMENT       0.00       46.00       134.28       277.18       4,364.96
PART. SUM     0.00

TOTAL INTEREST CREDITED DURING THE POLICY YEAR CONSISTING OF A GUARANTEED AMOUNT OF 134.18 AND AN EXCESS AMOUNT OF 136.79

--- CONTINUED ON NEXT PAGE ---

---

DISTRICT J15 /815

PAGE 1

COUNTY ( INSURED)
1514 GRANT ST
NORTH BRADDOCK, PA 15104

------------ POLICY SPECIFICATIONS ------------

INSURED   : INDUSTRY ( INSURED)
ISSUE AGE : 54          SOC. SEC. NUMBER : 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
STATUS    : ACTIVE      DATE OF POLICY   : DECEMBER 24, 1990
PLAN      : FLEXIBLE PREMIUM LIFE       ISSUE STATE : 31464
                        RISK BENEFIT TYPE :
                        PLAN TYPE :

------------ POLICY VALUES ------------

                        ENDING VALUES
                        DECEMBER 24, 1991   DECEMBER 23, 1992
BEGINNING VALUES        10,000.00           10,000.00
SPECIFIED FACE AMOUNT   4,219.52            4,364.96
ACCUMULATION FUND       3,148.62            3,854.89
GUARANTEED CASH VALUE   10,000.00           10,000.00
DEATH BENEFIT
MATURITY/SURRENDER PENALTY AT   765.00 EFFECTIVE DURING PAST POLICY YEAR

THANKS FOR PLACING YOUR CONFIDENCE
IN THE MET LIFE FAMILY OF PRODUCTS.

WITH YOUR UNIVERSAL LIFE POLICY YOU GET:
  • VALUABLE INSURANCE PROTECTION
  • COMPETITIVE INTEREST RATES
  • TAX-DEFERRED CASH ACCUMULATION
  • FLEXIBILITY

YOU CAN USE THIS FLEXIBILITY TO INCREASE YOUR
INSURANCE COVERAGE-- APPLY WITHIN THE LIMIT.
YOUR AGENT WILL BE HAPPY TO ANSWER YOUR QUESTIONS
REGARDING COMPETITIVE RATES.

CONTACT YOUR MET REPRESENTATIVE TODAY.
GET MET. IT PAYS!

MP4011112867

```
                           QUICK QUOTE SUMMARY        (CASH)
POLICY NO 626117260 A1                                STATUS    INFORCE
  INSURED RAYMOND R FANTASKI                           INFORCE  DIST/AGY    J15-815
  OWNER INSURED                                        PLAN     END 65
  ADDRESS 1514 GRANT ST
          N BRADDOCK PA 15104


AI BALANCE                     291.02    AS OF DATE         12-02-93
ACCOUNT CODE            PREM PAYING      DIVIDEND               0.00
AMOUNT OF INSURANCE        5000.00       CASH VALUE         3533.94
ISSUE DATE              01-26-62         DWI BALANCE            0.00
YR DIV CR                        93      CASH VAL AI         243.02
ANN DIV (PREM)              209.20       CV PUAR                0.00
SOCIAL SECURITY NO      202266887        EXIST LOAN             0.00    INT RATE     05.000 %
PREMIUM PD TO DATE      01-26-94         LOAN INT DUE           0.00    INT-FROM     00-00-00
AGE AT ISSUE            25               GOVT ALLT ADJ        +0.00    INT-TO       00-00-00
ANNUAL PREMIUM             136.90        PREMIUM REF            0.00       DEATH BENEFIT
NET GAIN AMT              2220.65        NET AMT AVL        3776.96       AS OF 11-29-93
                        SAFE HARBOR                                         5291.02


SELECT SCRN    1=POL 2=VAL 3=PAY 4=NOTE      7=LTR              N=NEXT R=RECON
```

**CONFIDENTIAL**

MP401112868

November 9, 1995

Ms Dorothy Fantaski
1514 Grant St
Braddock PA   15104-3057

Reference: 95264041507
Policies:   903 245 258 UL
            670 824 386 MS
            651 219 098 MS
            640 902 730 MS
            626 117 260 A1

Dear Ms. Fantaski

Please accept my apology for the delay in answering your
correspondence addressed to the President of Metropolitan.

After looking into the matter you raised, we are offering
you the opportunity to rescind Policy # 903 245 258 UL from
issue.  In exchange for the effective release of
Metropolitan from further liability under Policy #
903 245 258 UL, we will recall $4,560.23, representing all
monies applied to this policy.  Once this has been recalled,
Policy # 903 245 258 UL will be canceled.  This money can be
totally refunded to you, or used to restore the dividends
for Policy 626 117 260 A1 ($3,060.23) and refund the balance
of $1,500.

Please sign the enclosed Release Form and return it along
with your policy to my attention.  A postage-paid return
envelope is enclosed for your convenience in responding.
When the policy and signed Release Form are received, we
will process the adjustments.  In your response, please
state if you would like the refund for $4,560.23 or if we
should restore dividends and refund $1,500.

| POLICY NUMBER | PREMIUM | MODE OF PAYMENT | PAID TO DATE |
|---|---|---|---|
| 626117260A1 | $136.90 | Annually | 1-26-96 |
| 640902730MS | $2.44 | Monthly | Fully paid up |
| 651219098MS | $2.51 | Monthly | Fully paid up |
| 670824386MS | $2.51 | Monthly | Fully paid up |

We are sorry for any difficulty caused and hope this
settlement resolves the matter to your satisfaction.

Sincerely


Adele M. Richtarik
Consumer Relations

Encl:  Release Form - Warwick

MP401112869

RELEASE

REFERENCE #:         95264041507

POLICY #:            903 245 258 UL

NAME OF INSURED:     Dorothy E. Fantaski

AMOUNT PAID:         $ 4,560.23


IN CONSIDERATION OF THE PAYMENT OF THE AMOUNT
STATED ABOVE, I, THE UNDERSIGNED, FOREVER RELEASE
METROPOLITAN LIFE FROM ANY OBLIGATION WHATSOEVER
UNDER SAID POLICY AND RELEASE SAID COMPANY AND ITS
REPRESENTATIVES FROM ANY OTHER CLAIMS OR ACTIONS
ARISING OUT OF THE SOLICITATION AND SALE OF SAID
POLICY.


DATED AT _____ ON THIS _____ DAY OF _____ 19___



_____        _____
OWNER                       WITNESS


OFFICE OF CONSUMER RELATIONS
WARWICK CUSTOMER SERVICE CENTER



_____ POLICY ENCLOSED    _____ POLICY LOST

MP401111112870

P.O. BOX 1400
JOHNSTOWN, PA    15915

 **Metropolitan Life**
AND AFFILIATED COMPANIES

MP4011112871



Re:   Policy Number    89███████UL

ANNUAL
Scheduled Premium:        $300.00          District/Branch:    J15
Loan Interest Due:          $0.00          Telephone:         412-373-3116
Total Payment to                           Sales Agency:      815
Retain Coverage:          $250.00          Insured:    ████████████████ R

Plan:    FLEXIBLE PREMIUM LIFE

Dear    ████████████████

When you bought the above life insurance policy from Metropolitan, you made an important financial decision. You chose a plan that provides valuable insurance protection at low cost, offers a highly competitive rate of return on its cash accumulation and allows maximum flexibility in the scheduling and amount of premium payments.

Unfortunately, the cash value of your policy at the present time is insufficient to cover the current monthly deduction. Unless the "total payment to retain coverage" amount shown above is received by  01/06/93  ,your **valuable coverage under this policy will terminate on that date without any cash value.** Any outstanding loan indebtedness will also be cancelled at that time.

The life insurance policy you've chosen meets a wide range of needs and should be a key part of your financial plan. That's why it's so important that you send your payment today to the address indicated in the upper left-hand corner of this letter to continue your protection and to build the cash value of your policy. In addition, to avoid possible future lapses, it is recommended that, you resume the "schedule premium" arrangement indicated above. If you have already sent us your payment, please disregard this letter.

At Metropolitan, we value your business and are always happy to be of service. If you have any questions about your policy or any aspect of your insurance coverage, please contact your Met Life Representative at the telephone number listed above.

Sincerely                              **REDACTED CONFIDENTIAL**
                                       **POL INFO**


REINSTATEMENT UNIT
FINANCIAL & ELECTRONIC SERVICES           **CONFIDENTIAL**

NOVEMBER 06, 1992
DAAA09.FRM (6/91)



**✿MetLife®**

METROPOLITAN INS. AND ANNUITY CO.
2790 MOSSIDE BLVD
MONROEVILLE PA 15146

Questions?

Contact your MetLife Representative:

☎ 412-373-3116

## NOTICE OF PAYMENT DUE

| | |
|---|---|
| Amount Due | $ 300.00 |
| Date Due | APR. 6, 1992 |
| Policy Number | 8 9▮▮▮▮ UL |
| Face Amt. of Insurance | $ 50,000 |
| Payment Mode | ANNUAL |

Keep this part for your records.

Name of Insured

Sales Office/Agency
J15 / 815

Plan
FLEXIBLE PREMIUM LIFE

Amount Paid, Date Paid
$

Please refer to other side for important information.

DETAILS:

PREMIUM                 $300.00

AMOUNT DUE              $300.00

Thank you for insuring with MetLife.

PLEASE REFER TO THE SECTION ENTITLED 'FOR FLEXIBLE PREMIUM PLANS ONLY' ON THE BACK PAGE. THIS SECTION PERTAINS TO YOUR POLICY.

HOW SECURE IS YOUR FAMILY'S FINANCIAL FUTURE?  YOUR CURRENT METLIFE PLAN IS VALUABLE, BUT DOES IT MEET ALL OF YOUR NEEDS? FOR A FREE INSURANCE REVIEW, WITH ABSOLUTELY NO OBLIGATION, CONTACT YOUR METLIFE REPRESENTATIVE AT THE TELEPHONE NUMBER



MP4011112872

REDACTED CONFIDENTIAL
POL INFO


CONFIDENTIAL



NO POSTAGE
NECESSARY IF
MAILED IN THE
UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL—PERMIT NO. 6226—NEW YORK, NY

POSTAGE WILL BE PAID BY ADDRESSEE

CONSUMER RELATIONS
METLIFE
PO BOX 300
WARWICK  RI   02887-9985

Please Include Full Policy Number
and Suffix On All Correspondence



REDACTED CONFIDENTIAL
POL INFO

CONFIDENTIAL

MP401112874

WARWICK CONSUMER RELATIONS   FAX:(401)827-3900

DATE    July 10, 1995
TO      AGENCY MGR     Samuel Mathews
        AGENCY         Monroeville, PA
FROM    Warwick, RI
        Consumer Relations
RE      POLICY         89█████████UL  79█████████ A ████████
        ████████
        ACCOUNT REP.   Kenneth Kaczmarek
        CASE REF. #    95188037912
        (Please use this Reference # on any correspondence)

PLEASE LOOK INTO THE CIRCUMSTANCES SURROUNDING THE COMPLAINT
BEING FAXED UNDER SEPARATE COVER.  PLEASE PROVIDE THE
REQUESTED INFORMATION AND FAX YOUR REPLY TO WARWICK CONSUMER
RELATIONS AT THE ABOVE NUMBER BY July 17, 1995.

[x] Copies of any material in the file, including sales
materials used, illustrations provided, and the policy
delivery receipt and delivery log.  Please indicate if there
was ever a request to exercise the free look provision.

[x] A detailed statement from the account representative and
anyone else involved in the canvass and the sale of the
policy.

[x] In addition, please provide any additional pertinent
information not specifically addressed.

[] Other

PLEASE BE SURE TO ADDRESS ANY SPECIFIC QUESTIONS OR ISSUES
RAISED IN THE COMPLAINT, AND SUBMIT FACTS ONLY PERTAINING TO
THE CASE.  REMEMBER TO PROTECT OUR LIABILITY AND AVOID
MAKING ANY RECOMMENDATIONS OR NEGATIVE COMMENTS.  IF THE
ACCOUNT REPRESENTATIVE IS NO LONGER ACTIVE, AN ATTEMPT
SHOULD BE MADE TO OBTAIN A STATEMENT.  IF YOU ARE UNABLE TO
OBTAIN A STATEMENT, PLEASE STATE SO IN YOUR REPLY.

The information contained in the following pages is confi-
dential and intended only for the individual named above.
ANY OTHER USE, DISSEMINATION, OR COPYING OF THIS
COMMUNICATION IS STRICTLY PROHIBITED AND IS A TORTUOUS
INTERFERENCE WITH OUR CONFIDENTIAL BUSINESS RELATIONSHIPS.
If this document was sent to you in error, please notify us
immediately at the number listed above and destroy this
document.

CC     REGION R82 Pittsburgh, PA       **REDACTED CONFIDENTIAL
                                        POL INFO**


                                        **CONFIDENTIAL**

MP4011112875

July 10, 1995



Reference: 95188037912
Policy:      89███████UL
             79███████A

Dear ███████
We are looking into the matter you raised and should be in
contact with you shortly.  Your inquiry has been assigned
Reference # 95188037912.  Please use this number in any
communication with us concerning your inquiry.

Sincerely


Lynn Koziol
sp


**REDACTED CONFIDENTIAL
POL INFO**


**CONFIDENTIAL**

```
 ─NBPAF                          NOTICE RECORDS
100007912       POLICY NO  89[REDACTED]   SUFF  UL 1  BR  *  SUR[REDACTED]

  CROLE DATE          ACTIVITY       INTERROGATOR/SUB-CODE   MICRO DATE   REF NO
  04 22 94       CV TRANSFER         PENNA                   04 22 94    22173
  12 04 92       CV TRANSFER         PENNA                   12 04 92    18942
  03 23 92       CV TRANSFER         PENNA                   03 23 92    04098
  04 05 91       CV TRANSFER         PENNA                   04 05 91    37437
  04 05 90       UL & UM T23296      PENNA                   04 05 90    19448
  04 05 90       CHANGE OF MODE      PENNA                   04 05 90    19448
  04 02 90       CV TRANSFER         PENNA                   04 02 90    00588
  10 13 89       CV TRANSFER         PENNA                   10 13 89    21017
  04 13 89       CV TRANSFER         PENNA                   04 13 89    12845
  04 05 89       APPLICATION FILE    PENNA                   04 05 89    51643
```

```
  TRANS-CODE/SUB-CODE              MICRO DATE              MICRO NUMBER
                          BENEFICIARY DATA ON FILE         POLICY NOTES
```

RECORD NOT FOUND ON NBPMF - NO OTHER DATA AVAILABLE  - HIT ENTER TO CONTINUE

**REDACTED CONFIDENTIAL
POL INFO**

**CONFIDENTIAL**

MetLife Customer Service Ctr.
Warwick, RI

JUL 11 1995

GAIL MOREAU
BRANCH DEPOSITS - POST ISSUE

MetLife Customer Service Ctr.
Warwick, RI

JUL 10 1995

PAULA GAROFANO
CONSUMER RELATIONS

MP401112876



12.
Non-Medical
Data

For any Yes answers to Items (u.) through (I.), give details below.
Has any person proposed for insurance:

(a.) Ever had an application for Life or Health Insurance declined, postponed, rated, modified or required an extra premium?

(b.) Any other application for Life or Health Insurance now pending or planned in this or any other company?

(c.) Intentions in connection with the policy applied for to borrow against, surrender or discontinue existing insurance or annuities (including Group) in force with this or any other insurer?

(d) Had a driving licence suspended or revoked in the last 3 years; or ever been convicted of driving while impaired or intoxicated?

(e.) Been outside the U.S. or Canada in the past 2 years, or intend to be in the next 12 months?

(f.) Ever used heroin, cocaine, barbiturates or other drugs, except as prescribed by a physician or other licensed practitioner; or received treatment or advice from a physician or other practitioner regarding the use of alcohol, or the use of drugs except for medical purposes; or received treatment or advice from an organization which assists those who have an alcohol or drug problem?

(g.) Flown as a pilot, student pilot, crew member or passenger (except on a scheduled airline) in the last 2 years or intend to do so in the next 12 months? If Yes, complete the Aviation Questionnaire.

(h.) Engaged in, or plan to engage in Automotive, Motorcycle or Power Boat Sports; Bobsledding; Ballooning; Scuba or Sky Diving; Hang Gliding (including Slope Soaring, Para-kiting, etc.); Mountain Climbing; Parachuting; Snowmobile Racing or any other hazardous sport or hobby? If Yes, complete the Avocation Questionnaire.

Details
for No

Driver's
License
Data

In ALL cases, give name, driver's license number and state of Issue for each person to be insured.

D36 K-16

MP401112877

2239577 -5

REDACTED CONFIDENTIAL
POL INFO                    CONFIDENTIAL



REDACTED CONFIDENTIAL
POL INFO                        CONFIDENTIAL

SUPPLEMENTARY INFORMATION

2239577-**13**

MP401112879

Show all companies including Group, U.S. Government, Fraternals, etc., for all persons to be insured

| | | | | Year of Issue | Check? (if Bus) |
|---|---|---|---|---|---|
| **1.** Details of Total Life Insurance In Force | Name | only policy number | Amount | Plan | |
| | 3 9 0 4 | 1 6 5 | 1 0000 | WL | 78 |
| | SBA 78 | | | | |

Total Accidental Death Benefit in force on each person - give names and amounts and indicate whether business or personal.

**2.** Financial Information

Statement of Proposed Insured [ ] Sales Representative's estimate

Income from Other Sources

Proposed Insured — Annual Earned Income

Spouse or Applicant for AWB

18,900

Amount / Source

Personal Net Worth - complete for insurance amounts of $100,000 or more

Premiums will be paid by [ ] Proposed Insured [ ] Other - Name

Relationship to Proposed Insured

Estimated annual income of premium payer

**3.** Business Addresses

Print Proposed Insured's present and previous Business addresses.

| | Employer | Street and Number | City or Town Zip Code | State and Zip | From | To |
|---|---|---|---|---|---|---|
| Proposed Insured | Self Employed | | | | | |
| Spouse or Applicant for AWB | | | | | | |

**4.** Residence Addresses

Print Proposed Insured's present and previous Residence Addresses.

| | Street and Number or R.D. stage routes Apt. No. or Box | City or Town distance area and name of trading town and nearest post office | State and Zip Code | From | To |
|---|---|---|---|---|---|
| Proposed Insured | | | | | |
| Spouse or Applicant for AWB | | | | | |

**5.** Previous Name

Give previous name for any change of name within last 5 years (apply to any person to be insured)

**6.** Telephone Numbers

Proposed Insured

Spouse or Applicant for AWB

036K-16-SI

REDACTED CONFIDENTIAL        CONFIDENTIAL
POL INFO

MP401112880

SALES REPRESENTATIVE'S REPORT

2239577 -14

The following information will be used in the evaluation of the application.

Note: When case is Nonmedical and Sales Representative is related to any person to be insured or is not authorized to write Nonmedical, Branch District Management must (1) verify the answers to Part A and (2) complete and sign this report.

**1. General Information**

Amended Premium (Annual) Mode: 

Target Premium for Universal Life (others): $928^{00}$

Production Credit: $464^{00}$

Is Mode Premium: $464.00$

(b) If in cases where the annualized premium is more than $10,000 and the amount or premium option is not elected, Form 15243 must be completed and submitted with the application in these cases clerk (d) box below.

☐ Form 15243 completed and attached to application.

(c) For split commission cases involving two representatives, provide the information requested below, indicating the percentage of commission applicable to each. If more than two representatives are involved, complete Form 25241.

| | Print Name | Signature | Br/Dist | Agency/Index | Percent |
|---|---|---|---|---|---|
| 1st Rep | | | | | % |
| 2nd Rep | | | | | % |

(d) Was a Preliminary Sales Presentation of this card in connection with this sale?  Yes ☒  No ☐

(e) For the first time Card a person authorized?  Yes ☐  No ☒

(f) Have you given your client our Consumer Privacy Notice?  Yes ☒  No ☐

**2. If Medical Examination or Evaluation is Required**

(a) Type: Paramedical

(b) Place: Place of Business ☐    Office ☐    Residence ☐    Paramedical Facility ☐

(c) Appointment Date:

**3. Relationship to Proposed Insured(s)**

(a) ☐ Relative by blood or marriage (Relation)?

(b) Known: ☐ Not  ☐ Slightly  for 30 years through  ☐ Business contacts  ☐ Business dealings  ☐ Society    ☐ Not known previously

**4. Replacement**

(a) Is this a replacement?  Yes ☐  No ☒  If Yes, have you completed replacement forms?  Yes ☐  No ☒  Not required ☐

(b) Is any part of the first premium to be paid by loan, cash value, or change elsewhere on the insurance in force in this or any other company?  Yes ☐  No ☒  If Yes, give details on page 2.

**5. Certification and Signatures**

(a) Did you see all of those to be insured on the date the application was written?  Yes ☒  No ☐  If No, indicate on page 2 who was not seen and why. Give address, if other than that of principal Proposed Insured.

(b) Each question was asked of the persons to be insured and answered as recorded. All answers are correct to the best of my knowledge and belief.

Date: $3.28.89$    Signature and Title: A. K. Fogmark, St.

(c) To Be Completed by Sales Representative Where Required by State Law.

I certify that any required written disclosure statement was given to the applicant no later than the date this application was signed.

Date: $3.28.89$    Signature: A. K. Fogmark

**To be Completed by Branch Manager or District Sales Manager**

**1. Additional Policy**

(a) Do you request issue of an additional cover policy?  Yes ☐  No ☒  If Yes, complete (a) and (b) below.

(b) Amount $ _____    Plan _____    Optional Benefits _____

Note: The total amount requested will given the method and in consumer requirements (which may differ from the requirements for the amount requested on Part A).

(c) Modal Premium $ _____    Annualized Premium $ _____    Production Credit $ _____
*For U.L. products, Annual Mode Target Premium.

**2. Review**

Have you personally reviewed this application and the Persistency Rules, if required?  Yes ☐  No ☒

**3. Signature**

Has the Sales Representative's Report been completed by Branch/District Management?  Yes ☐  No ☒

Date: $3.30.89$    Signature and Title: Joseph White, B.M.

Submitting Br., Name and State: G. 15 Milwaukee No. 9

036K-10-SRR

Dist Office Br., Name and State (if Policy is to be sold there): _____

Agency Index Now: 85-2    Full Name of Sales Representative (Print Plainly): Fogmark J

CONFIDENTIAL

Metropolitan Life Insurance Company
2790 Monville Blvd., Monroeville, PA 15146
(412) 373-3114

**Metropolitan Life**
AND AFFILIATED COMPANIES

MP401112881

## COVER PAGE

July 13, 1995
(Date)

**TO:** Consumer Relations

**FROM:** Sam Mathews, Agency Manager
J15 - MONROEVILLE, PA

**NUMBER OF PAGES:** 4

The information contained in the following pages is
CONFIDENTIAL and intended only for the individual
named above. ANY OTHER USE, DISSEMINATION, OR
COPYING OF THIS COMMUNICATION IS STRICTLY
PROHIBITED AND IS A TORTIOUS INTERFERENCE WITH
OUR CONFIDENTIAL BUSINESS RELATIONSHIPS. If this
document was erroneously sent to you, please notify
us immediately at the number listed below and then
destroy this document.

CASE REF. # 951 880 37912    FAX # (412) 373-2325

ATTACHED PLEASE FIND MY REP'S RESPONSE
TO THIS COMPLAINT

**CONFIDENTIAL**

# 9518803791 2

IN Regards To ▮▮▮▮▮ complaint
On ▮▮▮▮ # 89▮▮▮ UL AND #78▮▮▮▮ A
IS Just A lot oF Hot AiR , He NeveR
HAD ANy PRoBlems with EiTher Policies oR
ANy PRoBlems when He wANTED To make
LOAN'S oN His INSURANCE UNTIL AN
ATTORNEY goT INVOlVED IN BUIldiNg A Class
ACTiON SuiT Here IN The PiTTSBURgh AREA.

The ATToRNey SolD To Him ThAT
He would NoT Be PART oF The SuiT BUT
ThAT He sHoulE TRy AND geT All oF
His moNy He PuT INTo the UL BecAuse
iS wAS NoT A goOD PoliCy FoR Him.
▮▮▮▮▮▮▮▮ CallED me IN The FAll
oR eARly wiNTeR of 93 + 94 AND I EXplAiNED
To Them ThAT All oF The muNy TAKEN oUT
oF #78▮▮▮▮ A DID NoT go INTo
# 89▮▮▮▮ UL (AuTo) IN 1983 moNies
wAs TakeN ouT To FuND A TRiP To
EuRope FoR ThERe SoN To CompleTe IN A
RuNNiNg RAce ThEN IN 1986 ADDiTioNAL
moNies wAS TaKeN To SupporT ▮▮▮▮▮▮
▮▮▮▮ AND ThERe SoN BecAuse ThERe Home
BuRNED DowN IN The HomesTeAD AREA oF PgH
AND ThERe wAS iNsufficieNt INSURANCE Also AT
The SAme TiMe ThERe SoN wAS INVoIVED
IN A SeRioUs CAR ACCiDeNT ThAT
Also TooK His liFe , So This ADDiTioNAL

**REDACTED CONFIDENTIAL
POL INFO**

**CONFIDENTIAL**

(2)

Loan was used to bring # 79████A up to date so that additional monies could be had to put food, pay the rent on a 1 bedroom apartment for ████ and that son nothing was being paid on the loan on the interest. In 1989 things had started to improve with the ████ and is was discussed and agree that ████ needed more like insurance, but they didn't want to pay to much more for the additional coverage, so it was mutually agree to use some of the monies out of # 79████A to pay # 89████UL for a period of time depending on the cash value of # 79████A now because there is not enough monies to continue funding # 89████UL they start to complain, the original idea was to keep # 79████A to age 65 along with # 89████UL then reduce # 89████UL to $25,000 and cash surrender for whatever value would be in # 79████UL.

As you are aware each time a payment came due on # 89████UL, ████ would use # 79████A and a receipt was issued showing either a loan or divis was used to pay prem's and the original was mailed back to him as per his photo copy attach, Also each year he got a statement explaining what

**REDACTED CONFIDENTIAL**
**POL INFO**

**CONFIDENTIAL**

(5)

The Value of N 89██████UL WAS
As of April 5 of Each Year, AND IF
The Contract was Not Paid, His Contract
would END AT some Point in Time, AND
IF He kept Paying His Contract would
Continue To some Point Intime.

I Do Not UNDERSTAND His Statement
He (DID NOT HAVE TO WORRY) This is TRUE As
Long As There was Sufficent Monies To Continue
To Pay For # 89██████L But They Knew
Some Day They would Have To start Paying
On N89████ UL Them Selfs Because #
79███████ was going To Run out off
Cash Value.

Sincerly Your
_[signature]_
7-11-95

REDACTED CONFIDENTIAL
POL INFO


CONFIDENTIAL

MP401112884





MP4011112885

------NOTES------
CHECK PAYABLE TO METROPOLITAN
LOAN FACTS NOT REQUESTED

PHO N. CENTRAL    CLERK VZ4    ENTRY-DATE  04 10 89    REG-DATE 05/12/90
                                                       ST VB SU AC VL PV
POLICY#                    SURNAME         DEPT H:   H

                         --POLICY-DATA--
ACCT-CODE          PREM PAYING      DI-RATE              0.0
PREM-BILL-CODE     NORMAL           FIR-LT-TERM-YR
POLICY-STATUS      INFORCE          DA-DV            YES
PREM-PD-TO-DT      03/17/89         AMT-1YT
PLAN               1000             A1-CURR-DIV               $265.93
PLAN-DESIGNATION NL      $10000.00  TOT-DIV-APP-TO-A1         $337.30
AMT-OF-INS                          TOT-DIV-APP-TO-DNI
NF-AMT                              ACC-INT-DNI
STATE-CODE         38               DIV-NOW-USED.   AI
ISSUE-DATE         03/17/79         DIV-TRANS-DT   02/10/89
BILL-DATE          03/17.           YR-DIV-CR        89
NF-OPTION          CI               DIV-OPT 2   REQ-DIV-OPT
CV-A1-RATE-YR      74               SOC-SEC-NO
AGE                39               NONE            H.
ATTAINED-AGE

                    --VALUATION-DATA--                AMT-ADVANCED
AS-OF-DATE         04/13/89    DNI-AMT.       $361.40  DNI-WIND-AMT:
AMT-OF-A1               $709.04 CV-OF-A1      $361.40   FEDERAL
DNI-TAX-INT                                            PREM-APPLIED
NONE               M.          AMT-AVAILABLE  $361.40
PREM-PAYABLE               $24.90
FG   PREM                                              LOAN-INT-APLD
NO-OF-PREMS                                            LOAN-PRIN-APLD
9173                                                   REQUESTED-AMT   FULL
EXIST-LOAN                                             CHECK-AMT              $361.40
LOAN-INT-DUC
DISC-CV                                                REMAINING-AMT
ANNIV-DIV               $135.00
                    --PAYEE-DATA--                     INF-DIST/AGY    J15/815
                                                       SUB-DIST/AGY    2500/999
INSURED                                                DISP C          FOREIGN
PREM-PAYER      INSURED                                                MESSAGE
OWNER                                                                  SENE
ASSIGNEE
REQUESTOR/ADDR
PAYEE-1-2  MET INSURANCE AND ANNUITY COMPANY                          REMARKS
           3-4
           MAILING-ADDRESS
CONNIE TROVATO APPLY 361.40               FILE-ADDRESS
TO 89          UL SIGNED 4/7/89
DO J15 KC

                    --PAYMENT HISTORY--
                         DATE        CHECK-NO           DIST/RND
MA-AMT-PD    NONE                                       DIST/RND  D
CKS-AMT-PD         $361.40 DATE  04/12/89  CHECK-NO  32025978
SUPP-DETAILS                                            DIST/RND
REDRAWN-AMT NONE    DATE         CHECK-NO              DIST/RND

CLERK-ID V24 V03       VAL-IND      FEEDBACK-CODES 38
                       PAYEE-IND    AUDIT-REG-DT  04/12/89

ENTRY RESTRICT   WAIT FOR REQUEST FORM
ZERO AMOUNT AVAILABLE
NON-ZERO BALANCE-RECHECK FIGURES
LOAN FACTS NOT REQUESTED

PHO N. CENTRAL    CLERK VSA    ENTRY-DATE  07 18 89    REG-DATE 05/12/90
REVEMLYPA                                              ST VB SU AC VL PV
POLICY# JY          NS   SURNAME         DEPT H   H E        C  H

                         --POLICY DATA--
ACCT-CODE          PREM PAYING      DI-RATE              1.0
PREM-BILL-CODE     NORMAL           FIR-LT TERM-YR
POLICY-STATUS      INFORCE          DA-DV            YES
PREM-PD-TO-DT      09/16/89         AMT-1YT
PLAN               1655             A1-CURR-DIV               $47.60
PLAN-DESIGNATION LIFE 84  $1064.00  TOT-DIV-APP-TO-A1         $120.04
AMT-OF-INS                          ACC-INT-DNI
NF-AMT                              DIV-NOW-USLD   AI
STATE-CODE         IX               DIV-TRANS-DT   02/10/89
ISSUE-DATE         04 16 79         YR-DIV-CR        89
BILL-DATE          CI               DIV-OPT 2  REQ-DIV-OPT
NF-OPTION          CI               SOC-SEC-NO
CV-A1-RATE-YR                                    0
AGE
ATTAINED-AGE

                    --VALUATION DATA--              AMT ADVANCED
                    DNI-AMT                         DNI-WIND-AMT

REDACTED CONFIDENTIAL
POL INFO

CONFIDENTIAL



**REDACTED CONFIDENTIAL
POL INFO**

**CONFIDENTIAL**



MP401112886

MP401112887

October 30, 1995



Reference: 95188037912
Policy 89███████UL

Dear ████████

This supplements my July 7, 1995 letter. Please excuse the
amount of time it has taken to complete our investigation.

After looking into the matter you raised, we are offering
you the opportunity to rescind Policy 89███████UL. In
exchange for the effective release of Metropolitan from
further liability under Policy 89███████UL, we will
recall $2,930.78, representing all monies applied to this
policy. Once the premiums have been recalled, Policy
89███████UL will be null and void.

Please sign the enclosed Release Form and return it along
with Policy 89███████UL to my attention. A postage-paid
return envelope is enclosed for your convenience. When the
policy and signed Release Form are received, we will apply
$961.40 to Policy 79███████A to reverse the dividend
withdrawals processed in April 1989, April 1991 and March
1993. We will then apply $1,866.78 to reverse the loans
processed in October 1989, March 1990, March 1992, November
1992, March 1994 and October 1994. Finally, we will issue
you a refund check for the balance of $102.60.

We regret any difficulties caused and trust this settlement
resolves the matter to your satisfaction.

Sincerely

**REDACTED CONFIDENTIAL
POL INFO**

Sandra Babcock
Warwick Consumer Relations

**CONFIDENTIAL**

Encl:  Release Form - Pennsylvania

RELEASE

MP401112888

Submission of this form to MetLife and the
refund of premiums paid on Policy 89■■■■■■ UL
will constitute a release of MetLife and all its
current and former employees, agents, subsidiaries,
affiliates, officers and directors from any and
all claims, demands, and causes of actions which
the undersigned may have arising out of any
events, matters or transactions relating to the
purchase of the Policy 89■■■■■■■ UL.


_____
Signature



_____
Typed or Printed Name




Sworn to and subscribed before me this _____ day
of _____, 1995.


**REDACTED CONFIDENTIAL
POL INFO**

Notary Public


**CONFIDENTIAL**

My Commission Expires:

December 11, 1995

Lyndra Babcock,
Thanks for your help in
getting this matter resolved.
It was enjoyable speaking with
you.
Enclosed is the signed release
slip and as you promised
please send the amount and
cash out slip. ███████
will send and sign it
as soon as it is received.
Thanks again.

████████████████████████

Also please let us know if
this policy is paid up after
20 some years. Again thanks.

**REDACTED CONFIDENTIAL
POL INFO**


**CONFIDENTIAL**

MP4011112889

MP401112890

## RELEASE

Submission of this form to MetLife and the refund of premiums paid on Policy 89█████████ UL will constitute a release of MetLife and all its current and former employees, agents, subsidiaries, affiliates, officers and directors from any and all claims, demands, and causes of actions which the undersigned may have arising out of any events, matters or transactions relating to the purchase of the Policy 89█████████ UL.



Signature

Typed or Printed Name

Sworn to and subscribed before me this _16_ day of _NOV._ , 1995.

Notary Public

**REDACTED CONFIDENTIAL POL INFO**

My Commission Expires:

**CONFIDENTIAL**



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

## BUSINESS REPLY MAIL
FIRST CLASS MAIL    PERMIT NO. 8228    NEW YORK, NY

POSTAGE WILL BE PAID BY ADDRESSEE

CONSUMER RELATIONS
METLIFE
PO BOX 300
WARWICK    RI    02887-9902

REDACTED CONFIDENTIAL
POL INFO

CONFIDENTIAL





FROM:

Please Include Full Policy Number
and Suffix on all Correspondence

RANDAL BABCOCK

MP4011112891

TO: ALICE SMITH

FROM: SANDRA BABCOCK

INSURED: ▉▉▉

POLICIES TO BE LIFTED: 20 ▉▉

Commission to be deducted: (Y) N

MetLife Customer Service O
Warwick, RI

NOV 2 0 1995

SANDRA BABCOCK
CONSUMER RELATIONS

**Special Processing**
T = TAMPA
C = COPY CAT
N = NATIONWIDE
XX NO SPECIAL PROCESS

☐ Release form received
☐ No release form required
X AWD # 95 188 037 912

MP4011112892

| | Debit | Credit |
|---|---|---|
| FIRST YEAR PREMIUM | 2930.78 | ▉▉▉ |
| 2ND YEAR RENEWAL | | ▉▉▉ |
| PUAR PORTION | | ▉▉▉ |
| DSI | | |
| MISC LOSS | ▉▉▉ | |
| COI | ▉▉▉ | |
| LOAN | ▉▉▉ | |
| LOAN INTEREST REFUND | ▉▉▉ | |
| DIV W/D | ▉▉▉ | |
| PUAR W/D | ▉▉▉ | |
| 190A | | |

**Policy to be restored**

| Policy # | | Type - Reversal | Date | | |
|---|---|---|---|---|---|
| 79 ▉▉ | A | Loan | 3/90 | ▉▉▉ | 300.00 |
| 79 ▉▉ | A | Div | 4/91 | | 300.00 |
| 79 ▉▉ | A | Loan | 3/92 | | 300.00 |
| 79 ▉▉ | A | Loan | 11/92 | | 300.00 |
| 79 ▉▉ | A | Div | 3/93 | | 300.00 ✓ |
| 79 ▉▉ | A | Loan | 3/94 | | 300.00 |

**Pay premiums**

| Policy # | | Type - Reversal | Date | | |
|---|---|---|---|---|---|
| 79 ▉▉ | A | Loan | 10/91 | ▉▉▉ | 202.78 |
| 79 ▉▉ | A | Loan | 10/89 | | 464.00 |
| 79 ▉▉ | A | Div | 4/89 | | 361.40 |

| | | |
|---|---|---|
| **Policy Disbursment** | ▉▉▉ | 102.60 |
| **Totals:** | 2930.78 | 2930.78 |

Notes: _____

_____

REDACTED CONFIDENTIAL POL    CONFIDENTIAL
INFO

REDACTED CONFIDENTIAL POL INFO

CONFIDENTIAL



MP401112893

# LIFE/PREMIUM REFUND
## CHECK REQUISITION

Run Control 2 _ 6 _ 4

Date 11-21-95

PLEASE PRINT

Send Check To:  ☒ PAYEE  ☐ SALES OFF  ☐ METLIFE

Mailing Instructions:  ☐ Reg Mail  ☐ Federal Express  ☐ Other
☐ Supervised Pick-up Ext  ☐ Correspondence/Envelope

Payee Name _____ First _____ Last

Amount 102.60

38 Characters per line

City _____ State _____ Zip Code 815-2

Sales Office # 315    Agency _____

Insured _____ First _____ Last  Same

| Policy Number | Suffix | Issue Date Month / Day / Year |
|---|---|---|
| 80 | 02 | 4-6-89 |

Type of Payment _____

Statement Description _____

Completed By  Sandra Babcock

Management Approval  _____

Metlife Customer Service Ctr.
Warwick, RI
NOV 20 1995
LORI WILDING
QUALITY CUSTOMER SERVICE/ REQUISITION

MP401112894

MTES CASE COPY FOR  951128

POL #:89▮▮▮-UL     SURNAME:▮▮▮     CC #:s: 82730/84130  ID:LORI     WILDING          MODULE : CHECK WRITING

A/N:N ISS YR:89 PROD TYPE:7 DIST:J15  REASON:000 LOSS:00 BLK:806 CK#:000534756 CK DATE:112895   190-A DATE:000000     PLAN:731325

EXPLANATION:CK BEING ISSUED FOR BALANCE DUE ON PREM.
REFUND DUE TO POLICY LIFT PROCESSED.
INS.

| SEQ | DEPT | ACCT | DESCRIPTION | DEBIT | CREDIT | SECONDARY POLICY |
|=====|======|======|=============|=======|========|==================|
| 017 | 030 | 70501 | CASH - GENERAL | $ .00 | $ 102.80 | |
| 602 | 020 | 93018 | POLICY DISBURSEMENTS | $ 102.80 | $ .00 | |

PAYABLE TO: ▮▮▮▮▮▮

PA 15145-1131

CHECK SENT TO PAYEE     APPROVED BY: BRENDA   RANDALL     SAME DAY

STATEMENT DESCRIPTION: THIS CHECK REPRESENTS THE PREMIUM REFUND OF THE POLICY.

PAYMENT DESCRIPTION:  PREMIUM REFUND     INS. ▮▮▮▮▮

USE CODE: 284



**REDACTED CONFIDENTIAL POL INFO**

**CONFIDENTIAL**

MP4011112895

MTES CASE COPY FOR 981201

POL #:79██████-A    SURNAME:████    CC #s: 62730/84130    ID:LORI    WILDING    MODULE : LOAN

A/N:N ISS YR:79 PROD TYPE:1 DIST:J15    REASON:101 LOSS:00 BLK:    CK/#:000000000 CK DATE:000000    190-A DATE:000000    PLAN:1000

EXPLANATION:REVERSING LOANS FROM 10/89 TO 10/94. RESTOR-
ING POLICY DUE TO LIFT PROCESSED ON POL#89██████████UL AS PER CONSUMER RELAT-
IONS-S.BABCOCK. INS.

| SEQ | DEPT | ACCT | DESCRIPTION | | DEBIT | | CREDIT | | SECONDARY POLICY |
| === | ==== | ==== | =========== | | ===== | | ====== | | ================ |
| 009 | 020 | 02609 | INTEREST ON LOANS | $ | 595.22 | $ | .00 | | |
| 008 | 020 | 72100 | TEMPORARY LOANS | $ | .00 | $ | 2462.00 | | 89██████ UL |
| 019 | 020 | 89101 | SUSPENSE LIABILITY DEPT | $ | 1866.78 | $ | .00 | | |

LOAN FEEDBACK TMC 619 WAS PRODUCED

REDACTED CONFIDENTIAL POL
INFO


CONFIDENTIAL

MTES CASE COPY FOR 851221

POL #:89█████-UL   SURNAME:███ CC #/S: 62730/84130  ID:LORI   WILDING   MODULE : ACCTING ONLY

A/N:N ISS YR:89 PROD TYPE:1 DIST:J15  REASON:101 LOSS:00 BLK:   CK#:000000000 CK DATE:000000   190-A DATE:000000   PLAN:731925

EXPLANATION:ACCOUNTING TO CLEAR OPEN ITEMS CREATED DUE TO
POLICY LIFT PROCESSED.
INS.:

| SEQ | DEPT | ACCT | DESCRIPTION | DEBIT | CREDIT | SECONDARY POLICY |
| === | ==== | ==== | =========== | ===== | ====== | ================ |
| 019 | 020 | 89101 | SUSPENSE LIABILITY DEPT | $    .00 | $ 2828.18 | |
| 802 | 020 | 93018 | POLICY DISBURSEMENTS | $ 2828.18 | $    .00 | |

REDACTED CONFIDENTIAL
POL INFO


CONFIDENTIAL

MP4011112896

MTES CASE COPY FOR  951213

POL #:79 ▮▮▮-A    SURNAME:▮▮    CC #S: 82730/84130    ID:LORI    WILDING    MODULE : DIVIDEND

A/N:N ISS YR:79 PROD TYPE:1 DIST:J15 REASON:101 LOSS:00 BLK:▮▮▮    CK#:000000000 CK DATE:000000    180-A DATE:000000    PLAN:1000

EXPLANATION:RECREDITING DIVIDEND WITHDRAWALS PROCESSED ON ▮▮ UL AS PER CONS.
4/89-4/91-3/93 DUE TO POLICY LIFT PROCESSED ON POL#89▮
RELATIONS-S.BABCOCK  INS.

| SEQ | DEPT | ACCT | DESCRIPTION | DEBIT | | CREDIT | | SECONDARY POLICY | |
|-----|------|------|-------------|-------|------|--------|------|------------------|------|
| 003 | 020 | 46004 | NOTICE AT | $ | .00 | $ | 961.40 | 89▮ | UL |
| 018 | 020 | 89101 | SUSPENSE LIABILITY DEPT | $ | 961.40 | $ | .00 | | |

DIVIDEND FEEDBACK TT 23 INT 5# WAS PRODUCED

| | | | | DMI | | AT/AA | | CV | |
|--|--|--|--|-----|--|-------|--|----|--|
| TT | CURR. | 1YT EX | | | | | | AT/AA | |
| | DIV. | DIV | | | | | | | |
| | CURR. | | | | | CURR. | | | |
| | AT/AA | | | | | 1YT | | | |
| 23 | | | | | $ 2131.49 | | | $ | 961.40 |

REDACTED CONFIDENTIAL
POL INFO

CONFIDENTIAL

TAX CORRECTION

No Action Needed ————
WCLD/TX Deleted ————
1035 Exchange ————
TCDB Correction ————
MTRS Correction ————
REGS/COST BASIS ————
Reversed ————
Modified ————

MP401112897





**REDACTED CONFIDENTIAL POL INFO**

**CONFIDENTIAL**







MP401112899

REDACTED CONFIDENTIAL
POL INFO

"CONFIDENTIAL

**Request for Policy or Contract Data**

**Metropolitan Life** ®
AND AFFILIATED COMPANIES

Metropolitan Life Insurance Company
Metropolitan Insurance and Annuity Company
Metropolitan Tower Life Insurance Company
One Madison Avenue, New York, NY 10010-3690

95 188 037912

| Policy/Contract Number(s) | District | Issued | Insured/Annuitant |
|---|---|---|---|
| 79 ▇ A | | | |

MP401112900

### New York Home Office

**Area**

**Accounting and Auditing**

**Biochemical Laboratory**

**Corporate Records Management**
- ☐ Ind. & ABO Application Section
- ☐ Microfilm & Reference Section
- ☐ Pers. Ins. Application Service Section
- ☐ Records, Tracing & PHI/EBP App. Service Section
- ☐ Teletype Unit (Bronxville & Kingston Records & Service Center)

**Dividend Loan & Surrender Div.**
- ☐ Manager's Office
- ☐ Adjustment Unit
- ☐ Loan Unit
- ☐ Reference Val. & Div. Quotes Unit
- ☐ Dividend Unit
- ☐ Account Business Correction Unit

**Law**

**Special Accounts Division**
- ☐ Manager's Office
- ☐ Government Allotment/Federamic Record Unit
- ☐ Salary Allotment Record Unit
- ☐ Government Allotment/Federamic/ Salary Allotment/Corres. Unit
- ☐ Miscellaneous Accounts Unit
- ☐ Check-O-Matic Unit
- ☐ Tax Unit
- ☐ LZA Unit
- ☐ Reinsurance/FEGLI/SGLI

**Area**

**Transaction Control Division**
- ☐ Technical Unit
- ☐ Control Unit
- ☐ Transaction Processing Unit
- ☐ Notice File Maintenance Unit
- ☐ Account File Maintenance Unit
- ☐ Data Entry Unit
- ☐ Warrant Unit

**P.I. Consulting and Claims Services**
- ☐ Consulting Services
- ☐ Claims Advisory

**PLI Underwriting & Issue**
- ☐ Underwriting Staff
- ☐ Administrative Support Unit

**Territory**

**Head/Administrative Office**
- ☐ Accounting & Authenticating (FES/PPP)
- ☐ Adjustment Unit
- ☐ Administration (PLI)
- ☐ Annuities
- ☐ B & A
- ☐ Cash Correspondence (PLI)
- ☐ Cash Valuation (PLI)
- ☐ Change (PLI)
- ☐ Check-O-Matic
- ☐ Client Services
- ☐ Compensation
- ☐ Consumer Relations
- ☐ Correspondence Unit(FES/PPP)
- ☐ Data Entry
- ☐ Death/Disability Claims (PLI)

- ☐ Dividends/Correspondence
- ☐ Field Administration
- ☐ Financial Controls
- ☐ Human Resources
- ☐ Income Settlement
- ☐ Inquiry & Information
- ☐ Issue/Services (PLI)
- ☐ Life Placing (FES/PPP)
- ☐ Loan Correspondence (PLI)
- ☐ Loan Valuation (PLI)
- ☐ Matured Endowment
- ☐ Medical
- ☐ Metromatic
- ☐ Microfilm & PLI app Files
- ☐ Non-Payment Correspondence (FES/PPP)
- ☐ Notice/Account Records
- ☐ Receipts/Disbursements (FES/PPP)
- ☐ Reinstatements (PLI)
- ☐ Replacement
- ☐ Teleservices
- ☐ UL Placing (FES)
- ☐ Underwriting (PLI)

↝ *Dividend Payments*

✲ *Marketing Complaint Case - Please Rush*

**Note**—The application is not charged to your Section; do not subcharge it when the case is returned.

**Attention of** Mitch V.

**Instructions**

*See att letter from ins + my letter - Please w/D $ 920.57 from divs + fully repay loan as of 1-16-96*

Sent by

Section _____ Date _____ Hour _____

**Attention of**

**Reply**

*Advise when complete —*

MetLife Customer Services
Warwick, RI

FEB 17 1996

Sent by SANDRA BABCOCK
CONSUMER RELATIONS

Section _____ Date _____ Hour _____

O1789-SC (10-88) Printed in U.S.A.    I8000022028 (1088)

REDACTED CONFIDENTIAL POL INFO    CONFIDENTIAL

MP4011112901

FROM: VALERIEN, MITCH            MSG#: 96-00533699
TO  : SANDY BABCOCK             SENT: 02/26/96 03:54 PM   PRIORITY: 2
SUBJ: ▮▮▮▮▮                     FORWARDED BY: BABCOCK, SANDRA
-------------------------------------------------------------------
RE: 79▮▮▮▮▮▮ A

HI SANDY,

I HAVE COMPLETED THE DIVIDEND WITHDRAWAL TO PAY ON THE LOAN AS REQUESTED.

THANKS!
MITCH VALERIEN
DIVIDEND PAYMENTS
WCSC

**REDACTED CONFIDENTIAL
POL INFO**


**CONFIDENTIAL**

```
ENTER COMMAND==>
FROM: BABCOCK, SANDRA          MSG: 96-00456450
TO  : P584                     SENT: 02/19/96  9:34 AM    PRIORITY: 2
SUBJ: 95188037912
-------------------------------MAIL SENT----------------------------------
TO: COMPENSATION SUPERVISOR              INFORCE BRANCH ( J15  )

AUTHORIZATION FOR WITHDRAWAL OF COMMISSION DUE TO POLICY LIFT.

POLICY NUMBER ( 89          UL   )
NAME (                                    )

AGENT (1) BRANCH ( J15  ) AGENCY ( 815 )  INDEX ( 2 )
AGENT (2) BRANCH (      ) AGENCY (     )  INDEX (   )

( X ) DEDUCT FIRST YEAR COMMISSION        ( X ) DEDUCT RENEWAL COMMISSION

PLEASE SEND CONFIRMATION THAT THIS HAS BEEN PROCESSED.

THANK YOU
( SANDRA BABCOCK                  ) NAME
CONSUMER RELATIONS/METLIFE CUSTOMER SERVICE CENTER - WARWICK
```

**REDACTED CONFIDENTIAL
POL INFO**


**CONFIDENTIAL**

MP401112902

MP401112903

```
FROM: JAO-COMPENSATION/7        MSG#: 96-00475728
TO   : PG85                     SENT: 02/20/96 01:16 PM    PRIORITY: 2
SUBJ: 95188037912
```
---

ATTENTION: CONSUMER RELATIONS ( SANDRA BABCOCK        )

RE: POLICY ( 89▮▮▮▮▮▮ UL )
    NAME  ( ▮▮▮▮▮▮▮▮▮▮ )

PLEASE BE ADVISED THAT WE HAVE COMPLETED THE NECESSARY ACTION ON THE ABOVE
POLICY FOR THE LIFT YOU PROCESSED...

( X ) WE HAVE DEDUCTED COMMISSIONS FOR THE CREDIT DATE OF ( 02 / 19 / 96 ).

(   ) SINCE THE AGENT(S) WAS TERMINATED OVER 57 WEEKS AGO, WE HAVE NOTIFIED
      THE FIELD PAYROLL DIVISION TO MAKE THE DEDUCTIONS FROM THE DISTRICT
      OFFICE ACCOUNTS.

THANKYOU

JAO-COMPENSATION    ( ROBERTA HARRIS                )    REPLY ID: V3H


                              REDACTED CONFIDENTIAL
                              POL INFO



                              CONFIDENTIAL

MP401112904

January 11, 1996



Reference: 95188037912
Policy 79██████████ A

Dear ██████████

Thank you for signing and returning the Release Form
enclosed with my letter of October 30th.

We have rescinded Policy 89██████ UL, and applied
$2,828.78 to restore Policy 79██████ A to its original
value.  The balance of $102.60 has been sent to you in a
refund check.

As requested by your wife, ██████, the following is a
breakdown of values for Policy 79██████ A as of
January 16, 1996:

Face Value         $10,000.00  Cash Value       $3,333.30
Balance of Add'l Ins+$ 2,745.59  Cash Value     +$1,669.40
Less Loan & Interest-$   920.57* Less Loan & Int-$ 920.57*

Total Death Benefit $11,825.02  Net Cash Value  $4,082.13

* Please note, there is still an outstanding loan balance on
this policy which is the result of loans taken prior to
1989.

I have enclosed a form for cash surrender of the policy if
that is what you decide to do.

**REDACTED CONFIDENTIAL
POL INFO**

**CONFIDENTIAL**

We appreciate the opportunity to be of service to you.  If
you have any questions, or if I can be of further
assistance, please do not hesitate to contact me.

Sincerely


Sandra Babcock
Warwick Consumer Relations

**CONFIDENTIAL**

MP4011112905

QUICK QUOTE SUMMARY    (CASH)

```
POLICY NO 79███████A              STATUS   INFORCE
INSURED ████████                  INFORCE DIST/AGY  J15-815
    OWNER INSURED                 PLAN    WL    M
ADDRESS ████████████████████      AS OF DATE   01-16-96
```

```
AI BALANCE            2745.59   DIVIDEND         0.00
ACCOUNT CODE       PREM PAYING   CV BASE       3333.30
AMOUNT OF INSURANCE  10000.00   DWI BALANCE      0.00
ISSUE DATE          03-17-79    CV AI         1669.40
YR DIV CR                 95    CV PUAR          0.00
ANN DIV (AI)          158.50    CV AIB/SIB       0.00
SOCIAL SECURITY NO 000000000    EXIST LOAN     876.82   INT RATE    06.000 %
PREMIUM PD TO DATE  02-17-96    LOAN INT DUE    43.75   INT-FROM    03-17-95
AGE AT ISSUE              39    GOVT ALLT ADJ   +0.00   INT-TO      01-16-96
MONTHLY PREMIUM       24.50    PREMIUM REF      0.00      DEATH BENEFIT
NET GAIN AMT         153.70    NET AMT AVL   4082.13      AS OF 01-11-96
                                                            11825.02
```

**REDACTED CONFIDENTIAL POL INFO**

**CONFIDENTIAL**

MP401111112906

REDACTED CONFIDENTIAL POL INFO                                    CONFIDENTIAL

MP401111112907

3 1112 104499

93 NOV 11 PM 2 42

November 1, 1993

Metropolitan Life
c/o Consumer Affairs
Home Office
One Madison Avenue
New York, New York 10010

To Whom It May Concern:

I have been a policyholder of yours since 10/25/64, when I took out a $5,000, 20 payment life (Pol. Nov. 64▓▓▓▓9).

I have always been pleased with the dividends the policy has paid. In 10/88, I had $3,500 of additional paid up insurance (see copy of attached anniversary statement).

Then in 11/88, I was contacted by your sales representative, Ken Kazmarcic out of the office located at 2790 Mosside Blvd., Monroeville, PA, 15146. He recommended to me to use my values in any paid up policy numbered 64▓▓▓▓9 to purchase an additional $50,000 policy and that I would never have to make cash payments out of my pocket. He also told me that it would be worth more at retirement than any paid up policy. It sure sounded good to me.

Now, for my dilemma. It seems that there was $1,200 of dividends withdrawn from my paid up policy 12/12/88, (see copy of dividend payment statement). I'm herewith confused, the anniversary statement dated 10/25/88, showing my additional insurance of $3,498.99, reducing to $533.00 on the next anniversary statement of 10/25/89.

Please, also review copies of the following:

1. Loan repayment information on my paid up policy dated 3/90, and 3/91. I was not told about a loan or having to make loan payments.
2. Confirmation notices then a loss of $451.75 was taken from my policy in 11/89, and 5/90, to pay on Policy No. 8▓▓▓0▓▓U.
3. A minimum payment requirement letter date 7/89, on new policy stating unless a minimum payment was made, my policy would terminate. I was told I would not have to worry about new policy, the paid up policy I values would take care of it.
4. Copies of the flexible premium notices dated 5/89, signed by representative showing premium was paid by dividends and also, notice dated 11/23/93, showing premium was paid by dividends and loan?

Metropolitan Life
Page 2
November 1, 1993

REDACTED CONFIDENTIAL POL INFO

CONFIDENTIAL

MP4011112908

Metropolitan Life
Page 2
November 1, 1993

I do not have any papers showing that there has been any payments put into Policy No. 88_____ beginning with 9/91. (see copy of notice of premium due 5/6/93). I recently received a notice on my two policies. I was shocked to discover my paid up policy now has a death benefit of only $3,319 (less than the original face amount). The loan now equals $3,707 and additional loan value is only $1,604. That would not have been enough loan value to pay on the new policy the first two years. I can only assume those payments have been coming out of the equity that has built up, but I understand that equity is now just a little more than $2,000 in any new policy.

I feel I have been grossly misrepresented by your company. I'm sure I'm like most life insurance consumers that have trust in the company and the people that represent them.

I don't work with insurance everyday. I don't know everything that there is to know and know what is the best thing to do in these situations. Again, you rely on the people that supposedly do know and have your best interest at heart.

Based on the information that I have given you, it looks as if what your sales representative told me: that the value in my paid up policy would carry any new policy was incorrect. Also, when I start paying $2602 a year into the new policy, it will be gone in a few years. Plus, my paid up policy is just about worthless!

I would appreciate your consideration of reversing my new policy numbered 982 943 59419, (cancel back to the inception) and put all my values including my additional paid up insurance back into Policy No. 6_____POL. It should have a death benefit now of over $10,000.

I expect to hear from you shortly.

Yours truly,

Enclosure: 31

METROPOLITAN INS. AND ANNUITY CO.
27TH ROSSLYN BLVD.
HORSEVILLE PA 15144

NOTICE OF PAYMENT DUE

Company Code:
Control your Identity
Represented:
                                    ☎ 412-373-3114
Amount Due         439.48
Total Due   $
Due Date       NOV.  4, 1993
Policy Owner:
Address:_____VA, and
Form/Type of Insurance

REDACTED CONFIDENTIAL POL INFO

CONFIDENTIAL

MP4011112909



**REDACTED CONFIDENTIAL POL INFO**

CONFIDENTIAL

MP401112910

METROPOLITAN LIFE INS. CO.
500 SCHOOLHOUSE ROAD
JOHNSTOWN, PENNSYLVANIA 15915

District/Branch J15 Agency 915

## ANNIVERSARY STATEMENT

Please place this statement with your policy.

Policy/Contract Number 64___ PR    Anniversary Date October 24, 1988

Current Dividend    $192.65

**Additional Paid-Up Insurance**

| | |
|---|---|
| Current Amount | 388.56 |
| Previous Amount | 3,022.68 |
| Additional Amount Purchased | 177.75 |
| Total Additional Paid-Up Insurance | 3,498.99 |

We are pleased to tell you that this year's dividend will be credited to your paid-up policy on October 24, 1988, provided your policy is in force on that date. Your current dividend of $192.65 will be used to purchase $308.56 of additional paid-up insurance.

METROPOLITAN LIFE INSURANCE
500 SCHOOLHOUSE ROAD
JOHNSTOWN, PA. 15915

DEVIDEND PAYMENT STATEMENT

CONFIDENTIAL
NEITHER THIS DOCUMENT NOR THE INFORMATION CONTAINED HEREIN IS TO BE COPIED OR USED FOR ANY

Metropolitan Life
AND AFFILIATED COMPANIES



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP401112911



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112912



MP4011112913

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401111291 4

MP401112915

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



Metropolitan Life Insurance Company
500 SCHOOLHOUSE ROAD
JOHNSTOWN, PA 15915

November 16, 1999

RE: Policy Number 64         PA   Insured:

Dear Policyholder,

This is your confirmation that on November 7, 1999, a loan was
taken on this policy in the amount of $611.73 to be applied to your
Metropolitan coverage. Please refer to the provisions of policy
                 DR) for information about loans.

If you have any questions about this transaction, please do not
hesitate to contact us.

Sincerely,

J. C. Marchese
Manager
Policyholder Services
North Central Administrative Office

Metropolitan Life Insurance Company
500 SCHOOLHOUSE ROAD
JOHNSTOWN, PA 15915



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112916

Metropolitan Life Insurance Company
500 Schoolhouse Road
Johnstown, PA 15915

May 16, 1996

RE: Policy Number 64███████ PR    Insured: ███████

Dear Policyholder,

This is your confirmation that on May 10, 1996, a loan was taken on this policy in the amount of $431.73 to be applied to your Metropolitan coverage. Please refer to the provisions of policy 64███████ PR for information about loans.

If you have any questions about this transaction, please do not hesitate to contact us.

Sincerely,

*J. C. Marchese*

J. C. Marchese
Manager
Policyholder Services
North Central Administrative Office

P.O. Box 1990
Johnstown, PA 15915

MP401111129117

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



P.O. BOX 1900    15915
JOHNSTOWN, PA

RE: 88

SEMI-ANNUAL
SCHEDULED PREMIUM          $431.73
LOAN INTEREST DUE          $0.00

MINIMUM DUE TO             $186.11
AVOID LAPSE

DISTRICT/BRANCH    J15

SALES AGENCY       B15

DEAR POLICYHOLDER:

THE CASH VALUE OF YOUR FLEXIBLE PREMIUM LIFE POLICY IS INSUFFICIENT AT THIS
TIME TO COVER THE PAYMENT THAT IS NOW DUE. UNLESS THE MINIMUM DUE TO AVOID
LAPSE SHOWN ABOVE IS RECEIVED BY 07/04/89, YOUR VALUABLE COVERAGE UNDER THIS
POLICY WILL TERMINATE.

YOUR CHOICE OF A FLEXIBLE PREMIUM LIFE POLICY PROVIDES YOU WITH THE
INEXPENSIVE INSURANCE COVERAGE COMBINED WITH A TAX DEFERRED CASH ACCUMULATION
FEATURE TO MEET TODAY'S EVER CHANGING ECONOMIC ENVIRONMENT. OUR CURRENT
INTEREST RATE IS AMONG THE MORE COMPETITIVE FOR THIS TYPE OF POLICY. YOUR
POLICY PROVIDES FLEXIBILITY OF PAYMENT SCHEDULING AND PAYMENT AMOUNT WHICH
MEAN TOWARD INCREASING YOUR LIVING BENEFITS.

SO PLEASE, SEND YOUR PAYMENT TODAY TO ASSURE YOUR CONTINUED INSURANCE
COVERAGE AND TO CONTINUE TO BUILD YOUR CASH ACCUMULATION IN THIS POLICY,
SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR POLICY PLEASE CONTACT YOUR LOCAL
SALES REPRESENTATIVE.

FLEXIBLE PREMIUM LIFE PAYMENT NOTICE

11 04 89        431.73

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MP401112918

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112919



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112920



CONFIDENTIAL

**REDACTED CONFIDENTIAL POL INFO**

MP401112921

Re Policy 8▓▓▓▓▓ UL

Dear ▓▓▓▓▓:

This is in response to your letter of November 1, 1993.

Thank you for bringing this to our attention. We are concerned about the situation described in your letter and arrangements are underway to have a complete investigation made. Your patience will be appreciated.

Please be assured that we will supplement this letter as soon as we have completed our investigation.

Sincerely

Linda M. Ringler, FLMI, ACS
Office of Consumer Relations

November 15, 1993

lmr:jmk



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112922

MetLife

November 16, 1993

Metropolitan Life Insurance Co.
Michael P. Pechacek Branch Manager
J's Monroeville Branch

RE:  Policyholder:
     Policy Number(s):
     Case Number:
     Type of Complaint:
     Representative/Status     Kenneth Nacnamara/Active

THE ATTACHED CORRESPONDENCE REQUIRES SERVICE ADJUSTMENTS AND
SHOULD RECEIVE YOUR IMMEDIATE ATTENTION. Would you please
look into the circumstances surrounding the writing and
placing of the policy in question.

A prompt detailed report from the sales representative and
anyone else involved in the sale and servicing of this policy is
essential. Have each one submit a detailed report over their
signature containing: (1) specific answers to the questions
on the attached questionnaire; (2) copies of any sales pieces
used in the sales presentation, policy delivery receipt,
and/or policy review, etc. and; (3) any additional pertinent
information, not specifically requested.

If the sales representative is no longer active (retired,
disabled, terminated), every effort should be made to obtain a
written report. If you are unsuccessful in obtaining that
report, please let us know what attempts were made to contact
the representative.

Finally, in addition to the sales representative's report, we
would appreciate receiving the claim office's findings. If
the claim office, including the results of any interview with the
insured, and (2) your recommendation as to how this matter
should be resolved.

NOTE: The reports must be sent to MLHQ-Consumer Relations
(Johnstown) on or before November 30, 1993.

Linda M. Ringler, FMI, ACS
Office of Consumer Relations
Johnstown Administrative Office

LMR:dc

Attachment:

Metropolitan Life Insurance Company

MP4011112923

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



CONSERVATION/REPLACEMENT QUESTIONNAIRE

IN REPLYING REFER TO FILE NUMBER 3-1112-1640-9

1.  DESCRIBE IN DETAIL THE TYPE OF CONTACT, THE BASIS OF THE SALE, AND THE PLACING OF NEW INSURANCE.

2.  WHAT WAS YOUR IMPRESSION OF THE INSURED'S UNDERSTANDING OF THE PURPOSE OF THIS INSURANCE?

3.  WAS THERE ANY DISCUSSION DURING THE SELLING OR PLACEMENT INTERVIEW REGARDING THE REPLACEMENT OF ANY EXISTING INSURANCE? (GIVE FULL DETAILS)

4.  IF REPLACEMENT WAS INTENDED, WHY WASN'T IT INDICATED ON THE APPLICATION?

5.  WAS THERE ANY DISCUSSION REGARDING THE PAYMENT OF PREMIUMS ON NEW OR EXISTING INSURANCE BY MEANS OF POLICY LOANS? (EXPLAIN IN DETAIL)

6.  DESCRIBE WHAT EFFORTS WERE MADE TO CONSERVE OR MAKE CHANGES IN THE EXISTING INSURANCE TO OBTAIN THE RESULTS DESIRED BY THE INSURED.

7.  WAS AN ILLUSTRATION SHOWING THE YEAR BY YEAR CASH SURRENDER VALUE OF THE POLICY PROVIDED AND DISCUSSED? IF SO, SEND US A COPY IF AVAILABLE.

8.  WAS ANY REQUEST FOR EXERCISE OF THE 10-DAY FREE LOOK PROVISION MADE?

9.  IS THERE ANY INDICATION OF INFLUENCE BY AN OUTSIDE PARTY?

10. PLEASE RESPOND TO THE INSURED'S STATEMENT THAT HE WOULD NEVER HAVE TO MAKE CASH PAYMENTS OUT OF HIS POCKET.

DC

FROM: JAO-CONSUMER RELATIONS/9    MSG#: 93-02902074
TO : WCSC DIVISION05          SENT: 11/19/93 02:16 PM    PRIORITY: 2
RE#:



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112924

FROM: JAD-CONSUMER RELATIONS/9    MSG#: P3-020D3274
TO : WDSC DIVIDENDS    SENT: 11/19/93 02:16 PM    PRIORITY: 2
SUBJ: DIVIDENDS

ATTN: BARBARA MC KENNA

PLEASE FORWARD THE DIVIDEND UNL BRIEFS FOR THE DIVIDEND WITHDRAWALS OF
5-12-89 AND 11-11-88 IN THE AMOUNTS OF $431.73 EACH ON POLICY
PR.

LINDA H. RINGLER, FLMI, ACS
JAD CONSUMER RELATIONS
AREA V&B

Request for Policy or Contract Data

Metropolitan Life Insurance Company

MP401111112925

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO



MP4011112926