MP401112927

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



MetLife

Mr. Michael F. Bashur
Branch Manager
Metropolitan Insurance Company
2790 Mosside Boulevard
Monroeville, PA   15146

RE: ███████ UL
    ███████ BP
Case #) 1112 1640 9

Dear Mr. Bashur

The following is my report in reference to the above complaint.
By ███████/policyholder

1. The original canvass was made in the summer of '83, or '84. ███████ was listed with ███████, but to ███████, "Service her." I wrote her a letter. she said she was not ready for anymore ███████ keep in touch with her. I wrote her to make contact (copy attached) on August 10, 1989, and I didn't have her phone number. Also, I sent her a UL proposal with her again as she had brought up the need had discussed originally times thereafter at her wishes, and called her several ███████ before the ███████ of employment, to see if this proposal met her ███████. The last time we talked was the week of 11:50 A.M. was written on Thursday 6, 1989, along The application was taken on to place this policy with a dividend withdrawal form arrangements. under the 'Pittsburgh Special Dividend' ███████ ███████ agreeable that she would ███████

2. ███████ was increase her insurance coverage as long as she did not have to come up with any monies at that time.

Page 2



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

3. The replacement issue was discussed with [REDACTED] and she felt that she would like to keep her old policy in case of a need for some monies. In fact, this situation came up in December of 1988, when she requested $1200.00 from her dividends--find copy of dividend statement where the check was mailed directly to [REDACTED]

4. Replacement was not intended.

5. Yes. This was brought up in November 1989, when dividends and a loan was used to pay premiums (please see [REDACTED] receipt signed by me on 11/2/89).

6. As you can see, old policy 64[REDACTED] PR has not been dropped because [REDACTED] wishes to keep policy inforce as long as possible and to continue receiving yearly dividends. This is still being done.

7. Yes. But, I do not have a copy of this since it has been over five years since this case was written.

8. No.

9. I would think so, because of the manner in which this letter was composed, it appears to me she had been schooled in the way to write this letter.

10. The original idea was to keep the $50,000, inforce until retirement, then reduce it to $25,000. This all depended if the interest would have remained the same, it would have been enough to keep this policy inforce.

P.S. I talked with [REDACTED] at 3:40 P.M. on Friday, November 19th, 1993. [REDACTED] stated she would like to meet with me to go over the contract again. An appointment is arranged for Friday, December 10th.

MP401111292

CONFIDENTIAL



If there is anything else, please let me know.

Sincerely

Kenneth F. Kaczmarek
Sales Representative

November 22, 1993

KFK/lj
attachments 5



1340

MP4011112929



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

attachments 5

Metropolitan Life AND AFFILIATED COMPANIES

6308

William Penn Plaza
2790 Mosside Blvd.
Suite 105
Monroeville, Pa 15146
412-856-5272

[redacted]

RE: 64 [redacted] PR

Dear [redacted]

I have some information for your policy I have listed above but have been unable to reach you.

The address I have is your [redacted] address. Would you kindly contact me giving your correct address and telephone number and I will be sure to reach you.

Thank you

Ken Kaczmarek
Sales Representative

August 10, 1988

Metropolitan Life AND AFFILIATED COMPANIES

SERVICE REQUEST FORM

POLICY NUMBER 64 [redacted] PR (SUFFIX) SALES OFFICE & AGENCY 5-15 Monroeville 8-5

POLICYOWNER'S NAME [redacted]

MP4011112930

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

Metropolitan Life AND AFFILIATED COMPANIES

SERVICE REQUEST FORM

POLICY NUMBER 64 ... APR SALES OFFICE & AGENCY J-15 Monroeville 815

POLICYOWNER'S NAME (Please Print) (First, M.I., Last)

ADDRESS (Tel. # )

INSURED'S NAME (if different from above)

DATE PREPARED

☐ POLICYOWNER'S TAXPAYER IDENTIFICATION NUMBER

☐☐☐☐☐☐☐☐☐

*(Complete Certification Below Where Necessary—See Instructions.)*

I certify, under penalties of perjury, that my taxpayer identification number is correctly shown on this form, and if this policy was issued after December 31, 1983, I also certify I am/am not (circle one) subject to a back up withholding order issued by the Internal Revenue Service. (Sign immediately below).

Policyowner's Signature Date

☐ REQUEST FOR CHANGE OF DIVIDEND OPTION FOR FUTURE DIVIDENDS (SELECT ONE)

- ☐ 0. To receive future dividends in cash.
- ☐ 1. Premium Reduction (if available, see instructions).
- ☐ 2. To purchase One-Year Term Insurance (if available subject to any evidence of insurability the Company may require. If selected, another form will be provided).
- ☐ 3. To purchase Paid-Up Additional Insurance (not available on term policies).
  - ☐ Check box to transfer existing dividend balances to additional insurance option 3, subject to Company approval.
- ☐ 4. To accumulate at such rates of interest the Company may declare from year to year. If #4 is selected, be sure that Taxpayer I.D. number is entered and certified above.

☐ CASH SURRENDER REQUEST

I hereby request the cash surrender value of the above policy. In receipt of the full value of this policy it is understood that all rights, privileges and benefits under said policy are cancelled. I acknowledge receipt of the *Federal Income Tax Withholding Notice* and I elect No Withholding Withholding (circle one) from any taxable portion of the cash surrender value.

Please complete and sign Policyowner's Taxpayer Identification Number section above and if you elect no withholding, also sign in the signature section provided below.

☐ Special Instructions

NOTE: POLICY SHOULD ACCOMPANY THIS SURRENDER REQUEST. IF IT HAS NOT BEEN SUBMITTED, CHECK BOX ☐ METROPOLITAN WILL CONSIDER WAIVING THIS REQUIREMENT IF YOU COMPLETE THE FOLLOWING AND SIGN BELOW:

This policy was not submitted because:

Neither the policy, nor any interest therein, is now assigned to any person or corporation nor does any party have a claim of interest in this policy. The policy is not, to my knowledge in the possession of any person or corporation and if subsequently found will be returned to Metropolitan.

X X

X X

Signature(s) (See Attached Instructions) (Witnesses) Date

NOTE: ANY CHECK DUE WILL BE MAILED TO THE OWNER UNLESS OTHERWISE INDICATED IN THE SPECIAL REQUEST SECTION. CHECKS WILL NOT BE MAILED TO A BRANCH/DISTRICT.

Printed in U.S.A.

Metropolitan Life AND AFFILIATED COMPANIES

MP4011112931

Metropolitan Life AND AFFILIATED COMPANIES

☐ Metropolitan Life Insurance Company
☐ Metropolitan Insurance and Annuity Company
☐ Metropolitan Tower Life Insurance Company

249225 12145

Policyowner's Name ____________

Policy Number 64 ________ PA

☐ **LOAN REQUEST**

☐ Partial Loan for $____
☐ Full Value Loan (Check One) ☐ Include Value of Borrowed Dividends ☐ Do Not Include Value of Borrowed Dividends
☐ Loan to pay premiums on Policy Number____
Indicate Number of Premiums to be paid____
Indicate Due Date of 1st Premium to be paid____
☐ Special Instructions____

This loan will be in accordance with the policy's loan provision. I agree to assign the policy to Metropolitan as security for the loan. In order to withdraw dividends, complete Dividend Withdrawal section below.

☒ **DIVIDEND WITHDRAWAL**

☐ Withdraw all available Dividends (See Instructions—this may affect important policy benefits).
☐ Withdraw a specific dollar amount $____
☐ Apply Dividends to Policy Number 1. ____
2. ____
To Pay Premium(s) ☐ No. of Premiums ____ Due Dates ____
☐ Loan ☐ Loan Interest ☐ ____ (due dates) Remittance attached ☐ (check)
☐ Special Instructions ____

☐ **REQUEST FOR CHANGE OF NAME***

(This section is not to be used for the designation of a new beneficiary, owner or contingent payee.)

Notification is given to Metropolitan that the name of: ☐ insured ☐ owner ☐ beneficiary ☐ contingent beneficiary ☐ contingent owner has been changed for the reason indicated: ____

The former name was (Print) ____

The present name is (Print) ____

☐ **REQUEST FOR CHANGES OF MAILING ADDRESS/TELEPHONE NUMBER***

☐ policyowner's address to which correspondence and payments are to be mailed, or
☐ premium payer's name and address to which future premium notices are to be mailed.

Name ____ Telephone No. ( ) ____
Street ____ City ____ State ____ Zip ____

*Records for the following policy(ies) should also be updated to show the change of name or change of address/telephone number.

Number ____ Suffix ____ Number ____ Suffix ____
Number ____ Suffix ____ Number ____ Suffix ____

☐ **SPECIAL REQUEST SECTION**

X ____ X ____ ____
Signature(s) (See Attached Instructions) (Witness) Date

NOTE: ANY CHECK DUE WILL BE MAILED TO THE OWNER UNLESS OTHERWISE INDICATED IN THE SPECIAL REQUEST SECTION. CHECKS WILL NOT BE MAILED TO A BRANCH/DISTRICT.

[illegible]

Michael E. Bashar, CLU, ChFC
Branch Manager

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112932



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112933

'93 OCT 11 PM 3:49

Ms. Linda M. Hingley, FPMI, ACS
Office of Consumer Relations
JAG

Re: [redacted] - Policy No. [redacted] US-Case No. [redacted]

Dear Linda:

Due to Jimmy's busy schedule, the Account Representative won't be able to see her till the first week in Jan.

We'll advise you then of our efforts to resolve this matter.

Yours truly,

Michael F. Bakhar, CLU, ChFC
Branch Manager

December 30, 1993

MFB/kmr



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

93 DEC 21

12/13/93

Re: Policy # 88[redacted] UL

Dear Ms Ringler,

I received your letter and was contacted by Ken Kazmarek. He will come to my house & meet with me after Jan. 1, 1994. I have missed one week of work with [redacted] and it is not convenient to meet with him during the holidays. He is located in Monroeville, and I live 6 miles from New Castle Pa.

MP4011112934



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

so it is not convenient. I am disappointed that I have to meet with him, but I will follow through with it in order to get this resolved. When this matter is ended, I want a new agent with whom I can converse and relate to in a positive professional manner. Please keep this in confidence.

Sincerely,

MP4011112935



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112936

FROM: JAO COMP-WEP RELATIONS/V  MSG#: 94-00006029  PRIORITY: 2
TO : JES - MONROEVILLE BRANCH  SENT: 01/10/94 02:21 PM
SUBJ: [ ]

ATTN: MICHAEL F. BASNER, CLU. CHFC
      BRANCH MANAGER

IN YOUR CONVERSATION OF DECEMBER 14, 1993, YOU ADVISED THAT YOU WOULD
BE SCHEDULING AN AFFIRMATION WITH THE INSURED AFTER THE FIRST OF THE YEAR.

PLEASE ADVISE IF THIS AFFIRMATION HAS BEEN SCHEDULED AND WHEN WE MAY EXPECT
TO RECEIVE YOUR RETURN AND RECOMMENDATION.

A REPLY IS REQUESTED BY JANUARY 24, 1994.

LINDA M. ZANGLIP, FLMI, ACS
JAO CONSUMER RELATIONS
AREA VGB



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

[redacted]

FROM: JAD-CONSUMER RELATIONS    M304: 94-00188479
TO : J15 - MONROEVILLE BR    SENT: 01/24/94 11:03 AM    PRIORITY: 2
SUBJ: [redacted] 12159

---

ATTENTION: MICHAEL F. BOSHUF, CLU, CHFC
BRANCH MANAGER

RE: INSURED [redacted]

PER MY MESSAGE OF 1/10/94, I HAVE NOT RECEIVED A RESPONSE. WAS AN APPOINTMENT SET UP WITH THE ABOVE MENTIONED INSURED? WHEN MAY WE EXPECT TO RECEIVE THE RESULTS OF THE MEETING?

PLEASE SEND YOUR RESPONSE BY JANUARY 31, 1994.

THANK YOU.

LINDA A. [illegible]
JAS CONSUMER RELATIONS
AREA [illegible]

MP401112937



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

FROM: [illegible]-CONSUMER RELATIONS MSG#: 94 [illegible]
TO : [illegible] - BONNEVILLE BF SENT: 01/31/94 10:04 AM PRIORITY: 2
SUBJ: [REDACTED] COMPLAINT

ATTENTION: MICHAEL [illegible], CLU, CHFC
BRANCH MANAGER

RE: INSURED [REDACTED]

PER MY MESSAGE OF [illegible] WE HAVE NOT RECEIVED A RESPONSE. HAS THE INSURED BEEN CONTACTED? WHEN MAY WE EXPECT TO RECEIVE A REPORT? PLEASE ADVISE US OF THE CURRENT STATUS OF THIS FILE.

PLEASE RESPOND BY FEBRUARY 7, 1994.

THANK YOU

LINDA [illegible], FLMI, ACS
[illegible] CONSUMER RELATIONS
AREA [illegible]

MP40111112938



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

FROM: [illegible] CONSUMER RELATIONS
SENT: [illegible] 11:35 AM PRIORITY: 2
SUBJ: [redacted] COMPLAINTS

ATTENTION: MICHAEL F. BAGBUR, CLU, CHFC

RE: INSURED [redacted]

PER MY MESSAGE OF [illegible], I HAVE NOT RECEIVED A RESPONSE.

THIS IS THE 4TH REQUEST!!! HAS THE INSURED BEEN CONTACTED? WHEN MAY WE EXPECT TO RECEIVE A REPORT? PLEASE ADVISE THE CURRENT STATUS OF THIS FILE.

THIS CASE HAS BEEN PENDING TOO LONG AND MUST BE RESOLVED AS SOON AS POSSIBLE. PLEASE RESPOND IMMEDIATELY!!!

THANK YOU.

MP401112939



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

FROM: MONROEVILLE PA 315 RA2 MSG#: 94-00325909
TO : LINDA RINGLER SENT: 02/07/94 02:34 PM PRIORITY: 2
SUBJ: [redacted] FORWARDED BY: RINGLER, LINDA

TO: LINDA RINGLER, FLMT, ACT

RE: [redacted]

DEAR LINDA,
BELIEVE ME THIS CASE HAS CAUSED US AS MUCH FRUSTRATION AS IT HAS CAUSED YOU. WE'VE HAD SEVERAL APPOINTMENTS SCHEDULED TO REVIEW HER POLICY, AT HER HOME, AND SHE KEEPS CANCELLING THEM.
AS RECENT AS ONE SCHEDULED FOR LAST FRIDAY, 2-4-94. SHE CALLED THURSDAY AND CANCELLED IT.
I DON'T BELIEVE ANY RECOMMENDED ADJUSTMENTS ARE NECESSARY IN THIS MATTER. PLEASE REFER TO ACCOUNT REPRESENTATIVE KACZMAREK'S LETTER DATED 11-22-93. WE DID FEEL IT WOULD HAVE BEEN BEST TO MEET WITH HER BEFORE I MADE MY FINAL RECOMMENDATION. THIS APPEARS TO BE ALMOST IMPOSSIBLE OR SHE REALLY DOESN'T WANT TO MEET WITH ACCOUNT REPRESENTATIVE.
SHE HAS STATED THAT SHE DOES UNDERSTAND THE POLICY AND CIRCUMSTANCES SURROUNDING [illegible] IN A PHONE CONVERSATION WITH MR. KACZMAREK. THEREFORE, I RECOMMEND NO ACTION IN THIS CASE. [illegible] WAS SOLD AND EXPLAINED PROPERLY.

YOURS TRULY,
MIKE [illegible], [illegible]
BRANCH MANAGER
2-7-94

MP4011112940

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MEMORANDUM OF RECORD

| Re | | |
|---|---|---|
| | Policyholder | [redacted] |
| | Policy Number | 88[redacted] UL |
| | Type of Complaint | Direct |
| | District Office | J15 Monroeville Branch |
| | Representative/Status | Kenneth Kaczmarek/Active |

Policy 88[redacted] UL was issued November 4, 1988, on our Flexible Premium Life plan of insurance for $50,000, insuring the life of [redacted]. This policy was issued for an annual premium of $430, with a first year target premium of $863.46. The gross deposits currently total $3,452.11. All monies applied to this policy are from dividend withdrawals and loans on policy 64[redacted] PR. All replacement questions were answered in the negative.

The insured was contacted by Representative Kaczmarek and was told she could purchase an additional $50,000 policy and never have to make any cash payments out of pocket. She feels misrepresented and requests policy 88[redacted] UL be cancelled and all values returned to policy 64[redacted] PR.

Representative Kaczmarek says the application was taken and the policy was placed with a dividend withdrawal under the "Pittsburgh Special Dividend" arrangement. He states [redacted] was agreeable as long as she did not have to come up with any monies at that time. Replacement was discussed but [redacted] wanted to keep her old policy in case she needed money. The original idea was to keep $50,000 inforce until retirement and then reduce to $25,000.

Branch Manager Mike Bashur feels the policy was sold and explained properly. He recommends no action be taken.

All monies applied to the Universal Life policy were proceeds from policy 64[redacted] PR. Replacement was not indicated. It is our recommendation to rescind policy 88[redacted] UL and reverse all withdrawals from policy 64[redacted] PR.

Please review and advise.

Linda M. Ringler, FLMI, ACS
Office of Consumer Relations

February 10, 1994

LMR:dc

LINDA RINGLER
Consumer Relations

MP4011112941



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112942



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

FROM: JAD-CONSUMER RELATIONS/9 MSG#: 94-00390[illegible]
TO : J15 - [illegible]VILLE BR SENT: 02/15/94 08:47 AM PRIORITY: 2
SUBJ: 1256

ATTN: MICHAEL F. BASHOR, [illegible] CHFC
BRANCH MANAGER

POLICY 8[illegible] UL INSURING THE LIFE OF RUTH [illegible] IS BEING RESCINDED WITH A REFUND OF $3,452.[illegible], REPRESENTING THE GROSS DEPOSITS APPLIED TO THE POLICY. AS [illegible], $1,832.81 WILL BE USED TO REVERSE THE DIVIDEND WITHDRAWALS FROM POLICY 64[illegible] PR AND $1,5[illegible].76 WILL BE USED TO REVERSE THE LOANS TAKEN ON POLICY 64[illegible] PR. THE BALANCE OF $47.54, REPRESENTING LOAN INTEREST PAYMENTS MADE BY THE INSURED, WILL BE REFUNDED TO THE INSURED.

POLICY 80[illegible] UL IS VOID AND NO LONGER IN EFFECT. IF THIS POLICY IS IN THE BRANCH OFFICE OR SHOULD IT BE RETURNED TO THE BRANCH OFFICE, PLEASE FORWARD IT TO MY ATTENTION.

LINDA A. [illegible]
[illegible] CONSUMER [illegible]
AREA [illegible]

Request for Policy or Contract Data — Metropolitan Life and Affiliated Companies

Policy/Contract Number(s): 88[illegible] UL — District: J15 — Issued: [illegible]

MP4011112943

MP4011112944

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO



FLEXIBLE PREMIUM LIFE POLICY LIFT INSTRUCTION SHEET

____MPC/UL

Policy Number 88 [redacted] UL Insured [redacted]

Gross Premium Paid $ 3452.11 Refund Amount $ 3452.11

The above policy is being cancelled as a "lift".

1. Refund all premium payments (via Q Transaction) and refund
   (X) without Interest
   ( ) with Interest $______

2. Refund less the following, if applicable:
   ( ) FPL Cash/Loan Value already paid $______
   ( ) FPL Cost of Insurance charges $______
   ______19___ to ______19___

REFUND CHECKS(S) TO BE ISSUED (USE CODE 270) $ 47.54 $______

A. Issue check to (X) Policyholder ______
   ( ) Other (Specify) ______

B. Send check to (X) Policyholder
   ( ) District/Branch ______
   ( ) Other (Specify) ______

PROCESSING AREA REQUEST FOR 190A, as follows:

| Authorizing H.O. Division | Identification of The Remittance-Type of Payment or Reason for Remittance | Name of Person and Policy # | Amount of Remittance | Control # |
| --- | --- | --- | --- | --- |
| OCA | Loan & Dividend | [redacted] | | |
| Linda Ringler | Reversal | 64 [redacted] PR | $3464.59 | |

Commissions
1. A. First Year
      ( ) Allow to Stand (X) Withdraw
   B. Renewal/Servicing
      ( ) Allow to Stand ( ) Withdraw
2. Manually complete IEP and ___ coding sheets using code for "Policy Lift"

Request for Policy or Contract Data — Del — Metropolitan Life and Affiliated Companies

Policy/Contract Number(s): 88 [redacted] UL — Date: 3/15/96 — 11/4/89 [redacted]

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112945

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112946

FLEXIBLE PREMIUM LIFE POLICY LIFT INSTRUCTION SHEET

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

FLEXIBLE PREMIUM LIFE POLICY LIFT INSTRUCTION SHEET

____MBPC/UL

Policy Number 88 [redacted] UL Insured [redacted]

Gross Premium Paid $ 3452.11 Refund Amount $ 3452.11

The above policy is being cancelled as a "lift".

1. Recall all premium payments (via Q Transaction) and refund
(X) without Interest
( ) with Interest $________

2. Refund less the following, if applicable:
( ) FPL Cash/Loan Value already paid $____
( ) FPL Cost of Insurance charges $____
______19___ to ______19___

REFUND CHECK(S) TO BE ISSUED (USE CODE 270) $ 47.84 $______

A. Issue check to (X) Policyholder ________
( ) Other (Specify) ________

B. Send check to (X) Policyholder
( ) District/Branch ________
( ) Other (Specify) ________

PROCESSING AREA REQUEST FOR 190A, as follows:

| Authorizing E.O. Division | Identification of The Remittance-Type of Payment or Reason for Remittance | Name of Person and Policy # | Amount of Remittance | Control # |
|---|---|---|---|---|
| OCA | LOAN & DIVIDEND | [redacted] | | |
| LINDA RINGLER | REVERSAL | 64 [redacted] PR | $3404.59 | |

0063655

Commissions
1. A. First Year
( ) Allow to Stand (X) Withdraw
B. Renewal/Servicing
( ) Allow to Stand ( ) Withdraw

2. Manually complete ISP and IRR coding sheets using code for "Policy..."

DEB BURGAN
BACKINGS & DEPOSITS
FEB 11 1994

MetLife

MP4011112947



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401112948

---

MetLife®

RE: Policy 85[REDACTED] UL.

Dear [REDACTED]

This will supplement our letter of November 15, 1993.

Our investigation concerning the sale of policy 85[REDACTED] UL has been concluded. A decision has been made to rescind this policy with a refund of $3,431.11, representing the gross deposits applied to the policy. As requested, this refund will be used to reverse the dividend withdrawals and loans on policy [REDACTED] PR. A check in the amount of $47.24, representing a refund of the loan interest paid, is being sent to you under separate cover.

Policy 85[REDACTED] UL is void and no longer in effect. Please return this policy to my attention.

We trust this brings the matter to a satisfactory conclusion.

Sincerely

Linda M. Riegler, FLMI, ACS
Office of Consumer Relations

February 10, 1994

LMR:de



TO: ⊗ ADJUSTMENT
Cash & Loan Approving
Policyholder Services-Mideastern

TO: M
Consumer Relations, Customer Services
Head Office

PLEASE LIFT POLICY U.L. Policy Lifted, MAKING THE ADJUSTMENT INDICATED BELOW:

POLICY # 64 [redacted] PR

| DEBIT | | CREDIT | |
|---|---|---|---|
| Susp. Assets | $ | Susp. Assets | $ |
| Susp. Liab. | $ | Susp. Liab. | $ |
| Loan | $ | Loan | $ [illegible] |
| Loan Interest | $ | Loan Interest | $ WAIVE |
| Dividends | $ | Dividends | $ [illegible] |
| Cash Value | $ | Cash Value | $ |
| D.O.B. | $ ✓3404.57 | D.O.B. | $ |
| 150 A | | | |
| TOTAL | $3404.57 | TOTAL | $3404.57 |

POLICY # (crossed out)

| DEBIT | | CREDIT | |
|---|---|---|---|
| Prem. 1st Yr. | $ | Susp. Assets | $ |
| Prem. Renewal | $ | Susp. Liab. | $ |
| Loan Interest | $ | Loan | $ |
| Susp. Assets | $ | Cash Value | $ |
| Susp. Liab. | $ | Dividends | $ |
| | | O.O.B. | $ |
| | | Cost of Insurance | $ |
| TOTAL | $ | TOTAL | $ |

POLICY FACTS FOR LIFTED POLICY

Insured [redacted]
Paid To Date
Made
District
Agency/Index
Commission $ Allow Deduct

| ATTACHMENTS | | COMMENTS |
|---|---|---|
| POLICY | | |
| CPF | | |
| DIV. REQ. | | |
| 980 | | |
| OTHER | ✓ | FILE |
| APP | | |

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112949



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112950

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

FROM: HAVENER, RALPH MSG#: 94-00434718
TO : DIANE KANELOS SENT: 02/18/94 01:51 PM PRIORITY: 2
SUBJ: T111

DIANE,

PLEASE PROCESS T111 ON THE FOLLOWING POLICY FOR DIV REVERSAL.

44[REDACTED]PP AJ: [illegible] 21 AS OF 10-24-93
CV: 1812.61

THANK YOU

R HAVENER
[illegible]
JOHNSTOWN, PA.
EXT [illegible]

MP4011112951



MTSS CASS COPY FOR 840322

MODULE : LOAN

POL #164[redacted]PR SURNAME [redacted] CC #: 03760/86300 ID:RALPH HAYENER

A/MIN SSB YA:84 PROD TYPE:1 DEST:VIB REASON:080 LOSS:00 BLK: CK#:000000000 CK DATE:000000 180-A DATE:063088 PLAN:1800

EXPLANATION:REVERSAL OF CVS LOAN AND DIV WITHDRAWALS OF 9-10-80, 11-2-80, 11-7-81, 4-28-82, 11-10-83, 11-7-85, 8-11-86 & 11-10-88. TO CLEAR 190A CASE CONTROL 0083925. INSURED- [redacted]

| SEQ | DEPT | ACCT | DESCRIPTION | | DEBIT | | CREDIT | SECONDARY POLICY |
|---|---|---|---|---|---|---|---|---|
| 006 | 020 | 02909 | INTEREST ON LOANS | $ | 199.02 | $ | .00 | |
| 003 | 020 | 46004 | NOTICE AE | $ | .00 | $ | 1812.91 | |
| 008 | 020 | 72100 | TEMPORARY LOANS | $ | .00 | $ | 1788.88 | |
| 018 | 020 | 78200 | ODB | $ | 3404.57 | $ | .00 | |

LOAN FEEDBACK TNC T88 WAS PRODUCED

DIVIDEND FEEDBACK TT 23 INT 0# WAS PRODUCED

| TT | CURR. DIV. | CURR. AI/AA | 1YT EX DIV | DUE | | AI/AA | CURR. YYE | | CV AI/AA |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | $ | 2501.71 | | $ | 1812.91 |
| 23 | | | | | | | | | |

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112952



CONFIDENTIAL
REDACTED CONFIDENTIAL POL INFO

MP4011112953



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

[illegible] SPECIAL MICROFILM FILE. [illegible] UPDATE AND PRINTED. CASE TO [illegible]

---------------- Note added by JT800T GILPATRI 01/04/95 [illegible] ----------------
PULLED FROM CLOSED MARKETING FILES AND GAVE TO HEATHER TO [illegible] BECAUSE ADDITIONAL CORRESPONDENCE WAS RECEIVED.

---------------- Note added by JT800T REBAL 01/04/95 [illegible] ----------------
ON CAROLYN [illegible] DESK FOR [illegible]

---------------- Note added by JT800T SLANDO 01/06/95 [illegible] ----------------
REF. TO CORRES. DIANA CROYLE----BY CMR----1/6/95. PUT FILE IN TO BE WORKED BIN.--HEATHER

---------------- Note added by JT800T CROYLE 01/09/95 10 54 ----------------
CASE RECEIVED. --INSURED WANTS ALL CV VALUES ONCE POLICY WOULD BE RESTORED. APPEARS [illegible] HAS SENT ADDITIONAL MONIES IN TO COMPLETE RESTORATION--STILL WANTS THIS INFORM. BEFORE WE ACTUALLY DO RESTORATION. HAVE REQUESTED [illegible] CV AND DIVS TO DATE. ALSO GETTING LOAN HISTORY [illegible] CHECK FROM INSURED ON [illegible]. CASE IS ON DESK.

---------------- Note added by JT800T CROYLE [illegible] ----------------
CV RECEIVED. LETTER TO [illegible]. CASE IS BACK ON DESK.

---------------- Note added by JT800T [illegible] ----------------
LETTER RELEASED. CASE TO FILES.

---------------- Note added by JT800T [illegible] ----------------
[illegible] FROM PLACINGS ATTACHED--PUT FILE IN DIANA [illegible] "TO BE WORKED" BIN.

---------------- Note added by JT800T CROYLE 02/08/95 [illegible] ----------------
REPLIED TO CHASER FROM FES. CASE BACK TO FILES.

---------------- Note added by JT800T GILPATRI 02/[illegible]/95 [illegible] ----------------
CASE PULLED FROM PENDING & PUT IN DIANA CROYLE'S "TO BE WORKED BIN".

---------------- Note added by JT800T CROYLE 02/14/95 [illegible] ----------------
CASE RECEIVED ON DESK TO BE WORKED.

---------------- Note added by JT800T CROYLE 02/14/95 [illegible] ----------------
REQUEST FOR 190A--REQUEST TO PLACINGS. EM RE COMMS. OUR POLICIES FOR 75[illegible] A AND 82[illegible] A--- LETTER TO [illegible]. CASE ON DESK.

---------------- Note added by JT800T CROYLE 02/16/95 10:40 ----------------
RECEIVED 190A FOR CASH MONIES BEING HELD. CASE STILL ON DESK.

---------------- Note added by JT800T CROYLE 02/[illegible]/95 07 ----------------
RECEIVED OTHER 190A FROM PLACINGS. CASE TO ADJUSTMENT. CASE ON DESK

---------------- Note added by JT800T CROYLE 02/21/95 07 [illegible] ----------------
LETTER RELEASED. AWAIT ADJUSTMENT. CASE ON DESK.

---------------- Note added by JT800T CROYLE 02/[illegible]/95 [illegible] ----------------
COPY OF LETTER TO MR. [illegible]--KEYPUNCH CLOSED. [illegible] PRINTED. COPIES TO MICRO. [illegible] [illegible] SENT--[illegible] ORDERED

---------------- End Of Notes ----------------

MP401111 2954



End Of Notes

MetLife

RE: Policies 89[redacted] UM, etc.

Dear [redacted]

This is in reply to your letter of December 19, 1994 with receipt of your check for $606.31.

We are willing to proceed with the restoration as outlined in our letter to you of December 1, 1994. Upon restoration of the original contracts, duplicate policies for 75[redacted] A and 82[redacted] A will be sent to you.

I have also had the cash surrender values of policies 75[redacted] A and 85[redacted] A calculated for you. These values are based on the assumption that the contracts are restored with premiums paid to date. As of January 11, 1995, the cash surrender value of policy 75[redacted] A is $5,244.24. The cash surrender value of policy 82[redacted] A as of January 11, 1995 is $6,920.98. Please keep in mind that in restoring your policies, the funds are being returned as of the dates they were originally withdrawn. As a result, values on your policies have continued to accrue as if the withdrawals had never been processed.

We will continue to hold your monies of $606.31. Please provide a written response in the envelope provided if we can continue with the restoration of your contracts. A reply would be appreciated by February 3, 1995.

Sincerely

Diana Croyle
Administrative Services

January 25, 1995

DC/lap

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112955

MP401112956



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MetLife

RE: Policies

Dear Mr. Pasqualino

Thank you for your reply.

We are proceeding with the reductions. Policy DM will be cancelled giving credit or full premiums paid of $11,617.37. These amount along with your check of $606.31 will be used to reverse the cash surrenders and loans and pay premiums to date for policies A and B (as previously outlined in our letter of December 1, 1994).

We are attempting to have duplicate of policies A and B mailed to you. If you do not receive the policies by April 4th, please telephone 1-800-MET-5000 and refer to this letter.

Policy B was previously paid by Check-O-Matic withdrawals from your bank account. Please arrange to resume payments by contacting your local sales office or our Service Center at 1-800-MET-5000.

Thank you for your patience during the resolution of this matter. MetLife continues to try to provide life insurance and services to our customers which meet their needs and expectations.

Sincerely,

Diane Coyle
Administrative Services

February 20, 1995

DC/ke

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MetLife

OC
Pend

95 FEB 10 AM 10 58

RE: Policies 8[REDACTED] UM, etc.

Dear [REDACTED]

This is in reply to your letter of December 19, 1994 with receipt of your check for $606.31.

We are willing to proceed with the restoration as outlined in our letter to you of December 1, 1994. Upon restoration of the original contracts, duplicate policies for 75[REDACTED] A and 8[REDACTED] A will be sent to you.

I have also had the cash surrender values of policies 75[REDACTED] A and 8[REDACTED] A calculated for you. These values are based on the assumption that the contracts are restored with premiums paid to date. As of January 11, 1995, the cash surrender value of policy 75[REDACTED] A is $5,244.24. The cash surrender value of policy 8[REDACTED] A as of January 11, 1995 is $6,920.98. Please keep in mind that in restoring your policies, the funds are being returned as of the dates they were originally withdrawn. As a result, values on your policies have continued to accrue as if the withdrawals had never been processed.

We will continue to hold your monies of $606.31. Please provide a written response in the envelope provided if we can continue with the restoration of your contracts. A reply would be appreciated by February 3, 1995.

Sincerely

Diana Croyle
Administrative Services

January 25, 1995

DC/tp

Please Continue with the restorations of the above policies.





KP Closed 12-30

94 DEC 30 AM 11:41

December 19, 1994

MetLife
Attn: Barb Repp
Johnstown Administrative Office
500 Schoolhouse Road
Johnstown, PA 15904-1097

RE [REDACTED] Policies:
89[REDACTED] 04, 82[REDACTED] A, 75[REDACTED] A

Dear Barb:

In response to your letter dated December 1, 1994 I am enclosing a check in the amount of $606.31 in order to restore policies 7[REDACTED] A and 82[REDACTED] A. Before these policies are reactivated I am asking that you double check your figures as we have no way to verify them until after the policies are in effect.

I would also like to confirm that as per my telephone conversations with your representatives the cash surrender values of these two policies will be the same as if they were never cancelled. I was informed during one of these conversations that copies of the policies will be made available to me when they are reinstated. I would like you to verify that the information is correct and what the cash values are.

I am very pleased with the timely and efficient way MetLife has handled my case, however I find myself in the same position I was in seven years ago, worse in fact because my advanced age has now made upgrading my life insurance not affordable. I allowed the original policies to be rolled over because I believed $26,000 to be an inadequate amount of life insurance and the new policy offered $75,000.

Thank you again for your time and consideration.

Sincerely:

[REDACTED]

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112958



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112959

FLEXIBLE PREMIUM LIFE/FLEXIBLE PREMIUM MULTIFUNDED LIFE INSTRUCTION SHEET

TO: NEW BUSINESS PROCESSING CENTER/PLACINGS & DEPOSITS

___ FLEXIBLE PREMIUM LIFE (UL) ✓ FLEXIBLE PREMIUM MULTIFUNDED LIFE

POLICY NUMBER ______ UM  INSURED ______

GROSS PREMIUM PAID $ ______  REFUND AMOUNT $ ______

The above policy is being cancelled as a "LIFT".

1. Recall all premium payments (via) QA Transaction) and refund
   ( ) without Interest
   ( ) with Interest $ ______
2. Refund less the following, if applicable:
   ( ) Cash/Loan Value already paid $ ______
   ( ) Cost of Insurance Charges $ ______
   ______ 19__ To ______ 19__

REFUND CHECK(S) TO BE ISSUED (USE CODE 270) $ ______ $ ______

A. Issue check to ( ) Policyholder ______
   ( ) Other (Specify) ______
B. Send check to ( ) Policyholder ______
   ( ) District/Branch ______
   ( ) Other (Specify) ______

PROCESSING AREA

REQUEST FOR 190A AS FOLLOWS (UM's Require 190A):

| Authorizing Division | ID of Pmt Remittance Type or Reason for Remittance | Name of Insured & Policy Number | Amt. of Remittance | Control # |
|---|---|---|---|---|
| [illegible] | [illegible] | [redacted] | [illegible] | [illegible] |
| [illegible] | [illegible] | [redacted] | [illegible] | [illegible] |

PLS CREDIT SUSPENSE ASSETS DEPT - ACCT 020-751-01 FOR THE FOLLOWING (UL's only)

| Authorizing Division | Transaction to be Reversed | Name of Insured & Policy Number | Amount |
|---|---|---|---|

Total Credit to Suspense Assets $ ______

(Name Stamp)

Commissions:
1. A. First Year ( ) Allow to Stand ( ) Withdraw
   B. Renewal/Servicing ( ) Allow to Stand ( ) Withdraw
2. Manually complete ISP and RWB coding sheets using code for "Policy Lift".

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112960



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MetLife

To: Financial & Electronic Services

# Form 190-A

190-A Control No. 0084129
(To be entered by the F&ES Clerk)

Sales Office No. 715 Agency No. 615

| *190-A Type Code | Insured's Name, Policy Number Check Number, Etc. | Authorizing Division, Clerk's Name | Amount of Remittance |
|---|---|---|---|
| 6 | [REDACTED] 8[REDACTED]A | [illegible] | [illegible] |

Remarks (For Head Office Use Only)

Recall $ ____ From Policy No. ____ F&ES holding $ ____ On Control No. ____

Additional Comments ____

Use this form for reporting the miscellaneous remittances listed below

*190-A Type Codes (Enter the appropriate Type Code)

1. Sale of Sales Office furniture
2. 225 adjustments ("USE" Code ____)
3. Sales Office expense reimbursement ("USE" Code ____)
4. Contests/Dues Adv. overpayment ("USE" Code 180/150)
5. Career Success School expenses, FSA kits, etc.
6. C.S., Dividend, Loan reversals (Inc. APL)
7. D.C., M.E., reversals/adjustments
8. Lump sum payments
9. Disability overpayments
10. Overpayments C.S., loan, etc.
11. Change reversals/adjustments
12. Policy fees
13. 1st year expense charge (PL/UM reinstatements)
14. Reimbursement of NSF COM draft
15. Payment collected on premium [illegible]
16. [illegible] reversals
17. Return of Advance for Manager's Bank Account
18. Reimbursement for Advertising
19. Agent's License Fees
20. PHSBG, PHSCR, [illegible] (quarterly clearing of MFES ledgers)
21. [illegible] SGLI/FGLI
22. Overpayment ERP Claims (SEHD only)
23. Metromatic Mutual Funds (SEHD only)

Completed by ____

Processed by F&ES Clerk ____

MP4011112961

MP4011112962

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

SPECIAL PROCESSING CASE: Tampa ____ Copycat ____ PA Restoration ✓ National ____ Other ____

TO: M ________ INDUSTRIAL PROCESSING ADJUSTMENT UNIT

TO: M Consumer Relations, Customer Services Head Office

PLEASE *LIFT* POLICY 22[redacted], MAKING THE ADJUSTMENT INDICATED BELOW:

POLICY # ________

| DEBIT | | CREDIT | |
|---|---|---|---|
| Prem. 1st Yr. | $____ | Susp. Assets | $____ |
| Prem. Renewal | $____ | Susp. Liab. | $____ |
| Loan Interest | $____ | Loan | $____ |
| Susp. Assets | $____ | Cash Value | $____ |
| Susp. Liab. | $____ | Dividends | $____ |
| PUAR | $____ | Refund Check Amount | $____ |
| Misc. Interest | $____ | Cost of Insurance | $____ |
| Misc. Loss | $____ | | |
| TOTAL | $____ | TOTAL | $____ |

POLICY # MS[redacted] A

| DEBIT | | CREDIT | |
|---|---|---|---|
| Susp. Assets | $____ | Susp. Assets | $____ |
| Susp. Liab. | $____ | Susp. Liab. | $____ |
| Loan | $____ | Loan | $[illegible] |
| Loan Interest | $____ | Loan Interest | $____ |
| Dividends | $____ | Dividends | $____ |
| Cash Value | $____ | Cash Value | $[illegible] |
| 190A | $4,913.57 | Premiums | $1874.00 |
| Misc. Loss | $____ | | |
| TOTAL | $4,913.57 | TOTAL | $4,913.57 |

POLICY FACTS FOR LIFTED POLICY

Insured ________
Paid to Date ________
Mode ________
District ________
Agency/Index ________
Commission $______ Allow ______ Deduct ______

OK for Losses ______ Date ______

# of Premiums 6 Mode A
New Paid to Date 11-95

______ REFUND CHECK ALREADY ISSUED BY OCR ON ______

______ REFUND CHECK TO BE ISSUED BY ADJUSTMENT UNIT

ISSUE CHECK PAYABLE TO: ____ Insured ____ Owner on File ____ Other ________

SEND CHECK TO: Address on File ____ District ____ Other ________

(5/6/94ed)

MP401112963

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

SPECIAL PROCESSING CASE: Tampa ____ Copycat ____ PA Restoration ____ National ____ Other ____

TO: M ____ INDUSTRIAL PROCESSING ADJUSTMENT UNIT

TO: M Consumer Relations, Customer Services Head Office

PLEASE LIFT POLICY 23[REDACTED] ____, MAKING THE ADJUSTMENT INDICATED BELOW:

POLICY # ____

| DEBIT | | CREDIT | |
|---|---|---|---|
| Prem. 1st Yr. | $____ | Susp. Assets | $____ |
| Prem. Renewal | $____ | Susp. Liab. | $____ |
| Loan Interest | $____ | Loan | $____ |
| Susp. Assets | $____ | Cash Value | $____ |
| Susp. Liab. | $____ | Dividends | $____ |
| PUAR | $____ | Refund Check Amount | $____ |
| Misc. Interest | $____ | Cost of Insurance | $____ |
| Misc. Loss | $____ | | |
| TOTAL | $____ | TOTAL | $____ |

POLICY # 23[REDACTED]

| DEBIT | | CREDIT | |
|---|---|---|---|
| Susp. Assets | $____ | Susp. Assets | $____ |
| Susp. Liab. | $____ | Susp. Liab. | $____ |
| Loan | $____ | Loan | $____ |
| Loan Interest | $____ | Loan Interest | $____ |
| Dividends | $____ | Dividends | $____ |
| Cash Value | $____ | Cash Value | $[illegible].48 |
| 190A | $6,[illegible].00 | Premiums | $[illegible].53 |
| ~~Misc. Loss~~ | $[illegible] | | |
| TOTAL | $[illegible] | TOTAL | $[illegible] |

POLICY FACTS FOR LIFTED POLICY

Insured ____
Paid to Date ____
Mode ____
District ____
Agency/Index ____
Commission $____ Allow ____ Deduct ____

OK for Losses ____ Date ____

# of Premiums [illegible] Mode [illegible]
New Paid to Date [illegible]

____ REFUND CHECK ALREADY ISSUED BY OCR ON ____

____ REFUND CHECK TO BE ISSUED BY ADJUSTMENT UNIT

ISSUE CHECK PAYABLE TO: ____ Insured ____ Owner on File ____ Other ____

SEND CHECK TO: Address on File ____ District ____ Other ____ (5/6/94ed)

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP40111112964



MP4011112965

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

HTES CASE COPY FOR [illegible]

POL #-75[REDACTED]-A SURNAME:[REDACTED] CC #: [illegible] ID:VIRGINIA [illegible] MODULE LOAN

EXPLANATION:TO REVERSE NEW LOAN OF 4-10-[illegible] AND PARTIALLY CLEAR SUSP ASSETS CREDITED VIA HTES [illegible] WHEN C.V. WAS REVERSED.
INSURED - [REDACTED]

| SEQ | DEPT | ACCT | DESCRIPTION | DEBIT | CREDIT | SECONDARY POLICY |
|---|---|---|---|---|---|---|
| 008 | 020 | 73100 | TEMPORARY LOANS | $ .00 | $ [illegible].10 | |
| 016 | 020 | 78101 | SUSPENSE ASSETS DEPARTMENTL | $ [illegible].10 | $ .00 | |

LOAN FEEDBACK TRC 786 WAS PRODUCED



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112966



MP4011112967

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

LOAN FILE AND HISTORY QUOTATION

75 [redacted] A 1113 [redacted] 015 PRM PAY N 111375 1000 38 783 121589 G 121589 01 09 95 PE2BH

.00111389 29.30 29.30 6 .00 .00 94 041289 39121592 89

839.10 29.30 1013

CONFIDENTIAL: PROPERTY OF MET LIFE AND AFFILIATED COMPANIES

THIS POLICY IS TAKEN FROM THE PURGED HISTORY FILE

| [illegible] | [illegible] | [illegible] | [illegible] | Interest Dates From | Interest Dates To | [illegible] | [illegible] | [illegible] | Loan History Description of Transaction |
|---|---|---|---|---|---|---|---|---|---|
| 04 17 85 | 007 | | | 00 00 00 | 03 13 85 | 131.50 | 131.50 | | NEW LOAN - APL |
| 08 18 85 | 004 | | | 03 13 85 | 10 14 85 | 137.40 | 268.90 | | INCREASED LOAN - APL |
| 08 18 85 | 004 | | 5.00 | 03 13 85 | 10 14 85 | | 268.90 | | INCREASED LOAN - APL |
| 02 18 88 | 004 | | | 10 14 85 | 11 13 85 | 27.59 | 296.49 | | INCREASED LOAN - APL |
| 02 18 88 | 004 | | 1.28 | 10 14 85 | 11 13 85 | | 298.49 | | INCREASED LOAN - APL |
| 02 19 88 | 878 | 02 18 88 | | | 11 13 85 | 263.00 | 33.49 | 4.11 | PRINC PAYMT - D.D. |
| 02 18 87 | 871 | 02 19 87 | 6.12 | | 11 13 88 | | 33.49 | | INT. PAYMT - D.D. |
| 02 18 87 | 870 | 02 19 87 | | 11 13 86 | 02 19 87 | 33.48 | | | FULL REPAYT - D.D. |
| 04 10 89 | 007 | | | | 04 12 89 | 839.10 | 839.10 | | NEW LOAN |
| 12 15 89 | 783 | | 21.30 | 04 12 89 | 11 13 89 | 839.10 | | | CANC-CASH SURRENDER |



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

NTEE CASE COPY FOR 980220

POL #: [redacted] A SURNAME [redacted] CC #: [illegible] TO VIRGINIA BUNJA MODULE - CASH

A/K.N 155 YR:78 PROD TYPE 1 DIST.J15 REASON 10: LOSS OF BLK CHK:000000000 CK DATE.000000 190-A DATE 061130 PLAN 1800

EXPLANATION: TO REVERSE CASH SURR OF 12-18-86 AND CLEAR 190A CTRL #0061130. SUSP ASSETS TO BE CLEARED WHEN LOAN REVERSED AND PREMS PAID. INSURED - [redacted]

| SEQ | DEPT | ACCT | DESCRIPTION | DEBIT | CREDIT | SECONDARY POLICY |
|---|---|---|---|---|---|---|
| 001 | 020 | 02601 | INTEREST ON LOANS | $ 38.30 | $ .00 | |
| 002 | 020 | 44101 | TERMINAL DIVIDEND | $ .00 | $ 40.00 | |
| 001 | 020 | 46001 | SURR. VALUES-DIR BUS | $ .00 | $ 3470.00 | |
| 003 | 020 | 46004 | NOTICE AI | $ .00 | $ 197.87 | |
| 004 | 020 | 72100 | TEMPORARY LOANS | $ 839.10 | $ .00 | |
| 011 | 020 | 79101 | SUSPENSE ASSETS DEPARTMENTS | $ .00 | $ 3873.20 | |
| 010 | 020 | 79200 | SUS LIAB - PREM REMIT- 1904 | $ 4872.57 | $ .00 | |

NOTICE FEEDBACK WAS PRODUCED

DIVIDEND FEEDBACK TE 11 INT 87 WAS PRODUCED

| TT | CURR. DIV. | CURR. AI/AA | 1YT EX DIV | DWI | AI/AA | CURR 1YT | CY AI/AA |
|---|---|---|---|---|---|---|---|
| 33 | | | | | $ 336.30 | | $ 197.87 |

LOAN FEEDBACK TNC 082 WAS PRODUCED

MP4011112968



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP4011112969



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MTKS CASE COPY FOR: 980120

POL #-A2[redacted]A SURNAME [redacted] CC #: 62780/86300 ID VIRGINIA [illegible] MODULE PTD ADJ 5

A/M:M 166 YR 81 PROD TYPE: 1 DIST V18 REASON 189 LOC:00 PLK. CK#.000000000 CK DATE 000000 190-A DATE:084128 PLAN:1023

EXPLANATION: TO ADJUST PAID TO DATE FOR 80 MONTHLY PREMS FROM 10-3-88 TO 1-3-88 AND CLEARING SUSP ASSETS CREDITED THIS DAY WHEN CV WAS REVERSED & CLEARING 190A #0084128. INSURED - [redacted]

| SEQ | DEPT | ACCT | DESCRIPTION | | DEBIT | | CREDIT | SECONDARY POLICY |
|---|---|---|---|---|---|---|---|---|
| 010 | 020 | 00102 | NOTICE PREMIUMS | $ | .00 | $ | 3756.53 | |
| 016 | 020 | 76101 | SUSPENSE ASSETS DEPARTMENTL | $ | 3153.22 | $ | .00 | |
| 018 | 020 | 76300 | SUS LIAB - PREM REMIT- 190A | $ | 608.31 | $ | .00 | |

PAID TO DATE ADJUSTMENT KIND 5 WAS PRODUCED

KIND: 5 MODE: 2 NUM MODES: 0 ANN MONTH: 8 DUE DATE: 881003 PREM: 1 DD.31 NEW-PTD 8501 APPROVAL: RMH

MP4011112970