

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MF401112971



REDACTED CONFIDENTIAL POL INFO

CONFIDENTIAL

MP4011112972

MP4011112973



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011112974

Policy E:

Reverse Cash Surrender

Premium due from October 1989    $2,918.44
to January 1995

$3,799.25    63 months @ $61.31
$6,717.69

As you can see the total to restore your policies is $11,017.27. This amount minus the $11,017.27 refund requires a payment of $606.31 (as... ... you would rather not restore both of your policies, you may return only one ... ... ... ... ... refunded to you.

Please advise by December 20, 1994, how you wish to ... ... If you wish to restore both policies please send your check for $606.31 to my ... ... the enclosed envelope.

If you have any questions please feel free to contact me at 1-800-MET-5000.

Sincerely

Barb Rupp
Administrative Services
Johnstown Administrative Office

December 1, 1994

BR:jt



CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP401111112975

REDACTED
CONFIDENTIAL POL INFO

CONFIDENTIAL

MP4011112976



Re: Policy 62[REDACTED]

Dear Mr. [REDACTED]

Dividends in the amount of $1,811.44 have been withdrawn from policy
62[REDACTED]. This amount, along with our current cash surrender value of
$[REDACTED], is fully repay the loan on policy 62[REDACTED]. There is
currently no loan outstanding.

The amount of additional insurance purchased by the dividends which are held
is $919.31. The cash value of the Additional Insurance is $40[REDACTED]; this is
the amount that you could withdraw.

Your current dividend option is Premium Reduction. This means that the
current dividend is used to pay the annual premium. If the dividend reaches
the premium the entire amount is applied as a credit. If the dividend is less
than the premium, you would receive a bill for the difference, which
would be applied to cover the premium, a bill for the difference would
be mailed to you. There is no tax reporting under this option.

The beneficiary on policy 62[REDACTED] is listed as [REDACTED]

If you have any further questions, please feel free to contact me at
(814) 255-0138.

Sincerely,

Carol L. Biesen
Office of Consumer Relations

August 14, 1991

CLB/df



CONFIDENTIAL

REDACTED
CONFIDENTIAL POL
INFO

MF4011112977

**REDACTED CONFIDENTIAL POL INFO**

**CONFIDENTIAL**

MP4011112978

PLEASE PULL POLICY

POLICY # _____

POLICY # _____ A

| DEBIT | | CREDIT | |
|---|---|---|---|
| Prem. 1st Yr. $ ____ | Susp. Assets $ ____ | | |
| Prem. Renewal $ ____ | Susp. Liab. $ ____ | | |
| Loan Interest $ ____ | Loan $ ____ | | |
| Susp. Assets $ ____ | Cash Value $ ____ | | |
| Susp. Liab. $ ____ | Dividends $ ____ | | |
| | Cost of Insurance $ ____ | | |
| TOTAL $ ____ | TOTAL $ ____ | | |

| DEBIT | | CREDIT | |
|---|---|---|---|
| Susp. Assets $ ____ | Susp. Assets $ ____ | | |
| Susp. Liab. $ ____ | Susp. Liab. $ ____ | | |
| Loan $ ____ | Loan $ ____ | | |
| Loan Interest $ ____ | Loan Interest $ ____ | | |
| Dividends $ ____ | Dividends $ ____ | | |
| Cash Value $ ____ | Cash Value $ ____ | | |
| D.O.B. $ ____ | D.O.B. $ ____ | | |
| TOTAL $ ____ | TOTAL $ ____ | | |

**POLICY FACTS FOR LIFTED POLICY**

Insured _____
Paid To Date _____
Mode _____
District _____
Agency/Index _____
Commission $ ____ Allow ____ Deduct ____

**ATTACHMENTS**   **COMMENTS**

POLICY _____
OPF _____
DIV. REQ. _____
980 _____
OTHER _____
APP _____



CONFIDENTIAL

REDACTED
CONFIDENTIAL POL INFO

MP401112979



**REDACTED
CONFIDENTIAL POL INFO**

**CONFIDENTIAL**

MP4011112980

REDACTED
CONFIDENTIAL POL
INFO

CONFIDENTIAL

MP401112981



REDACTED
CONFIDENTIAL POL INFO          CONFIDENTIAL

MP4011112982



REDACTED
CONFIDENTIAL POL
INFO

CONFIDENTIAL



MP401111112983

MP4011112984

**REDACTED CONFIDENTIAL POL INFO**

**CONFIDENTIAL**



REDACTED
CONFIDENTIAL POL INFO

CONFIDENTIAL

MP401112985



Dear Mr. Osowonski:

This will supplement my letter dated June 21, 1991.

To have completed our amortization and we feel that a renewal is in order. It does not appear that there are additional dividends in policy

The gross deposit of $1,920.00 will be applied from Policy to and will be used to complete the premium due and additional dividends to our office at the same amount. Policy enclosed release form should be signed and returned in the enclosed envelope.

Sincerely,

J. F. Smith
Vice-President

July 15, 1991

JFS:ss

REDACTED CONFIDENTIAL
POL INFO

CONFIDENTIAL



MP4011112986



**REDACTED CONFIDENTIAL POL INFO**

**CONFIDENTIAL**

MP401112987

CONFIDENTIAL

**REDACTED
CONFIDENTIAL
POL INFO**

MP4011112988



REDACTED
CONFIDENTIAL POL
INFO

CONFIDENTIAL

MP401112989



REDACTED CONFIDENTIAL
POL INFO

CONFIDENTIAL



MP4011112990

REDACTED CONFIDENTIAL
POL INFO

CONFIDENTIAL

MP4011112991





MP401112992

**CONFIDENTIAL**

**REDACTED**
**CONFIDENTIAL POL INFO**

MP401112993



RAY GERHARDT
GENERAL SERVICES REPRESENTATIVE
PENNSYLVANIA INSURANCE DEPARTMENT
ROOM 164 STATE OFFICE BUILDING
300 LIBERTY AVE
PITTSBURGH PA 15222

Re: Insured
Policy
Your File 91-506-0357.

Dear Mr. Gerhardt:

This will supplement my letter of June 11, 1991.

Because of the nature of the insured's allegations, our examination of
this matter has taken somewhat longer than anticipated. Please be assured
that the matter is receiving our close attention, and we will write to you
again when the investigation has been completed.

Sincerely

J. F. Smith
Vice-President

JFS/sap

June 11, 1991

**REDACTED**
**CONFIDENTIAL POL INFO**

**CONFIDENTIAL**

MP401112994



CONFIDENTIAL

REDACTED
CONFIDENTIAL POL
INFO

MP401112995





CONFIDENTIAL



MP401111;





910-1900355
Contd. 2

In fact, he use to stop by the office four or five times a day to review these policies. Everything was fine until one day he needed money to pay off a vehicle loan. He came in the office and one of the clerks in the office processed a loan directly to him. Shortly after the money was sent directly to him. A policy to this, and quite suddenly, he began saying that was not adequate. This, and quite suddenly, he began saying that he doesn't know what he has ever been told to this, or discussed.

As far as I am concerned, this is a 'crock'. He has spoken with me many, many times about these matters and knows exactly what is going on. If I can be of any further help please let me know.

Sincerely,

Kenneth F. Fitzmaurice, Sr.
Sales Representative

June 14, 1991

KFF:lj
cc:1 R&D

MetropolitanLife®
AGENCY HEADQUARTERS

910-1900356

**CONFIDENTIAL**



MP4011112997

CONFIDENTIAL

REDACTED
CONFIDENTIAL POL
INFO

MP401112998



CONFIDENTIAL: NEITHER THIS DOCUMENT NOR THE INFORMATION CONTAINED HEREIN MAY
BE COPIED OR USED FOR ANY PURPOSE OTHER THAN METROPOLITAN BUSINESS.

STATEMENT OF PAYMENT    9 1 0 0 1 7 0 0 3 5 7    SETTLEMENT DATE

SUB
DIST/AGY POLICY/SUFFIX ITEMS DATE MADE

J15/81S HCAO/OUI A2    4    DIV A5DC20 A
MET INSURANCE AND    A ANNUITY COMPANY
APPLY TO BE    AL CLECK TO GO

REDACTED
CONFIDENTIAL POL
INFO

CONFIDENTIAL

MP4011112999



We have applied six months from your old policy's renewal
premium. When you receive the next bill, it reflects the new
premium, and we will mail the premium.

Contact me and we will mail the premium. Once

If you should have any questions, please contact

Sincerely

Kenneth Kaczmarz
Sales Representative

February 13, 1989

MP401113000



REDACTED
CONFIDENTIAL POL
INFO

CONFIDENTIAL

REDACTED
CONFIDENTIAL POL
INFO

CONFIDENTIAL



MP401113001

CONFIDENTIAL

MP4011113002





REDACTED
CONFIDENTIAL POL
INFO

CONFIDENTIAL

MP4011113003

REDACTED
CONFIDENTIAL
POL INFO

CONFIDENTIAL



MP4011113004

COMMONWEALTH OF PENNSYLVANIA
INSURANCE DEPARTMENT

June 5, 1991

Metropolitan Life Insurance Company
300 Schoolhouse Road
Johnstown, PA 15904
ATTN: Salvatore R. Maruci

RE: Consumer
File #:    91 306 02975

Gentlemen:

Enclosed is a copy of a complaint we have received
above-captioned complainant(s).

Would you kindly review this matter and advise this
Department of your findings within ten (10) working days.

Your cooperation in this matter will be appreciated.

Sincerely yours,

Ray Capron

Ray Capron
COMPLAINTS DIVISION
Bureau of Consumer

C-4

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**



COMMONWEALTH OF PENNSYLVANIA
INSURANCE DEPARTMENT

INSURANCE COMPLAINT FORM

(In response to your request for assistance, we are sending this form to obtain more information so we may properly assist you. Please complete this form and return it to our office. You will be hearing from us in the near future.)

YOUR NAME:

ADDRESS:

SOCIAL SECURITY #:

INSURED: _____ METROPOLITAN LIFE _____

**SECTION A**

1. Type of insurance (Please Check One)
   AUTO ☐   FIRE ☐   LIFE ☒   HEALTH ☐   OTHER ☐

2. (A) If your problem involves an insurance company, give the full name of the company.
   METROPOLITAN LIFE

   (B) If your problem involves an agent or broker, give his/her full name and address.

3. Policy #: _____   Claim #: _____

4. Date and location of accident or loss:

5. Have you previously reported this problem to our office or any other agency?
   YES ☒   NO ☐   If yes, to whom? _____ KEN _____

**SECTION B. PLEASE CHECK THE STATEMENT(S) THAT APPLY TO YOUR PROBLEM.**

1. ☐ The agent misrepresented the policy to me.

2. ☐ The agent did not fully explain the exclusions or limitations of the policy to me.

3. ☒ I have been unable to get information from the company concerning my estimate/payments taken on my problem.

4. ☐ The company has unfairly rejected my claim.

---continued on reverse side---

PI-1 (6/87)

CONFIDENTIAL

REDACTED
CONFIDENTIAL
POL INFO

MP401113006



REDACTED
CONFIDENTIAL POL
INFO

CONFIDENTIAL

MP4011113007



REDACTED CONFIDENTIAL POL INFO

CONFIDENTIAL

MP4011113008





REDACTED
CONFIDENTIAL
POL INFO

CONFIDENTIAL

MP401113009

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401113010

**MetLife**

RAY OSEKOWSKI INVESTIGATOR
PENNSYLVANIA INSURANCE DEPARTMENT
ROOM 304 STATE OFFICE BUILDING
300 LIBERTY AVE
PITTSBURGH PA 15222

Re    Insured        8E          UL
      Policy
      Your File      93-306-04637

Dear Mr. Osekowski:

This will supplement my letter dated January 13, 1994.

We have been advised by Branch Manager Basher that the insured has been contacted and
his policy has been explained to his satisfaction.

Policy 8E          UL is currently inforce with gross deposits totalling $8,800.00.

Sincerely,

Russell J. Gramlich
Vice-President

February 3, 1994

RJG/ejr

Metropolitan Life Insurance Company

**CONFIDENTIAL**


**REDACTED CONFIDENTIAL POL INFO**

MP4011113011



MetLife

Ms. Carol L. Slazas
Office of Consumer Relations
LAD

Re: Complaint Case— ■■■■■ Jr.—Policy No. 88■■■■ UL

Dear Carol:

The Account Representative Ken Kaczmarek has contacted the insured and he reviewed the statements on his policies.

The insured is satisfied that he wasn't a victim of fraudulent practices he had read about recently. He's promised to send the Account Representative a letter reviewing his complaint.

I will forward as soon as reviewed.

Yours truly,

Mike

Michael F. Dushur, CLU, ChFC
Branch Manager

January 25, 1994

MFD/kmc

MP401113012

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

948.007  5541

Mr. Michael F. Baskus, CLU, ChFC
Branch Manager

Re: Complaint case— Jr.-Policy No. 25■■■■ Su.

Dear Mr. Baskus:

As per ■■■■ (our ref. 5-18-93), I personally talked with ■■■■ today,
His Wagner's (our ref. 5-18-93), I also pointed out that as of 5-16-93 his contract
had a surrender value of $R65,175. His contract to me was that in as what
be wanted, the letter which he received is what set him so upset.

I found him in the normal statements for the year of 5-16-90, 5-18-91,
5-18-92, and 5-18-93, I also pointed out that as of 5-16-93 his contract
had a surrender value of $R65,175. His comment to me was that is what
he wanted, the letter which he received is what set him so upset.

He is going to mail a letter reclaiming his complaint.

Sincerely,

Kenneth F. LaComeck
Sales Representative

January 24, 1994

KFN/bmr

MetLife

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401113013



FROM: JAD-CONSUMER RELATIONS          MSG#: ████████
TO: JIS - MONROEVILLE                 SENT: 01/26/94 08:47 AM    PRIORITY: 2
SUBJ: █ COMPLAINT

ATTENTION:   MICHAEL F. BASHUR, SR. MGR.
RE:   INSURED          ██
      POLICY(IES):  █████  UL
      POLICY(IES):

ADDITIONAL REQUEST FOR INFORMATION!
IF REPLYING BY E.M., USE "REPLY" OR "RAVE" MESSAGE TO DESTINATION "V46", OR
USE THE "REPLY" OPTION FIF... THIS DOES NOT ALLOW US TO PRINT YOUR M...

PER MY LETTER OF JANUARY 1, 1994, PLEASE SUBMIT THE REQUESTED REPORTS ...
YOUR RECOMMENDATION BY FEBRUARY 2, 1994.

THANK YOU.

CAROL L. BLANNC
CONSUMER RELATIONS
JAD

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011113014

MetLife

January 13, 1994

Michael F. Bucher
Branch Manager
115 Monroeville, PA

RE:    Policyholder
       Policy Number(s)
       Type of Complaint
       Representative/Status

**THE ATTACHED CORRESPONDENCE RAISES SERIOUS ALLEGATIONS AND SHOULD RECEIVE YOUR IMMEDIATE ATTENTION.** Would you please look into the circumstances surrounding the writing and placing of the policy in question.

A prompt detailed report from the sales representative and anyone else involved in the delivery and sale of this policy is essential. Have each one submit a detailed report over their signature containing: (1) specific answers to the questions on the attached questionnaire; (2) copies of any materials used in the sales presentation, policy delivery interview, and/or policy review, etc. and; (3) any additional pertinent information, not specifically requested.

If the sales representative is no longer active (retired, disabled, terminated), every effort should be made to obtain a written report. If you are unsuccessful in obtaining this report, please let us know what attempts were made to contact the representative.

Finally, in addition to the sales representative's report, we would appreciate receiving (1) an outline of your findings in this case, including the results of any interview with the insured, and (2) your recommendation as to how the matter should be resolved.

NOTE:    The report must be sent to NCAO-Consumer Relations (Adnatown) on or before January 26, 1994.

Carol L. Slone
Office of Consumer Relations
Metropolitan Administrative Office

CLS:dc

Attachment

Metropolitan Life Insurance Company

**CONFIDENTIAL**

MP401113015

Metropolitan Life Insurance Company

## MISREPRESENTATION/REPLACEMENT QUESTIONNAIRE

1. DESCRIBE IN DETAIL THE CANVASS, THE BASIS OF THE SALE AND THE PLACING OF NEW INSURANCE.

2. WHAT WAS YOUR IMPRESSION OF THE INSURED'S UNDERSTANDING OF THE PURPOSE OF THIS INSURANCE?

3. WAS THERE ANY DISCUSSION DURING THE SELLING OR PLACEMENT INTERVIEW REGARDING THE REPLACEMENT OF ANY EXISTING INSURANCE? (GIVE FULL DETAILS)

4. WHY WASN'T THE REPLACED POLICY LISTED AS AN IN-FORCE POLICY ON THE APPLICATION?

5. IF REPLACEMENT WAS INTENDED, WHY WASN'T IT INDICATED ON THE APPLICATION?

6. WHY WEREN'T THE REQUIRED STATE INSURANCE DEPARTMENT REPLACEMENT FORMS COMPLETED AND SUBMITTED WITH THE APPLICATION?

7. WAS THERE ANY DISCUSSION REGARDING THE PAYMENT OF PREMIUMS ON NEW OR EXISTING INSURANCE BY MEANS OF POLICY LOANS? (EXPLAIN IN DETAIL)

8. DESCRIBE WHAT EFFORTS WERE MADE TO CONSERVE OR MAKE CHANGES IN THE EXISTING INSURANCE TO OBTAIN THE RESULTS DESIRED BY THE INSURED.

9. WAS AN ILLUSTRATION SHOWING THE YEAR BY YEAR CASH SURRENDER VALUE OF THE POLICY PROVIDED AND DISCUSSED? IF SO, SEND US A COPY IF AVAILABLE.

10. WAS ANY REQUEST FOR EXERCISE OF THE 10-DAY FREE LOOK PROVISION MADE?

11. IS THERE ANY INDICATION OF INFLUENCE BY AN OUTSIDE PARTY?

DC

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011113016

MetLife

APR 07 1994

RAY OSIECKOWSKI INVESTIGATOR
CONSUMER SERVICES REPRESENTATIVE
BUREAU OF CONSUMER SERVICES
PENNSYLVANIA INSURANCE DEPARTMENT
ROOM 304 STATE OFFICE BUILDING
300 LIBERTY AVE
PITTSBURGH PA 15222

Re:    Insured
       Policy
       Your File    93-306-04657

Dear Mr. Osiekowski:

We have received your letter of January 6, 1994, together with its enclosures.

We are presently investigating the circumstance which prompted the complaint mentioned in your letter. You have my assurance that we will contact you as soon as this investigation is completed, and we have decided upon the appropriate course of action.

Sincerely

Russell J. Gremlich
Vice-President

RJG/dc
January 13, 1994

Metropolitan Life Insurance Company

CONFIDENTIAL


REDACTED CONFIDENTIAL POL INFO



COMMONWEALTH OF PENNSYLVANIA
INSURANCE DEPARTMENT
ROOM 304 STATE OFFICE BLDG.
300 LIBERTY AVENUE
PITTSBURGH, PA 15222

TELEPHONE (412) 565-6200

January 6, 1994

Metropolitan Life Insurance Co.
500 Schoolhouse Rd.
Johnstown, PA 15915
Attn: Salvatore R. Manucci

RE: Insured:
File #: 53 3505 04637

Dear Sir/Madam:

Enclosed is a copy of a complaint we have received from the above-captioned complainant(s).

Would you kindly review this matter and advise this Department of your findings within ten (10) working days. If you have any questions concerning this matter, please contact me at 412-565-9661.

Your cooperation in this matter will be appreciated.

Sincerely yours,

Ray Oskrowski
Consumer Services Representative
Bureau of Consumer Services

C-4

MP401111301.7

**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP4011113018

COMMONWEALTH OF PENNSYLVANIA
INSURANCE DEPARTMENT
INSURANCE COMPLAINT FORM
(Please Print or Type)

RECEIVED DEC 30 1993

In response to your request for assistance, we are sending this Insurance Complaint Form. In order that a complete record may please complete this form and return it to the nearest regional office.

DAYTIME TELEPHONE #
HOME: (Area Code)
BUSINESS: (Area Code)

NAME:
ADDRESS:

INSURED NAME:
(If other than above)

1. Type of Insurance: AUTO ☐ HOMEOWNERS ☐ COMMERCIAL ☐
   (Please Check One) LIFE ☒ HEALTH ☐ OTHER ☒ Flexible - Premium Life
                                                          (specify)

2. (A) If your problem involves an insurance company, give the full name of the complaint:
       Metropolitan Life Insurance Co.

   (B) With whom at the company have you dealt?
       Name: Ken Kaczmarek                              Phone #:

3. If your problem involves an agent or broker, give his/her full name, address and phone #:
   Kenneth Kaczmarek  2790 Mosside Blvd Suites Monroeville
   4. Policy #: 88          UL                    Claim #:     412-373-3366 98.5%

5. Date and location of accident or loss:

6. Have you previously reported this problem to our office or any other agency?
   Yes ☒  No ☐   If yes, to whom? Kenneth Kaczmarek

**PLEASE CHECK THIS TYPE OF PROBLEM THAT APPLIES TO YOUR COMPLAINT.**

☐ Cancellation/Nonrenewal
☐ Claim Handling
☐ Billing/Premium Dispute
☒ Sales Misrepresentation
☐ Other (specify)

OFFICE USE ONLY
CSR:
FILE #:

*—continued on reverse side—*

R-4 (Rev.06/93)