**CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP401113019

Briefly in your own words please describe your problem and the outcome you are seeking from the Department. If necessary to avoid repetition please attach additional sheets. Attach copies of policies, correspondence and all supporting documentation.

I was told by the agent that my policy once the other policies I had with the one listed on the front of the form that it would not have to pay any further premiums with all the dividends in the loan after policies to cover the rest of this policy. When I received the following apology that premium was not required the policy. I already had accumulated a $47,000 for 3 yrs after that. We are now being offered $2467 for loss advantages, or package $65 when I told me to paid up a premium of $592, when I questioned this with the agent that I spoke to about what the said. And I just discussed with the assistance of other agents dropped identified have some of the recent products. During this time that I sales programs and found that I needed they were the of their worth. Would like the Department to examine the enclosed policies and advise one of what options I should take in this matter. Thank You!

PLEASE SIGN AND DATE THE STATEMENT BELOW.

To the best of my knowledge, the information contained herein is correct. I am attaching copies of any policy, papers and other correspondence relative to this problem. I understand that a copy of this form and attachments may be forwarded to the insurance company involved.

SIGNATURE                                    DATE    12/28/93

HARRISBURG REGIONAL OFFICE
Room 1321 Strawberry Square
Harrisburg, PA 17120
(717) 787-2317

PITTSBURGH REGIONAL OFFICE
Room 304 State Office Bldg.
300 Liberty Avenue
Pittsburgh, PA 15222
(412) 565-5020

PHILADELPHIA REGIONAL OFFICE
Room 1701 State Office Bldg.
1400 Spring Garden Street
Philadelphia, PA 19130
(215) 560-2630

ERIE REGIONAL OFFICE
Room 513 Baldwin Bldg.
Post Office Box 6142
Erie, PA 16512
(814) 871-4466

**EXHIBT 17**

M39101008001991

JAU 04C052

METLIFE CORPORATE INTERNAL AUDITING          REPORT NO. 93-20060

AUGUST 12, 1993

AUDIT OF:
J15 MONROEVILLE, PA BRANCH
R82 PITTSBURGH, PA REGION
MIDEASTERN TERRITORY

METLIFE CONFIDENTIAL

CONFIDENTIAL
PROPRIETARY

MLPH 3042281

GA014125

JAU 040054

## ENVIRONMENT

The J15 Monroeville, PA Branch Office is currently staffed with a branch manager, a branch administrator, eleven account representatives and two support staff members.   Branch Manager Michael Bashur has thirty years of service with MetLife and was appointed District Manager in November 1974 and as Branch Manager June 1980.   Mr. Bashur was appointed to the Monroeville Branch on January 4, 1993.   Branch Administrator Karen Regan has approximately twenty-five years of service with the Company and was appointed branch administrator December 1, 1986.

## OBJECTIVE AND SCOPE

An audit was completed for the week of July 12, 1993.   The primary objective was to determine the branch office is functioning in accordance with established policies and procedures.   The scope included a review of branch records and included tests in the following areas.

o    Accounting
o.   Income
o    Disbursements/Expenses
o    Underwriting
o    Compensation/Personnel

## OPINION/CONCLUSION

The system of internal control is generally satisfactory and is sufficiently controlled to prevent serious errors.   Management is working effectively to ensure the control environment prevents or detects errors from occurring. There are minor control issues regarding Supervision of Accounting and delays in Policy Delivery.   Management concurs with our findings and will take the appropriate action to address the issues.   The exceptions are outlined in the Functional Summaries and Recommendations section and detailed on Fact Sheets, if appropriate.

## FUNCTIONAL SUMMARIES AND RECOMMENDATIONS

1)   **SUPERVISION OF ACCOUNTING:** - Our review of the audit control log revealed that periodic public window audits were not being conducted on clerical personnel as required.   These audits represent an excellent tool to assist management in detecting/deterring fraudulent activity.

   **RECOMMENDATION:**  A schedule should be prepared by the Branch Office to include audits of clerical personnel every six months.

<center>

**METLIFE CONFIDENTIAL**
**PAGE 1**
</center>

CONFIDENTIAL
PROPRIETARY


**MLPH 3042283**


GA014127

M3008001665

Field and Mortgage Investment Auditing ...
(to be sent only if the irregularity is monetary)

**Statement Regarding Irregularities**

JAU 040056

Instructions

1. This form is to be completed in quadruplicate. The original is to be forwarded to the Field and Mortgage Investment Auditing Divisior by the District Sales Manager, together with the report of irregularities. If the irregularity is non-monetary this copy is to be destroyec The first carbon is to be forwarded to the Regional Office and the second carbon is to be forwarded to the M.P.L. Service Office t which your district reports.* The third carbon is to be retained in the District Office files.
2. Part A is to be used by the District Sales Manager or Field and Mortgage Investment Auditing Representative to outline the irregularitie:
3. Part B is for the Field Representative's use to afford the representative an opportunity to explain any extenuating circumstances cor tributing to the conditions outlined in Part A.
4. The District Sales Manager is to prepare a separate letter of comment regarding the irregularities and Field Representative's explanatio and send it to the Regional Office with this form.

*This copy is to be forwarded only if requested by M.P.L. or if a monetary irregularity in connection with P.&L. business is involvec

| Field Representative's Name | Agency | District Name and Number |
|---|---|---|
| KEITH ANDERSON | 862-1 | J15 MONROEVILLE, PA BO |

Refer to Form 4933 Inst. – Section II – District Office Reference Binder

**Part A** — Description of Irregularities

A PHONE INTERVIEW WITH POLICYHOLDER [redacted] ESTABLISHED THAT NO CASH TRANSACTION WAS MADE BETWEEN 6.16.93 and 6.22.93 on Policy NUMBER 93[redacted] FOR $53.50 RESULTING IN

UPC OF $53.50

**Part B** — Field Representative's Statement to the Regional Sales Manager

THIS CASE WAS A CHANGE IN MODE SHORTLY AFTER IT WAS ISSUED. I THOUGHT IT COULD BE CHANGED WITHIN THE FIRST 3 MONTHS AFTER ISSUE. I CALCULATED THE DIFFERENCE AND ADVISED THE CLIENT TO PAY that AMOUNT. SOON I WAS ADVISED BY ISO THAT AN ADDITIONAL AMOUNT of $53.50 WAS DUE. BECAUSE of OTHER PROBLEMS WITH this CASE I WAS EMBARRASSED TO ASK FOR THIS ADDITIONAL AMOUNT. My ERROR IN THINKING, IE THE TIME FRAME TO CHANGE MODE ON ISSUED POLICIES, WASN'T THE CLIENTS' FAULT. THUS, I PAID the $53.50 myself. AT THE TIME I DID NOT REALIZE I WAS BREAKING ANY COMPANY RULES. SINCE THE AUDITOR, MR. ZWANG FOUND THIS ERROR, I'VE CONTACTED THE INSURED AND THEY ARE GOING TO REIMBURSE ME. I ASSURE YOU THAT I WON'T MAKE SUCH AN ERROR AGAIN, IN MY CAREER WITH Metlife

July 15, 1993
Date

[signature]
Signature of Field Representative

4933 (11-79) Printed in U.S.A.

Metropolitan Life Insurance Company

CONFIDENTIAL
PROPRIETARY

GA014129

MLPH 3042285

REDACTED

M30080010101667

JAU 040058



CONFIDENTIAL
PROPRIETARY

MLPH 3042287

GA014131

M3008001016S9

JAU 040060

## FUNCTIONAL SUMMARIES

1) Management has not properly supervised account representatives and clerical personnel. This is evidenced by non compliance with Company rules concerning an audit of the Public Window activity every six months and lack of controls over the delivery of new policies. Nine of eleven representatives had thirty-five policies undelivered within 10 days of receipt in the BO.

2) One case of Unpaid Premiums Credited (UPC) was established in Account Representative Anderson's Agency No. 862. No additional irregularities were established. Contact with the policyholder showed confusion involving Company rules thru a change from COM to Annual mode of payment. The AR admitted to embarrassment with the transaction as the cause for his paying the premium and the policyholder has stated she will reimbursement the AR for his outlay. See Form 4933, Statement Regarding Irregularities attached.

3) A review was conducted of AR Singleton's (Agency 824) sales activities after BM Bashur raised concerns of his whereabouts. The review establishes that AR Singleton has submitted "NIL" deposit sheets since the end of his first Quarter of May 16, 1993 and then only on Thursdays in anticipation of his pay check. AR Singleton was interviewed on Friday July 16, 1993 with out additional information being supplied. The BM has sought the advice of the Regional Office concerning termination.

## RECOMMENDATIONS

1) Mr. Maurer's letter establishes that Management should review the Report of Undelivered Policies, Form T22500 "to uncover patterns of late deliveries" of new policies.

   In addition, the completion of Annual Audits and audits of the Public Window will help detect accounting irregularities and a tightening of supervision will safe guard Company funds.

2) Management has been informed of this transaction and the representative has been cautioned concerning his accounting activities. Our review established that this was an isolated incident and the telephone interview with the insured shows that their was a considerable amount of confusion regarding the change of mode transaction. Management will continue to monitor the AR's transactions which would be appropriate action at this time.

3) The BM's action of termination proceedings on advice of the Regional Office would bring this matter to a satisfactory conclusion at this time.

METLIFE CONFIDENTIAL
PAGE 2

**MLPH 3042289**

CONFIDENTIAL
PROPRIETARY
GA014133

WP# 12

SECT G
AUDIT OF AR'S

WP# 13

M3080010101671

# MIDWEST AUDITING
## MACRO RISK ANALYSIS FORM

JAU  040062

LEAD AUDITOR'S EVALUATION OF: _J.I.S MONROEVILLE PA BO_

### I. Current Year Audit Findings:

    (1.)   2.   3.   4.   5.

    GOOD       AVERAGE       POOR

### II. Condition of Records:

    (1.)   2.   3.   4.   5.

    GOOD       AVERAGE       POOR

### III. Quality of Internal Controls:

    (1)   2.   3.   4.   5.

    GOOD       AVERAGE       POOR

### IV. Comfort with Operating Management:

    (1.)   2.   3.   4.   5.

    GOOD       AVERAGE       POOR

Specific Areas of Concern For Next Audit: _____

_____ N/A _____

Last Audit Date: _JANUARY 24, 1991_

Current Audit Date: _JULY 12, 1993_

Proposed Next Audit Date: _7-12-1998_

Number of Man Days - Current Audit: _5_   Next Audit: _5_

Explain Any Large Variance In Man Days: _____

_____ NONE _____

Additional Comments: _____ NONE _____

Completed By: _William Zurlo_

Reviewed By: _____

CONFIDENTIAL
PROPRIETARY

MLPH 3042291

GA014135

M30080010101673

JAU 040064

LEAD AUDITOR _Z U R L O_ _____     Date _~ U L Y  16, 1993_

## TIME ANALYSIS REPORT

| (1) TYPE OF AUDIT COMPLETED (NO. AND NAME) | (2) AUDITOR'S NAME | (3) (4) DATE FROM - TO | (5) NUMBER OF WORK DAYS | (6) TOTAL WORKDAYS PER AUDIT | (7) NO. OF NON-WORK DAYS PER ASSIGN. |
|---|---|---|---|---|---|
| 315 MONROEVILLE PA Bo | Zurlo | 7/12 - 7/16 | 5 | 5 | 0 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTALS PER ASSIGNMENT: ____5____    ____0____

## EXPENSE ANALYSIS REPORT

| (1) TOTAL TRAVEL EXP AUDITOR/AMT | (2) NAME OF AUDIT | (3) NO. OF DAYS | (4) TRAVEL EXPENSE PER AUDIT | (5) PERS. INS. SUBSIDIARY ALLOCATION | (6) INVESTMENT OWNERSHIP PERCENT | (7) INVESTMENT SUBSIDIARY ALLOCATION |
|---|---|---|---|---|---|---|
| | | | | MLI $ | % | $ |
| | | | | C 21 | % | $ |
| | | | | MHC | % | $ |
| | | | | MFL | % | $ |
| | | | | MBI | 200P 100% | $ |
| | | | | MTL | C&B 100% | $ |
| | | | | M1AC | FRNL 100% | $ |
| | | | | OTHER | MFFC 100% | $ |
| | | | | | NEBF 100% | $ |

TOTAL (COL.1) $_____    AVERAGE DAILY EXPENSE $_____

NOTE: PLEASE REFER TO PAGE NO. 2 FOR INSTRUCTIONS.

Rev. (5-88)

MLPH 3042293

CONFIDENTIAL
PROPRIETARY
GA014137

M300800101675

METRO ...ITAN LIFE     JAU 040066
AND AFFIL .ED COMPANIES

Metropolitan Life Insurance Company

To - FIELD ADMINISTRATION

JOHNSTOWN  ADMIN.   Head Office

Audit of: JIS MONROEVILLE PA 80 Office

Date Started: JULY 12, 1993

Date Completed: JULY 16, 1993

The following forms, completed in conjunction with the above audit, are attached:

X   Copy of Audit Report. We are conducting separate correspondence with the Regional Sales Office and/or Head Office on the audit findings.

X   Form 669

---   Safe Combination Change

---   Request for Poster(s)

---   ADDITIONAL COMMENTS: -----------------------------------------
        --------------------------------------------------------------
        --------------------------------------------------------------

Martin E. Dugan
Manager
Personal Lines Auditing

DATE: JULY 16, 1993

CONFIDENTIAL
PROPRIETARY

16005 (5-88)

MLPH 3042295

GA014139

M30080010165679

JAU 040070

Forms 372 reviewed for four months thru J_____ March 1993. No additional cash deposits noted.

Phone interview with ████████████ indicates policyholder wanted change from COLI to Annuity. AR computed premium required incorrectly and did not indicate same to ████████ Paid Prem. ████████ acknowledged and stated she would reimburse AR Anderson. See Form 4933, Statement of Irregularities attached.

CONFIDENTIAL
PROPRIETARY

MLPH 3042299

REDACTED

GA014143

JAU 040074

CHECK   REGISTER 07 16 93

| NAME OF PAYEE | | NET PAY | 1ST YR COMM | GROSS PAY | PAY TO DATE |
|---|---|---|---|---|---|
| **MetLife** | | | | | |
| ROBERT B PIERCE | | 1012.72 | 1021.88 | 1912.46 | 51104.19 |
| THOMAS P BIELSKI | | 689.21 | 976.23 | 1429.57 | 34735.21 |
| KENNETH F KACZMAREK | | 328.48 | 427.66 | 562.15 | 14143.77 |
| WILLIAM E SINGLETON | | 330.86 | 202.10 | 550.00 | 11550.00 |
| JOSEPH C KOZUSKO | | 436.26 | 501.98 | 620.58 | 3638.30 |
| NORMAN W BROZOVICH | | 527.95 | 0.00 | 590.00 | 1100.00 |
| KEITH W ANDERSON | | 393.25 | 356.25 | 539.97 | 15164.52 |
| DENNIS L TRAVIS | EFT | 423.96 | 3693.34 | 800.00 | 135474.04 |
| PAUL R FORNEY | | 413.77 | 346.00 | 575.00 | 23031.98 |
| MARTIN GERMANOWSKI | | 260.47 | 326.97 | 391.04 | 15430.50 |
| DEBORAH A FORNEY | | 313.06 | 262.87 | 396.75 | 11338.92 |

** CONFIDENTIAL – PROPERTY OF METROPOLITAN LIFE INSURANCE COMPANY **
NOT TO BE COPIED OR USED FOR ANY PURPOSE OTHER THAN METROPOLITAN BUSINESS

CONFIDENTIAL
PROPRIETARY

MLPH 3042303

GA014147

M300800101685

JAU  040076



CONFIDENTIAL
PROPRIETARY

MLPH 3042305

GA014149

M3030801010189168

JAU  040078

```
                                      1 215.00  +
                                      1 215.00  +
```

Balance
7/29/93  w/3  J's

```
                   20.00  +
                  351.07  +
                  165.00  +
                    8.28  +
                  670.65  +
                1 215.00  •
```

CONFIDENTIAL
PROPRIETARY

**MLPH 3042307**

GA014151

M3001010080089
101016B9

STATEMENT OF CASH ACCOUNT

JAU  040080

This form is to be completed each month at the time the Manager's Bank Account is reconciled. **DURING THE MONTHS OF MARCH, JUNE, SEPT. AND DEC. THIS FORM IS TO BE COMPLETED IN DUPLICATE.** Send the original to the appropriate unit in your head office (See chart in Form 3314-A, Manual of Instructions for Clerks, Operational Guide 7-5). Retain the duplicate copy until after the next audit by a Supervisor of Accounts but do not destroy earlier than one year from completion.

From
Branch/District _JIS MONROEVILLE PA BO_    Date Completed _JULY 12, 1993_
　　　　　Number　　　　　　　　　　　Name

| Debit | | | | | Credit | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Advance by Company for Bank Account | 1 | 2 | 1 5 0 0 | | Bank Service Charges | | | 2 0 0 0 | |
| Compensation | | | | | Compensation | | | | |
| Dishonored Checks | | | | | Dishonored Checks | | | | |
| Errors – Field Rep. Sales Office Deposit Items | | | | | Errors – Field Rep. Sales Office Deposit Items | | | | |
| | | | | | Manager's Bank Account | | | 3 5 1 0 7 | |
| | | | | | Money Order Expense - Detached/Outlying Reps. | | | | |
| Refund Expense | | | | | Refund Expense | | | | |
| | | | | | Shortage – Clerks' Daily Cash Balance | | | | |
| | | | | | Cash on Hand | | | 1 6 5 0 0 | |
| | | | | | Detached Banks | | | | |
| Postage Expense | | | | | Postage Expense | | | 8 2 8 | |
| Cooperative Advertising | | | | | _SUNDRY EXPENSE_ | | | 6 7 0 6 5 | |
| Total | 1 | 2 | 1 5 0 0 | | Total | 1 | 2 1 | 5 0 0 | |

Write "Yes" or "No"

1.　Are the figures entered on this form exactly as indicated in the various Ledger Accounts, Cash Sheet, and Checkbook?
2.　Are there any dishonored checks pending more than ten days? If so, itemize below.
3.　Are there any items in the Compensation Ledger Account pending over 30 days? If so itemize below.
4.　Are there any open items over two months old? (Exclude Clerk's Shortage.) If so, itemize below.
5.　Are there any Charge and/or Credit Coupons, Forms 3343-C & D, over three months old? (Refer to listing of Open Charge and Credit Coupons). If so, complete Forms 12484 if not previously submitted and attach to this Form 669. Also, indicate below the number of Charge Coupons outstanding and the total Amount in the "Debit" column and the number of Credit Coupons and the total amount in the "Credit" Column.
6.　Has a trial balance been taken at least once a month, and are adding machine tapes attached to last copy of Form 669?
7.　Are all ledger accounts in balance? If not, explain below.
8.　Has the Manager's Bank Account been reconciled each month and did it agree with the Manager's Bank Account Ledger?*

**Details of Open Items or Out-of-Balance Conditions**

| Name of Account | Date | Agency | Date of Final Disposition | Item (Include pertinent details to identify each item and reason for open items) | Amount | |
|---|---|---|---|---|---|---|
| | | | | | Debit | Credit |
| | | | | | | |
| | | | | | | |
| | | | _NONE_ | | **MLPH 3042309** | |
| | | | | | | |
| | | | | | CONFIDENTIAL PROPRIETARY | |
| | | | | | | |

Date _7-12-93_    Branch Administrator/Office Manager _William Zurlo_  _SA._

**TO BE COMPLETED BY THE BRANCH MANAGER/DISTRICT SALES MANAGER**

I have reviewed with the Branch Administrator Office Manager the 'Details of Open Items or Out-of-Balance Conditions' listed above and verified that the necessary action has been taken for the prompt disposition of the items. Also, I have notified the Manager Personal Insurance Auditing, where the Manager's Bank Account has not been reconciled and or out-of-balance for two consecutive months.

Date _____    Branch Manager/District Sales Manager _____

669-3-87. Printed in U.S.A.

GA014153

M30010080069T

JAU 040082

## STATEMENT OF CASH ACCOUNT

This form is to be completed each month at the time the Manager's Bank Account is reconciled. DURING THE MONTHS OF MARCH, JUNE, SEPT. AND DEC. THIS FORM IS TO BE COMPLETED IN DUPLICATE. Send the original to the appropriate unit in your head office (See chart in Form 3314-A, Manual of Instructions for Clerks, Operational Guide 7-5). Retain the duplicate copy until after the next audit by a Supervisor of Accounts, but do not destroy earlier than one year from completion.

From
Branch/District  _J15 MONROEVILLE PA 80_                Date Completed _JULY 12, 1993_
              Number          Name

| Debit | | | | | Credit | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Advance by Company for Bank Account | 1 | 2 | 1 | 5 0 0 | Bank Service Charges | | | 2 | 0 0 0 |
| Compensation | | | | | Compensation | | | | |
| Dishonored Checks | | | | | Dishonored Checks | | | | |
| Errors – Field Rep. Sales Office Deposit Items | | | | | Errors – Field Rep. Sales Office Deposit Items | | | | |
| | | | | | Manager's Bank Account | | 3 | 5 1 0 | 7 |
| | | | | | Money Order Expense - Detached/Outlying Reps. | | | | |
| Refund Expense | | | | | Refund Expense | | | | |
| | | | | | Shortage – Clerks' Daily Cash Balance | | 1 6 5 0 | 0 |
| | | | | | Detached Banks | | | | |
| Postage Expense | | | | | Postage Expense | | | 7 | 2 8 |
| Cooperative Advertising | | | | | _SUNDRY EXPENSE_ | | 6 | 7 0 6 | 5 |
| | | Total | 1 2 | 1 5 0 0 | | Total | 1 2 | 1 5 0 0 | |

Write
"Yes" or "No"

1. Are the figures entered on this form exactly as indicated in the various Ledger Accounts, Cash Sheet, and Checkbook?
2. Are there any dishonored checks pending more than ten days? If so, itemize below.
3. Are there any items in the Compensation Ledger Account pending over 30 days? If so itemize below.
4. Are there any open items over two months old? (Exclude Clerk's Shortage.) If so, itemize below.
5. Are there any Charge and/or Credit Coupons, Forms 3343-C & D, over three months old? (Refer to listing of Open Charge and Credit Coupons). If so, complete Forms 12484 if not previously submitted and attach to this Form 669. Also, indicate below the number of Charge Coupons outstanding and the total Amount in the "Debit" column and the number of Credit Coupons and the total amount in the "Credit" Column.
6. Has a trial balance been taken at least once a month, and are adding machine tapes attached to last copy of Form 660?
7. Are all ledger accounts in balance? If not, explain below.
8. Has the Manager's Bank Account been reconciled each month and did it agree with the Manager's Bank Account Ledger?*

### Details of Open Items or Out-of-Balance Conditions

| Name of Account | Date | Agency | Date of Final Disposition | Item (include pertinent details to identify each item and reason for open items) | Amount | |
|---|---|---|---|---|---|---|
| | | | | | Debit | Credit |
| | | | | | | |
| | | | | | | |
| | | | | _NONE_ | | |
| | | | | | MLPH 3042311 | |
| | | | | | CONFIDENTIAL PROPRIETARY | |

Date _7-12-93_          Branch Administrator/Office Manager _William Zuda_  SA

### TO BE COMPLETED BY THE BRANCH MANAGER/DISTRICT SALES MANAGER

I have reviewed with the Branch Administrator/Office Manager the "Details of Open Items or Out-of-Balance Conditions" listed above and verified that the necessary action has been taken for the prompt disposition of the items. Also, I have notified the Manager, Personal Insurance Auditing, where the Manager's Bank Account has not been reconciled and/or out-of-balance for two consecutive months.

Date _____          Branch Manager/District Sales Manager _____

669 (3-87) Printed in U.S.A.

GA014155

National 45-404 ... 45-704 ...

JLC MONROEVILLE Pa BO
Re _in OF Forms 342
Audit As OF July 12, 1993

Date 7/12/93
JAU 040086

| AG Representatives | | June 28 To July 2 | June 21 To June 25 | Comment |
|---|---|---|---|---|
| No. | Name | | | |
| 172-3 | PIERCE, ROBERT | ✓ | ✓ | |
| 803-3 | BIELSKI, TOM | ✓ | ✓ | |
| 815-2 | KACZMAREK, KEN | ✓ | ✓ | |
| 821-1 | SCHROEDER, JEFF | DISABILITY | DIS | |
| 824-1 | SINGLETON, W C | ✓ | ✓ | |
| 830-1 | KOZUSKO, JOE | ✓ | ✓ | |
| 862-1 | ANDERSON, KEITH  ABM | VAC. | ✓ | |
| 870-1 | TRAVIS, DENNIS | ✓ | ✓ | |
| 872-3 | FORNEY, PAUL | ✓ | ✓ | 6.28 N.1 No Business 6.22 Case Split with #870 |
| 881-2 | GERMANOWSKI, MARTIN | ✓ | ✓ | |
| 888-3 | FORNEY, DEBBIE | ✓ | ✓ | 6.28 N.1 No Business |
| 850-1 | BRAZOVICH, NORM | O | ✓ | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| 21 | | | | |
| 22 | | | | |
| 23 | | | | |
| 24 | | | | |

MISC.
IRS  10.1K  CASH DEPOSITS                    NONE.

STP PROCEDURES   O BREAKS                    OK

HO SUMMARY REVIEW DATES: 7.6.93 TO  6.1.93    OK

OBJECTIVE/SCOPE: To REVIEW Forms 342 COMPLETED BY OFFICE
PERSONNEL FOR PROPER RECEIPT & ACCOUNTING OF CO.
FUNDS

CONCLUSION: RESULTS OF REVIEW INCONSEQUENTIAL, NO AUDIT
COMMENT.

CONFIDENTIAL
PROPRIETARY

MLPH 3042315

Exp #2

GA014157

JAU 040088

```
                    MECHANIZED SUSPENSE INQUIRY SYSTEM
PRINT       HEAD    SUSPENSE
OPTION      OFFICE  FILE          SELECTION CRITERIA       STATUS DATE1      DATE2
-------     ------  --------      ------------------       ------ ------     ------
                    CRCPN         DST/COR/OTH -  J15        U
                                  NAME-
                                  AMT -
                                  CASE-

Y-YES       SE      320           DST - DISTRICT           U  -UNRESOLVED
            CE      072           COR - CORRESPONDENT      D  -DELETED
            NE      072ADJ        OTH - SPECIAL LOOKUPS    I  -ISSUED
            GL      342ADJ        NAME- NAME/820.072-PN    ?  -STATUS HELP INFO
            NB      SRLICF        AMT - AMOUNT
            NC      CHGCPN        CASE- CASE NUMBER
            21      CRCPN         ?   - GENERAL HELP INFO
            E       BKERR
            W       NGCK
            WN      SP
            A       190A


TERMINATE :    PF1=CLEAR ALL SELECTIONS              10=PRT-SCREEN 11=SIGN-OFF
051:  NO SUSPENSE RECORDS FOR SELECTION
```

CONFIDENTIAL
PROPRIETARY

**MLPH 3042317**


MetLife

GA014159

M30080010101697

National  45-604 Exp Entry  45-704 ... P  .... /A

JLS MONROEVILLE PA BO    W3   7/12/93

TES OF CANCELLED CHECKS TO MGRS B/A

AUDIT AS OF JULY 12, 1993

JAU 040090

| DATE OF CHECKS | PAYEE | AMOUNT | | | | PURPOSE | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 5 26.93 | MET LIFE SECURITIES | | 70.00 | Financial Planning Supplies ASOD | | | 1 |
| 2 | 6.2.93 | VERNON PUBLISHING INC | | 167.00 | Fin. Need Appl. Learning Program | | | 2 |
| 3 | 6.8 | MET LIFE | | 100.00 | Ann Oep's Pay | | | 3 |
| 4 | 6.8 | MET LIFE | | 200.00 | '' '' | | | 4 |
| 5 | 6.15 | LUMEN SYSTEMS | | 250.00 | Sonic Update | | | 5 |
| 6 | 6.22 | UNITED WAY | | 105.50 | Charitable Contribution | | | 6 |
| 7 | 6.25 | ▬▬▬▬▬ | | 25.00 | Policyholder Ref Due To Min Oep.(On Mutual) | | | 7 |
| 8 | 3.3 | MET LIFE - RETIRE PRO | | 75.00 | Seminar Enrollment | | | 8 |
| 9 | 5.3 | OFFICE DEPOT | | 21.58 | OFFICE SUPPLIES | | | 9 |
| 10 | 5.18 | OFFICE DEPOT | | 205.13 | OFFICE SUPPLIES | | | 10 |
| 11 | | | | | | | | 11 |
| 12 | | | | | | | | 12 |
| 13 | | | | | | | | 13 |
| 14 | | | | | | | | 14 |
| 15 | | | | | | | | 15 |
| 16 | | | | | | | | 16 |
| 17 | | | | | | | | 17 |
| 18 | | | | | | | | 18 |
| 19 | | | | | | | | 19 |
| 20 | | | | | | | | 20 |
| 21 | | | | | | | | 21 |
| 22 | | | | | | | | 22 |
| 23 | | | | | | | | 23 |
| 24 | | | | | | | | 24 |
| 25 | | | | | | | | 25 |

OBJECTIVE/SCOPE: REVIEW ALL CHECKS FROM MGRS B/A IN 3 MO. PERIOD PREVIOUS TO AUDIT DATE (APR, MAY + JUNE) TO DETERMINE THAT ALL DISBURSEMENTS WERE AUTHORIZED

CONCLUSION: ALL CHECK TRANSACTIONS WERE VERIFIED. NO AUDIT COMMENT.

CONFIDENTIAL
PROPRIETARY

MLPH 3042319

W/F/S  TE

GA014161



National
45-804 L.e.Ease
45-704 ... L. B.
Made in USA

JIF MONROEVILLE PA BO
VER:IFICATION OF CWS/FIP/RWB
AUDIT AS OF JULY 12, 1993

W 3  7/14/93

JAU 040092

P-1

| ACY SUB | INSURED INFORMATION | OLD POLICY No. | CHECK INFO | NEW POLICY INFO | |
|---|---|---|---|---|---|
| 172 | ▇▇▇ | 87 ▇▇ L | 150000 93 | ▇▇ A 5.13.93 | A 1200.00 |
| | | | 7.8 | | |
| | | (AM) 7/14/93 | | | |
| 815 | ▇▇▇ | 82 ▇▇ L | 10789 93 | ▇▇ M 5.28.93 | |
| | | IFT 6.30 | | 15K WL A 232.20 | |
| | | (NORPU) | | | |
| 172 | ▇▇▇ | 92 ▇▇ L | 120000 93 | ▇▇ A 2.22.93 | |
| | | IFT 6.9 | | 45739 WL A 1200.00 | |
| | | | | FULLY FUNDED 10K | |
| | | (NORPU) | | NO USE OF L FOR 12K | |
| 803 | ▇▇▇ | 83 ▇▇ C | 533 12 93 | ▇▇ A 5.28.93 | |
| | | | 5.28 | 45K L193 A 786.45 | |
| | ▇▇ (WL) | SEE AR FOR # | | | |

NOTES:
  1) REVIEW DATES 7.9.93 TO 4.9.93
  2) IFT - INTERNAL FUND TRANSFER
  3) METLIFE  INT. FUND TRANSFER
  4) (AM) - ANSWERING MACHINE

OBJECTIVE/SCOPE: TO REVIEW CONSOLIDATED WARRANT SYSTEM (CWS)
    FOR FINANCED BY INFORCE POLICIES (FIP) TO NEW ISSUE
    AND POSSIBLE CIRCUMVENTION OF REWRITTEN BUSINESS
    RULE (RWB). REVIEW OF LAST 3 MON ACTIVITY TO 4.93

CONCLUSION: ALTHOUGH FOUR AR's WERE OVER 15% FIP GRADUAL IMPROVEMENT
    HAS BEEN NOTED SINCE DEC 1992 REPORTING (BM NEW TO THIS BO
    12.92) NO CONTROL PROBLEMS NO AUDIT COMMENT

CONFIDENTIAL
PROPRIETARY

NOTE: IFT · INTERNL

MLPH 3042321        WP# 7

GA014163

REDACTED

MLPH01000099

MLPH0010101916811

JAU 040072

```
                    INDIVIDUAL RECOGNITION AND AIC DATA
                      FOR MONTH ENDING JUNE    1993
    HEAD OFF. E   MIDEASTERN H.O.                              PAGE 001
    REGION    R82 PITTSBURGH PA REG
    OFFICE    J15 MONROEVILLE BR PA
                                                         MAR
    AGENCY                          APPT              MAY  .PERSIST      COMP
    INDEX  NAME            TITLE  STAT   DATE    NPC'S  FYLR  RATE / TYPE PLAN
    172-3  PIERCE ROBERT B  S.REP  ACT  07/13/64  30,017  0.6   98.0   A    Y
    303-3  BIELSKI THOMAS   S.REP  ACT  11/02/64  23,366  5.4   95.3   A    Y
    815-2  KACZMAREK KENNE  S.REP  ACT  08/03/65  10,786 21.5   94.5   A    Y
    821-1  SCHRAEDER JEFFR  S.REP  T.DIS 10/05/92  3,853  0.0    0.0   P    L
    824-1  SINGLETON WILLI  S.REP  ACT  02/22/93  4,169  0.0  100.0    P    L
    830-1  KOZUSKO JOSEPH   S.REP  ACT  03/15/93  6,193  0.0  100.0    P    W
    850-1  BROZOVICH NORMA  S.REP  ACT  05/03/93  2,037  0.0    0.0         W
    862-1  ANDERSON KEITH   S.REP  ACT  10/17/88 10,933  9.6   92.4   A    Y
    870-1  TRAVIS DENNIS L  S.REP  ACT  06/24/91 102,657 1.5   94.9   P    L
    872-3  FORNEY PAUL R    S.REP  ACT  06/10/91 12,808 12.4   89.1   P    L
    881-2  GERMANOWSKI MAR  S.REP  ACT  08/14/89 14,066  4.7   93.6   A    Y
                      CONTINUED...                                    HAT
    LES OFFICE DOES NOT EXIST. TYPE IN ANOTHER SALES OFFICE.
     * - HIGHLIGHTED REPS ARE ELIGIBLE FOR REDUCED PRODUCTION REQUIREMENTS
      PF1: MENU  PF2: PAGE FORWARD                    PF6: HELP  PF12: PRINT
```

CONFIDENTIAL
PROPRIETARY

**MetLife**

MLPH 3042301

GA014145

M300800101701

**National** 45-904 Extra Extra
45-704 Col. Sheet
Trade Trade

JIS MONROEVILLE PA BO     3 7/14/93
ANALYSIS OF FIP RATES
AUDIT AS OF JULY 12, 1993     JAU 040094

| AGY NO. | REPRESENTATIVES NAME | DECEMBER 1992 Pol PLAC / NGT / % | FEBRUARY 1993 Pol PLAC / NGT / % | MARCH 1993 Pol PLAC / NGT / % | |
|---|---|---|---|---|---|
| 1 | 172-3 PIERCE, ROBERT | 54 / 11 / 21 | 49 / 12 / 25 | 44 / 11 / 25 | 1 |
| 2 | 803-3 BIELSKI, THOMAS | 56 / 9 / 18 | 46 / 7 / 15 ③ | — | 2 |
| 3 | 815-2 KACZMAREK, KENNETH | 54 / 13 / 24 | 6 / 13 / 21 | 60 / 11 / 18 | 3 |
| 4 | 872-3 FORNEY, PAUL | ③ — | 14 / 4 / 29 | 15 / 4 / 27 | 4 |
| 5 | | | | | 5 |
| 6 | | | | | 6 |
| 7 | | | | | 7 |
| 8 | | | | | 8 |
| 9 | | | | | 9 |
| 10 | | | | | 10 |
| 11 | | | | | 11 |
| 12 | | | | | 12 |
| 13 | | | | | 13 |
| 14 | | | | | 14 |
| 15 | | | | | 15 |

NOTES:

1) AR's LISTED WHO HAVE MATCH RATES ABOVE CO. AVERAGE OF 15%

2) ALL FIGURES ROUNDED UP.

3) "—" MATCH RATE BELOW 15%

4) AGY 820-1  AR DENNIS TRAVIS'S MATCH RATE HAS REMAINED AT OR BELOW 10%. THIS IS THE LARGEST PRODUCER IN THE OFFICE WHO HAS PLACED 85K TO DATE.

5) THE NEW BRANCH MANAGER (1-93 TO MONROEVILLE BO HOWEVER 29 YRS SERV MET LIFE ) HAS WRITTEN VERY COMPREHENSIVE LETTER TO AR'S IN ORDER TO CONTROL MATCH RATES.

6) ANALYSIS          MATCH RATE - ROUNDED
       4 AR'S              0 %
       1 AR                2
       1 AR                3
       2 AR'S             12+/-less

MLPH 3042323

CONFIDENTIAL PROPRIETARY

7) CONDITION HAS IMPROVED SINCE 12-92

WP #7-2

GA014165

M300800101703

3  7/13/93

JAU 040096

COMPLETE AND RETURN TO P.I. MARKETING, LIFE PRODUCT MANAGEMENT
DOROTHY MACCHIA N.T.M.O. (S-F).
J18 - 0    MONROEVILLE BR., PA
REGIONAL/SALES OFFICE    UPDATE AS OF FEB 1991
TEAM 6

FURNITURE AND FIXTURES - INVENTORY



| ITEM NO | DESCRIPTION OF ITEM | YEAR OF ACQ | COST | QUANTITY | TOTAL COST |
|---|---|---|---|---|---|
| 111 | DESK - MGR. | 83 | 435 | 1 | 435 |
| 111 | TABLE END - MGR. | 83 | 78 | 1 | 78 |
| 111 | MAHOGANY - MGR. | 83 | 192 | 1 | 192 |
| 222 | BOOKCASE - MGR. | 83 | 278 | 1 | 278 |
| 222 | FILE LATERAL | 83 | 205 | 1 | 205 |
| 222 | DESK - SECRETARIAL - 2 DRW. | 83 | 310 | 12 | 3720 |
| 222 | CHAIR SIDE N/ARMS | 83 | 175 | 12 | 2100 |
| 333 | CHAIR SIDE W/ARMS | 83 | 105 | 13 | 1365 |
| 333 | DESK - 5 DRW. LEGAL | 83 | 204 | 5 | 1020 |
| 333 | FILE - 5 DRW. LEGAL | 83 | 164 | 7 | 1148 |
| 333 | CHAIR SWIVEL BLACK | 83 | 372 | 1 | 372 |
| 333 | FILE LEGAL 18" | 83 | 210 | 2 | 420 |
| 333 | SUPPLY CABINETS | 83 | 275 | 2 | 550 |
| 333 | STORAGE CABINET | 83 | 223 | 5 | 1115 |
| 333 | SCALE TABLE - PITNEY BOXES | 83 | 725 | 1 | 725 |
| 777 | POSTAGE METER | 83 | 100 | 1 | 100 |
| 777 | CHECKFILE | 83 | 185 | 1 | 185 |
| 777 | FILE N/LOCK - SAFE | 83 | 115 | 1 | 115 |
| 777 | OATMEAL PANELS | 83 | 165 | 24 | 3960 |
| 777 | SUPPORT PANEL | 83 | 78 | 1 | 78 |
| 777 | TABLE CONFERENCE | 83 | 673 | 1 | 673 |
| 888 | CHAIR CONFERENCE ROOM | 83 | 175 | 7 | 1225 |
| 888 | CHAIR LOUNGE | 83 | 87 | 4 | 348 |
| 201 | TABLE SLO-TEMPORARY - 80-90 | 83 | 175 | 1 | 175 |
| 333 | KWIK FILES (LIGHTING FILES) | 83 | 128 | 2 | 256 |
| 333 | KWIK FILES (LIGHTING FILES) | 83 | 175 | 2 | 350 |
| 333 | TYPEWRITER ROYAL ELECTRIC | 83 | 812 | 1 | 812 |
| 333 | ADDING MACHINE - BURROUGHS | 84 | 100 | 3 | 300 |
| 333 | TYPEWRITER - ELECTRIC | 84 | 215 | 1 | 215 |
| 777 | DICTOR-FUDANEK (TERREN, CHALK BD) | 84 | 400 | 1 | 400 |
| 888 | CAMERA PANASONIC - AV6071/4 | 84 | 785 | 1 | 785 |
| 888 | TRIPOD, SANFORD AND DAVIS | 84 | 45 | 1 | 45 |
| 888 | POWER SUPPLY, 4026WM | 84 | 45 | 1 | 45 |
| 888 | PROJECTION KODAK, A17ACOM | 84 | 215 | 1 | 215 |

L.Sch H2 - 84    3 SALES Representative Chairs 91
BROTHERS ELECT. TYPEWRITER

CONFIDENTIAL
PROPRIETARY

MLPH 3042325
GA014167

WF# 9

M30080001101705

JAU 040098

K3042-NIC JUL 6, 1990          FIXED ASSETS ACCOUNTING SYSTEM - EQUIPMENT INVENTORY - JUL 1990          3423

PLEASE VERIFY ADDRESS AND EQUIPMENT AND ENTER CHANGES AS INDICATED AND MAIL TO YOUR BSE REPRESENTATIVE. IF THE INFORMATION BELOW IS
CORRECT, THE COST CENTER MANAGER MUST STILL SIGN, DATE, AND RETURN THIS FORM.

DEPT. 17    COST CENTER 01915    COST CENTER NAME   JIS MONROEVILLE    WILLIAM PENN PLAZA 2790 MOSSSIDE BLVD    MONROEVILLE    PA15146

PLEASE PRINT NAME, AREA CODE AND PHONE NUMBER OF PERSON COMPLETING THIS FORM.

1. IF COST CENTER IS NOT AS SHOWN, CORRECT IT IN THE COLUMN PROVIDED.    ASTERISKED ITEMS NOT USED BY DPT 17 ALTHOUGH CHARGED TO 17.
2. IF EQUIPMENT IS NO LONGER IN YOUR OFFICE, PLEASE ENTER DATE REMOVED (MM/DD/YY) AND THE NEW COST CENTER IN THE COLUMNS PROVIDED.
3. PLEASE PHOTOCOPY FOR YOUR RECORDS.
4. IF EQUIPMENT IS NOT IDENTIFIABLE IT WILL REMAIN IN YOUR COST CENTER UNLESS INFORMATION SYSTEMS IS NOTIFIED THAT IT IS
   LOCATED IN A DIFFERENT COST CENTER.

LISTED BELOW IS THE EQUIPMENT CHARGED TO YOUR COST CENTER:

| VEND | D E S C R I P T I O N | TYPE | QTY | SERIAL/ASSET | ACQ | MONTHLY | MONTHLY | MONTHLY | NEW | REMOVAL |
|------|------------------------|------|-----|--------------|-----|---------|---------|---------|-----|---------|
|      |                        | SEQ  |     | NUMBER NUMBER | DATE | DEPREC | MAINT | RENT LOC | CC | DATE |

SONIC EQUIPMENT:

SYSTEM M88702 8128 INTELLIGENT
| BULL | SYSTEM M88702 8128 INTELLIGENT | 2128 | | 4318814 84001885 | 06/84 | 0.00 | 5.00 | 0.00 DSO | | _/_/_ |
| BULL | M88702 5128 INTELLIGENT | 2840 | | 1110 84001885 | 06/84 | 0.00 | 18.00 | 0.00 DSO | | _/_/_ |
| CODE | MONOR COREX 2840 | 7008 | | MECO7441 84001884 | 06/84 | 0.00 | 10.00 | 0.00 DSO | | _/_/_ |
| BULL | PRINTER LGP 55 CPS | 7208 | | MONOOR 88001885 | 06/84 | 46.01 | 24.30 | 0.00 DSO | | _/_/_ |
| BULL | PRINTER LASER | 7270 | | 2408877 84001885 | 06/84 | 0.00 | 10.30 | 0.00 DSO | | _/_/_ |
| BULL | PRINTER MATRIX 400CPS | 7318 | | MN181350 84001881 | 06/84 | 0.00 | 0.00 | 0.00 DSO | | _/_/_ |
| BULL | CRT MULTIFUNCTIONAL | 7318 | | MN181350 84001881 | 06/84 | 0.00 | 0.00 | 0.00 DSO | | _/_/_ |
| BULL | CRT MULTIFUNCTIONAL | 7318 | | MN181351 84001881 | 06/84 | 0.00 | 0.00 | 0.00 DSO | | _/_/_ |
| BULL | CRT MULTIFUNCTIONAL | 7318 | | BTC00026 00000021 | 07/83 | 0.00 | 0.00 | 0.00 DSO | | _/_/_ |
| BULL | MEMORY 2MB | 9602 | | BTC00036 00000021 | 07/83 | 0.00 | 30.00 | 0.00 DSO | | _/_/_ |
| BULL | FLAP LIU ASYNC RS-232 4PORT | 9640 | | AM88702 84001800 01/89 | 12/85 | 85.65 | 7.60 | 0.00 DSO | | _/_/_ |
| BULL | ADAPTER 4 * RS-422 PORTS | 9840 | | AM88702 84001800 01/89 | | 0.00 | 7.60 | 0.00 DSO | | _/_/_ |
| BULL | CENTRAL PROCESSOR/40 1MB | 9840 | | AM88702 84001800 01/89 | | 0.00 | 200.00 | 0.00 DSO | | _/_/_ |
| BULL | ACOUSTICAL PNTR COVERS | M3520 | | V48805 85005248 | 08/85 | 4.55 | 0.00 | 0.00 | | _/_/_ |
| BULL | ACOUSTICAL PNTR COVERS | M3623 | | V47080 85005248 | 08/85 | 4.55 | 0.00 | 0.00 | | _/_/_ |

OFFICE SYSTEMS EQUIPMENT:

SYSTEM PC L40207
| BULL | COMPUTER LAPTOP 40MH/RDM | 1555 | | HXAP02354 88858774 | 06/88 | 80.28 | 5.83 | 0.00 03M | | _/_/_ |

SYSTEM PC L40982
| BULL | PRINTER INKJET PORTABLE | D150 | | 8073205 88DNT88300 08/88 | | 8.10 | 3.75 | 0.00 WHS | | _/_/_ |

SONIC EQUIPMENT:

SYSTEM PM8735
| BULL | SYS UNIT XP 512KB HRS 040 | 0440 | | HXXP01347 88009722 08/89 | | 20.33 | 28.30 | 0.00 DSO | | _/_/_ |
| BULL | MONITOR, MONOCHROME | 0781 | | HXBM02304 88009813 08/89 | | 8.85 | 4.80 | 0.00 DSO | | _/_/_ |

SITE TOTALS                                                                      193.24    344.71    0.00

COST CENTER TOTALS                                                               197.85    344.71    0.00

CONFIDENTIAL
PROPRIETARY
GA014169

MLPH 3042327

M300800101707

National  45-904 (different)
45-704 (...)
Made ... USA

JIS MONROEVILLE PA Bn _____ W3 7/13/93
REVIEW OF POLICY DELIVERY CONTROL
AUDIT AS OF JULY 12 1993          JAU 040100

| AGY | REPRESENTATIVES NAME | No. UNDELIVERED 1993 | | | COMMENTS | | |
|---|---|---|---|---|---|---|---|
| 1 | 172-3 PIERCE, ROBT | 1 | | | | | |
| 2 | 803-3 BIELSKI, THOMAS | 0 | | | | | |
| 3 | 815-2 KACZMAREK, KEN. | 3 | | | | | |
| 4 | 821-1 SCHRAEDER, JEFF | 0 15 | | | DISABILITY | | |
| 5 | 824-1 SINGLETON, WC | 3 | | | | | |
| 6 | 830-1 KOZUSKO, JOSEPH | 0 | | | | | |
| 7 | 862-1 ANDERSON, KEITH | 3 | | | | | |
| 8 | 870-1 TRAVIS, DENNIS | 10 | | | | | |
| 9 | 872-3 FORNEY, PAUL | 1 | | | | | |
| 10 | 881-3 GERMANOWSKI, M. | 4 | | | | | |
| 11 | 868-3 FORNEY, DEBBIE | 8 | | | | | |
| 12 | 850-1 BROZOVICH, NORM | 2 | | | | | |
| 13 | | | | | | | |
| 14 | TOTAL | 35 | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |

26 OBJECTIVE/SCOPE: TO VERIFY CONTROL OVER DELIVERY OF NEW
27 POLICIES BY ACCOUNT REPRESENTATIVES AND COMPLIANCE
28 OF Co. REGULATIONS IN THAT POLICIES DELIVERED WITHIN
29 10 DAYS OF RECEIPT.
30
31 CONCLUSION: AUDIT COMMENT: GENERALLY AR's NOT DELIVERING
32 POLICIES WITHIN 10 DAYS OF RECEIPT IN BO.
33
34 AUDIT COMMENT

CONFIDENTIAL
PROPRIETARY

MLPH 3042329

WP# 15

GA014171

M3008001101709

JAU 040102

```
---------LICENSE INFORMATION-----------
S.O. : J15 AGENCY: 803 INDEX: 3 NAME: BIELSKI THOMAS P          MSI: 120991
TITLE: SR. ACCT. EXECUTIVE     STATUS: A ACTIVE                 CRD: 0000021200
SSN. :              CSD: 10/26/64 DOB:            ANN: A        ADU:
SPOS.:                                    NASD: 062673  SER 6:      SER 7: 1
ADDR.:                                                   SER22:     SER63: 1
CITY :                          STATE:          ZIP:
NOTES:
```

| STATE | CNTY | POWER | EFF. DATE | TERM DATE | EXP. DATE | C.E. DATE | CO. PAY | TYPE | LIC. NO. | DEL |
|-------|------|-------|-----------|-----------|-----------|-----------|---------|------|----------|-----|
| 38-PA | | 1-MLI | 112164 | | | | O | R | 0181130 | |
| 38-PA | | 7-ANNU | 092273 | | | | O | R | 0181130 | |
| 38-PA | | 8-MPC | 073079 | | | | O | R | 0261760 | |
| 38-PA | | 9-MIAC | 101179 | | | | O | R | 0181130 | |
| 38-PA | | B-MGIC | 091382 | | | | O | R | | |
| 38-PA | | C-MCIC | 091382 | | | | O | R | | |
| 38-PA | | D-MTWL | 123083 | | | | O | R | 0181130 | |
| 38-PA | | F-MSI | 120991 | | | | O | R | | |
| 23-MN | | F-MSI | 072892 | | | | O | N | | |

```
- - - PAGE: 01 - - -    TOTAL PAGE: 01              CURRENT ID
PF1: MENU   PF2: NEXT PG.   PF3: PRIOR PG.   PF4: NEXT INDIV.   PF5: PRIOR INDIV.
PF6: HELP   PF7: EMP INFO   PF8: CURR IDENT  PF10: PRIOR IDENT  PF12: PRINT
```

CONFIDENTIAL
PROPRIETARY

MLPH 3042331

**MetLife**

**REDACTED**
GA014173

M3008001101711



```
---------LICENSE INFORMATION-----------       JAU  040104

S.O. : J15 AGENCY: 870 INDEX: 1 NAME: TRAVIS DENNIS L        MSI: 010892
TITLE: ACCT. REPRESENTATIVE    STATUS: A ACTIVE              CRD: 0002166809
SSN. :            CSD: 04/08/91  DOB:        ANN: A          ADU:
SPOS.:                                  NASD: 120291  SER 6: 1 SER 7:
ADDR.:                                                SER22:    SER63: 1
CITY :                    STATE:        ZIP:
NOTES:

                        EFF.   TERM   EXP.   C.E.   CO.
STATE  CNTY  POWER       DATE   DATE   DATE   DATE   PAY TYPE LIC. NO.   DEL
38-PA        G-ADV      010893                       O   R
35-OH        G-ADV      020193                       O   N
35-OH        1-MLI      021793                       O   N   SSW
35-OH        7-ANNU     021793                       O   N   SSW
04-CA        F-MSI      030293                       O   N
4B-WV        F-MSI      030293                       D   N
```

```
- - - PAGE: 02 - - -    TOTAL PAGE: 02        CURRENT ID
PF1: MENU  PF2: NEXT PG.   PF3: PRIOR PG.   PF4: NEXT INDIV.   PF5: PRIOR INDIV.
PF6: HELP  PF7: EMP INFO  PF8: CURR IDENT PF10: PRIOR IDENT PF12: PRINT
```

CONFIDENTIAL
PROPRIETARY

MLPH 3042333

REDACTED
GA014175

**MetLife**

M300800101713

----------LICENSE INFORMATION----------                      JAU 040106

S.O. : J15 AGENCY: 821 INDEX: 1 NAME: SCHRAEDER JEFFREY        MSI:
TITLE: ACCT. REPRESENTATIVE    STATUS: E TEMPORARY DIS. 2-27WKS CRD: 0002327694
SSN. :              CSD: 09/14/92  DOB:              ANN: A        ADU:
SPOS.:                                            NASD: 041993  SER 6: 1 SER 7:
ADDR.:                                                         SER22:   SER63:
CITY :                          STATE:        ZIP:
NOTES:

                      EFF.     TERM     EXP.    C.E.    CO.
STATE  CNTY  POWER   DATE     DATE     DATE    DATE   PAY TYPE LIC. NO.    DEL
38-PA        1-MLI   091492                            O    R  4331534

- - - PAGE: 01 - - -    TOTAL PAGE: 01          CURRENT ID
PF1: MENU  PF2: NEXT PG.  PF3: PRIOR PG.   PF4: NEXT INDIV.  PF5: PRIOR INDIV.
PF6: HELP  PF7: EMP INFO  PF8: CURR IDENT PF10: PRIOR IDENT PF12: PRINT

CONFIDENTIAL
PROPRIETARY

**❖ MetLife**                              MLPH 3042335

REDACTED

GA014177

M300800101715



```
--------LICENSE INFORMATION----------          JAU 040108

S.O. : J15 AGENCY: 830 INDEX: 1 NAME: KOZUSKO JOSEPH C          MSI:
TITLE: ACCT. REPRESENTATIVE    STATUS: A ACTIVE                 CRD:
SSN. :         CSD: 02/15/93  DOB:          ANN: A             ADU:
SPOS.:                                      NASD:         SER 6:    SER 7:
ADDR.:                                                    SER22:    SER63:
CITY :                        STATE:        ZIP:
NOTES:

                        EFF.    TERM    EXP.    C.E.    CO.
STATE  CNTY  POWER      DATE    DATE    DATE    DATE    PAY  TYPE LIC. NO.   DEL
38-PA        4-TEMP     021893                          O    R    LAH
38-PA        4-TEMP     021893                          O    R    MIAC
38-PA        2-MLL      021893                          O    R    4414078
38-PA        9-MIAC     021893                          O    R    4414078


 - - - PAGE: 01 - - -    TOTAL PAGE: 01            CURRENT ID
PF1: MENU  PF2: NEXT PG.  PF3: PRIOR PG.   PF4: NEXT INDIV.  PF5: PRIOR INDIV.
PF6: HELP  PF7: EMP INFO  PF8: CURR IDENT PF10: PRIOR IDENT PF12: PRINT
```

CONFIDENTIAL
PROPRIETARY

MLPH 3042337

**REDACTED**

GA014179

**MetLife**

M300800101717



```
--------LICENSE INFORMATION----------                JAU  040110

S.O. : J15 AGENCY: 888 INDEX: 3 NAME: FORNEY DEBORAH A      MSI:
TITLE: ACCT. REPRESENTATIVE    STATUS: A ACTIVE            CRD:
SSN. :            CSD: 06/15/92  DOB:          ANN: A      ADU:
SPOS.:                                NASD:      SER 6:    SER 7:
ADDR.:                                          SER22:    SER63:
CITY :                       STATE:        ZIP:
NOTES:

                      EFF.    TERM   EXP.   C.E.   CO.
STATE  CNTY  POWER    DATE    DATE   DATE   DATE   PAY  TYPE LIC. NO.   DEL
38-PA        1-MLI    061892                       O    R    4227227
38-PA        9-MIAC   061892                       O    R    4227227


  - - - PAGE: 01 - - -    TOTAL PAGE: 01          CURRENT ID
PF1: MENU   PF2: NEXT PG.   PF3: PRIOR PG.   PF4: NEXT INDIV.   PF5: PRIOR INDIV.
PF6: HELP   PF7: EMP INFO   PF8: CURR IDENT PF10: PRIOR IDENT PF12: PRINT
```

CONFIDENTIAL
PROPRIETARY

**MetLife**

MLPH 3042339

# REDACTED

GA014181

M3008001011719



JAU  040112

---------LICENSE INFORMATION----------

```
S.O. : J15 AGENCY: 815 INDEX: 2 NAME: KACZMAREK KENNETH F        MSI: 060892
TITLE: ACCT. REPRESENTATIVE     STATUS: A ACTIVE                 CRD: 0000262913
SSN. :          CSD: 07/27/65  DOB:              ANN: A          ADU:
SPOS.:                                          NASD: 010174  SER 6:    SER 7: 1
ADDR.:                                                       SER22:    SER63: 1
CITY :                         STATE:           ZIP:
NOTES:
```

| STATE | CNTY | POWER | EFF. DATE | TERM DATE | EXP. DATE | C.E. DATE | CO. PAY | TYPE | LIC. NO. | DEL |
|-------|------|-------|-----------|-----------|-----------|-----------|---------|------|----------|-----|
| 46-VA |      | 1-MLI | 041592    |           |           |           | 0       | N    |          |     |
| 38-PA |      | F-MSI | 060892    |           |           |           | 0       | R    |          |     |

CONFIDENTIAL
PROPRIETARY

**MetLife**

MLPH 3042341

**REDACTED**
GA014183

M300800101721

```
---------LICENSE INFORMATION----------          JAU 040114

S.O. : J15 AGENCY: 862 INDEX: 1 NAME: ANDERSON KEITH W         MSI: 083090
TITLE: ACCT. REPRESENTATIVE      STATUS: A ACTIVE              CRD: 0002030260
SSN. :                CSD: 10/03/88 DOB:          ANN: A       ADU:
SPOS.:                                      NASD: 031590  SER 6: 1 SER 7:
ADDR.:                                                    SER22:     SER63: 1
CITY :                      STATE:          ZIP:
NOTES:

                          EFF.     TERM    EXP.    C.E.   CO.
STATE  CNTY  POWER        DATE     DATE    DATE    DATE  PAY TYPE LIC. NO.   DEL
38-PA        2-MLL        101788                        0   R   7522030
38-PA        9-MIAC       101788                        0   R
38-PA        7-ANNU       060790                        0   R
38-PA        D-MTWL       050290                        0   R
38-PA        F-MSI        083090                        0   R


 - - - PAGE: 01 - - -    TOTAL PAGE: 01           CURRENT ID
PF1: MENU  PF2: NEXT PG.  PF3: PRIOR PG.    PF4: NEXT INDIV.  PF5: PRIOR INDIV.
PF6: HELP  PF7: EMP INFO  PF8: CURR IDENT PF10: PRIOR IDENT PF12: PRINT
```

CONFIDENTIAL
PROPRIETARY

MLPH 3042343

REDACTED

GA014185

⚙ MetLife

M30080010101723

JAU  040116

CONFIDENTIAL
PROPRIETARY

MLPH 3042345



GA014187