IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>                Plaintiff,<br><br>                v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>                Defendants. | CIVIL ACTION NO. 00-2248<br><br>CHIEF JUDGE DONETTA W. AMBROSE |

## ORDER OF COURT

On this _____ day of October, 2006, this matter having come before the Court upon Metropolitan Life Insurance Company's and Kenneth F. Kaczmarek's Motion in Limine to Exclude Evidence of Other Alleged "Bad Acts" by Kenneth F. Kaczmarek, it is hereby ordered that the motion is GRANTED. Plaintiff is barred from introducing evidence of alleged "bad acts" of Kenneth F. Kaczmarek at trial and is specifically barred from introducing into evidence plaintiff's Proposed Exhibits 15, 16, and 17.

BY THE COURT:

_____

ME1\5705469.1