IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF, | : CIVIL ACTION NO. 00-2248 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and KENNETH F. KACZMAREK, | : |
| Defendants. | |

**ORDER**

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Exhibit Nos. 114 and 115, unrelated testimony and exhibits of James Rayl, by defendants Metropolitan Life Insurance Company and Kenneth Kaczmarek in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____ day of _____, 2006, ORDERED that defendants' Motion in Limine to Exclude Exhibit Nos. 114 and 115, unrelated testimony and exhibits of James Rayl, is GRANTED; and it is further ORDERED:

1. Plaintiff is precluded from using the Exhibit Nos. 114 and 115, unrelated testimony and exhibits of James Rayl; and

2. Plaintiff and his attorneys are precluded from referring to or offering, either directly or indirectly, including during voir dire, opening statements, questions to witnesses or testimony by witnesses, and in closing argument, the aforementioned exhibits.

BY THE COURT:

_____
Chief Judge Donetta W. Ambrose, U.S.D.J

ME1\5880280.1