IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF, | : CIVIL ACTION NO. 00-2248 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and KENNETH F. KACZMAREK, | : |
| Defendants. | : |

**ORDER**

THIS MATTER, having come before the Court on the Motion to Exclude the Deposition Testimony of Robert G. Wyckoff , by defendants Metropolitan Life Insurance Company and Kenneth Kaczmarek in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____ day of _____, 2006, ORDERED that defendants' Motion to Exclude the Deposition Testimony of Robert G. Wyckoff, is GRANTED; and it is further ORDERED:

1.	Plaintiff is precluded from admitting into evidence Exhibit Nos. 4 and 13.

BY THE COURT:

_____
Chief Judge Donetta W. Ambrose, U.S.D.J