IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>                Plaintiff,<br><br>        v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>                Defendants. | CIVIL ACTION NO. 00-2248<br><br><br>CHIEF JUDGE DONETTA W. AMBROSE |

## ORDER OF COURT

On this _____ day of October, 2006, this matter having come before the Court upon Metropolitan Life Insurance Company and Kenneth F. Kaczmarek's Motion in Limine to Strike Plaintiff's Jury Demand for the Unfair Trade Practices and Consumer Protection Law Claims and for Plaintiff's Breach Of Fiduciary Duty Claim Relating to His 1994 Policy, it is hereby ordered that the motion is GRANTED. Plaintiff's jury demand as to claims under the Unfair Trade Practices Act and Consumer Protection Law, as codified at 73 P.C.S.A. § 201-1 *et seq*, and his breach of fiduciary duty claim relating to the 1994 Policy under ERISA, is hereby stricken.

BY THE COURT:

_____

ME1\5880821.1