IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 00-2248<br><br><br>CHIEF JUDGE DONETTA W. AMBROSE |

## ORDER OF COURT

　　　On this _____ day of _____ 2006, this matter having come before the Court upon Metropolitan Life Insurance Company's and Kenneth F. Kaczmarek's Motion in Limine to Preclude Evidence Regarding the Recovery of Purported Expectation Damages, it is hereby ordered that the motion is GRANTED.  Plaintiff is precluded from introducing evidence or testimony regarding the recovery of purported expectation damages at trial.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　_____