Ex   A

( 11 OF 14)

MP4011070864



# Calling the BOMB SQUAD

by Sean Armstrong

Hi, Bob. Do you remember that life insurance policy I sold you in 1984? Yeah, back when Bobby Jr. was in little league. Anyway, you know how I said you'd be able to stop paying premiums in 10 years. Well, it's going to be a little longer than that. Ah—actually, quite a bit longer. Could be as much as 10 years. Oh, by the way, did Bobby's baseball scholarship come through?"

CONFIDENTIAL

It's a financial adviser's nightmare: You felt comfortable projecting a 10-year vanish on your client's whole life policy when you sold it. It all made sense. You'd heard the mantra a hundred times, "This company has not lowered its dividends in 50 years." Well, times have changed drastically, and if you're an agent or a company executive and you have clients who bought life insurance thinking their premiums were going to go away, you may be sitting on a time bomb.

Forget about NAIC regulations and "plain English" illustrations. The real problem is potentially more damaging. Although one company is going to spend $10 million to contact policyholders throughout the country, the industry has failed to alert thousands of other customers who can't hear the time bomb ticking. It's impossible to tell how many cases there are, but the wide popularity of the vanishing premium concept in the mid-to late-1980s, coupled with the fact that the typical vanish period was between seven and 10 years, paints a disturbing picture. Today, that same premium is unlikely to "vanish" before the 12th and, sometimes, the 18th year or longer.

Unfortunately, what began as a simple and understandable concept in the marketing department of now-defunct Executive Life Insurance Co., Los Angeles, mutated in the heat of competition. Then technology set the monster loose. Able to generate illustrations from their personal computers, agents caught ledger fever. What started as agent abuse became part of built-in policy mechanics. It got to the point where agents could be misleading even if they were going by the book. "I don't think companies paid much attention to this as a big lie," says Roger Heath, a principal at Towers Perrin's insurance general management consulting practice, Dallas.

The high inflation of the 1970s began to ebb toward the end of the decade. Interest rates peaked in 1982 and began declining steadily. Because of a lag effect on company investment returns,

it took agents and companies several years to digest the fact that rates would no longer continue their steady uphill climb. "We were all kind of in a period of blissful unawareness," says Richard Weber, chairman of the American Society of CLU & ChFC's life insurance illustration questionnaire task force. "And everyone's shocked when, in 1987, Northwestern Mutual lowers its dividend scale. In 1988, a few more companies lowered their dividends. Everyone was in shock."

As with other interest-sensitive products, a small adjustment in an interest rate will amplify over time, resulting in an enormous difference between reality and expectations. It's the derivatives debacle on a personal scale. But many agents reacted to the news by ignoring the problem, according to Weber. Many, according to Heath, simply went on plugging the same high interest rates into their illustrations.

When they began to get a grasp of the problem, agents were confused and anxious. "I think that troubled a lot of us. The idea of going back to clients and having to say 'remember that illustration we looked at? Well it didn't work out,'" says Weber. Ideally, agents would have clearly explained that an illustration was not a guarantee. However, perhaps out of ignorance, or to keep the sales pitch

simple, agents misle their clients. "Now we'v got to go back and sa those things," says Webe "and it's embarrassing and we're concerne about getting blamed an concerned about lettin down clients."

Thomas Wolfe, a w known agent and autho echoed these concerns a speech delivered at t American Society of CL & ChFC's annual mee ing in October. He sa there is a huge amount life insurance, sold usi the vanishing premiu concept, that's just wa ing to blow up. Comp nies most at risk are tho that aggressively push the vanishing premiu concept in their sales forts. Wolfe says agents la support from carriers in t effort to contact unwitti policyholders. Many carrie have directed their agents conduct in-force reviews, b most have not made it mandatory

Weber says the only compa that's developed a program to that fect is Manulife Financial of Toron According to John Barr, in-force ma agement director, Manulife plans have its agents and representativ visit each of its 35,000 policyho ers in the United States by Decemb 1995. The goal of the project, with estimated price tag of $10 million, is explain the effect of lower interest ra on each customer's policy. "We kn the majority of the policies were s on a vanish basis," Barr says. "In m cases, we do have some original ill trations on them. We plan to ta them and go from there."

Even at Manulife, the effort is j beginning. "There's a lot of busin out there where the client hasn't be contacted yet," says Weber. Deliver the news is not going to be ea Agents have to prepare themsel psychologically for a hostile situati "There is going to be anger," he sa But the reality is: If agents or comp representatives don't make the ca no matter how ugly the conversat may turn out to be—they may soon hearing from angry customers. worse yet, their lawyers.

ONFIDENTIAL

MP4011070865

**CONFIDENTIAL**

Attorney Thomas Tew of Tew & rcia-Pedrosa, who masterminded a massive lawsuit against Metropolitan Life Insurance Co., New York, and its agents, costing the company more than $20 million in fines, says the environment has changed. A recent case illustrates the threat. In October, an Alabama state judge upheld a jury award of $25.4 million against Prudential from a couple who claimed they were defrauded by the company and one of its former agents. In the suit, the plaintiffs, Leslie and Rebecca Gallant of Eufala, alleged that agent Charlie Whatley told them their policy would be paid up in 10 years. They later found out that payments would be due for the rest of their lives. After the MetLife case. Tew says he's been getting a lot of phone calls, the majority of which are from companies seeking to insulate themselves from similar lawsuits.

When companies turn to their nemesis for advice, it's a good indication they're scared. Of course, all company approved illustrations include ϙromotes explaining that they are .sed on many non-guaranteed performance variables and that, technically, a premium will be due as long as the policyholder lives. "The courts are not looking so much to the contract," says Weber. "They're saying, 'What was the substance of what was communicated to this client, not only in the contract but in the illustration.'"

Because of the agents' autonomy in the sales process, companies have no way of knowing how the product was presented. The safest sales pitch would point out that illustrations are not predictions of future performance. Weber says. Rather they are meant to show a policyholder how his pattern of premium payments and the carrier's future experience might teract. Weber demonstrates the dangerous approach: "There are eight premiums here and don't worry about all that footnote stuff. This company has never decreased its dividend scale. I can tell you, what's in my illustration is conservative. It's not aggressive." In response to the dangerous example, Weber says, "I think you've got yourself a lawsuit there."

Despite the growing risk of legal action, the typical insurance company, according to Heath, is not giving this problem the attention it should. Now that time has elapsed, Heath says he's starting to see big lawsuits like the one in Alabama. He says he gets one or two calls a month from consumer plaintiffs looking for advice. He also gets one or two calls a month from insurance companies asking for litigation support.

## ALERTING POLICYHOLDERS

Some companies still don't know there's a problem, according to Heath. Customers are unaware that if they have stopped paying premiums in accordance with the illustrated plan, the policy may be headed toward a lapse. It's a slow process that won't show up on in-force statements. They may not know there's a problem until they get a termination notice in the mail. A lot depends on how a company's service department works, according to Heath. But the situation may be out of control. "Insurance companies have

let attorneys who are rabble rousing create expectations for large punitive damages," he says.

According to Tew, there has been no major change in the underlying liability inherent in illustrations. What's changed, he says, is an awareness among policyholders that certain illustrations may be suspect and that they may have been exploited by an unscrupulous agent. "There is a growing consumer awareness that they ought to be a little more skeptical," he says. "The premium isn't vanishing. The policy is cannibalizing itself."

Tew says new attention to compliance within companies and the government is being driven by lawsuits. "Do you think we would have this reform if there weren't lawsuits like this? I don't think so." He foresees more cases like the Gallants'. He says companies are handicapped by tension between management and company marketing departments. "No one wants to tell marketing the bad news," he says. And it is bad news for salespeople. As in MetLife's case, a sweeping overhaul of compliance procedures and sales practices can severely curtail sales. Tew says sometimes the only person who can deliver that news is an outsider.



Richard Weber, chairman of the American Society's illustration task force, predicts growing problems with vanishing premiums that don't go away.

Policyholders are equally in the dark. The annual statement they get from their insurance companies showing cash values and dividends doesn't tell policyholders what they need to know. Many people who bought insurance in the mid-80s with the expectation that they would pay eight or 10 premiums have no way of knowing that number has probably gone up to between 12 and 18 premium payments, according to Weber. "The customer gets the premium notice, and they say, 'Wait a minute, I wasn't supposed to pay this,' and they call the company and they call the agent," says Weber. "And, of course, the company has no idea what the custom-

MP4011070866

CONFIDENTIAL

**MetLife**

**Marketing Communications**
MetLife Individual Sales


Re  Accelerated Payment (AP) Arrangement Customer
    Communications

To  The Field Force


Effective, timely communication is an important component of
customer service.  The AP Natural Work Team, representing
key business units within the Individual Life Insurance and
MetLife Individual Sales organizations, has made
communicating how the AP arrangement works to our
policyholders on a proactive basis one of its primary goals.

As part of an ongoing, multi-level customer communications
strategy developed by the work team, a series of customer
letters was created in March to automatically update
policyholders about any change in the status of their AP
arrangements or to inform them when their policies become
eligible for this arrangement.  These letters are being
mailed to AP policyholders as circumstances warrant.

On December 28, new policyholder correspondence will be
available to cover additional situations that may affect the
AP arrangement.  The first set of letters, AP-1A through AP-
1F, will let the policyholder know that as a result of
certain actions, such as a policy withdrawal or failure to
pay loan interest, there will not be a sufficient amount of
accumulated dividends to pay the premiums via AP for the
life of the policy.  The letters will pinpoint the specific
policy anniversary year -- based on our current dividend
scale -- when the dividend balance will become insufficient.

The second set of letters, AP-2A through AP-2F, are more
urgent in nature.  These letters inform the policyholder
that as a result of his or her recent policy transaction,
there are no longer enough accumulated dividends to pay the
policy's next premium using the AP arrangement.  As a
result, the policyholder must resume making out-of-pocket
premium payments.

Both sets of letters have been installed on the Daily
Reports System in Scranton and will be sent to policyholders

(See Reverse Side)

-2-

MP401107086B

on an as-needed basis.  You will not receive copies of these letters as they are sent to your clients, but you will be notified via the Accelerated Payment Arrangement Report on SONIC.

A copy of the AP Arrangement Report can be obtained by having a sales support associate access the Administrative Transactions Menu, 03 Print Reports Selection Menu, and key in selection 14, Accelerated Payment Arrangement Report.

This report will also automatically print for the entire office through normal print manager facilities, and correspondence activity will be reported on separate pages for each Field Representative Number.

Attached are copies of each of these new customer letters. Each letter has an alpha-numeric code in the bottom right-hand corner that corresponds to its identification on the AP Arrangement Report.  A sample of how the letters will be listed on the AP Arrangement Report is also attached.

Watch for additional announcements concerning future enhancements and activities planned by the AP Natural Work Team.

If you have any questions regarding this new policyholder correspondence or the AP arrangement, please contact Alan Kandel, Product Manager, Life Product Planning, Individual Life Insurance, in the Bridgewater office at (908) 253-1240 or Roberta Steve, Manager, Customer Communications and Inforce Marketing Programs, Marketing Communications, MetLife Individual Sales, in the Bridgewater office at (908) 253-1122.

December 28, 1995

Attachments

CONFIDENTIAL

9507T84(exp1196)MLIC-LD

MP401107086 9

## AP Arrangement Report

| Version | Description |
|---------|-------------|
| 1A | LOAN-AP TIL 2000 |
| 1B | LOAN-AP TIL 2000 |
| 1C | LOAN-AP TIL 2000 |
| 1D | LN-CAP/AP TIL 00 |
| 1E | DV WTH-AP TIL 00 |
| 1F | PUAR WTH-AP 2000 |
| 2A | LOAN-AP INSUFF |
| 2B | LOAN-AP INSUFF |
| 2C | LOAN-AP INSUFF |
| 2D | LN/CAP/AP INSUFF |
| 2E | DV WTH-AP INSUFF |
| 2F | PUAR WTH-AP INSF |

Note:

Six of the above SONIC messages show a "year" in their one-
list description which refers directly to information in the
policyholder letter.  These letters have been sent to
policyholders to inform them that, based on the current
dividend scale, it is anticipated that the AP arrangement
will continue paying annual premiums until the policy
anniversary in the year shown.  At that time, the
policyholder may have to begin making out-of-pocket premium
payments again.

In the examples shown above for AP letters 1A, 1B, 1C and
1F, that year is "2000."  The SONIC Report descriptions for
these particular AP letters will always show the four-digit
year -- for example, 1995, 1998, 2000, 2001.

In the examples shown above for AP letters 1D and 1E, the
year "2000" is shown as "00."  Due to space restrictions,
the descriptions for these letters will indicate the year by
the last two digits -- "95 for "1995," "98" for "1998," "01"
for "2001," and so on.

**CONFIDENTIAL**

er is talking about." Weber cites one case where a customer found out he would have to pay 32 annual premiums, when the illustrated projection was nine. The problem, warns Weber, is huge. "There isn't a single illustration that was based on current assumptions in 1985 through 1989 that is going to come true."

Not sure who's to blame, companies haven't decided whether they or their agents should be breaking the bad news. In many cases, they realize that they need the agents' cooperation. Agents have information the carrier doesn't. They know how the sales pitch was made. "So I think there's a real disagreement as to who should be doing what," says Weber. Agents claim they are not getting enough support from the companies. But the carriers might not think they're getting the cooperation they need from agents. Or the information may simply not be there: With agents leaving the business all the time, there are a lot of orphan policyholders who may not know their coverage is about to vanish.

### CREATING POSITIVE SPIN

There is a way to put a positive spin on this difficult situation. Weber cites one agent who handled it this way: "Five years ago," he said to the client, "we identified the estate liquidity need, and you were delighted to be able to solve that problem for 20 cents on the dollar. There was no other

product or investment you could make that could solve your problem so inexpensively. Now I'm coming back to you today, and it's going to cost you 30 cents on the dollar. It's still a good deal. There still isn't anything that comes close to doing what you need it to do when you need it to do it for as low a price, even though that price tag has gone up substantially."

Beyond dumping more money into the contract, reactivating a vanished premium or reducing face amounts, Manulife policyholders may opt for underwriting-free conversions to certain term or variable life products. Of course, conversion to term involves using the cash value in a permanent policy to pay premiums for a non-permanent one. With the variable option, policyholders—by taking on the policy's investment risk—may be able to achieve the originally projected performance.

Weber has conducted focus groups with dozens of policyholders who owned substantial amounts of life insurance. In a mock-up of a communication to policyholders, researchers explained that the amount of premiums

they had expected to pay was now going to increase substantially. "The reactions we got from them," he says, "were a valuable learning experience. The first lesson: A customer is never happy about bad news. But they are much more accepting of it when it comes from the person who sold them the policy." The other extreme, according to Weber, is that the angriest when bad news comes from an impersonal letter from some president whose name is scrawled by a machine at the bottom of the page. "That was important for us because we were about to do a mail campaign, and what that told us was no, it's got to be face-to-face contact," he says.

The other lesson was that customers want to hear the bad news as soon as the agent knows it. And they want to know specifically how it affects them. The agent has to go to the client, explain the impact and then help the client determine whether the original needs still exist. There is a reason why that may not still exist: That client may have bought a lot of insurance with anticipation of a lot of inflation, which would increase the value of their estate along with their future tax liability. "If inflation didn't continue, it's not there. Maybe they don't need so much insurance any longer," says Weber. Perhaps that client's solution is to reduce the number of premium payments to the original number by decreasing death benefit. "This may not be appropriate for everyone, but we certainly have seen it," says Weber.

The end result, according to Weber, is a new way of looking at life insurance. Trying to teach agents and brokers that a life insurance policy is simply another asset that has to be managed. When I came into the business in 1976 it was still true that when you bought life insurance, you bought it, you signed the paperwork and you put it in a place, and you never looked at it again. You can't do that anymore. Too much has happened in the last 15 years. Agents vanish, companies vanish, premium does not vanish."

> "*There* isn't a single illustration that was based on current assumptions in 1985 through 1989 that is going to come true.*"



# THE BEST MAILING LISTS FOR THE INSURANCE AND FINANCIAL SERVICE INDUSTRIES

## LISTS FOR RECRUITING

### LICENSED INSURANCE AGENTS AND FINANCIAL PLANNERS

| | | | |
|---|---|---|---|
| Life & Disability Agents | 1,063,492 | Life Insurance Agencies | 206,877 |
| Fire & Casualty Agents | 488,683 | Property & Casualty Agencies | 271,742 |
| Financial Planners, CLU's, MDRT's | 97,795 | Insurance Company Home Offices | 3,651 |

Send For Free Brochure Showing Breakdowns By Sectional Centers

## LISTS FOR PROSPECTING

| | | |
|---|---|---|
| Age & Income | Homeowners | Top Executives | Small Business Owners |
| New Move-Ins | Working Women | Senior Citizens | School Children |
| Real Estate Agents | Doctors, Lawyers | Military Retirees | Stockbrokers |
| Accountants, Bankers | Postal Workers | Opportunity Seekers | Nurses, Teachers |
| Investors | Affluent Americans | | |

Call Us For All Your List Needs"— If the List Exists, We Can Get It For You

**GEORGE STERNE AGENCY**  •Phone 800/722-6174
254 E. Grand Ave.        •619/432-6913
Escondido, CA 92025       •Fax 619/432-9570

CONFIDENTIAL

MP401107087O

**MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

Questions ?
Contact your MetLife
Representative:
☎ 800-638-5000
Sales Office / Agency:
D41/023

MP401107087I

FOR QUESTIONS OR
SERVICE, PLEASE CA
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

Re 013 456 789 MS          JOHN Q POLOWNER
     Policy Number                      Name of Insured

Dear Policyowner

We are writing to let you know how your recent loan, which included borrowing against your
dividend balance, affects the Accelerated Payment (AP) arrangement.

Based on our current dividend scale, it is anticipated that the AP arrangement will only continue
paying the annual premiums until your policy anniversary in 2000. At that time you may have to
begin making out-of-pocket premium payments again.

Since the current dividend scale is not guaranteed for the future, it is important to remember that
any fluctuation in future dividend scales may change this date. An increase in dividends could
result in a later date while a decrease in dividends could result in an earlier date.

Please keep in mind that certain transactions can impact, or even terminate, your AP
arrangement. For example, if you increase your policy loan, fail to pay loan interest, withdraw
from policy values, change your dividend option, or change your frequency of payment to other
than annual, you may need to resume out-of-pocket premium payments even sooner.

If you have questions about the AP arrangement or your insurance coverage in general, please call
your MetLife Representative at the telephone number listed above.

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
DEC 05, 1995

Thank you
for
insuring
with
MetLife.

**CONFIDENTIAL**

AP-1A

**MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

Questions?
Contact your MetLife
Representative:
☎ 800-638-5000
Sales Office / Agency:
D41/023

MP401107087Z

FOR QUESTIONS OR
SERVICE, PLEASE C
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

Re 023 456 789 A                    JOHN Q POLOWNER
        Policy Number                              Name of Insured

Dear Policyowner

We are writing to let you know how your recent loan, which included borrowing against your
Paid-Up Additions Rider, affects the Accelerated Payment (AP) arrangement.

Based on our current dividend scale, it is anticipated that the AP arrangement will only continue
paying the annual premiums until your policy anniversary in 2000. At that time you may have to
begin making out-of-pocket premium payments again.

Since the current dividend scale is not guaranteed for the future, it is important to remember that
any fluctuation in future dividend scales may change this date. An increase in dividends could
result in a later date while a decrease in dividends could result in an earlier date.

Please keep in mind that certain transactions can impact, or even terminate, your AP
arrangement. For example, if you increase your policy loan, fail to pay loan interest, withdraw
from policy values, change your dividend option, or change your frequency of payment to other
than annual, you may need to resume out-of-pocket premium payments even sooner.

If you have questions about the AP arrangement or your insurance coverage in general, please call
your MetLife Representative at the telephone number listed above.

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
DEC 05, 1995

Thank you
for
insuring
with
MetLife.

**CONFIDENTIAL**

AP-1B

**MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

Questions?
Contact your MetLife
Representative:
☎ 800-638-5000
Sales Office / Agency:
D41/023

MP401107087J

FOR QUESTIONS OR
SERVICE, PLEASE CA
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

Re. 033 456 789 MS
_Policy Number_

JOHN Q POLOWNER
_Name of Insured_

Dear Policyowner

We are writing to let you know how your recent loan, which included borrowing against your dividend balance and Paid-Up Additions Rider, affects the Accelerated Payment (AP) arrangement.

Based on our current dividend scale, it is anticipated that the AP arrangement will only continue paying the annual premiums until your policy anniversary in 2000. At that time you may have to begin making out-of-pocket premium payments again.

Since the current dividend scale is not guaranteed for the future, it is important to remember that any fluctuation in future dividend scales may change this date. An increase in dividends could result in a later date while a decrease in dividends could result in an earlier date.

Please keep in mind that certain transactions can impact, or even terminate, your AP arrangement. For example, if you increase your policy loan, fail to pay loan interest, withdraw from policy values, change your dividend option, or change your frequency of payment to other than annual, you may need to resume out-of-pocket premium payments even sooner.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

_Tim Thomas_

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
DEC 05, 1995

Thank you
for
insuring
with
Life.

**CONFIDENTIAL**

AP-1C

**❖MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

**Questions?**
Contact your MetLife
Representative:
☎ 800-638-5000
Sales Office / Agency:
D41/023

MP4011070874

FOR QUESTIONS OR
SERVICE, PLEASE C∂
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

Re <u>043 456 789 M</u>
Policy Number

<u>JOHN Q POLOWNER</u>
Name of Insured

Dear Policyowner

We are writing to let you know how your recent nonpayment of loan interest, which has been added
to your outstanding loan, affects the Accelerated Payment (AP) arrangement.

Based on our current dividend scale, it is anticipated that the AP arrangement will only continue
paying the annual premiums until your policy anniversary in 2000. At that time you may have to
begin making out-of-pocket premium payments again.

Since the current dividend scale is not guaranteed for the future, it is important to remember that
any fluctuation in future dividend scales may change this date. An increase in dividends could
result in a later date while a decrease in dividends could result in an earlier date.

Please keep in mind that certain transactions can impact, or even terminate, your AP
arrangement. For example, if you increase your policy loan, fail to pay loan interest, withdraw
from policy values, change your dividend option, or change your frequency of payment to other
than annual, you may need to resume out-of-pocket premium payments even sooner.

If you have questions about the AP arrangement or your insurance coverage in general, please call
your MetLife Representative at the telephone number listed above.

Sincerely

*Peggy Clark*

CASH/LOAN/DIVIDEND/MATURITIES
METLIFE CUSTOMER SERVICE CENTER - TULSA
DEC 05, 1995

Thank you
for
insuring
Life

**CONFIDENTIAL**

AP-1D

**MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

Questions?
Contact your MetLife
Representative:
☎ 800-638-5000
Sales Office / Agency:
D41/023

MP4011070875

FOR QUESTIONS OR
SERVICE, PLEASE CA
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

Re  063 456 789 M               JOHN Q POLOWNER
    Policy Number                    Name of Insured

Dear Policyowner

We are writing to let you know how your recent withdrawal from your Paid-Up Additions Rider
affects the Accelerated Payment (AP) arrangement.

Based on our current dividend scale, it is anticipated that the AP arrangement will only continue
paying the annual premiums until your policy anniversary in 2000. At that time you may have to
begin making out-of-pocket premium payments again.

Since the current dividend scale is not guaranteed for the future, it is important to remember that
any fluctuation in future dividend scales may change this date. An increase in dividends could
result in a later date while a decrease in dividends could result in an earlier date.

Please keep in mind that certain transactions can impact, or even terminate, your AP
arrangement. For example, if you make additional withdrawals from policy values, take a policy
loan, fail to pay loan interest, change your dividend option, or change your frequency of payment
to other than annual, you may need to resume out-of-pocket premium payments even sooner.

If you have questions about the AP arrangement or your insurance coverage in general, please call
your MetLife Representative at the telephone number listed above.

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
DEC 05, 1995

Thank you
for
insuring
with
MetLife.

**CONFIDENTIAL**

AP-1F

**❖MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

☎. 

Questions?
Contact your MetLife
Representative:
800-638-5000
Sales Office / Agency:
D41/023

MP401107O876

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

FOR QUESTIONS OF
SERVICE, PLEASE
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

Re  053 456 789 M
    Policy Number

JOHN Q POLOWNER
    Name of Insured

Dear Policyowner

We are writing to let you know how your recent dividend withdrawal affects the Accelerated
Payment (AP) arrangement.

Based on our current dividend scale, it is anticipated that the AP arrangement will only continue
paying the annual premiums until your policy anniversary in 2000. At that time you may have
begin making out-of-pocket premium payments again.

Since the current dividend scale is not guaranteed for the future, it is important to remember that
any fluctuation in future dividend scales may change this date. An increase in dividends could
result in a later date while a decrease in dividends could result in an earlier date.

Please keep in mind that certain transactions can impact, or even terminate, your AP
arrangement. For example, if you make additional withdrawals from policy values, take a policy
loan, fail to pay loan interest, change your dividend option, or change your frequency of payment
to other than annual, you may need to resume out-of-pocket premium payments even sooner.

If you have questions about the AP arrangement or your insurance coverage in general, please call
your MetLife Representative at the telephone number listed above.

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
DEC 05, 1995

**CONFIDENTIAL**

Thank you
for
insuring
with
MetLife

AP-1E

**❖ MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

Questions ?

Contact your MetLife
Representative:
☎ 800-638-5000
Sales Office / Agency:
D41/023

FOR QUESTIONS OR
SERVICE, PLEASE C
  1-800-MET-5000
  (1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

Re 073 456 789 MS                    JOHN Q POLOWNER
   ─────────────                     ──────────────────
      Policy Number                      Name of Insured

Dear Policyowner

We are writing to let you know that as a result of your recent loan, which included borrowing against your dividend balance, you will not be able to use the Accelerated Payment (AP) arrangement to pay your next annual premium.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making out-of-pocket premium payments again.

You will be billed for your next premium due DEC 31, 1995.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

*Peggy Clark*

CASH/LOAN/DIVIDEND/MATURITIES
METLIFE CUSTOMER SERVICE CENTER - TULSA
DEC 05, 1995

Thank you
for
insuring
with
MetLife.

**CONFIDENTIAL**

AP-2A

**✦MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

☎

Questions?

Contact your MetLife
Representative:
**800-638-5000**
Sales Office / Agency:
**D41/023**

MP4011070878

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

FOR QUESTIONS OR
SERVICE, PLEASE C
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

Re  083 456 789 A
       Policy Number

JOHN Q POLOWNER
      Name of Insured

Dear Policyowner

We are writing to let you know that as a result of your recent loan, which included borrowing against your Paid-Up Additions Rider, you will not be able to use the Accelerated Payment (AP) arrangement to pay your next annual premium.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making out-of-pocket premium payments again.

You will be billed for your next premium due DEC 31, 1995.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

*Peggy Clark*

CASH/LOAN/DIVIDEND/MATURITIES
METLIFE CUSTOMER SERVICE CENTER - TULSA
DEC 05, 1995

Thank you
for
insuring
ith
etLife.

**CONFIDENTIAL**

AP-2B

**MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

Questions?

Contact your MetLife
Representative:
☎ 800-638-5000

Sales Office / Agency:
D41/023

MP401107/0879

FOR QUESTIONS OR
SERVICE, PLEASE CA
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

Re <u>093 456 789 A</u>                <u>JOHN Q POLOWNER</u>
        Policy Number                              Name of Insured

Dear Policyowner

We are writing to let you know that as a result of your recent loan, which included borrowing
against your dividend balance and Paid-Up Additions Rider, you will not be able to use the
Accelerated Payment (AP) arrangement to pay your next annual premium.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making
out-of-pocket premium payments again.

You will be billed for your next premium due DEC 31, 1995.

If you have questions about the AP arrangement or your insurance coverage in general, please call
your MetLife Representative at the telephone number listed above.

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
DEC 05, 1995

Thank you
for
insuring
with
etLife

**CONFIDENTIAL**

AP-2C

**MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

Questions?
Contact your MetLife
Representative:
☎ **800-638-5000**
Sales Office / Agency:
**D41/023**

MP40110070880

FOR QUESTIONS OR
SERVICE, PLEASE CA
- 1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

Re 103 456 789 M
Policy Number

JOHN Q POLOWNER
Name of Insured

Dear Policyowner

We are writing to let you know that as a result of your recent nonpayment of loan interest, which has been added to your outstanding loan, you will not be able to use the Accelerated Payment (AP) arrangement to pay your next annual premium.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making out-of-pocket premium payments again.

You will be billed for your next premium due DEC 31, 1995.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
DEC 05, 1995

**CONFIDENTIAL**

Thank you
for
insuring
with
MetLife.

AP-2D

**MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

Questions?
Contact your MetLife
Representative:
**800-638-5000**
Sales Office / Agency:
**D41/023**

MP4011070881

FOR QUESTIONS OR
SERVICE, PLEASE C.
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

Re <u>113 456 789 PR</u>          <u>JOHN Q POLOWNER</u>
    Policy Number                              Name of Insured

Dear Policyowner

We are writing to let you know that as a result of your recent dividend withdrawal, you will not be able to use the Accelerated Payment (AP) arrangement to pay your next annual premium.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making out-of-pocket premium payments again.

You will be billed for your next premium due DEC 31, 1995.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

*Peggy Clark*

CASH/LOAN/DIVIDEND/MATURITIES
METLIFE CUSTOMER SERVICE CENTER - TULSA
DEC 05, 1995

**CONFIDENTIAL**

Thank you
for
insuring
with
MetLife.

AP-2E

**❖ MetLife**

700 QUAKER LANE PO BOX 300
WARWICK, RI 02887-0300

Questions？
Contact your MetLife
Representative:
☎ **800-638-5000**
Sales Office / Agency:
D41/023

MP401107088Z

FOR QUESTIONS OR
SERVICE, PLEASE C
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN ST
HOMETOWN NY 12345

Re 123 456 789 MS                    JOHN Q POLOWNER
_____              _____
Policy Number                           Name of Insured

Dear Policyowner

We are writing to let you know that, as a result of your recent withdrawal from your Paid-Up
Additions Rider, you will not be able to use the Accelerated Payment (AP) arrangement to pay your
next annual premium.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making
out-of-pocket premium payments again.

You will be billed for your next premium due DEC 31, 1995.

If you have questions about the AP arrangement or your insurance coverage in general, please call
your MetLife Representative at the telephone number listed above.

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
DEC 05, 1995

**CONFIDENTIAL**

Thank you
for
insuring
with
MetLife.

AP-2F

**MetLife**

**Marketing Communications**
MetLife Individual Sales

Re   Accelerated Payment (AP) Arrangement Customer
     Communications

To   The Field Force

Beginning this month, important changes will appear on the
anniversary statements mailed to policyholders whose premiums
are being paid under the Accelerated Payment (AP) arrangement.
The changes represent a major enhancement to MetLife's
communications with policyholders about the status of their AP
arrangements.

In October, "collapse" date messages were added to the bills
and anniversary statements of AP policyholders whose dividend
and/or Paid-Up Additions Rider (PUAR) balances would be
insufficient to pay premiums for their policies sometime
within the next five years.  Now, we have taken a critical
step forward -- the statements have been completely revised
with a new look and additional information that make them
easier to read and understand.

The customers whose AP arrangements will be insufficient in
the next five years will have messages printed directly on
their anniversary statements clearly outlining the three
payment options available to them in this situation.  What's
more, these messages will be "personalized" to provide
specific information for each policyholder regarding each
option.  This information will help these policyholders
understand their alternatives and make the best decision for
their particular circumstance.  However, policyholders whose
AP arrangements will not work to pay the next premium due will
receive a Notice of Payment Due for the full premium in place
of the Anniversary Statement.

The three payment options include:

• Paying the entire premium due out-of-pocket;
• Paying part of the premium with the current dividend and the
  balance out-of-pocket; or
• Allowing the AP arrangement to pay the premium for the
  current year.

The new messages will explain to each affected AP policyholder
the exact impact each choice would have on the number of years
the AP arrangement will work to pay future premiums.

**CONFIDENTIAL**                    (See Reverse Side)

- 2 -

MP041070884

Samples of the front page of the AP anniversary statements,
which include examples of the messages your clients may
receive, are attached. The attachments show the different
types of accelerated payment that your customers may have.

**Attachment 1 -- Accelerated Payment Type 1**

With this AP type, the AP arrangement will pay premiums by
withdrawals from only the PUAR.

**Attachment 2 -- Accelerated Payment Type 2**

This AP type pays premiums by withdrawals -- first from the
PUAR and then from the dividends. Option 3 on the sample
statement explains that if the policyholder uses the AP
arrangement to pay the premium, the PUAR will be reduced to
$0.00. This will terminate the policyholder's right to use
this rider. The policyholder can use the dividend to
purchase Additional Paid-Up Insurance or leave it to
accumulate with interest.

**Attachment 3 -- Accelerated Payment Type 2**

Again, this AP type will pay premiums by withdrawals --
first from the PUAR and then from the dividends. On this
sample statement, Option 3 explains that if the policyholder
uses the AP arrangement to pay the premium, the PUAR balance
will be reduced, but the rider will remain active. The
policyholder has the choice of using the dividend to
purchase Additional Paid-Up Insurance or leaving it to
accumulate with interest.

**Attachment 4 -- Accelerated Payment Type 3**

With this AP type, the AP arrangement will pay premiums by
withdrawals -- first from the dividends and then from the
PUAR. The policyholder can choose to use the dividend to
purchase Additional Paid-Up Insurance or leave it to
accumulate with interest.

**Attachment 5 -- Accelerated Payment Type 4**

This AP type will pay premiums by withdrawals from dividends
only. In this example, the dividends are used to purchase
Additional Paid-Up Insurance.

**Attachment 6 -- Accelerated Payment Type 4**

Again, this AP type will pay premiums by withdrawals from
dividends only. In this example the dividends are left to
accumulate with interest.

Printed on the reverse side of each sample AP Anniversary
Statement are samples of the corresponding SONIC screens that

FIDENTIAL

- 3 -

Account Representatives can access through the **Accelerated Payment Billing Report** on SONIC. These screens notify you which policyholders have been informed that their dividend and/or PUAR balances will be insufficient to pay premiums sometime in the next five years.

A copy of the AP Billing Report can be obtained by having a sales support associate access the Administrative Transactions Menu, 03 Print Reports Selection Menu, and key in either selection 17 or 18, Accelerated Payment Billing.

While these new messages will make it easier for customers to understand their AP arrangements and the payment options available to them, you may still receive calls from your clients who require additional information. For this reason, you should be prepared to discuss the payment options with them and help your AP clients determine the best course of action that will allow them to maintain their valuable insurance protection.

This important policyholder communication effort further demonstrates MetLife's commitment to full disclosure and represents a major cooperative effort by representatives of key business and administrative units in Individual Life Insurance and MetLife Individual Sales who make up the AP Natural Work Team. The team has made proactive communication to our policyholders about this payment arrangement one of its primary goals.

Watch for additional announcements concerning future enhancements to our policyholder communications and activities planned by the AP Natural Work Team.

If you have any questions regarding this new policyholder information initiative or the AP arrangement, please contact Alan Kandel, Product Manager, Life Product Planning, Individual Life Insurance, in the Bridgewater office at (908) 253-1240 or Roberta Steve, Manager, Customer Communications and Inforce Marketing Programs, Marketing Communications, MetLife Individual Sales, in the Bridgewater office at (908) 253-1122.

December 14, 1995


Attachments


CONFIDENTIAL

**❖ MetLife®**

METROPOLITAN LIFE INS. CO.
12902 E. 51 ST. PO BOX 500
TULSA OK 74102

questions?
contact your MetLife
Representative:
☎ 313-995-1966

Sales Office/Agency:
019/834

### Accelerated Payment Anniversary Statement

| | |
|---|---|
| Amount Due | **$641.80** |
| Date Due | **January 3, 1996** |
| Policy Number | **123 901 408 A** |
| Face Amount Of Insurance | **$35,000** |
| Payment Mode | **Annual** |
| Amount Paid/Date Paid | |

POLLY C HOLDER
123 MAIN ST
SOMEWHERE USA

Name of
Insured   POLLY C HOLDER
Plan
          WHOLE LIFE
          WITH THE ENRICHER/PAID-UP ADDITIONS RIDER (PUAR)

*Sample*

### Dividend Summary

Your 1996 dividend will be used to buy Additional Paid-up Insurance if premiums are paid to January 3, 1996.

| | |
|---|---|
| 1996 Dividend: | $92.43 |
| **Additional Paid-Up Insurance** | |
| Prior Balance: | 864.30 |
| Additional Insurance Earned on Prior Balance: | 33.71 |
| Amount Purchased by Current Dividend: | 270.82 |
| Total Additional Paid-Up Insurance (AI): | 1,168.83 |

### Payment Information

Amount Due (Premium):     $641.80

As requested, if you do not pay this premium out-of-pocket, it will be paid by the Accelerated Payment (AP) arrangement (See Option 3). However, please be aware that your PUAR and dividends are not sufficient to pay premiums for the life of the policy. Dividends are not guaranteed. These calculations are based on the current dividend scale and are therefore subject to change in the future.

The following payment options are available:

1. Pay this year's premium out-of-pocket. The AP arrangement would pay premiums until the year 2001.

2. Use the 1996 dividend of $92.43 plus $549.37 out-of-pocket to pay this year's premium. Your total AI would be reduced to $898.01. The AP arrangement would pay premiums until the year 2001.

3. Allow the premium to be paid by the AP arrangement. The premium would be withdrawn from the PUAR reducing the PUAR amount of insurance to $6,285.00. The AP arrangement would pay premiums until the year 2000.

You will be receiving an Annual Statement detailing the value of your Paid-up Additions Rider shortly after January 3, 1996.

For questions or service, please contact your MetLife Account Representative or call 1-800-MET-5000 (1-800-638-5000). Our busiest day is Monday, so it is best to call Tuesday through Friday, if possible.

Please place this statement with your policy.

Please refer to other side for important information.

Thank you for insuring with MetLife.

---

**❖ MetLife®**     Accelerated Payment – Type 1     ▲ Detach here and return with your payment

| | | | |
|---|---|---|---|
| | Policy No. | Premium | Dividend |
| Sales Office/Agy. | **123901408 A** 345 1 000 | **641.80** | **92.43** |
| **019/834** | Name of Insured | | Date Due |
| | POLLY C HOLDER | | **January 3, 1996** |

POLLY C HOLDER
123 MAIN ST
SOMEWHERE USA

| | |
|---|---|
| Amount Due | $  **641.80** |
| Unscheduled Payment | $ |
| Amount Enclosed | $ |

Please make check or money order payable to MetLife
Mail to:  METROPOLITAN
          P O BOX 435
          WARWICK RI 02887-0435

*Sample*

CONFIDENTIAL

MP401107088G

MP4011070887

Sample St   : Screen.  Will Not Appear on Ac   1 Statement.

CONFIDENTIAL: PROPERTY OF METROPOLITAN LIFE AND AFFILIATED COMPANIES
INDIVIDUAL LIFE INSURANCE WEEKLY LISTING OF
ACCELERATED PAYMENT BILLING ACTIVITY - RUNDATE    11/21/1995

```
DISTRICT  019     AGENCY  834     DATE PRODUCED    11/21/1995
POLICY NO.  123 901 408 A          ANNIVERSARY DATE  01/03/1996
POLICYOWNER NAME        POLLY C HOLDER
POLICYOWNER ADDRESS     123 MAIN ST
                        ANYTOWN PA 12345
INSURED'S NAME          POLLY C HOLDER
PREMIUM        $641.80    1996 DIVIDEND       $92.43
CASH VALUE OF AI        $399.90    AI BALANCE           $1,168.83
CASH VALUE OF PUAR      $2,150.06    PUAR BALANCE         $6,285.00
***** AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2000 *****
POLICYOWNER PAYMENT OPTIONS
   1. PAY THIS YEAR'S PREMIUM OUT-OF-POCKET -
      AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2001
   2. USE THE 1996 DIVIDEND OF       $92.43 PLUS
      OUT-OF-POCKET AMOUNT OF        $549.37 -
      AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2001
   3. ALLOW THE AP ARRANGEMENT TO PAY THIS YEAR'S PREMIUM -
      AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2000
```

This side of your Anniversary Statement contains important information about your policy. If you have any questions on this information, please contact your MetLife Representative at the telephone number on the front of this Statement.

In the following sections, "you" and "your" mean the policyholder of the policy to which this Anniversary Statement applies. "Metropolitan," "MetLife" and "we" mean the Metropolitan Life Insurance Company.

Payments made by check or money order are considered paid when the full amount of the premium is received by MetLife from the collecting bank(s). Your check or money order must be payable in U.S. dollars only.

Please do not send cash.

For policies with The Enricher℠ (The Paid-Up Additions Rider) only: Within certain limits, you can make an Unscheduled Payment to The Enricher, increasing your insurance protection and your policy's cash value. The amount you decided to pay to The Enricher is already included in the Amount Due. If you would like to pay more, enter the amount under "Unscheduled Payment" on the return portion of this Notice. Contact your MetLife Representative for more information.

Voting for the Board of Directors: You are entitled to vote for the Directors of the MetLife beginning with the first election held after your policy has been in force for one year, and continuing as long as your policy remains in force. The election is held annually on the second Tuesday of April at MetLife's home office, One Madison Avenue, New York, NY 10010-3690. You can vote in person or by mail, and you will receive a ballot before each year's election. You are entitled to one vote only, no matter how many MetLife policies or contracts you own. For more information, please write to the Secretary at the MetLife home office.

Nomination of Directors: In accordance with Section 4210 of the New York Insurance Law, the Board of Directors must nominate candidates (described as the "Administration Ticket") not less than five months before the election of Directors. Groups of policyholders and contract holders may also nominate Directors, but not less than five months before the election.

To be valid as a receipt, this form must be countersigned by the MetLife Representative to whom payment is made.

Receipt of $ _____ is hereby acknowledged with thanks.

Countersignature _____  Date_____  19 _____

**CONFIDENTIAL**

**❖MetLife®**

METROPOLITAN LIFE INS. CO.
12902 E.51 ST. PO BOX 500
TULSA OK 74102

...tions?
Contact your MetLife
Representative:
☎ 501-753-8236

Sales Office/Agency:
C31/805

## Accelerated Payment Anniversary Statement

| | |
|---|---|
| | **Amount Due**<br>$887.20 |
| POLLY C HOLDER<br>123 MAIN ST<br>SOMEWHERE USA | **Date Due:**<br>**January 8, 1996** |
| | **Policy Number**<br>123 138 100 A |
| | **Face Amount Of Insurance**<br>$40,000 |
| **Name of Insured** POLLY C HOLDER | **Payment Mode**<br>Annual |
| **Plan** LIFE PAID UP AT AGE 95<br>WITH THE ENRICHER/PAID-UP ADDITIONS RIDER (PUAR) | **Amount Paid/Date Paid** |

### Dividend Summary

Your 1996 dividend will be used to buy Additional Paid-up Insurance if premiums are paid to January 8, 1996.

| | |
|---|---|
| 1996 Dividend: | $340.89 |
| **Additional Paid-Up Insurance** | |
| Prior Balance: | |
| Additional Insurance Earned on Prior Balance: | 6,083.08 |
| Amount Purchased by Current Dividend: | 145.99 |
| Total Additional Paid-Up Insurance (AI): | 1,247.66 |
| | 7,476.73 |

### Payment Information

| | |
|---|---|
| Amount Due (Premium): | $887.20 |

As requested, if you do not pay this premium out-of-pocket, it will be paid by the Accelerated Payment (AP) arrangement (See Option 3). However, please be aware that your PUAR and dividends are not sufficient to pay premiums for the life of the policy. Dividends are not guaranteed. These calculations are based on the current dividend scale and are therefore subject to change in the future.

The following payment options are available:

1. Pay this year's premium out-of-pocket. The AP arrangement would pay premiums until the year 2003.

2. Use the 1996 dividend of $340.89 plus $546.31 out-of-pocket to pay this year's premium. Your total AI would be reduced to $6,229.07. The AP arrangement would pay premiums until the year 2002.

3. Allow the premium to be paid by the AP arrangement. The premium would be withdrawn from the PUAR and AI. The total AI bought by the dividends would be reduced to $6,566.80. The PUAR amount of insurance would be reduced to $.00. This would terminate your right to buy Paid-up Additional Insurance under this rider. The AP arrangement would pay premiums until the year 2000.

You will be receiving an Annual Statement detailing the value of your Paid-up Additions Rider shortly after January 8, 1996.

For questions or service, please contact your MetLife Account Representative or call 1-800-MET-5000 (1-800-638-5000). Our busiest day is Monday, so it is best to call Tuesday through Friday, if possible.

Please place this statement with your policy.

Please refer to other side for important information.

Thank you for insuring with MetLife.

---

**❖MetLife®**    Accelerated Payment — Type 2    ▲ **Detach here and return with your payment**

| | | | |
|---|---|---|---|
| | **Policy No.**<br>123138100 A    343  1 000 | **Premium**<br>887.20 | **Dividend**<br>340.89 |
| Sales Office/Agy.<br>C31/805 | **Name of Insured**<br>POLLY C HOLDER<br>POLLY C HOLDER<br>123 MAIN ST<br>SOMEWHERE USA | | **Date Due**<br>**January 8, 1996** |
| | | | **Amount Due**<br>$   887.20 |
| | Please make check or money order payable to MetLife<br>**Mail to:** METROPOLITAN<br>P O BOX 435<br>WARWICK RI 02887-0435 | | **Unscheduled Payment**<br>$<br>**Amount Enclosed**<br>$ |

...FIDENTIAL

```
Sample S.  C Screen. Will Not Appear on A.  .l Statement.

CONFIDENTIAL: PROPERTY OF METROPOLITAN LIFE AND AFFILIATED COMPANIES
                  INDIVIDUAL LIFE INSURANCE WEEKLY LISTING OF
           ACCELERATED PAYMENT BILLING ACTIVITY - RUNDATE   11/21/1995

DISTRICT  C31       AGENCY  805      DATE PRODUCED      11/21/1995
POLICY NO.  123 138 100 A            ANNIVERSARY DATE  01/08/1996
POLICYOWNER NAME        POLLY C HOLDER
POLICYOWNER ADDRESS     123 MAIN ST
                        ANYTOWN PA 12345
INSURED'S NAME         POLLY C HOLDER
PREMIUM       $887.20    1996 DIVIDEND     $340.89
CASH VALUE OF AI          $2,042.27    AI BALANCE      $7,476.73
CASH VALUE OF PUAR         $638.65    PUAR CEASED PREMIUM PAYING
***** AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2000 *****
POLICYOWNER PAYMENT OPTIONS
    1. PAY THIS YEAR'S PREMIUM OUT-OF-POCKET -
       AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2003
    2. USE THE 1996 DIVIDEND OF          $340.89 PLUS
       OUT-OF-POCKET AMOUNT OF        $546.31 -
       AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2002
    3. ALLOW THE AP ARRANGEMENT TO PAY THIS YEAR'S PREMIUM -
       AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2000
```

This side of your Anniversary Statement contains important information about your policy. If you have any questions on this information, please contact your MetLife Representative at the telephone number on the front of this Statement.

In the following sections, "you" and "your" mean the policyholder of the policy to which this Anniversary Statement applies. "Metropolitan," "MetLife" and "we" mean the Metropolitan Life Insurance Company.

Payments made by check or money order are considered paid when the full amount of the premium is received by MetLife from the collecting bank(s). Your check or money order must be payable in U.S. dollars only.

Please do not send cash.

For policies with The Enricher℠ (The Paid-Up Additions Rider) only: Within certain limits, you can make an Unscheduled Payment to The Enricher, increasing your insurance protection and your policy's cash value. The amount you decided to pay to The Enricher is already included in the Amount Due. If you would like to pay more, enter the amount under "Unscheduled Payment" on the return portion of this Notice. Contact your MetLife Representative for more information.

Voting for the Board of Directors: You are entitled to vote for the Directors of the MetLife beginning with the first election held after your policy has been in force for one year, and continuing as long as your policy remains in force. The election is held annually on the second Tuesday of April at MetLife's home office, One Madison Avenue, New York, NY 10010-3690. You can vote in person or by mail, and you will receive a ballot before each year's election. You are entitled to one vote only, no matter how many MetLife policies or contracts you own. For more information, please write to the Secretary at the MetLife home office.

Nomination of Directors: In accordance with Section 4210 of the New York Insurance Law, the Board of Directors must nominate candidates (described as the "Administration Ticket") not less than five months before the election of Directors. Groups of policyholders and contract holders may also nominate Directors, but not less than five months before the election.

To be valid as a receipt, this form must be countersigned by the MetLife Representative to whom payment is made.

Receipt of $ _____ is hereby acknowledged with thanks.

Countersignature _____   Date _____ 19 ____

**CONFIDENTIAL**

**MetLife**

METROPOLITAN LIFE INS. CO.
12902 E.51 ST. PO BOX 500
TULSA OK 74102

...estions?
Contact your MetLife
Representative:
☎ 918-665-3330

Sales Office/Agency:
B81/837

### Accelerated Payment Anniversary Statement

POLLY C HOLDER
123 MAIN ST
SOMEWHERE USA

| | |
|---|---|
| Amount Due | $1,177.25 |
| Date Due | January 8, 1996 |
| Policy Number | 123 133 099 A |
| Face Amount Of Insurance | $25,000 |
| Payment Mode | Annual |
| Amount Paid/Date Paid | |

Name of
Insured POLLY C HOLDER

Plan WHOLE LIFE
WITH THE ENRICHER/PAID-UP ADDITIONS RIDER (PUAR)

### Dividend Summary

Your 1996 dividend will be used to buy Additional Paid-up Insurance if premiums are paid to January 8, 1996.

1996 Dividend: $332.76

Additional Paid-Up Insurance
Prior Balance:
Additional Insurance Earned on Prior Balance: 2,317.79
Amount Purchased by Current Dividend: 90.39
Total Additional Paid-Up Insurance (AI): 545.73
2,953.91

### Payment Information

Amount Due (Premium): $1,177.25

As requested, if you do not pay this premium out-of-pocket, it will be paid by the Accelerated Payment (AP) arrangement (See Option 3). However, please be aware that your PUAR and dividends are not sufficient to pay premiums for the life of the policy. Dividends are not guaranteed. These calculations are based on the current dividend scale and are therefore subject to change in the future.

The following payment options are available:

1. Pay this year's premium out-of-pocket. The AP arrangement would pay premiums until the year 2002.

2. Use the 1996 dividend of $332.76 plus $844.49 out-of-pocket to pay this year's premium. Your total AI would be reduced to $2,408.18. The AP arrangement would pay premiums until the year 2001.

3. Allow the premium to be paid by the AP arrangement. The premium would be withdrawn from the PUAR reducing the PUAR amount of insurance to $262.00. The AP arrangement would pay premiums until the year 1999.

You will be receiving an Annual Statement detailing the value of your Paid-up Additions Rider shortly after January 8, 1996.

For questions or service, please contact your MetLife Account Representative or call 1-800-MET-5000 (1-800-638-5000). Our busiest day is Monday, so it is best to call Tuesday through Friday, if possible.

Please place this statement with your policy.

Please refer to other side for important information.

Thank you for insuring with MetLife.

---

**MetLife**     Accelerated Payment – Type 2     ▲ Detach here and return with your payment

Sales Office/Agy.
B81/837

Policy No.
123133099 A     342  1 000

Name of Insured
POLLY C HOLDER

POLLY C HOLDER
123 MAIN ST
SOMEWHERE USA

Please make check or money order payable to MetLife

Mail to: METROPOLITAN
P O BOX 435
WARWICK RI 02887-0435

| Premium | Dividend |
|---|---|
| 1177.25 | 332.76 |
| | Date Due |
| | January 8, 1996 |

Amount Due
$ 1,177.25

Unscheduled Payment
$

Amount Enclosed
$

IFIDENTIAL

MP041107008090

Sample SOURCE Screen. Will Not Appear on Actual Statement.

CONFIDENTIAL: PROPERTY OF METROPOLITAN LIFE AND AFFILIATED COMPANIES
INDIVIDUAL LIFE INSURANCE WEEKLY LISTING OF
ACCELERATED PAYMENT BILLING ACTIVITY - RUNDATE    11/21/1995

```
DISTRICT  B81      AGENCY  837      DATE PRODUCED     11/21/1995
POLICY NO.  123 133 099 A          ANNIVERSARY DATE  01/08/1996
POLICYOWNER NAME      POLLY C HOLDER
POLICYOWNER ADDRESS   123 MAIN ST
                      ANYTOWN PA 12345
INSURED'S NAME        POLLY C HOLDER
PREMIUM     $1,177.25      1996 DIVIDEND        $332.76
CASH VALUE OF AI      $1,801.47    AI BALANCE          $2,953.91
CASH VALUE OF PUAR         $159.56    PUAR CEASED PREMIUM PAYING
***** AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 1999 *****
POLICYOWNER PAYMENT OPTIONS
   1. PAY THIS YEAR'S PREMIUM OUT-OF-POCKET -
         AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2002
   2. USE THE 1996 DIVIDEND OF      $332.76 PLUS
      OUT-OF-POCKET AMOUNT OF       $844.49 -
         AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2001
   3. ALLOW THE AP ARRANGEMENT TO PAY THIS YEAR'S PREMIUM -
         AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 1999
```

This side of your Anniversary Statement contains important information about your policy. If you have any questions on this information, please contact your MetLife Representative at the telephone number on the front of this Statement.

In the following sections, "you" and "your" mean the policyholder of the policy to which this Anniversary Statement applies. "Metropolitan," "MetLife" and "we" mean the Metropolitan Life Insurance Company.

Payments made by check or money order are considered paid when the full amount of the premium is received by MetLife from the collecting bank(s). Your check or money order must be payable in U.S. dollars only.

Please do not send cash.

For policies with The Enricher℠ (The Paid-Up Additions Rider) only: Within certain limits, you can make an Unscheduled Payment to The Enricher, increasing your insurance protection and your policy's cash value. The amount you decided to pay to The Enricher is already included in the Amount Due. If you would like to pay more, enter the amount under "Unscheduled Payment" on the return portion of this Notice. Contact your MetLife Representative for more information.

Voting for the Board of Directors: You are entitled to vote for the Directors of the MetLife beginning with the first election held after your policy has been in force for one year, and continuing as long as your policy remains in force. The election is held annually on the second Tuesday of April at MetLife's home office, One Madison Avenue, New York, NY 10010-3690. You can vote in person or by mail, and you will receive a ballot before each year's election. You are entitled to one vote only, no matter how many MetLife policies or contracts you own. For more information, please write to the Secretary at the MetLife home office.

Nomination of Directors: In accordance with Section 4210 of the New York Insurance Law, the Board of Directors must nominate candidates (described as the "Administration Ticket") not less than five months before the election of Directors. Groups of policyholders and contract holders may also nominate Directors, but not less than five months before the election.

To be valid as a receipt, this form must be countersigned by the MetLife Representative to whom payment is made.

Receipt of $ _____ is hereby acknowledged with thanks.

Countersignature _____ Date_____ 19 _____

CONFIDENTIAL

**MetLife**

METROPOLITAN LIFE INS. CO.
12902 E.51 ST. PO BOX 500
TULSA OK 74102

...stions?
Contact your MetLife
Representative:
☎ 409-832-6344

Sales Office/Agency:
K51/801

### Accelerated Payment Anniversary Statement

POLLY C HOLDER
123 MAIN ST
SOMEWHERE USA

| | |
|---|---|
| Amount Due | $967.35 |
| Date Due | January 2, 1996 |
| Policy Number | 123 132 431 A |
| Face Amount Of Insurance | $100,000 |
| Payment Mode | Annual |
| Amount Paid/Date Paid | |

Name of Insured: POLLY C HOLDER

Plan:
LIFE PAID UP AT AGE 95
WITH THE ENRICHER/PAID-UP ADDITIONS RIDER (PUAR)

### Dividend Summary

Your 1996 dividend will be used to buy Additional Paid-up insurance if premiums are paid to January 2, 1996.

1996 Dividend:                                                    $540.82

Additional Paid-Up Insurance
Amount Purchased by Current Dividend:                 7,831.07
Total Additional Paid-Up Insurance (AI):              7,831.07

### Payment Information

Amount Due (Premium):                                          $967.35

As requested, if you do not pay this premium out-of-pocket, it will be paid by the Accelerated Payment (AP) arrangement (See Option 3). However, please be aware that your PUAR and dividends are not sufficient to pay premiums for the life of the policy. Dividends are not guaranteed. These calculations are based on the current dividend scale and are therefore subject to change in the future.

The following payment options are available:

1. Pay this year's premium out-of-pocket. The AP arrangement would pay premiums until the year 2001.

2. Use the 1996 dividend of $540.82 plus $426.53 out-of-pocket to pay this year's premium. Your total AI would be reduced to $.00. The AP arrangement would pay premiums until the year 1999.

3. Allow the premium to be paid by the AP arrangement. The premium would be withdrawn from the PUAR and AI. The total AI bought by the dividends would be reduced to $.00. The PUAR amount of insurance would be reduced to $2,464.00. The AP arrangement would pay premiums until the year 1997.

You will be receiving an Annual Statement detailing the value of your Paid-up Additions Rider shortly after January 2, 1996.

For questions or service, please contact your MetLife Account Representative or call 1-800-MET-5000 (1-800-638-5000). Our busiest day is Monday, so it is best to call Tuesday through Friday, if possible.

Please place this statement with your policy.

Please refer to other side for important information.

Thank you for insuring with MetLife.

---

**MetLife**        Accelerated Payment – Type 3    ▲ Detach here and return with your payment

| | | | | |
|---|---|---|---|---|
| | Policy No. | | Premium | Dividend |
| Sales Office/Agy. | 123132431 A    348  1 000 | | 967.35 | 540.82 |
| K51/801 | Name of Insured | | Date Due | |
| | POLLY C HOLDER | | January 2, 1996 | |

POLLY C HOLDER
123 MAIN ST
SOMEWHERE USA

| | |
|---|---|
| Amount Due | $   967.35 |
| Unscheduled Payment | $ |
| Amount Enclosed | $ |

Please make check or money order payable to MetLife
Mail to:   METROPOLITAN
P O BOX 435
WARWICK RI 02887-0435

CONFIDENTIAL

MP401107092

Sample SO. C Screen. Will Not Appear on Act.al Statement.

CONFIDENTIAL: PROPERTY OF METROPOLITAN LIFE AND AFFILIATED COMPANIES
INDIVIDUAL LIFE INSURANCE WEEKLY LISTING OF
ACCELERATED PAYMENT BILLING ACTIVITY - RUNDATE    11/21/1995

```
DISTRICT  K51      AGENCY  801    DATE PRODUCED      11/21/1995
POLICY NO.  123 132 431 A         ANNIVERSARY DATE  01/02/1996
POLICYOWNER NAME      POLLY C HOLDER
POLICYOWNER ADDRESS   123 MAIN ST
                      ANYTOWN PA 12345
INSURED'S NAME        LANGSTON SCOTT ADAMS
PREMIUM         $967.35      1996 DIVIDEND       $540.82
CASH VALUE OF AI        $540.81    AI BALANCE       $7,831.07
CASH VALUE OF PUAR      $402.54    PUAR CEASED PREMIUM PAYING
***** AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 1997 *****
POLICYOWNER PAYMENT OPTIONS
   1. PAY THIS YEAR'S PREMIUM OUT-OF-POCKET -
      AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2001
   2. USE THE 1996 DIVIDEND OF      $540.82 PLUS
      OUT-OF-POCKET AMOUNT OF       $426.53 -
      AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 1999
   3. ALLOW THE AP ARRANGEMENT TO PAY THIS YEAR'S PREMIUM -
      AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 1997
```

This side of your Anniversary Statement contains important information about your policy. If you have any questions on this information, please contact your MetLife Representative at the telephone number on the front of this Statement.

In the following sections, "you" and "your" mean the policyholder of the policy to which this Anniversary Statement applies. "Metropolitan," "MetLife" and "we" mean the Metropolitan Life Insurance Company.

Payments made by check or money order are considered paid when the full amount of the premium is received by MetLife from the collecting bank(s). Your check or money order must be payable in U.S. dollars only.

**Please do not send cash.**

For policies with The Enricher℠ (The Paid-Up Additions Rider) only: Within certain limits, you can make an Unscheduled Payment to The Enricher, increasing your insurance protection and your policy's cash value. The amount you decided to pay to The Enricher is already included in the Amount Due. If you would like to pay more, enter the amount under "Unscheduled Payment" on the return portion of this Notice. Contact your MetLife Representative for more information.

Voting for the Board of Directors: You are entitled to vote for the Directors of the MetLife beginning with the first election held after your policy has been in force for one year, and continuing as long as your policy remains in force. The election is held annually on the second Tuesday of April at MetLife's home office, One Madison Avenue, New York, NY 10010-3690. You can vote in person or by mail, and you will receive a ballot before each year's election. You are entitled to one vote only, no matter how many MetLife policies or contracts you own. For more information, please write to the Secretary at the MetLife home office.

Nomination of Directors: In accordance with Section 4210 of the New York Insurance Law, the Board of Directors must nominate candidates (described as the "Administration Ticket") not less than five months before the election of Directors. Groups of policyholders and contract holders may also nominate Directors, but not less than five months before the election.

To be valid as a receipt, this form must be countersigned by the MetLife Representative to whom payment is made.

Receipt of $_____ is hereby acknowledged with thanks.

Countersignature _____    Date_____ 19 _____

**CONFIDENTIAL**

MP401107089J

☼ **MetLife**

METROPOLITAN LIFE INS. CO.
700 QUAKER LANE  PO BOX 300
WARWICK RI 02887

questions?
Contact your MetLife
Representative:
☎ 404-934-7393

Sales Office/Agency:
212/814

MP4011070894

## Accelerated Payment Anniversary Statement

POLLY C HOLDER
123 MAIN ST
SOMEWHERE USA

*Sample*

Name of
Insured  POLLY C HOLDER
Plan
LIFE PAID UP AT AGE 90

| | |
|---|---|
| Amount Due | $329.45 |
| Date Due | January 2, 1996 |
| Policy Number | 123 130 231 A |
| Face Amount Of Insurance | $10,892 |
| Payment Mode | Annual |
| Amount Paid/Date Paid | |

- Please place this statement with your policy.

Please refer to other side for important information.

Thank you for insuring with MetLife.

## Dividend Summary

Your 1996 dividend will be used to buy Additional Paid-up insurance if premiums are paid to January 2, 1996.

*Sample*

| | |
|---|---|
| 1996 Dividend: | $142.36 |
| Additional Paid-Up Insurance | |
| Prior Balance: | 1,045.70 |
| Additional Insurance Earned on Prior Balance: | 26.67 |
| Amount Purchased by Current Dividend: | 253.40 |
| Total Additional Paid-Up Insurance (AI): | 1,325.77 |

## Payment Information

| | |
|---|---|
| Amount Due (Premium): | $329.45 |

As requested, if you do not pay this premium out-of-pocket, it will be paid by the Accelerated Payment (AP) arrangement (See Option 3). However, please be aware that your dividends are not sufficient to pay premiums for the life of the policy. Dividends are not guaranteed. These calculations are based on the current dividend scale and are therefore subject to change in the future.

The following payment options are available:

1. Pay this year's premium out-of-pocket. The AP arrangement would pay premiums until the year 2027.

2. Use the 1996 dividend of $142.36 plus $187.09 out-of-pocket to pay this year's premium. Your total AI would be reduced to $1,072.37. The AP arrangement would pay premiums until the year 2002.

3. Allow the premium to be paid by the AP arrangement. The premium would be withdrawn from the total AI reducing it to $739.90. The AP arrangement would pay premiums until the year 2000.

For questions or service, please contact your MetLife Account Representative or call 1-800-MET-5000 (1-800-638-5000). Our busiest day is Monday, so it is best to call Tuesday through Friday, if possible.

---

☼ **MetLife**        Accelerated Payment – Type 4      ▲ Detach here and return with your payment

| Sales Office/Agy. | Policy No. | | | | Premium | Dividend |
|---|---|---|---|---|---|---|
| 212/814 | 123130231 A | 344 | 1 000 | | 329.45 | 142.36 |
| | Name of Insured | | | | | Date Due |
| | POLLY C HOLDER | | | | | January 2, 1996 |

*Sample*

POLLY C HOLDER
123 MAIN ST
SOMEWHERE USA

NFIDENTIAL

Please make check or money order payable to MetLife
Mail to: METROPOLITAN
P O BOX 435
WARWICK RI 02887-0435

| | |
|---|---|
| Amount Due | |
| $ | 329.45 |
| Unscheduled Payment | |
| $ | |
| Amount Enclosed | |
| $ | |

NYHO-HX830A

```
Sample Screen. Will Not Appear on Actual Statement.
```

CONFIDENTIAL: PROPERTY OF METROPOLITAN LIFE AND AFFILIATED COMPANIES
INDIVIDUAL LIFE INSURANCE WEEKLY LISTING OF
ACCELERATED PAYMENT BILLING ACTIVITY - RUNDATE    11/21/1995

DISTRICT  212      AGENCY  814      DATE PRODUCED    11/21/1995
POLICY NO.  123 130 231 A          ANNIVERSARY DATE  01/02/1996
POLICYOWNER NAME          POLLY C HOLDER
POLICYOWNER ADDRESS       123 MAIN ST
                          ANYTOWN PA 12345
INSURED'S NAME            RONNIE A HOLIFIELD
PREMIUM        $329.45      1996 DIVIDEND        $142.36
CASH VALUE OF AI          $745.51    AI BALANCE          $1,325.77
***** AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2000 *****
POLICYOWNER PAYMENT OPTIONS
    1.  PAY THIS YEAR'S PREMIUM OUT-OF-POCKET -
            AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2027
    2.  USE THE 1996 DIVIDEND OF    $142.36 PLUS
            OUT-OF-POCKET AMOUNT OF      $187.09 -
            AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2002
    3.  ALLOW THE AP ARRANGEMENT TO PAY THIS YEAR'S PREMIUM -
            AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2000

This side of your Anniversary Statement contains important information about your policy. If you have any questions on this information, please contact your MetLife Representative at the telephone number on the front of this Statement.

In the following sections, "you" and "your" mean the policyholder of the policy to which this Anniversary Statement applies. "Metropolitan," "MetLife" and "we" mean the Metropolitan Life Insurance Company.

Payments made by check or money order are considered paid when the full amount of the premium is received by MetLife from the collecting bank(s). Your check or money order must be payable in U.S. dollars only.

Please do not send cash.

For policies with The Enricher℠ (The Paid-Up Additions Rider) only: Within certain limits, you can make an Unscheduled Payment to The Enricher, increasing your insurance protection and your policy's cash value. The amount you decided to pay to The Enricher is already included in the Amount Due. If you would like to pay more, enter the amount under "Unscheduled Payment" on the return portion of this Notice. Contact your MetLife Representative for more information.

Voting for the Board of Directors: You are entitled to vote for the Directors of the MetLife beginning with the first election held after your policy has been in force for one year, and continuing as long as your policy remains in force. The election is held annually on the second Tuesday of April at MetLife's home office, One Madison Avenue, New York, NY 10010-3690. You can vote in person or by mail, and you will receive a ballot before each year's election. You are entitled to one vote only, no matter how many MetLife policies or contracts you own. For more information, please write to the Secretary at the MetLife home office.

Nomination of Directors: In accordance with Section 4210 of the New York Insurance Law, the Board of Directors must nominate candidates (described as the "Administration Ticket") not less than five months before the election of Directors. Groups of policyholders and contract holders may also nominate Directors, but not less than five months before the election.

To be valid as a receipt, this form must be countersigned by the MetLife Representative to whom payment is made.

Receipt of $ _____ is hereby acknowledged with thanks.

Countersignature  _____  Date _____ 19 _____

**CONFIDENTIAL**

**❖ MetLife®**

METROPOLITAN LIFE INS. CO.
700 QUAKER LANE   PO BOX 300
WARWICK RI 02887

questions?
Contact your MetLife
Representative:
☎ 813-847-2550

Sales Office/Agency:
B80/855

### Accelerated Payment Anniversary Statement

POLLY C HOLDER
123 MAIN ST
SOMEWHERE USA

Amount Due
**$128.75**

Date Due
**January 4, 1996**

Policy Number
123 162 621 A

Face Amount Of Insurance
**$25,000**

Name of Insured   POLLY C HOLDER
Plan   WHOLE LIFE

Payment Mode
**Annual**

Amount Paid/Date Paid

### Dividend Summary

Your 1996 dividend will accumulate with interest if premiums are paid to January 4, 1996.

1996 Dividend:

| | |
|---|---|
| Dividends With Interest | $38.50 |
| Prior Balance: | |
| Interest on Prior Balance: | 330.46 |
| Current Dividend: | 14.87 |
| Total Dividends With Interest (DWI): | 38.50 |
| | 383.83 |

### Payment Information

Amount Due (Premium):   $128.75

As requested, if you do not pay this premium out-of-pocket, it will be paid by the Accelerated Payment (AP) arrangement (See Option 3). However, please be aware that your dividends are not sufficient to pay premiums for the life of the policy. Dividends are not guaranteed. These calculations are based on the current dividend scale and are therefore subject to change in the future.

The following payment options are available:

1.  Pay this year's premium out-of-pocket. The AP arrangement would pay premiums until the year 2006.

2.  Use the 1996 dividend of $38.50 plus $90.25 out-of-pocket to pay this year's premium. Your total DWI would be reduced to $345.33. The AP arrangement would pay premiums until the year 2004.

3.  Allow the premium to be paid by the AP arrangement. The premium would be withdrawn from the total DWI reducing it to $255.08. The AP arrangement would pay premiums until the year 2000.

For questions or service, please contact your MetLife Account Representative or call 1-800-MET-5000 (1-800-638-5000). Our busiest day is Monday, so it is best to call Tuesday through Friday, if possible.

Please place this statement with your policy.

Please refer to other side for important information.

Thank you for insuring with MetLife.

---

**❖ MetLife®**      Accelerated Payment – Type 4      ▲ Detach here and return with your payment

Sales Office/Agy.
B80/855

Policy No.
123162621 A   347  1 000

Name of Insured
POLLY C HOLDER

POLLY C HOLDER
123 MAIN ST
SOMEWHERE USA

| Premium | Dividend |
|---|---|
| 128.75 | 38.50 |

Date Due
January 4, 1996

Amount Due
$  128.75

Unscheduled Payment
$

Amount Enclosed
$

Please make check or money order payable to MetLife
Mail to:  METROPOLITAN
P O BOX 435
WARWICK RI 02887-0435

CONFIDENTIAL

MP401107089?

Sample 6f C Screen. Will Not Appear on Ac l Statement.

CONFIDENTIAL: PROPERTY OF METROPOLITAN LIFE AND AFFILIATED COMPANIES
INDIVIDUAL LIFE INSURANCE WEEKLY LISTING OF
ACCELERATED PAYMENT BILLING ACTIVITY - RUNDATE     11/21/1995

```
DISTRICT  B80      AGENCY   855       DATE PRODUCED      11/21/1995
POLICY NO.  123 162 621 A             ANNIVERSARY DATE  01/04/1996
POLICYOWNER NAME      POLLY C HOLDER
POLICYOWNER ADDRESS   123 MAIN ST
                      ANYTOWN PA 12345
INSURED'S NAME        JOHN CARUSO III
PREMIUM       $128.75    1996 DIVIDEND       $38.50
DWI BALANCE      $383.83
***** AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2000 *****
POLICYOWNER PAYMENT OPTIONS
   1. PAY THIS YEAR'S PREMIUM OUT-OF-POCKET -
      AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2006
   2. USE THE 1996 DIVIDEND OF       $38.50 PLUS
      OUT-OF-POCKET AMOUNT OF        $90.25 -
      AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2004
   3. ALLOW THE AP ARRANGEMENT TO PAY THIS YEAR'S PREMIUM -
      AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 2000
```

This side of your Anniversary Statement contains important information about your policy. If you have any questions on this information, please contact your MetLife Representative at the telephone number on the front of this Statement.

In the following sections, "you" and "your" mean the policyholder of the policy to which this Anniversary Statement applies. "Metropolitan," "MetLife" and "we" mean the Metropolitan Life Insurance Company.

Payments made by check or money order are considered paid when the full amount of the premium is received by MetLife from the collecting bank(s). Your check or money order must be payable in U.S. dollars only.

Please do not send cash.

For policies with The Enricher℠ (The Paid-Up Additions Rider) only: Within certain limits, you can make an Unscheduled Payment to The Enricher, increasing your insurance protection and your policy's cash value. The amount you decided to pay to The Enricher is already included in the Amount Due. If you would like to pay more, enter the amount under "Unscheduled Payment" on the return portion of this Notice. Contact your MetLife Representative for more information.

Voting for the Board of Directors: You are entitled to vote for the Directors of the MetLife beginning with the first election held after your policy has been in force for one year, and continuing as long as your policy remains in force. The election is held annually on the second Tuesday of April at MetLife's home office, One Madison Avenue, New York, NY 10010-3690. You can vote in person or by mail, and you will receive a ballot before each year's election. You are entitled to one vote only, no matter how many MetLife policies or contracts you own. For more information, please write to the Secretary at the MetLife home office.

Nomination of Directors: In accordance with Section 4210 of the New York Insurance Law, the Board of Directors must nominate candidates (described as the "Administration Ticket") not less than five months before the election of Directors. Groups of policyholders and contract holders may also nominate Directors, but not less than five months before the election.

To be valid as a receipt, this form must be countersigned by the MetLife Representative to whom payment is made.

Receipt of $ _____ is hereby acknowledged with thanks.

Countersignature _____ Date___/_____ 19 _____

CONFIDENTIAL

MP401107O898

TO:         Distribution

FROM:       William T. Barnewold
            ILI Customer Services
            Bridgewater Area 3E X2202

DATE:       December 8, 1995

RE:         Accelerated Premium (AP) arrangement

The attached summarizes several accomplishments of our AP Natural
Work Team and outlines other key items close to being installed.
Additionally, some of the AP (new and old) items are mentioned
which will be addressed in 1996.

At the next Board of Directors meeting on December 19, 1995, John
Tweedy will be updating the members on what is being done to
overcome the concerns associated with "Vanishing Premium" cases.
Our AP NWT actions will be one of the initiatives cited by Mr.
Tweedy at that meeting.

So, it is appropriate to provide all of you with this same
information and to recognize the outstanding work performed by
all participating AP NWT representatives.

CC: LaBadia, Doby

**CONFIDENTIAL**                    **REDACTED - ATTORNEY
                                    CLIENT**

**CONFIDENTIAL**

MP401107089

TO:      Thomas LaBadia
         Vice-President
         ILI Customer Services
         Bridgewater

FROM:    William Barnewold
         Project Manager
         ILI Customer Services
         Bridgewater Area 3E X2202


DATE:    December 4, 1995


Re:      Accelerated Payment (AP) arrangement Policies


We electronically reviewed the Notice Business Policy Master file
and Paid Up Additions Rider file to obtain current statistics
about our active AP cases. Using the 1996 dividend scale, we
determined how many policies are eligible for AP and how many
will collapse before the life expectancy of the policy is
reached. For policies whose AP arrangements will collapse, we
categorized the number of policies into groupings by year.

The following AP information was determined as of 11/27/95:

    149,482 policies is the total number of active AP cases
    114,647 are fully sufficient for the life expectancy of policy
     34,835 will collapse before reaching life expectancy of policy
      7,945 will collapse after 10 years
     13,588 will collapse somewhere between 5 and 10 years
      8,760 will collapse somewhere between 2 and  5 years
      4,542 will collapse within 2 years

On March 10, 1995, using the 1995 dividend scale, there were a
total of 122,777 active AP policies. Of that number, 100,811 were
determined to be fully sufficient and 21,966 would collapse. The
expected rate of collapse then was 18% of the policies that are
active on MetLife's AP arrangement.

Using the 1996 dividend scale, it is now expected that 23% of our
AP arrangements will collapse before the policy life expectancy
is reached.

The following AP NWT activities were pursued in an effort to
better educate our policyholders about MetLife's AP arrangement,
to prepare them if their AP arrangement doesn't meet expectations
and to offer alternatives that will keep AP arrangements afloat.

Completed and Installed:

1.  In October 1994, Billing Notices started informing policy
    holders that AP arrangements cannot pay their next premium.

    Policyholders are advised to pay premiums out of pocket or
    contact their MetLife sales rep about making alternate
    payment arrangements. The field release instructed sale reps
    to use current year dividend for paying partial premium but
    the balance of the premium due must be paid out of pocket by
    policyholders. This method of payment will cease being a
    manual procedure when AP options are installed next month.
    There were between 5-15 policies each week that were offered
    this alternative in their billing notice between October
    1994 and November 1995. The AP NWT representatives in
    Marketing and Customer Service Centers have reported that
    this enhancement was hardly noticeable by the field force
    and policyholders since it was implemented judging by the
    number of inquiries received.

2.  In March 1995, AP letters were introduced and mailed to
    policyholders directly when they terminate their AP
    arrangement or change their policy, mode of payment or
    dividend option. A SONIC message is sent to sales offices.

3.  AP arrangement stuffers in letters 4/95; Annual Notices 8/95

    The MetLife AP arrangement 1 page stuffer contains the same
    information that is in MetLife's multi-page AP arrangement
    brochure. In April 1995, we started mailing the stuffer to
    policyholders with their AP Eligibility letters and Welcome to
    AP letters. In August 1995, we mailed the stuffer with AP
    Anniversary Statement/Billing Notice. The latter will continue
    for 1 year. The multi-page brochure is given to policyholders
    primarily by sales reps and customer service reps as
    opportunities present themselves.

4.  In October 1995, Billing Notices started showing Collapse Date
    when AP arrangements are within 5 years of being insufficient
    to pay premiums.

    Additional wording was included to advise policyholders that
    their AP arrangements will collapse and indicates the future
    anniversary date when collapse will occur. They are told to
    contact their MetLife sales rep if they have questions and to
    inquire about payment alternatives. A SONIC message is sent to
    the sales office.

**CONFIDENTIAL**

MP401107090O

MP401070901

5.  ABCs of Dividends and Outlook

The ABCs of Dividends brochure was reprinted and advertised in
Outlook which was mailed to policyholders on a regular basis
during the 2nd Quarter of 1994 through the 1st quarter of
1995. Information about AP arrangements was one of the
sections in ABCs that was included in Outlook. Recipients were
instructed to call or return a tear off in the same envelope
with their premium payment if they wanted a copy of ABCs.
Marketing Communications informed us that they received 6,271
requests for single and multiple copies of ABCs of Dividends.

Pending completion and installation

1.  As of December 1995, we will start mailing AP Letters
directly to policyholders at the time they disrupt their AP
arrangement by taking loans, withdrawing dividends or making
PUAR withdrawals. This policyholder action causes the AP
arrangement to collapse before the life expectancy of the
policy. The Customer Service Reps are already alerted to this
fact on PIOS before entering the transaction and are in a
position to advise policyholders beforehand. A SONIC message
will be sent to sales office for each AP letter mailed to a
policyholder.

2.  Starting with February 1996 policy anniversaries, the Billing
Notice portion of the Anniversary Statements will offer
options to policyholders whose AP arrangements are collapsing
within 5 years.

The AP options are 1) pay this year's premium out of pocket
2) use current year dividend to pay part of this year's
premium and pay the remainder out of pocket or 3) allow
premium to be paid by the AP arrangement.

Each option will show the year to which AP arrangement will
pay premiums if that option is chosen by the policyholder. A
SONIC message showing this same information will be sent to
the sales office.

The AP Billing Notice will state that dividends are not
guaranteed and that calculations shown are based on current
scales and are therefore subject to change in the future.

3.  Additional Survivorship Whole Life policy support is being
developed and close to installation whereby premiums will be
paid electronically through the AP arrangement. SWL policies
already have AP support installed to determine eligibility and
send billing notices.

**CONFIDENTIAL**

Future AP work to be started in 1996

1.   Add wording as required to AP annual notices.

   a. For policies within the 5 year collapse window, and as long
   as they remain inside a 5 year window, continue to provide
   updated options and date information on those Billing Notices
   each year.  Policies that subsequently move outside the 5 year
   window will cease to receive information about options and
   collapse.

   b. Add "dividends are not guaranteed" wording to annual
   notices sent to 1) fully sufficient AP cases and 2) those who
   will collapse but are outside the 5 year window and not being
   offered options.

   NOTE: eventually all communications mailed to policyholders
   containing dividend information will have the "dividends are
   not guaranteed" phrase included in their text in 1996.

2.   Explore further how Administrative systems can capture and
   store meaningful AP information on electronic files which is
   indicative   of   the   understanding   reached   between   sales
   rep/broker and policyholder at time of illustration and policy
   issue. Some information is already being captured in signed
   illustrations and put on microfilm.

   At the time of illustration and policy issue, information such
   as type of AP arrangement and start up year to automatically
   test for AP eligibility has to be recorded on Administration
   files. Automated letter correspondence would be required to
   verify this information with the policyholder and rep/broker
   shortly after issuance of a policy. Future correspondence to
   inform policyholders, sales reps/brokers of eligibility and
   disposition of their AP arrangement at time of activation
   will be necessary too.

3.   Provide additional AP arrangement systems support for Flexible
   Whole Life plans, for new L98 with Paid Up Additions Riders
   and for Flexible Additional Insurance Riders.

4.   Expand the electronic calculation of AP eligibility and other
   systems support to include payment of rider premiums as part
   of our AP arrangement processing (other than PUAR and FLAIR).

In addition to all that is mentioned above, there are other AP
activities being worked on by ILI units besides the NWT. One of
these activities is the New Business Placement Call Out program
which is ongoing and being conducted by Johnstown. Policyholders
are asked about their policy including questions about AP. There is
also a Policyowners Manual, being developed by ILI Prod Mkt Dev,
that will soon be given out with every new issue of Life at 98
policies. This document also contains information about AP.

**CONFIDENTIAL**

MP4011070902

In summation, our AP NWT has made significant progress by implementing much needed support at a time when MetLife is being questioned by its policyholders, the media, outside legalities, insurance departments as well as by members of our own legal, ethical and compliance units. The AP activities that are installed and those close to being completed have reached that point because of the determination of our NWT to overcome the obstacles that we faced.

A main obstacle was securing/maintaining the discipline required by our NWT to work on AP while also working on their own day to day jobs. All of our members have other high priority work that must be completed on a timely basis. No one is exclusively assigned to work solely on the AP effort. We, like many other NWTs, are faced with being spread out between remote sites including Tulsa, Warwick, Scranton, New York and Bridgewater. We accomplished our objectives with very minimal travel. Instead, but not without difficulty, we maximized the use of teleconferencing. Through all of this, the AP NWT managed to accomplish its most meaningful objectives which I outlined above.

_William Barnes_

CONFIDENTIAL

·Jim Rayl
Director
Customer Services & Communications
MetLife Customer Service Center
Tulsa, OK

Your memo on APP was of great interest.  Can you give me some details on the number of calls about going on APP and the number about resuming premium payments?

On the broader issue of providing customer service, please have faith and don't get hung up if someone mentions expense.  We're making progress and we're still on track and you deserve a lot of the credit for changing attitudes.

Francis P. Lynch
Senior Vice-President
Customer Services
Individual Life Insurance

November 9, 1995

**CONFIDENTIAL**

MP401107O905

## ACCELERATED PAYMENT (AP) ARRANGEMENT

**Tulsa Customer Services**

B. Gardner
D. West *
C. Fager *
D. Lyons
J. Eidschun *
L. Grant *

**Warwick Customer Services**

C. Farugia *
K. Schoos *
A. Smith
B. Glittone *
T. Thomas *
P. Knott *

**I.L.I. Financial Mgmt.**

R. Schlanger    BRW 3E
G. Fallahee     BRW 3E
T. Weigand      BRW 3E
A. Compasano    BRW 1N
R. Flanagan     BRW 1N
R. Musen        BRW 1E

**I.L.I. Career Agy. Oper.**

M. Harwood      BRW 1E
K. Kirk *       BRW 1N
B. Kerr *       BRW 1N

**I.L.I. Product Planning**

A. Kandel *     BRW 1N
M. Kaplan       BRW 1N

**I.L.I. Marketing**

R. Steve *      BRW 1NW
D. McGrath *    BRW 1NW

**Law**

I. Shuman *     NYHO  7G

*cc  AP nwt*

**I.L.I. Customer Services**

T. LaBadia      BRW 2E
S. Kopolovics   BRW 2E
J. Hodel        SCC
R. Delaney *    SCC
R. Schramm      BRW 3E
W. Barnewold *  BRW 3E
R. Brennan *    BRW 2E
T. Brownlee *   SCC
A. Corrente *   SCC
K. Craven *     SCC
N. Giacometti   SCC
R. Kubick *     SCC
E. Kocis *      SCC
L. Kochis       SCC
K. Gawel        SCC
J. Kozlowski *  BRW 3E
T. Lovelace *   SCC
W. Magnot *     SCC
J. McClurg      SCC
R. Ruggieri     BRW 3E
J. Tyson *      SCC
B. DeSandre *   BRW 3E
P. McLoughlin * BRW 3E
M. McCleneghan* SCC
K. Panzino *    BRW 3E
J. Rightor      SCC
E. Wasser *     SCC

**I.L.I.   Consulting Services**

L. Vranka       NYHO 5E
M. McDermott*   NYHO 5E

**Canadian Operations**

C. Ferguson     CCC
C. Hanrichs  Can.Hd Off.
P. Roy    Can. Hd. Off.


* - AP NWT MEMBERS

**CONFIDENTIAL**

MP401107090G

**Accelerated Payments**

The following AP actions are contemplated for 1995. Activity number 3 requires further concurrence by additional members of top management. Target dates for completion and installation are provided in most cases.

1.   The stuffer version of the AP arrangement brochure has been printed and a supply of about 85,000 has been delivered to Scranton. Another 15,000 brochures will be attached to the field release.

    All active AP policyholders will have the stuffer version of the brochure mailed to them in the same envelope with their AP Anniversary Statement. It will take a calendar year to reach them all.

    The Welcome to AP letters, which installed on March 9, 1995, will now have a stuffer included in the envelope as they are mailed.

    █████████████████████████████████████████ The mailings will begin in early April 1995.

2.   Special runs are being made to determine how many base policies with/without PUAR have an AP arrangement that is going to collapse before the life expectancy of the policy is reached. Policies are going to be valued by PHIOS/Engine to determine how many are going to collapse. The policies will be categorized as collapsing within a year, within 2 years, within 5 years, within 10 years and 10 years or more. Policy numbers and other information will be extracted from the master files.

3.   If an AP arrangement is expected to "collapse" at the anniversary after next, then "collapse" year will be shown on Anniversary Statements. It is intended not to show "collapse" year information when an AP arrangement is more than two anniversaries away from "collapse". Additional testing is underway to enable this type of collapse year sensitivity. The 2 year anniversary threshold may be temporary but it is a planned to reach those who are closer to "collapse".

    Additional members of top management have to approve this threshold strategy and the collapse year parameter selected. Based on results of item 2. above and experience with the 2 year anniversary threshold policies, a decision can be made to stay with 2 years or alert policyholders when within 5, 10 or more anniversary years of the expected collapse.

CONFIDENTIAL

REDACTED - ATTORNEY
CLIENT