Ex  A

( 12   OF  14 )

Billing documents will continue to be used to advise policyholders when their AP arrangement becomes and remains "insufficient" to pay the next anniversary's premium.

4.  A new SONIC message has to be developed which can be sent to sales offices everytime an "insufficient" date is shown on Billing documents and when "collapse" year is shown on an Anniversary Statement. A link between the Daily Reports Trail and Weekly Anniversary trail will be needed to accomplish this task.  The text of a new SONIC message must be developed and approved. It is believed that additional LD approval won't be needed for the SONIC message wording. System development investigation has begun but it is expected to take sometime to implement this requirement.

5.  The 12 AP letters and SONIC messages that show "collapse" year and "insufficient" information are being tested and checked out. These letters will advise policyholders at the time when they take a loan or make a withdrawal that has disrupted their AP arrangement. The "collapse" year in the letters, unlike the anniversary statements, will be the projected date of collapse regardless how many years that is beyond the upcoming anniversary.

    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ A date for installation is being targeted for mid-April 1995. There are no plans to mail stuffers with these AP letters.

6.  One day turn around for placing eligible policies on AP is actively being developed. Target dates for completion are expected shortly.

    This may require some change in wording or in the mailing schedules for "AP Eligibility" and "Welcome to AP" letters. It may be desirable to combine wording from both types of letters and have a single mailing in these situations.

7.  Systems development is continuing for the 4 options that will be offered to policyholders whose AP arrangements will collapse or become insufficient. The purpose of the options is to extend the tenure of the AP arrangement. Target dates for completing this effort are expected shortly.

    Option 1 was mentioned several times in the preceding paragraphs. This shows "collapse" year on AP anniversary statements.

    The wording for Option 1 on the AP anniversary statement will be expanded somewhat to advise that use of current dividend can be applied to pay premiums until the dividends are depleted. If there is a PUAR, cash values are used in a similar manner. The AP arrangement can be kept afloat until YYYY at which time payments may have to be made out of

CONFIDENTIAL

REDACTED - ATTORNEY CLIENT

pocket. "Collapse" year will be recalculated prior to each anniversary.

Option 2 will be offered on Billing documents if there is a current dividend or cash value in a PUAR. The AP arrangement can be kept afloat if the policyholder makes a partial out-of-pocket payment to supplement the residual monies in the policy and/or PUAR. Partial support for this option installed last October but involves manual intervention. Extra systems support is required to automate the procedure that will combine dividend, cash value and partial payment to keep the AP arrangement afloat.

Option 3 will be offered when there is PUAR. The Billing document has to show exactly how much money must be dumped into the PUAR to keep the AP arrangement afloat.

Option 4 will appear on the Billing document. It advises the policyholder to pay the entire premium out of pocket.

The brochure and stuffer version of "MetLife's Accelerated Payment arrangement" will have to be revised to include the above mentioned options to coincide with the implementation of the systems support.

The reprinted stuffers will be mailed with "Welcome to AP" letters and with anniversary statements.

8.   AP arrangement processing for SWL/SIB - targeted for 8/95.

9.   AP arrangement processing for FWL/AIB.

10.  AP arrangement processing for new PUAR.

11.  AP arrangement processing for new L98.

12.  AP arrangement processing for FAIR.


Bill Barnewold

March 28, 1995


**CONFIDENTIAL**

MP401107090B

.MAR 28 '95 19:06

IDENTIAL

**MetLife**

MP401107090 9

**FAX # (908) 253-2986**

## TELECOPIER TRANSMITTAL LETTER

### PLEASE DELIVER THE FOLLOWING PAGES

**TO:**

NAME ___CHERYL FAYER___

LOCATION ___TULSA CSC___

TELEPHONE ___8-252-8847___

RE ___AP ARRANGEMENTS - FOR DISUSSION AT
THE WEDNESDAY 3/29/95 MEETING
AT 10___

**FROM:**

NAME ___Bill BARNEWOLD___

TELEPHONE ___8-253-2202___

DATE ___3/28/95___

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET ___5___

PLEASE GIVE COPIES TO THE AP NWT MEMBERS
IN YOUR OFFICE.

_Bill 3/28/95_

Metropolitan Life Insurance Company
Metropolitan Insurance and Annuity Company
Metropolitan Tower Life Insurance Company

·MAR 28 '95 19:06    PAGE.002

MP4011070910

## ACCELERATED PAYMENT (AP) ARRANGEMENT

**Tulsa  Customer  Services**

B. Gardner
J. Rayl
D. West  *
C. Fager  *
D. Lyons
J. Eidschun *
L. Grant *

**Warwick Customer Services**

J. Abela
C. Farugia *
K. Schoos *
A. Smith
B. Glittone  *
T. Thomas  *
P. Knott  *

**P.I. Financial Mgmt.**

H. Blakeslee    BRW 3E
E. Reiter    BRW 3E
G. Fallahee    BRW 3E
T. Weigand    BRW 3E
A. Compasano    BRW 1N
R. Flanagan    BRW 1N
R. Musen    BRW 1E

**P.I. Career Agy. Oper.**

M. Levine    BRW 1E
K. Kirk  *    BRW 1N
B. Kerr *    BRW 1N

**P.I. Product Planning**

A. Kandel *    BRW 1N
M. Kaplan    BRW 1N

**P.I. Marketing**

R. Steve *    BRW 1NW

**P.I. Customer Services**

T. LaBadia    BRW 2E
S. Kopolovics    BRW 2E
J. Hodel    SCC
R. Delaney  *    SCC
R. Schramm    BRW 3E
W. Barnewold *    BRW 3E
R. Brennan    BRW 2E
T. Brownlee  *    SCC
A. Corrente  *    SCC
K. Craven *    SCC
N. Giacometti    SCC
R. Kubick *    SCC
E. Kocis  *    SCC
L. Kochis    SCC
K. Gawel    SCC
J. Kozlowski *    BRW 3E
T. Lovelace  *    SCC
W. Magnot *    SCC
J. McClurg    SCC
R. Ruggieri    BRW 3E
B. DeSandre  *    BRW 3E
P. McLoughlin *    BRW 3E
M. McCleneghan*    SCC
K. Panzino  *    BRW 3E
C. Rapisarda    SCC
J. Rightor    SCC
E. Wasser *    SCC

**P.I. Consulting Services**

L. Vranka    NYHO 5E
M. McDermott*    NYHO 5E
J. O'Connor    NYHO 5E

**Canadian Operations**

C. Ferguson    CCC
C. Hanrichs  Can.Hd Off.
P. Roy    Can. Hd. Off.

* - AP NWT MEMBERS

**CONFIDENTIAL**

Barbara Gardner, ACS
Vice President
MetLife Customer Service Center - Tulsa

Re    AP - Accelerated Payment arrangement

Barbara, in the fall of 1993, an AP NWT was established to address the growing concerns associated with the AP arrangement. Even at that time, there was clear recognition that immediate attention must be given to educating our policyholders about AP.

Since many of these policyholders believe that their policy is *paid-up* or at the very least that *no further premiums will ever be due*, it was the goal of the AP NWT to initiate an educational program. This program included: a *Welcome* letter that would be sent out on every policy placed on AP and any policy changes that affected the AP arrangement would generate a letter to the policyholder. In addition, the billing documents and anniversary statements would contain information about the projected *collapse date* for the AP arrangement.

Even with all these efforts, I have a concern that we are not doing enough nor are we doing it fast enough. For example: an AP Consumer Brochure was developed to provide information about the AP arrangement and how it works. The original intent of this brochure was to send it to all new AP policyholders along with the AP *Welcome* letter. However, I have recently learned that it is only going to be given to our field associates. While I agree that this brochure should be available to the field, it should also accompany the *AP Welcome* letter. We can't continue to always rely on our field associates to communicate policy provisions to our policyholders. We have to start ensuring that all affected policyholders are notified in a uniform and informed manner.

Also, in the next couple of weeks, the billing documents to carry the AP *collapse date*. Our policyholders will not understand. Attached is a copy of a memo from Jim Rayl stating his concerns about how we are communicating this information. **I am in complete agreement.** A short statement on a billing document is not enough. We need to be providing a complete explanation about the AP problems <u>before</u> we place any information on the billing documents.

In today's environment, if we are not careful how and what we communicate, the situation will become explosive. To further illustrate that this is not a problem to be taken lightly, I am attaching an article from the December issue of Best's Review on this very subject. If we are going to provide *World Class Customer Service*, we have to do a better job of informing our policyholders.

Darlene West
Manager
Cash/Loan/Dividend/Maturities
MetLife Customer Service Center - Tulsa

January 11, 1995                    **CONFIDENTIAL**

**❖ MetLife**

**Marketing Communications**
MetLife Individual Sales

Re  Accelerated Payment (AP) Arrangement Customer
    Communications

To  The Field Force

In order to assure that our policyholders are fully informed
about their MetLife insurance policies and have complete
information for keeping their protection in force, there will
be a change in procedure regarding Accelerated Payment (AP)
arrangement billing documents.

As previously announced to the Field Force via a SONIC
electronic mail message, we have begun alerting Individual Life
Insurance customers if, based on the current dividend scale,
their AP arrangements will cease paying premiums within the
next five years. On Monday, October 16, we began printing
these notifications directly on policyholders' AP Anniversary
Statements.  The messages are designed to inform customers of
this situation ahead of time so that they may determine, with
the help of their Account Representatives, how best to keep
their valuable coverage in force.

This enhancement to our policyholder communications will impact
policies for which the AP arrangement is currently in effect,
but for which dividend and/or Paid-Up Additions Rider (PUAR)
balances together with annual dividends will be insufficient to
pay premiums, based on the current dividend scale.  Prior to
this change, policyholders were notified only when their AP
arrangements were insufficient to pay the amount of premium
currently due.

Samples of an AP billing document and AP Anniversary Statement,
which include examples of the messages your clients may
receive, are attached.  These messages will inform policy-
holders of the specific reasons why there are insufficient
funds in their policies.

The messages that appear on the AP billing documents and
Anniversary Statements encourage policyholders with questions
about their AP arrangements to call their Account
Representatives for service.  The Anniversary Statements also
offer customers the option of speaking with a Customer Service
Representative by calling 1-800-MET-5000.  In the event that
you receive phone calls from clients regarding this

**CONFIDENTIAL**                    (See Reverse Side)

- 2 -

notification, you should be prepared to discuss payment options that will allow them to maintain their valuable insurance protection in the long run.

You will be notified which policies are affected through the **Accelerated Payment Billing Report** on SONIC beginning this week. Samples of the SONIC screens for this report are printed on the reverse side of the attached sample AP billing document and Anniversary Statement. They include examples of policy information and the kinds of messages you may receive about your clients' AP arrangements.

A copy of the AP Billing Report can be obtained by having a sales support associate access the Administrative Transactions Menu, 03 Print Reports Selection Menu, and key in either selection 17 or 18, Accelerated Payment Billing.

This important policyholder communication effort reflects MetLife's commitment to full disclosure and represents the work of the AP Natural Work Team, which is made up of representatives from key business and administrative units in Individual Life Insurance and MetLife Individual Sales. The team has made proactive communication to our policyholders about this payment arrangement one of its primary goals.

Watch for additional announcements concerning future enhancements to our policyholder communications and activities planned by the AP Natural Work Team.

If you have any questions regarding this new policyholder information initiative or the AP arrangement, please contact Alan Kandel, Product Manager, Life Product Planning, Individual Life Insurance, in the Bridgewater office at (908) 253-1240 or Roberta Steve, Manager, Customer Communications and Inforce Marketing Programs, Marketing Communications, MetLife Individual Sales, in the Bridgewater office at (908) 253-1122.

October 25, 1995.

Attachments

**CONFIDENTIAL**

9510YWB(exp1096)MLIC-LD

## MetLife

METROPOLITAN LIFE INS. CO.
8 EXECUTIVE DR SU 150 PO 4370
FAIRVIEW HEIGHTS IL 62208

Questions?

Contact your MetLife Representative:

☎ 618-624-228!

MP401107091A

# NOTICE OF PAYMENT DUE

POLLY C HOLDER
101 MAIN STREET
SOMEWHERE USA

*Sample*

| | |
|---|---|
| **Amount Due** | $        236.6( |
| **Date Due** | NOV 12 199! |
| **Policy Number** | 123103884 A |
| **Face Amt. of Insurance** | $        10,00( |
| **Payment Mode** | ANNUAL |

| | |
|---|---|
| **Name of Insured** | **Sales Office/Agency** |
| POLLY C HOLDER | 232 / 869 |
| **Plan** | **Amount Paid, Date Paic** |
| 20 PAYMENT LIFE | $ |

| POLICY BALANCES: | | DETAILS: | |
|---|---|---|---|
| ADDITIONAL PAID-UP INSURANCE | $409.33 | PREMIUM | $236.6( |
| | | AMOUNT DUE | $236.6( |

YOUR POLICY WILL RECEIVE A DIVIDEND OF $128.90 ON NOVEMBER 12,
1995, PROVIDED PREMIUMS ARE PAID TO THAT DATE. THE EARNINGS ON
THE CASH VALUE OF YOUR PRIOR ADDITIONAL PAID-UP INSURANCE OF
$49.24 WILL PURCHASE $1.75 OF ADDITIONAL PAID-UP INSURANCE, PLUS
$358.34 OF INSURANCE PURCHASED BY THIS YEAR'S DIVIDEND.

THE ACCELERATED PAYMENT (AP) ARRANGEMENT IS IN EFFECT FOR THIS
POLICY. HOWEVER, THE DIVIDENDS ARE NOT SUFFICIENT TO PAY THIS
PREMIUM. THEREFORE, YOU MUST PAY THE AMOUNT DUE SHOWN ABOVE OR
CONTACT YOUR METLIFE REP TO DISCUSS OTHER PAYMENT ALTERNATIVES.

CONFIDENTIAL

Keep this part for your records.

Please refer to other side for important information.

Thank you for insuring with MetLife.

Sales Office/Agy. 232/869

## MetLife

▲ Detach here and return this part with your paymen

| Policy No | | Premium | Div Ded | Loan Interest |
|---|---|---|---|---|
| 123103884 A | 343  000 | 236.60 | | |

| | |
|---|---|
| **Name of Insured** | **Date Due** |
| POLLY C HOLDER | NOV 12 1995 |

| | **Amount Due** |
|---|---|
| POLLY C HOLDER | 236.60 |
| 101 MAIN STREET | **Loan Repayment** |
| SOMEWHERE USA | $ |

Please make check or money order payable to **MetLife**
Mail to:

METROPOLITAN
P O BOX 435
WARWICK RI 02887-0435

| **Unscheduled Payment** |
|---|
| $NOT AVAILABLE |
| **Amount Enclosed** |
| $ |

Please do not write below this line

CONFIDENTIAL: PROPERTY OF METROPOLITAN LIFE AND AFFILIATED COMPANIES
INDIVIDUAL LIFE INSURANCE WEEKLY LISTING OF
ACCELERATED PAYMENT BILLING ACTIVITY - RUNDATE    10/ 6/1995

DISTRICT    232    AGENCY  869        DATE PRODUCED     10/ 5/1995
POLICY NO.  123 103 884 A            ANNIVERSARY DATE  11/12/1995
POLICYOWNER NAME          POLLY C HOLDER
POLICYOWNER ADDRESS       101 MAIN STREET
                          SOMEWHERE USA
INSURED'S NAME            POLLY C HOLDER
PREMIUM       $236.60          1995 DIVIDEND    $128.90
CASH VALUE OF AI          $147.55          AI BALANCE          $409.33
****** DIVIDENDS INSUFFICIENT FOR ACCELERATED PAYMENT BILLING ******

CONFIDENTIAL

MP401107091S

✻**MetLife**

METROPOLITAN LIFE INS. CO.
3893 RESEARCH PK DR PO BX 1083
ANN ARBOR MI 48106

Questions?

Contact your MetLife
Representative:

☎  313-995-19(

## ANNIVERSARY STATEMENT

| Amount Due |
| --- |
| .179.9 |

| Date Due |
| --- |
| NOV. 17 199 |

POLLY C HOLDER
101 MAIN STREET
SOMEWHERE USA

Policy Number
123165092 A

Face Amt. of Insuranc
$            10,0(

Payment Mode
ANNUA

| Name of Insured | Sales Office/Agency |
| --- | --- |
| POLLY C HOLDER | 019  /  84 |

| Plan | Amount Paid, Date Pa |
| --- | --- |
| ENDOWMENT AT AGE 65 | $ |

| ADDITIONAL PAID-UP INSURANCE | $431.45 | PREMIUM | $179.9 |
| --- | --- | --- | --- |

YOUR POLICY WILL RECEIVE A DIVIDEND OF $109.90 ON NOVEMBER 17,
1995, PROVIDED PREMIUMS ARE PAID TO THAT DATE. THE EARNINGS ON
THE CASH VALUE OF YOUR PRIOR ADDITIONAL PAID-UP INSURANCE (AI) O
$193.78 WILL PURCHASE $6.88 OF AI, PLUS $230.79 OF INSURANCE
PURCHASED BY THIS YEAR'S DIVIDEND.

AS REQUESTED, IF YOU DO NOT WISH TO PAY THIS PREMIUM, IT WILL
BE PAID BY THE ACCELERATED PAYMENT (AP) ARRANGEMENT.
YOU CAN THEN DISCARD THE RETURN PORTION OF THIS STATEMENT.

YOUR DIVIDENDS WILL PAY THE PREMIUMS UNTIL 1996. AS DIVIDENDS AR
NOT GUARANTEED, THIS IS BASED ON THE CURRENT DIVIDEND SCALE. IF
THE PREMIUM IS PAID BY THE AP ARRANGEMENT, YOUR ADDITIONAL
PAID-UP INSURANCE WILL BE REDUCED TO $55.01. IF YOU DECIDE TO PA
THE PREMIUM, YOUR ADDITIONAL PAID-UP INSURANCE WILL BE THE AMOUN
SHOWN ABOVE.

FOR QUESTIONS OR SERVICE, PLEASE CONTACT YOUR METLIFE ACCOUNT
REPRESENTATIVE OR CALL 1-800-MET-5000 (1-800-638-5000). OUR
BUSIEST DAY IS MONDAY, SO IT IS BEST TO CALL TUESDAY THROUGH
FRIDAY, IF POSSIBLE.

Keep
this part
for
your
records.

Please
refer to
other side
for
important
information.

Thank you
for
insuring
with
MetLife.

IDENTIAL

---

Sales Office/Agy.
019/840

✻**MetLife**

A Detach here and return
this part with your payme

| Policy No | | Premium |
| --- | --- | --- |
| 123165092 A | 348 11 000 | 179·90 |

| Name of Insured | Date Due |
| --- | --- |
| POLLY C HOLDER | NOV 17 199 |
| | Amount Due |
| | 179.9( |

POLLY C HOLDER
101 MAIN STREET
SOMEWHERE USA

Please make check or money order payable to **MetLife**
Mail to:

METROPOLITAN
P O BOX 435
WARWICK  RI 02887-0435

| Amount Enclosed |
| --- |
| $ |

Please do not write below this line

CONFIDENTIAL: PROPERTY OF METROPOLITAN LIFE AND AFFILIATED COMPANIES
INDIVIDUAL LIFE INSURANCE WEEKLY LISTING OF
ACCELERATED PAYMENT BILLING ACTIVITY – RUNDATE    10/ 6/1995

```
DISTRICT    019   AGENCY  840      DATE PRODUCED      10/ 5/1995
POLICY NO.  123 165 092 A          ANNIVERSARY DATE   11/17/1995
POLICYOWNER NAME        POLLY C HOLDER
POLICYOWNER ADDRESS     101 MAIN STREET
                        SOMEWHERE USA
INSURED'S NAME          POLLY C HOLDER
PREMIUM       $179.90            1995 DIVIDEND    $109.90
CASH VALUE OF AI       $206.19       AI BALANCE          $431.45
******       AP ARRANGEMENT WILL PAY PREMIUMS UNTIL 1996    *******
```

MP4011070917

CONFIDENTIAL

CONFIDENTIAL

**MetLife**

**Marketing Communications**
MetLife Individual Sales

**Re**  Accelerated Payment (AP) Arrangement Customer Communications

**To**  The Field Force

Communication is an integral component of outstanding customer service. The effectiveness of our communication depends on how well and how consistently we provide our customers with important information about their MetLife policies.

This communication process is especially meaningful when it serves to educate policyholders about the value of the MetLife products and services that are available to them.

To help educate policyholders regarding MetLife's Accelerated Payment (AP) arrangement, an easy-to-read, question-and-answer consumer brochure was developed and introduced to the Field Force last year.  This eight-page brochure, entitled "MetLife's Accelerated Payment Arrangement..." (Form 18000121938), examines how the AP arrangement works and defines the crucial role that dividends play in the arrangement.

In order to ensure that <u>all</u> AP policyholders receive this vital information, this brochure has been redesigned as a one-page insert that will be mailed with anniversary statements to policyholders already active on the AP arrangement beginning in April.  Also beginning in April, all policyholders who become newly active on the AP arrangement will now receive a copy of the insert along with a "Welcome to AP" customer letter.

Although the format and design of the brochure has been altered to meet postage requirements, the text of the one-page AP insert is identical to the text of the legally-approved consumer brochure.  A sample of the insert version of the brochure is attached for your information.

For the past several months, the AP Natural Work Team, representing key business units within the Individual Life Insurance and MetLife Individual Sales organizations, has been implementing a multi-level, proactive customer communications strategy.  Future announcements will follow outlining when and how additional information regarding the AP arrangement will be provided to policyholders.

March 27, 1995

Attachment                                      9503L03(exp0695)MLIC-LD

# MetLife's Accelerated Payment Arrangement...

## ...an alternative to paying premiums out-of-pocket



**When You Purchase A MetLife Whole Life Insurance Policy, You Receive:**

- insurance protection that's guaranteed for a lifetime;
- level premiums;
- attractive dividends;
- guaranteed cash value buildup;
- loan and withdrawal provisions.

While you can certainly appreciate the benefits of whole life insurance, you probably aren't looking forward to paying premiums for the rest of your life. Now you can get whole life insurance protection without spending your whole life paying for it.

### The Accelerated Payment Arrangement

MetLife offers a premium payment arrangement that allows you to system-atically apply a portion of accumulated dividends to pay your annual premiums after you have paid premiums out-of-pocket for a number of years. This arrange-ment, known as the Accelerated Payment (AP) arrangement, eliminates the need for you to pay your premiums by cash, check or money order.

### Let Your Dividends Work For You...

One of the most attractive features of participating life insurance is that it pays dividends. Although dividends are never guaranteed, MetLife has a long and distinguished history of making dividend payments to policyholders, going all the way back to the early 1900s.

NFIDENTIAL


Some policyholders look forward to receiving their dividend check in the mail, while others take advantage of the other dividend options we offer. Among these are allowing the dividends to accumulate with interest, or using them to purchase additional paid-up insurance.

### Dividends And The Accelerated Payment Arrangement

Although not a dividend option, you can also use your dividends to pay premiums through our Accelerated Payment (AP) arrangement. To be eligible for this premium payment arrangement, you must pay premiums out-of-pocket for a certain number of years. You must also leave the policy's dividends with MetLife, usually under the Additional Paid-Up Insurance dividend option. When the dividend balance, together with all future dividends (based on the then current dividend scale) is sufficient to pay all future premiums, you can elect to pay premiums through the AP arrangement.

### Can I Use Any Other Policy Values To Pay Premiums Under The Accelerated Payment Arrangement?

Yes. If your policy includes MetLife's Paid-Up Additions Rider (PUAR), you can use the cash value of this rider, along with your dividends, to pay your premiums under the AP arrangement.

### The Accelerated Payment Arrangement Sounds Too Good To Be True. What's The Catch?



There isn't any. However, it's important to understand that because the AP arrangement is completely dependent on dividends, it is not guaranteed. Think of dividends as the fuel for this payment vehicle. Any fluctuations in dividends will directly impact this payment arrangement. Any increase in dividends may allow you to elect the AP arrangement sooner than originally anticipated. On the other hand, a decrease in dividends could require you to make more out-of-pocket payments than expected before becoming eligible for the AP arrangement. Also, subsequent reductions in dividends may result in your having to pay a portion of some premium payments in cash or even resuming full premium payments years after you started using the AP arrangement.

### What Impact Does The AP Arrangement Have On My Policy Values?

When you choose the AP arrangement your policy's guaranteed cash value will continue to grow as stated in your policy. However, your accumulated dividends will be reduced as compared to what they would have been if you had paid premiums out of your pocket. Therefore, you might prefer to pay the premiums yourself so that dividends may continue to increase the value of the policy.

MP4011070919

**Does Taking Advantage Of The Accelerated Payment Arrangement Mean
That I Have A Fully Paid-Up Policy?**
No. This method of paying premiums does not make the policy "paid-up" or reduce the number
of years premiums must be paid. It simply allows you to pay your premiums using the policy's
dividends, as long as the dividend balance is sufficient, instead of paying them out-of-pocket.

**How Does This Payment Arrangement Differ From The Premium
Reduction Dividend Option?**
Under the Premium Reduction dividend option, only the current year's dividend is used to offset, or
completely pay, the current premium. Therefore, if the premium is greater than the dividend, you
will need to make a partial premium payment out-of-pocket. When the annual dividend is greater
than the current premium, the total premium is paid by the dividend. With the AP arrangement, the
annual premium will be paid by your entire dividend balance, not just the current year's dividends.

**If Dividends Aren't Guaranteed, Then What Is?**
If the premiums are paid when due, we will pay the beneficiary the death benefit stated in the
policy. That's not a promise — it's a guarantee. We will provide that benefit whenever the insured
dies — whether it's next week, next year or 70 years from now. In addition, the policy has a cash
value that is guaranteed to increase over time.

**When My Premiums Are Paid Through The Accelerated Payment Arrangement,
Will I Receive A Statement?**
Yes, you will receive an anniversary statement approximately four weeks before your policy's
anniversary date. This statement will show the amount due as well as how long your policy can
remain on the AP arrangement, based on the current dividend scale.

You will be given the option of either paying the premium out-of-pocket or having it paid under
the AP arrangement. If not paid by you, the premium will be paid through the AP arrangement
21 days after its due date.

**How Can I Find Out When I Can Begin Paying My Premiums Using
The Accelerated Payment Arrangement?**
You must contact your MetLife Representative and let him or her know that you would like to pay
your life insurance premiums through the AP arrangement. A determination will be made regarding
whether or not your policy's dividend and/or PUAR balance(s) are sufficient to implement this
payment arrangement. You can also call 1-800-MET-5000 during regular business hours and speak
to one of our Customer Service Representatives.

**Aside From A Fluctuation In Dividends, What Other Factors Can Cause Me To
Pay Premiums Out-Of-Pocket After I Begin The Accelerated Payment Arrangement?**
There are certain transactions that may adversely affect this payment arrangement.
Here are some examples:
- if you take a policy loan or fail to pay loan interest;
- if you withdraw policy values.

There are also certain transactions that can cancel the AP arrangement. Some examples include:
- if you change your dividend option;
- if you change your frequency of payment from annual to some other mode of payment.

**What Happens If All My Future Premiums Can't Be Paid Through
The Accelerated Payment Arrangement?**
If all of your future policy premiums can no longer be paid through the AP arrangement, MetLife will
notify you regarding the year that you have to once again begin paying your premiums out-of-pocket.
You should contact your MetLife Representative to discuss alternative payment arrangements.

It's important to understand that the AP arrangement may not be a permanent way to
eliminate out-of-pocket premiums. And it will impact the growth of your policy. If you have any
questions about dividends or the Accelerated Payment arrangement, please call your MetLife
Representative, or call 1-800-MET-5000 during regular business hours. We will be happy to
assist you.

**✿MetLife**
Metropolitan Life Insurance Company,
One Madison Avenue, New York, NY 10010

1900012SA53 (0106) Printed in U.S.A.                    0409ABU (exp0906) MLIC-LD



NFIDENTIAL

CONFIDENTIAL

*Jim Reyl*
*I know*
*you're*
*interested*
*4 mark*

**MetLife**

**Marketing Communications**
MetLife Individual Sales

MAR 2 9 1995

Re  Accelerated Payment (AP) Arrangement Customer Communications

To  The Field Force

A great deal of industry discussion has centered on the manner in which accelerated premium payments have been communicated to policyholders.  At MetLife, this option is available to policyholders via the Accelerated Payment (AP) arrangement. In particular, renewed emphasis has been placed on educating policyholders about the impact of dividends or other policy changes on these payment arrangements -- especially when dividend reductions or policy changes mean that the policyholder will have to make additional out-of-pocket payments.

At MetLife, we are committed to providing the very best service to our customers.  An important part of providing superior service is to communicate clearly, effectively and promptly with our policyholders.  For the past several months, key business units within the Individual Life Insurance and MetLife Individual Sales organizations have been working together through the AP Natural Work Team to develop enhanced communications materials that will help to explain the AP arrangement to our policyholders.

As part of this effort, the AP Natural Work Team has created a series of customer correspondence designed to update policyholders about any change in the status of their AP arrangements or their policies' eligibility for this arrangement. Beginning in March, these letters will be sent to AP policyholders as circumstances warrant.

Attached you will find samples of this new correspondence.  These letters are written in simplified language that should help to clarify this sometimes misunderstood arrangement for many policyholders.  Each letter encourages policyholders to contact their Account Representative for more information.

The first six letters will be produced by the Consolidated Warrant System (CWS) in Scranton and will be mailed in response to policyholders who have inquired about their eligibility for the AP arrangement.

You will not receive copies of the letters as they are sent to your clients, but you will be notified via reports on SONIC.  To find information concerning the six CWS letters, sign on to the Administrative Transaction main menu and choose Selection 3, Print Reports.  On the Print Reports Control Menu screen, choose

**(See Reverse Side)**

MetLife Individual Sales Release

MP401107091

- 2 -

MP40110T0922

Selection 6, CASS/Payment Report.  This is an existing report, which will now contain updates regarding AP inquiries.  The CASS/Payment Report is updated daily and will automatically print for your whole office through normal print manager activities.  A sample of the report screen follows the six CWS sample letters.

The following series of nine letters will be produced by the Daily Reports System in Scranton once a policy is placed on the AP arrangement.  These letters will welcome the policyholder to the AP arrangement or notify them whenever the arrangement is affected by a variety of policy transactions.

To find information concerning the nine Daily Reports System letters, you can access the new Accelerated Payment Arrangement Report by entering the Administrative Transaction main menu. Choose Selection 3, Print Reports.  On the Print Reports Control Menu screen, key in Selection 14, the AP Arrangement Report. This report will also automatically print for the entire office through normal print manager facilities and correspondence activity will be reported on separate pages for each Field Representative Number.  A sample of the AP Arrangement Report follows the nine sample Daily Reports System letters.

The report will list policy number (with suffix), policyowner name and an alpha-numeric code and letter description that corresponds to the alpha-numeric code in the bottom right-hand corner of each letter.

The Accelerated Payment Arrangement Report will be updated weekly, on Friday night, to be available on Saturday morning for printing.  Policy information will remain on the report for three weeks and then be removed.

Watch for future releases that will announce additional policyholder correspondence enhancements concerning the AP arrangement.

If you have any questions regarding this new policyholder correspondence or the AP arrangement, please contact Alan Kandel, Product Manager, Life Product Planning, in the Bridgewater office at (908) 253-1240 or Roberta Steve, Manager, Customer Communications and Inforce Marketing Programs, in the Bridgewater office at (908) 253-1122.

March 10, 1995

Attachments

CONFIDENTIAL

9503K6F(exp1295)MLIC-LD

**Metropolitan Life Insurance Company**
12902 EAST 51 ST
PO BOX 500
TULSA OK 74102-0500

**MetLife**

MP4011070923

February 9, 1995

POLLY C HOLDER
1 MAIN STREET
HOMETOWN NY  12345

Re: Policy # 111 111 111 A     Insured: POLLY C HOLDER

Dear Ms. Holder,

Thank you for your inquiry about our Accelerated Payment (AP) arrangement for paying policy premiums. We have determined that your policy is now eligible for this payment arrangement. This eligibility assumes that you will not make any withdrawals from the policy and that you will pay all premiums due until Feb. 22, 1995.

Under this payment arrangement, the annual premium will be paid by withdrawing the premium amount from your policy's dividend balance. This will eliminate the need for you to pay your premiums by cash, check or money order.

It is important for you to understand the following with respect to the AP arrangement:

   This method of paying premiums **does not** make the policy "paid-up" nor does it reduce the number of premiums that must be paid. Instead, the AP arrangement simply allows you to pay your premiums using policy values as long as those values are sufficient.

   Since the current dividend scale is not guaranteed for the future, it is important to remember that any fluctuation in future dividend scales may change this arrangement. A future decrease in dividends could require you to make additional out-of-pocket premium payments.

   Certain transactions can impact, or even terminate, your AP arrangement. For example, if you take a policy loan, fail to pay loan interest, withdraw from policy values, change your dividend option, or change your frequency of payment to other than annual, you may need to resume out-of-pocket premium payments.

**CONFIDENTIAL**

Please complete and return the enclosed form if you would like to have your premiums paid by the AP arrangement. The form should be signed by you.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at (999) 999-9999 or contact me at the above return address. You may also call our toll-free customer service number, 1+800+MET-5000 (1+800+638-5000). Our busiest day is Monday, so the best time to call, if possible, is Tuesday through Friday.

Sincerely,

*Joe Clerk*

Joe Clerk
Cash/Loan/Dividend/Matured Endowment
MetLife Customer Service Center - Tulsa

CONFIDENTIAL

**Metropolitan Life Insurance Company**
12902 EAST 51 ST
PO BOX 500
TULSA OK 74102-0500

 **MetLife**

MP4011070925

February 9, 1995

POLLY C HOLDER
1 MAIN STREET
HOMETOWN NY  12345

Re: Policy # 222 222 222 A        Insured: POLLY C HOLDER

Dear Ms. Holder,

Thank you for your inquiry about our Accelerated Payment (AP) arrangement for paying policy premiums.  We have determined that your policy is now eligible for this payment arrangement.  This eligibility assumes that you will not make any withdrawals from the policy and that you will pay all premiums due until Feb. 22, 1995.

Under this payment arrangement, the annual premium will be paid by withdrawing the premium amount from your policy's dividend and Paid-Up Additions Rider balances.  This will eliminate the need for you to pay your premiums by cash, check or money order.

It is important for you to understand the following with respect to the AP arrangement:

> This method of paying premiums **does not** make the policy "paid-up" nor does it reduce the number of premiums that must be paid.  Instead, the AP arrangement simply allows you to pay your premiums using policy values as long as those values are sufficient.

> Since the current dividend scale is not guaranteed for the future, it is important to remember that any fluctuation in future dividend scales may change this arrangement.  A future decrease in dividends could require you to make additional out-of-pocket premium payments.

> Certain transactions can impact, or even terminate, your AP arrangement.  For example, if you take a policy loan, fail to pay loan interest, withdraw from policy values, change your dividend option, or change your frequency of payment to other than annual, you may need to resume out-of-pocket premium payments.

**CONFIDENTIAL**

MP401107092G

Please complete and return the enclosed form if you would like to have your premiums paid by the AP arrangement. The form should be signed by you.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at (999) 999-9999 or contact me at the above return address. You may also call our toll-free customer service number, 1+800+MET-5000 (1+800+638-5000). Our busiest day is Monday, so the best time to call, if possible, is Tuesday through Friday.

Sincerely,

*Joe Clerk*

Joe Clerk
Cash/Loan/Dividend/Matured Endowment
MetLife Customer Service Center – Tulsa

CONFIDENTIAL

**Metropolitan Life Insurance Company**
12902 EAST 51 ST
PO BOX 500
TULSA OK 74102-0500

**MetLife**

February 9, 1995

POLLY C HOLDER
1 MAIN STREET
HOMETOWN NY  12345

Re: Policy # 333 333 333 A        Insured: POLLY C HOLDER

Dear Ms. Holder,

Thank you for your inquiry about our Accelerated Payment (AP) arrangement for paying policy premiums.  We have determined that your policy is now eligible for this payment arrangement.  This eligibility assumes that you will not make any withdrawals from the policy and that you will pay all premiums due until Feb. 22, 1995.

Under this payment arrangement, the annual premium will be paid by withdrawing the premium amount from your policy's Paid-Up Additions Rider balance.  This will eliminate the need for you to pay your premiums by cash, check or money order.

It is important for you to understand the following with respect to the AP arrangement:

> This method of paying premiums **does not** make the policy "paid-up" nor does it reduce the number of premiums that must be paid.  Instead, the AP arrangement simply allows you to pay your premiums using policy values as long as those values are sufficient.

> Certain transactions can impact, or even terminate, your AP arrangement.  For example, if you take a policy loan, fail to pay loan interest, withdraw from policy values, change your dividend option, or change your frequency of payment to other than annual, you may need to resume out-of-pocket premium payments.

Please complete and return the enclosed form if you would like to have your premiums paid by the AP arrangement.  The form should be signed by you.

**CONFIDENTIAL**

4721FLR    enclosure

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at (999) 999-9999 or contact me at the above return address.   You may also call our toll-free customer service number, 1+800+MET-5000 (1+800+638-5000).   Our busiest day is Monday, so the best time to call, if possible, is Tuesday through Friday.

Sincerely,

*Joe Clerk*

Joe Clerk
Cash/Loan/Dividend/Matured Endowment
MetLife Customer Service Center — Tulsa

**CONFIDENTIAL**

**Metropolitan Life Insurance Company**
12902 EAST 51 ST
PO BOX 500
TULSA OK 74102-0500

**❖❖ MetLife**

February 9, 1995

MP4011070929

POLLY C HOLDER
1 MAIN STREET
HOMETOWN NY  12345

Re: Policy # 444 444 444 A       Insured: POLLY C HOLDER

Dear Ms. Holder,

Thank you for your inquiry about our Accelerated Payment (AP) arrangement for paying policy premiums. We have determined that your policy will become eligible for this payment arrangement on June 10, 1996. This eligibility assumes that you will not make any withdrawals from the policy and that you will pay all premiums due until the eligibility date.

Once you are eligible, this payment arrangement will allow your annual premium to be paid by withdrawing the premium amount from your policy's dividend balance. This will eliminate the need for you to pay your premiums by cash, check or money order.

It is important for you to understand the following with respect to the AP arrangement:

> This method of paying premiums **does not** make the policy "paid-up" nor does it reduce the number of premiums that must be paid. Instead, the AP arrangement simply allows you to pay your premiums using policy values as long as those values are sufficient.

> Since the current dividend scale is not guaranteed for the future, it is important to remember that any fluctuation in future dividend scales may change this eligibility date. An increase in dividends could result in an earlier date while a decrease in dividends could extend it further into the future.

> Certain transactions can impact your eligibility for the AP arrangement: for example, taking a policy loan, failing to pay loan interest, withdrawing from policy values, changing your dividend option, or changing your frequency of payment to other than annual.

**CONFIDENTIAL**

4221PLR

If on June 10, 1996, you still wish to have your premiums paid by the AP arrangement, please contact your MetLife Representative. We will then verify whether or not your policy is still eligible for this arrangement.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at (999) 999-9999 or contact me at the above return address. You may also call our toll-free customer service number, 1+800+MET-5000 (1+800+638-5000). Our busiest day is Monday, so the best time to call, if possible, is Tuesday through Friday.

Sincerely,

*Joe Clerk*

Joe Clerk
Cash/Loan/Dividend/Matured Endowment
MetLife Customer Service Center - Tulsa

CONFIDENTIAL

MP401107093O

**Metropolitan Life Insurance Company**
12902 EAST 51 ST
PO BOX 500
TULSA OK 74102-0500

**MetLife**

February 9, 1995

POLLY C HOLDER
1 MAIN STREET
HOMETOWN NY   12345

Re: Policy # 555 555 555 A        Insured: POLLY C HOLDER

Dear Ms. Holder,

Thank you for your inquiry about our Accelerated Payment (AP) arrangement for paying policy premiums. We have determined that your policy will become eligible for this payment arrangement on July 20, 1997. This eligibility assumes that you will not make any withdrawals from the policy and that you will pay all premiums due until the eligibility date.

Once you are eligible, this payment arrangement will allow your annual premium to be paid by withdrawing the premium amount from your policy's dividend and Paid-Up Additions Rider balances. This will eliminate the need for you to pay your premiums by cash, check or money order.

It is important for you to understand the following with respect to the AP arrangement:

 This method of paying premiums **does not** make the policy "paid-up" nor does it reduce the number of premiums that must be paid. Instead, the AP arrangement simply allows you to pay your premiums using policy values as long as those values are sufficient.

 Since the current dividend scale is not guaranteed for the future, it is important to remember that any fluctuation in future dividend scales may change this eligibility date. An increase in dividends could result in an earlier date while a decrease in dividends could extend it further into the future.

 Certain transactions can impact your eligibility for the AP arrangement: for example, taking a policy loan, failing to pay loan interest, withdrawing from policy values, changing your dividend option, or changing your frequency of payment to other than annual.

**CONFIDENTIAL**

4221FLR

MP401107093Z

- If on July 20, 1997, you still wish to have your premiums paid by the AP arrangement, please contact your MetLife Representative. We will then verify whether or not your policy is still eligible for this arrangement.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at (999) 999-9999 or contact me at the above return address. You may also call our toll-free customer service number, 1+800+MET-5000 (1+800+638-5000). Our busiest day is Monday, so the best time to call, if possible, is Tuesday through Friday.

Sincerely,

*Joe Clerk*

Joe Clerk
Cash/Loan/Dividend/Matured Endowment
MetLife Customer Service Center - Tulsa

**CONFIDENTIAL**

**Metropolitan Life Insurance Company**
12902 EAST 51 ST
PO BOX 500
TULSA OK 74102-0500

**MetLife**

February 9, 1995

POLLY C HOLDER
1 MAIN STREET
HOMETOWN NY 12345

Re: Policy # 666 666 666 A        Insured: POLLY C HOLDER

Dear Ms. Holder,

Thank you for your inquiry about our Accelerated Payment (AP)
arrangement for paying policy premiums. We have determined that
your policy will become eligible for this payment arrangement on
August 1, 1998. This eligibility assumes that you will not make
any withdrawals from the policy and that you will pay all premiums
due until the eligibility date.

Once you are eligible, this payment arrangement will allow your
annual premium to be paid by withdrawing the premium amount from
your policy's Paid-Up Additions Rider balance. This will eliminate
the need for you to pay your premiums by cash, check or money order.

It is important for you to understand the following with respect to
the AP arrangement:

> This method of paying premiums **does not** make the policy
> "paid-up" nor does it reduce the number of premiums that must
> be paid. Instead, the AP arrangement simply allows you to pay
> your premiums using policy values as long as those values are
> sufficient.
>
> Certain transactions can impact your eligibility for the AP
> arrangement: for example, taking a policy loan, failing to pay
> loan interest, withdrawing from policy values, changing your
> dividend option, or changing your frequency of payment to
> other than annual.

If on August 1, 1998, you still wish to have your premiums paid by
the AP arrangement, please contact your MetLife Representative.
We will then verify whether or not your policy is still eligible for
this arrangement.

**CONFIDENTIAL**

MP401107093

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at (999) 999-9999 or contact me at the above return address.  You may also call our toll-free customer service number, 1+800+MET-5000 (1+800+638-5000).  Our busiest day is Monday, so the best time to call, if possible, is Tuesday through Friday.

Sincerely,

*Joe Clerk*

Joe Clerk
Cash/Loan/Dividend/Matured Endowment
MetLife Customer Service Center - Tulsa

CONFIDENTIAL

CONFIDENTIAL: NEITHER THIS DOCUMENT NOR THE INFORMATION CONTAINED HEREON IS TO COPIED OR USED FOR ANY PURPOSE OTHER THAN METROPOLITAN BUSINESS.

CWS NOTICE OF CASH QUOTES, MATURITIES, AUTOMATIC PREMIUM LOANS, PENDING CAS PAYMENTS, AND ACCEL PAY INQUIRIES SUBMITTED FROM OTHER OFFICES.    02/09/9

| POLICY NO/SUFF/ACTION | HO | PAYEE NAME / ADDRESS / POLICYOWNER | CASH VALUE |
|---|---|---|---|
| 111 111 111 A ACCEL PAY ELIGIBILITY INQUIRY - POLICY IS ELIGIBLE | CEHO | POLLY C HOLDER 1 MAIN STREET HOMETOWN NY  12345 POLLY C HOLDER | 100.00 |
| 222 222 222 A ACCEL PAY ELIGIBILITY INQUIRY - POLICY IS ELIGIBLE | CEHO | POLLY C HOLDER 1 MAIN STREET HOMETOWN NY  12345 POLLY C HOLDER | 200.00 |
| 333 333 333 A ACCEL PAY ELIGIBILITY INQUIRY - POLICY IS ELIGIBLE | CEHO | POLLY C HOLDER 1 MAIN STREET HOMETOWN NY  12345 POLLY C HOLDER | 300.00 |
| 444 444 444 A ACCEL PAY ELIGIBILITY INQUIRY - POLICY IS NOT ELIGIBLE UNTIL 06/10/96 | CEHO | POLLY C HOLDER 1 MAIN STREET HOMETOWN NY  12345 POLLY C HOLDER | 400.00 |
| 555 555 555 A CCEL PAY ELIGIBILITY NQUIRY - POLICY IS NOT GIBLE UNTIL 07/20/97 | CEHO | POLLY C HOLDER 1 MAIN STREET HOMETOWN NY  12345 POLLY C HOLDER | 500.00 |
| 666 666 666 A ACCEL PAY ELIGIBILITY INQUIRY - POLICY IS NOT ELIGIBLE UNTIL 08/01/98 | CEHO | POLLY C HOLDER 1 MAIN STREET HOMETOWN NY  12345 POLLY C HOLDER | 600.00 |
| 888 888 001 A CASH QUOTE | NEHO | POLLY C HOLDER 1 MAIN STREET HOMETOWN NY  12345 POLLY C HOLDER | 800.00 |
| 888 888 002 A PENDING CASH SURRENDER | NEHO | POLLY C HOLDER 1 MAIN STREET HOMETOWN NY  12345 POLLY C HOLDER | 800.00 |
| 888 888 003 A INITIAL MATURITY | NEHO | POLLY C HOLDER 1 MAIN STREET HOMETOWN NY  12345 POLLY C HOLDER | 800.00 |
| 888 888 004 A CASH QUOTE AND REQUEST FORM SENT | TELE | POLLY C HOLDER 1 MAIN STREET HOMETOWN NY  12345 POLLY C HOLDER | 800.00 |

THIS REPORT HAS BEEN PREPARED FOR INFORCE DISTRICT XXX, AGENCY 999

FIDENTIAL

**MetLife**

4800 LAKEWOOD DRIVE SUITE #1
WACO TX 76710

Questions?

Contact your MetLife
Representative:
☎ **817-776-2520**
Sales Office / Agency:
**D41/023**

MP401107093G

---

JOHN Q POLOWNER
1 MAIN STREET
HOMETOWN NY

**FOR QUESTIONS OR
SERVICE, PLEASE CAL
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.**

Re 193 456 789 PR                     JANE POLOWNER
_____Policy Number_____                 _____Name of Insured_____

Dear Policyowner

We are pleased to inform you that future annual premiums for this policy will be paid by the
Accelerated Payment (AP) arrangement.

Under this payment arrangement, the annual premium will be paid by withdrawing the premium
amount from your policy's dividend balance. This will eliminate the need for you to pay your
premiums by cash, check or money order.

However, you will continue to receive a billing notice approximately four weeks before the
anniversary date of your policy. At that time, you will have the option of either paying the
premium yourself or having it paid by the AP arrangement. If not paid by you, the premium will
be paid by the AP arrangement 21 days after the due date.

It is important for you to understand the following with respect to the AP arrangement:

> This method of paying premiums **does not** make the policy "paid-up" nor does it
> reduce the number of premiums that must be paid. Instead, the AP arrangement
> simply allows you to pay your premiums using policy values as long as those values
> are sufficient.

> Since the current dividend scale is not guaranteed for the future, it is important to
> remember that any fluctuation in future dividend scales may change this
> arrangement. A future decrease in dividends could require you to make additional
> out-of-pocket premium payments.

> Certain transactions can impact, or even terminate, your AP arrangement. For
> example, if you take a policy loan, fail to pay loan interest, withdraw from policy
> values, change your dividend option, or change your frequency of payment to other
> than annual, you may need to resume out-of-pocket premium payments.

If you have questions about the AP arrangement or your insurance coverage in general, please call
your MetLife Representative at the telephone number listed above.

Sincerely

*Jeannie Eidschun*

CASH/LOAN/DIVIDEND/MATURITIES                          AP-A
METLIFE CUSTOMER SERVICE CENTER - TULSA
JAN 09, 1995

ONFIDENTIAL

Thank you
for
insuring
with
MetLife.

**MetLife**
4800 LAKEWOOD DRIVE SUITE #1
WACO TX 76710

Questions?
Contact your MetLife
Representative:
☎ 817-776-2520
Sales Office / Agency:
D41/023

MP401107093?

JOHN Q POLOWNER
1 MAIN STREET
HOMETOWN NY

FOR QUESTIONS OR
SERVICE, PLEASE C
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

Re 203 456 789 PR
_____
Policy Number

JANE POLOWNER
_____
Name of Insured

Dear Policyowner

We are pleased to inform you that future annual premiums for this policy will be paid by the Accelerated Payment (AP) arrangement.

Under this payment arrangement, the annual premium will be paid by withdrawing the premium amount from your policy's dividend and Paid-Up Additions Rider balances. This will eliminate the need for you to pay your premiums by cash, check or money order.

However, you will continue to receive a billing notice approximately four weeks before the anniversary date of your policy. At that time, you will have the option of either paying the premium yourself or having it paid by the AP arrangement. If not paid by you, the premium will be paid by the AP arrangement 21 days after the due date.

It is important for you to understand the following with respect to the AP arrangement:

This method of paying premiums **does not** make the policy "paid-up" nor does it reduce the number of premiums that must be paid. Instead, the AP arrangement simply allows you to pay your premiums using policy values as long as those values are sufficient.

Since the current dividend scale is not guaranteed for the future, it is important to remember that any fluctuation in future dividend scales may change this arrangement. A future decrease in dividends could require you to make additional out-of-pocket premium payments.

Certain transactions can impact, or even terminate, your AP arrangement. For example, if you take a policy loan, fail to pay loan interest, withdraw from policy values, change your dividend option, or change your frequency of payment to other than annual, you may need to resume out-of-pocket premium payments.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

ONFIDENTIAL

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK

AP-B

Thank you
for
ring
life.

**MetLife®**

4800 LAKEWOOD DRIVE SUITE #1
WACO TX 76710

MP4011070938

Questions?

Contact your MetLife Representative:

☎ 817-776-2520

Sales Office / Agency:
D41/023

FOR QUESTIONS OR
SERVICE, PLEASE CALL
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN STREET
HOMETOWN NY

Re 213 456 789 PR          JANE POLOWNER
      Policy Number                      Name of Insured

Dear Policyowner

We are pleased to inform you that future annual premiums for this policy will be paid by the Accelerated Payment (AP) arrangement.

Under this payment arrangement, the annual premium will be paid by withdrawing the premium amount from your policy's Paid-Up Additions Rider balance. This will eliminate the need for you to pay your premiums by cash, check or money order.

However, you will continue to receive a billing notice approximately four weeks before the anniversary date of your policy. At that time, you will have the option of either paying the premium yourself or having it paid by the AP arrangement. If not paid by you, the premium will be paid by the AP arrangement 21 days after the due date.

It is important for you to understand the following with respect to the AP arrangement:

This method of paying premiums <u>does not</u> make the policy "paid-up" nor does it reduce the number of premiums that must be paid. Instead, the AP arrangement simply allows you to pay your premiums using policy values as long as those values are sufficient.

Certain transactions can impact, or even terminate, your AP arrangement. For example, if you take a policy loan, fail to pay loan interest, withdraw from policy values, change your dividend option, or change your frequency of payment to other than annual, you may need to resume out-of-pocket premium payments.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

*Jeannie Eidschun*

CASH/LOAN/DIVIDEND/MATURITIES
METLIFE CUSTOMER SERVICE CENTER - TULSA
JAN 09, 1995

**CONFIDENTIAL**

AP-C

**MetLife**

4800 LAKEWOOD DRIVE SUITE #1
WACO TX 76710

Questions ?
Contact your MetLife
Representative:
☎ 817-776-2520
Sales Office / Agency:
D41/023

MF401070939

FOR QUESTIONS OR
SERVICE, PLEASE CA
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN STREET
HOMETOWN NY

Re <u>133 456 789 PR</u>            <u>JANE POLOWNER</u>
   Policy Number                 Name of Insured

Dear Policyowner

We are writing to let you know that, as a result of your recent policy change, the premiums for this policy will no longer be paid by the Accelerated Payment (AP) arrangement.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making out-of-pocket premium payments again.

You will be billed for your next premium due MAR 31, 1995 .

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

*Jeannie Eidschun*

CASH/LOAN/DIVIDEND/MATURITIES
METLIFE CUSTOMER SERVICE CENTER - TULSA
JAN 09, 1995

**CONFIDENTIAL**

hank you
or
nsur
r
L

AP-3A

**MetLife**

4800 LAKEWOOD DRIVE SUITE #1
WACO TX 76710

Questions?
Contact your MetLife
Representative:
☎ 817-776-2520
Sales Office / Agency:
D41/023

MP401107094Q

FOR QUESTIONS OR
SERVICE, PLEASE CAL
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN STREET
HOMETOWN NY

Re <u>143 456 789 PR</u>
   Policy Number

<u>JANE POLOWNER</u>
          Name of Insured

Dear Policyowner

We are writing to let you know that, as a result of your recent request, the premiums for this policy will no longer be paid by the Accelerated Payment (AP) arrangement.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making out-of-pocket premium payments again.

You will be billed for your next premium due MAR 31, 1995.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
JAN 09, 1995

**CONFIDENTIAL**

Thank you
for
insuring
with

AP-3B

**MetLife**

4800 LAKEWOOD DRIVE SUITE #1
WACO TX 76710

Questions ?
Contact your MetLife
Representative:
☎ 817-776-2520
Sales Office / Agency:
D41/023

FOR QUESTIONS OR
SERVICE, PLEASE CA
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN STREET
HOMETOWN NY

Re <u>153 456 789 PR</u>          JANE POLOWNER
       Policy Number                           Name of Insured

Dear Policyowner

We are writing to let you know that, as a result of your recent change to the Premium Reduction dividend option, the premiums for this policy will no longer be paid by the Accelerated Payment (AP) arrangement. In order for this payment arrangement to remain in effect, the dividend option must be either Additional Paid-Up Insurance or Dividends to Accumulate at Interest.

Therefore, in order to keep your policy in full benefit, it may be necessary for you to begin making out-of-pocket premium payments again.

You will be billed for your next premium due MAR 31, 1995 .

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

*Jeannie Eidschun*

CASH/LOAN/DIVIDEND/MATURITIES
METLIFE CUSTOMER SERVICE CENTER - TULSA
JAN 09, 1995

**CONFIDENTIAL**

Thank you
for
insuring

AP-3C

**MetLife®**

4800 LAKEWOOD DRIVE SUITE #1
WACO TX 76710

Questions?

Contact your MetLife
Representative:
☎ **817-776-2520**
Sales Office / Agency:
**D41/023**

MP4011070942

---

FOR QUESTIONS OR
SERVICE, PLEASE CALL
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN STREET
HOMETOWN NY

Re <u>163 456 789 PR</u>          <u>JANE POLOWNER</u>
       Policy Number                               Name of Insured

Dear Policyowner

We are writing to let you know that, as a result of your recent change to the Cash dividend option, the premiums for this policy will no longer be paid by the Accelerated Payment (AP) arrangement. In order for this payment arrangement to remain in effect, the dividend option must be either Additional Paid-Up Insurance or Dividends to Accumulate at Interest.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making out-of-pocket premium payments again.

You will be billed for your next premium due MAR 31, 1995 .

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
JAN 09, 1995

Thank you
for
insuring
with
MetLife.

**CONFIDENTIAL**

AP-3D

**MetLife**

4800 LAKEWOOD DRIVE SUITE #1
WACO TX 76710

Questions?
Contact your MetLife
Representative:
☎ 817-776-2520
Sales Office / Agency:
D41/023

MP401107094 3

FOR QUESTIONS OR
SERVICE, PLEASE CA
1-800-MET-5000
(1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN STREET
HOMETOWN NY

Re 173 456 789 PR          JANE POLOWNER
   Policy Number                 Name of Insured

Dear Policyowner

We are writing to let you know that, as a result of your recent change in the frequency of your premium payments, the premiums for this policy will no longer be paid by the Accelerated Payment (AP) arrangement. In order for this payment arrangement to remain in effect, premiums must be paid annually.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making out-of-pocket premium payments again.

You will be billed for your next premium due MAR 31, 1995.

If you have questions about the AP arrangement or your insurance coverage in general, please call your MetLife Representative at the telephone number listed above.

Sincerely

*Jeannie Eidschun*

CASH/LOAN/DIVIDEND/MATURITIES
METLIFE CUSTOMER SERVICE CENTER - TULSA
JAN 09, 1995

**CONFIDENTIAL**

Thank you
for
insuring
with
MetLife.

AP-3E

**✿MetLife®**

4800 LAKEWOOD DRIVE SUITE #1
WACO TX 76710

Questions ?

Contact your MetLife
Representative:
☎ 817-776-2520
Sales Office / Agency:
D41/023

MP4011070944

FOR QUESTIONS OR
SERVICE, PLEASE CALL
  1-800-MET-5000
  (1-800-638-5000)
OR THE TELEPHONE
NUMBER ABOVE.

JOHN Q POLOWNER
1 MAIN STREET
HOMETOWN NY

Re  183 456 789 PR          JANE POLOWNER
      Policy Number                Name of Insured

Dear Policyowner

We are writing to let you know that, as a result of your recent change in the frequency of your
premium payments, the premiums for this policy will no longer be paid by the Accelerated Payment
(AP) arrangement. In order for this payment arrangement to remain in effect, premiums must be
paid annually.

Therefore, in order to keep your policy in full benefit, it is necessary for you to begin making
out-of-pocket premium payments again.

Your next premium is due MAR 31, 1995.

If you have questions about the AP arrangement or your insurance coverage in general, please call
your MetLife Representative at the telephone number listed above.

Sincerely

*Tim Thomas*

POLICY DISBURSEMENTS & ADMINISTRATION
METLIFE CUSTOMER SERVICE CENTER - WARWICK
JAN 09, 1995

Thank you
for
insuring
with
MetLife.

**CONFIDENTIAL**

AP-3F

CONFIDENTIAL:  NEITHER THIS DOCUMENT·NOR THE INFORMATION CONTAINED HEREON IS TO
BE COPIED OR USED FOR ANY PURPOSE OTHER THAN METROPOLITAN BUSINESS.

E11.80   REPORTS SENT LETTERS ON ACCELERATED PAYMENT ARRANGEMENT POLICIES TO
POLICYOWNERS LISTED BELOW

| POLICY NUMBER/SUFF | | POLICYOWNER | VERSION/DESCRIPTION | DATE SENT |
|---|---|---|---|---|
| 213 456 789 | PR | JOHN Q POLOWNER | C WELCOME AP PUAR | 01/09/95 |
| 203 456 789 | PR | JOHN Q POLOWNER | B WLCME AP DV/PUAR | 01/09/95 |
| 193 456 789 | PR | JOHN Q POLOWNER | A WELCOME AP DIV | 01/09/95 |
| 183 456 789 | PR | JOHN Q POLOWNER | 3F MODE CHG-SP ACT | 01/09/95 |
| 173 456 789 | PR | JOHN Q POLOWNER | 3E MODE CHG-SEMI | 01/09/95 |
| 163 456 789 | PR | JOHN Q POLOWNER | 3D OPT CHG CASH | 01/09/95 |
| 153 456 789 | PR | JOHN Q POLOWNER | 3C OPT CHG-PRM RED | 01/09/95 |
| 143 456 789 | PR | JOHN Q POLOWNER | 3B CANC-REQ BY PH | 01/09/95 |
| 133 456 789 | PR | JOHN Q POLOWNER | 3A POLICY CHANGE | 01/09/95 |

DISTRICT:          AGENT:                    REPORT DATE: 01/09/95

401107O945

CONFIDENTIAL

## MetLife® Tulsa — Customer Services & Communications



**OUTSTANDING SERVICE**
*Through Quality Service Skills*

We're Building Our Future On It

**To**    All Training, Resource & Second Tier CSRs

**Re**    "AP" (Accelerated Payment) Cases
UL Policies With Inadequate Target Premiums

There has been a lot of dialogue about the impact of the changing dividend scale on "AP" cases. As you know, we get lots of complaints because policies are not eligible on the originally anticipated date.

The one issue we have not addressed is the fact that there are 83,000 policies that WERE eligible and placed on "AP," but because dividend scales changed AFTER they were on AP, they would now not be eligible. At some point in the future, premiums may again be required. It is estimated that 25% (20,750 policies) fall into this category.

One area that has not been discussed to any extent is that we have a very similar situation with UL policies. "Target" premiums were established on the basis of anticipated earnings and interest rates. However, now because of the changing economy, these earnings will not be realize. Consequently - AT SOME POINT IN THE FUTURE - the COI will exceed the amount available in the Accumulation Fund if only the "Target Premium" is being paid.

The attached material is some of what has come up because of the Accelerated Payment Natural Work Team. I didn't it was appropriate for everyone, but I at least wanted you to be aware that these issues are finally receiving attention at the Senior Management level.

April 28, 1994

**CONFIDENTIAL**

ATTACHMENT
4

To:        Frank Lynch
           Senior Vice-President                      **CONFIDENTIAL**
           PI Customer Services
           NYHO, Area - 5H

From:      Thomas M. La Badia
           Vice-President
           PI Customer Services
           Bridgewater, Area - 2E

Re:        *Request From Mr. Tweedie Concerning UL Customers*
           *With Target Premiums Inadequate To Carry Policies*

I have had several quick meetings on this subject and the related Traditional Business issues (e.g. Vanishing Premium/APP, Impact of Reduced Dividend Scales on Purchase Assumptions, etc.).

The most proper and comprehensive method of providing our customers with the impact of changes to dividend scales, interest rates and cost of insurance charges would require several major long term initiatives included in which are the following:

  1.  Capture at Issue all information related to how a case was sold including purchase assumptions related to expected cash flow in and out of the contract. Retain and react to these assumptions whenever disturbed by changes in our inforce pricing(e.g. Dividend Scale Change, UL Interest Rate, Cost of Insurance Rate, etc.). Relate these changes to the policyholder life cycle goals such as College Funding, Pension Maximization, etc.

  2.  Communicating changes to the policyholder along with possible alternative actions would require the restoration of a main frame inforce illustration system which could be generated by the Administrative Systems loading of necessary data to reflect changes and alternatives. This is presently only available via a Sales Representative entering necessary data and "what if" alternatives into a PC based inforce illustration system.

Both of the above initiatives are being addressed by people involved in major compliance activity, however, preliminary estimates indicate that a very lengthy and expensive effort will be required.

1

As an alternative, I have asked my units to quickly devise a short term strategy based upon data and information presently available. We expect to have several proposals very shortly.

Among the alternatives being addressed are:

    1. A redesigned bill having 3 alternatives which minimize the risk of unexpected premium being required for those already on APP.

    2. More complete and direct notification to UL policyholders who may not be aware that their policies may not be supported by the planned, target premium and/or present cash flow into the accumulation fund.

    3. Etc.

When the proposals are completed, we will forward them to you as well as to the various units, task forces and committees that are addressing the longer term strategy.

Thomas M. La Badia

March 30, 1994

cc: Tweedie, Miller, Kelly, Doby, Stadler, Kopolovics, Delaney, Loquasto, Ruggieri, Barnewold

**CONFIDENTIAL**

Mr. Greg Doby
Vice-President

Re    Accelerated Payment Plan -- Alternatives

Greg, Bill Barnewold called and provided me with his estimate of
the cost and timeframe for implementing the APP alternatives
outlined in the attached memorandum.    In his estimation, the
changes could be made in  two-three months for a cost of
approximately $45,000.  However, If these changes are implemented
as part of the Fall 1994 portfolio changes, the cost would be about
$10,000 less.  Please let me know how we should proceed.

Willie Taylor
Wilhelmenia J. Taylor
Product Manager
Life Product Planning
Bridgewater, NJ, Ext. 1250


April 14, 1994

Attachment

cc:  Barnewold, DiPiazza, LaBadia, McLoughlin, Rigby


**CONFIDENTIAL**

Mr. Greg Doby
Vice-President


Re    Accelerated Payment Plan -- Payment Options



This memo supplements our recent meeting with Tom LaBadia,
Mike DiPiazza, Bill Barnewold and Pat McLoughlin.  The goal of
this meeting was to develop a quick strategy for improving our
communications with policyholders already on APP.

As you know, the current situation is as follows:

  Situation #1:

  When a policyholder initially requests APP, a "full
  eligibility test" is performed.  This test determines if the
  annual premium can be paid for the remaining "life of the
  policy."  If the policy fails this test, the policyholder
  is told that the policy cannot go on APP and the the full
  annual premium must be paid out-of-pocket until such time as
  the policy does become eligible.  This is true even when
  there is a substantial dividend balance to pay the annual
  premium for a number of years, e.g. 15 years.

  Situation #2:

  When a policy passes the initial eligibility test, premiums
  are paid each year through the APP arrangement provided the
  policy passes a "sufficiency test."  We refer to this test
  as a "sufficiency test" because it simply verify that the
  dividend/PUAR balance is "sufficient" to pay the annual
  premium due that year.  It does not check to see if this can
  be done for the remaining life of the policy.  When a policy
  fails this sufficiency test, it is taken off the APP
  arrangement and the policyholder is sent a regular bill for
  payment of the premium.

Our goal is to reduce negative feelings on the part of our
customers regarding this payment arrangement by offering them
other payment alternatives.  The specific group we intended to
initially target are the policyholders described in situation #2.
However, I believe we should take the same approach for the
policyholders described in situation #1.

**CONFIDENTIAL**

MP401107090