IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 00-2248<br><br><br>CHIEF JUDGE DONETTA W. AMBROSE |

## ORDER OF COURT

On this _____ day of October, 2006, this matter having come before the Court upon Metropolitan Life Insurance Company's and Kenneth F. Kaczmarek's Motion in Limine to Bifurcate Plaintiff's ERISA Claim and Claim for Punitive Damages, it is hereby ordered that the motion is GRANTED. Plaintiff is barred from introducing evidence in support of his ERISA claim and his claim for punitive damages during the liability portion of the trial relating to his 1991 Policy.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____

ME1\5702920.1