# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF, | : CIVIL ACTION NO. 00-2248 |
| Plaintiff, | : |
| v. | : |
| METROPOLITAN LIFE INSURANCE COMPANY and KENNETH F. KACZMAREK, | : CHIEF JUDGE AMBROSE |
| Defendants. | : |

**METROPOLITAN LIFE INSURANCE COMPANY AND KENNETH F. KACZMAREK'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF METLIFE'S FINANCIAL CONDITION, NET WORTH AND WEALTH**

Defendants Metropolitan Life Insurance Company ("MetLife") and Kenneth F. Kaczmarek, by and through their attorneys, McCarter & English, LLP, present this Motion in Limine to Exclude Evidence of MetLife's Financial Condition, Net Worth and Wealth:

1.  Plaintiff has identified two exhibits that concern MetLife's financial condition, net worth and wealth. See Plaintiff's Exhibit 116 (attached hereto as Exhibit A), and Exhibit 117 (attached hereto as Exhibit B).

2.  Evidence of MetLife's financial condition, net worth and wealth should be excluded for the reasons set forth in detail in Defendants' Brief in Support of its Motion in Limine to Exclude Evidence of MetLife's Financial Condition, Net Worth and Wealth.[1]

---

[1] In further support of its arguments, MetLife attaches as Exhibit C, Hazen v. Metropolitan Life Insurance Company, Civil Division No. 95-13087, Order and Opinion, (C.C.P Delaware Cty, October 13, 2004) ("[p]laintiffs are excluded from submitting evidence of MetLife's 'net worth' or 'wealth.'").

WHEREFORE, defendants respectfully request that this Court grant their motion in limine and exclude evidence of MetLife's financial condition, net worth and wealth, specifically Plaintiff's Exhibits 116 and 117.

                                                Respectfully Submitted,

                              By:     _s/ B. John Pendleton, Jr._____

                                                McCARTER & ENGLISH, LLP
                                                Four Gateway Center
                                                100 Mulberry Street
                                                Newark, NJ 07102
                                                (973) 622-4444

                                                Attorneys for Defendant
                                                Metropolitan Life Insurance Company and
                                                Kenneth F. Kaczmarek

Dated: October 3, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the electronic filing service on this 3rd day of October, 2006, on the following counsel of record:

>Kenneth R. Behrend, Esq.
>Behrend and Ernsberger, P.C.
>Union National Bank Building
>306 Fourth Avenue, Suite 300
>Pittsburgh, PA  15222

>__s/ B. John Pendleton, Jr._____