# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and KENNETH F. KACZMAREK,<br><br>　　　　Defendants. | : CIVIL ACTION NO. 00-2248<br>:<br>:<br>:<br>:<br>: CHIEF JUDGE AMBROSE<br>:<br>:<br>:<br>:<br>: |

## ORDER

THIS MATTER, having come before the Court on the Motion in Limine to Exclude MetLife's Financial Condition, Net Worth and Wealth by defendant Metropolitan Life Insurance Company in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this _____ day of _____, 2006, ORDERED that Defendants Metropolitan Life Insurance Company and Kenneth F. Kaczmarek's Motion in Limine to Exclude Evidence of MetLife's Financial Condition, Net Worth, and Wealth be and is hereby GRANTED.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Chief Judge Donetta W. Ambrose, U.S.D.J.