EXHIBIT A

B. John Pendleton, Jr.
Direct: (973) 639-2052
Fax: (973) 624-7070
jpendleton@mccarter.com

September 9, 2006

**VIA FACSIMILE**

Kenneth R. Behrend, Esq.
Behrend & Ernsberger, P.C.
Union Bank Building
306 Fourth Avenue, Suite 300
Pittsburgh, PA  15222

Re:  *Johnson v. Metropolitan Life Insurance Co., et al.*
     *Civil Action No. 00-663*

Dear Mr. Behrend:

In response to your letter dated September 8, 2006, we write to inform you that Joseph Paros will not be available Monday, September 11, 2006.  We will make him available on Tuesday, September 12, 2006.

Without waiving our objection as to its admissibility at trial, MetLife stipulates that its net worth is $17,642,000.00.

Pursuant to your letter dated September 6, 2006, MetLife stipulates that all business records produced by MetLife in response to discovery are properly authenticated under Rule 902(11). Such records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept in the course of regularly conducted activity; and were made by the regularly conducted activity as a regular practice.

Last, confirming our telephone conversation this morning, we agree that Joseph Bruno was never served with process in this matter and that the caption should be corrected to delete reference to him. The only defendant is MetLife.

Very truly yours,


B. John Pendleton, Jr.


BJP/mbc


cc:   Honorable Donetta W. Ambrose (via facsimile)

EXHIBIT B

Penelope M. Taylor
Member
973.639.7947

ptaylor@mccarter.com

March 1, 2004

**VIA FACSIMILE & REGULAR MAIL**

Kenneth R. Behrend, Esq.
Behrend & Ernsberger, P.C.
Union Bank Building
306 Fourth Avenue, Suite 300
Pittsburgh, PA 15222

Re:   Hazen v. Metropolitan Life Ins. Co., et al.

Dear Mr. Behrend:

Pursuant to the Order of Court issued January 29, 2004, Metropolitan Life Insurance Company ("MetLife") has advised us that its equity as of December 31, 2003 was $15,297,841,420 excluding subsidiaries and Canadian operations and $17,473,873,712 including subsidiaries and Canadian operations.

By providing this information, MetLife is not waiving its objections to the introduction of information regarding MetLife's "wealth" or net worth.

Very truly yours,


Penelope M. Taylor

PMT:yb

cc:   The Honorable Kathyrnann W. Durham [by regular mail]
      William Wycoff, Esq. [by regular mail]
      A. Leo Sereni, Esq. [by regular mail]
bcc:  Robert F. Nostramo, Esq. [by regular mail]
ycc:  BJP, S-L, GZT

NWK2: 1146487.01