# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Wycoff

        Plaintiff,

vs.                           No. 00-2248

Metlife

        Defendant.

TYPE OF CONFERENCE: Tele conf re: Motion for Ext. (Doc. No. 97)
~~Case Management / Settlement Conference / Pre-Trial~~

Before Judge Ambrose

__Ken Behrend__          __John Pendleton__

Appear for Plaintiff          Appear for Defendant

Hearing begun: 3:26  10/10/06     Hearing adjourned to: _____

Hearing concluded C.A.V.: 10/10/06 3:37     Clerk: (Sherry Halfhill) / Carolyn Allen / Jack Hamilton / Anne Kurzweg / Susan Schupansky

Discussed π's Motion for Extension (Doc. No. 97). Judge granted motion (Doc. No. 97), but π's Counsel to file responses as they are done, such that only the last remaining responses shall be filed no later than Oct. 17, 2006.