# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF, ) | Civil Action No. 00-2248 |
| Plaintiff, ) | Chief Judge Donetta W. Ambrose |
| v. ) | |
| METROPOLITAN LIFE INSURANCE COMPANY and KENNETH F. KACZMAREK ) | |
| Defendants ) | |

AND NOW, this 10th day of October, 2006, it is Ordered that the date for filing Plaintiff's Replies to Defendants' Motions and Limine and Plaintiff's Responses to Defendants' Objections to the Deposition Excerpts proposed by Plaintiff is extended until October 17, 2006.

BY THE COURT:

*Donetta F. Ambrose*
Donetta W. Ambrose
Chief U. S. District Judge