IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | ) Civil Action No. 00-2248 |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY and KENNETH F. KACZMAREK, | ) |
| | ) |
| Defendants. | ) |

AMBROSE, Chief District Judge.

# ORDER OF COURT

AND now, this **24th** day of October, 2006, upon consideration of Defendants' Motion in Limine to Exclude from Evidence Plaintiff's Exhibit Nos. 110 and 111,[1] Beverly Loy Taylor's Testimony and Related Evidence (Docket No. 51) and the related submissions, it is ordered that said evidence is relevant and the probative value is not outweighed by the danger of unfair prejudice, confusion or misleading the jury. Finally, the evidence is not a subsequent remedial measure. Consequently, said Motion (Docket No. 51) is denied.

It is further ordered, however, that Defendants may submit a proposed

---

[1]These exhibits are listed as Exhibits 58 and 59 on Plaintiff's revised trial exhibit list.

curative instruction limiting the jury's use of the evidence by October 30, 2006, at 9:00 a.m.

BY THE COURT:

/S/   Donetta W. Ambrose

Donetta W. Ambrose,
Chief U.S. District Judge