# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Wyckoff

        Plaintiff,

vs.      No. 00-2248

MetLife

        Defendant.

TYPE OF CONFERENCE: Telephone Conf. ~~Case Management / Settlement Conference / Pre-Trial~~

Before Judge Ambrose

Ken Behrend        John Pendleton

Appear for Plaintiff        Appear for Defendant

Hearing begun: 9:00 @ 10/24/06    Hearing adjourned to: _____

Hearing concluded C.A.V.: 9:05    Clerk: ~~Sherry Halfhill~~ / (Carolyn Allen) / ~~Jack Hamilton~~ / Anne Kurzweg / ~~Susan Schupansky~~

Call regarding settlement. Counsel to call court by 2:00 today to inform court if case settled.