```
--------------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
--------------------------------------------------------------------
```

NOTE DATED: 10/25/2006 12:05  OUTPATIENT PROCEDURE DISCHARGE INSTRUCTIONS NOTE
VISIT: 10/25/2006 06:30 ASU (NON-COUNT),B419
Procedure: OPEN FIXATION OF RIGHT ELBOW FRACTURE
Diet Instructions:
  No restrictions
Activity Instructions:
  Other: KEEP ARM IN SLING UNTIL SEEN IN CLINIC.
  Special Instructions: KEEP DRESSING/CAST DRY.
Notify VA Orthopedics team doctor or primary care doctor at 502-287-4000
or 1-800-376-8387 for the following: UNCONTROLLED BLEEDING OR PAIN,
NUMBNESS OR INABILITY TO USE ARM, FEVER  OR  DISCHARGE FROM WOUND, OR ANY
OTHER CONCERNS.
Return to ER for: SAME AS ABOVE IF AFTER HOURS.
Future Appointments Information: No Future Appointment
Nurse/Clerk will make future appointment to ORTHO-10 DAYS. clinic(s).
Medication Orders:
  Continue all outpatient medications.
  Medication Instructions:
    No driving while taking pain medication.

                    Signed by: /es/ JAMES S GAGEL
                               PHYSICIAN ASSISTANT
                               10/25/2006 12:09


10/25/2006 12:32      ADDENDUM          STATUS: COMPLETED

11/06/2006 10:00  ORTHO F/U POD D

Discharge instructions and medication education completed.

Nurse's Signature _____  Date and Time _____


YES     NO    I HAVE RECEIVED AND UNDERSTOOD MY DISCHARGE INSTRUCTIONS


    If no, please explain  _____



_____        _____
Patient Signature                  Date and Time

                    Signed by: /es/ JAMES H TRAVIS
                               RN
                               10/25/2006 12:33


--------------------------------------------------------------------
CARTER,ROBERT B                LOUISVILLE, KY VAMC    Printed:10/25/2006 12:33
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 DOB:09/05/1945     Pt Loc: OUTPATIENT                 Vice SF 509
--------------------------------------------------------------------