TO: Ken Behrend

FROM: Bob Carter

DATE: 27 October, 2006

RE: Injury Report

Ken:

Here's the discharge report from the VA hospital. Hope this helps.

For the record I had my accident on Sunday, October 15. I went to the emergency room at the VA hospital that evening for an examination and X-ray. They sent me to the orthopedic clinic the next day. At that time I was told my elbow had been chipped.

At a follow-up visit on Monday, October 23 the orthopedic surgeon (whom I had not yet met) told me the elbow was broken and I needed outpatient surgery ASAP. It was scheduled for Wednesday, October 25.

During the surgery I had a rod inserted into my elbow and ulna and the arm was placed in a ¾ cast from my wrist to my shoulder. I'm allowed to drive short distances, but I haven't tried yet.

At my follow-up appointment November 6 the orthopod will decide whether to remove the cast, or even remove the rod. Taking out the rod will require another surgery.

That's all I know now, except that I am on the shelf for a few days at least.

[signature]