## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF, ) | Civil Action No. 00-2248 |
| ) | |
| Plaintiff, ) | Chief Judge Donetta W. Ambrose |
| ) | |
| v. ) | |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY and KENNETH F. KACZMAREK ) | |
| ) | |
| Defendants ) | |

### ORDER OF COURT

AND NOW this __30th__ day of __Oct__, 2006, upon consideration of plaintiffs' emergency motion to reschedule trial date, the trial date of November 6, 2006 is cancelled, with the trial to be rescheduled on the __26th__ day of __Mar.__, 200__7__.

BY THE COURT:

_____ J.
Donetta W. Amrose, P.J.