### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNYSLVANIA

| | | |
|---|---|---|
| MAHENDRA GAJARAWALA, | : | CIVIL ACTION NO. 00-2522 |
| | : | |
| Plaintiff, | : | |
| | : | CHIEF JUDGE AMBROSE |
| v. | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| ROBERT G. WYCKOFF, | : | CIVIL ACTION NO. 00-2248 |
| | : | |
| Plaintiff, | : | |
| v. | : | CHIEF JUDGE AMBROSE |
| | : | |
| METROPOLITAN LIFE INSURANCE COMPANY and KENNETH F. KACZMAREK, | : | |
| | : | |
| Defendants. | : | |

## JOINT MOTION OF PARTIES TO STAY THE TRIALS

Filed on Behalf of Plaintiffs and
Defendants by:

B. John Pendleton, Jr., Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendants

Kenneth R. Behrend, Esq.
Behrend & Ernsberger, P.C.
The Park Building
355 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Attorneys for Plaintiffs

Plaintiffs Mahendra Gajarawala and Robert G. Wyckoff, as well as defendants

Metropolitan Life Insurance Company and Kenneth F. Kaczmarek (collectively "the parties"),[1]

by and through their attorneys Behrend & Ernsberger, P.C., and McCarter & English, LLP,

respectfully request that this Court issue an Order staying the currently scheduled trials in these

matters. In support of the motion, the parties state as follows:

      1.     Currently, <u>Gajarawala v. Metropolitan Life Ins. Co.</u>, Civil Action No. 00-

2522, is scheduled to begin trial on January 29, 2007.

      2.     Similarly, <u>Wyckoff v. Metropolitan Life Ins. Co., et al.</u>, Civil Action No.

00-2248, is scheduled to begin trial on March 26, 2007.

      3.     On January 4, 2007, the parties entered into a settlement in principle with

respect to over two hundred cases, which is expected to be finalized within 90 days from the

signing of that document. The settlement in principle includes the <u>Gajarawala</u> and <u>Wyckoff</u>

matters, currently scheduled for trial.

      4.     As a result of the settlement in principle, the Honorable R. Stanton

Wettick, Jr. of the Court of Common Pleas of Allegheny County, Pennsylvania, has stayed 38

cases that are currently scheduled for trial in that Court during the January and March trial terms.

    **WHEREFORE,** in light of the fact that the parties have entered into a settlement

in principle which includes the aforementioned cases currently scheduled for trial, the parties

respectfully request that this Court stay the trials in anticipation of the implementation of the

settlement.

---

[1] David A. Elmer was dismissed as a party in the <u>Gajarawala</u> matter via Order of Court dated January 3, 2007.

Respectfully submitted,

By: _____

B. John Pendleton, Jr.
Pa. I.D. 41162
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Attorneys for Defendants

_____

Kenneth R. Behrend, Esq.
Pa. I.D. 37961
BEHREND & ERNSBERGER, P.C.
The Park Building
355 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Attorneys for Plaintiffs

Dated: January 9, 2007

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing JOINT MOTION OF PARTIES

TO STAY THE TRIALS has been served upon the following via the electronic filing services on

this January 16, 2007:

Kenneth R. Behrend, Esq.
BEHREND & ERNSBERGER, P.C.
The Park Building
355 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Attorneys for Plaintiffs

B. John Pendleton, Jr.

4

ME1\6083112.2