IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAHENDRA GAJARAWALA, | : | CIVIL ACTION NO. 00-2522 |
| Plaintiff, | : | |
| v. | : | CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |
| ROBERT G. WYCKOFF, | : | CIVIL ACTION NO. 00-2248 |
| Plaintiff, | : | |
| v. | : | CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and KENNETH F. KACZMAREK, | : | |
| Defendants. | : | |

**ORDER**

THIS MATTER, having come before the Court on a Joint Motion of Parties to Stay the Trials, and the Court having read the papers filed in support of the Motion, and for good cause appearing;

IT IS on this __ day of _____ 2007, ORDERED that the Joint Motion of Parties to Stay the Trials is GRANTED;

2.  Both <u>Gajarawala v. Metropolitan Life Ins. Co.</u>, Civil Action No. 00-2522, and <u>Wyckoff v. Metropolitan Life Ins. Co., et al.</u>, Civil Action No. 00-2248, are stayed in light of the expected implementation of the settlement in principle signed by the parties on January 4, 2007.

BY THE COURT:

_____
Chief Judge Donetta W. Ambrose, U.S.D.J