IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAHENDRA GAJARAWALA, | : CIVIL ACTION NO. 00-2522 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY, | : |
| Defendant. | : |
| ROBERT G. WYCKOFF, | : CIVIL ACTION NO. 00-2248 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and KENNETH F. KACZMAREK, | : |
| Defendants. | : |

**ORDER**

THIS MATTER, having come before the Court on a Joint Motion of Parties to Stay the Trials, and the Court having read the papers filed in support of the Motion, and for good cause appearing;

IT IS on this 17th day of Jan. 2007, ORDERED that the Joint Motion of Parties to Stay the Trials is GRANTED;

2. Both <u>Gajarawala v. Metropolitan Life Ins. Co.</u>, Civil Action No. 00-2522, and <u>Wyckoff v. Metropolitan Life Ins. Co., et al.</u>, Civil Action No. 00-2248, are stayed in light of the expected implementation of the settlement in principle signed by the parties on January 4, 2007.

*The stay is until 7/16/07, when #00-2248 will proceed to trial if not settled, followed by trial in #00-2522 on 7/23/07.*

BY THE COURT:

*Donetta W. Ambrose*
Chief Judge Donetta W. Ambrose, U.S.D.J