# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Wyckoff v. Metlife

               Plaintiff,

      vs.                     No. 00-2248

Garnjawalah v. Metlife      00-2522

              Defendant.

**TYPE OF CONFERENCE:** Case Management / *Settlement Conference* / Pre-Trial

Before Judge Ambrose

Ken Behrend                    John Pendleton

Appear for Plaintiff               Appear for Defendant

Hearing begun: 5/9/07 3:32 pm  Hearing adjourned to: _____

Hearing concluded C.A.V.: 3:35 pm  Clerk: ~~Sherry Halfhill~~ / *Carolyn Allen* / ~~Jack Hamilton~~
                                           Anne Kurzweg / Susan Schupansky

parties represented that both cases are settled

pltf to file sign stipulations for dismissal and will contact court by end of May if there are problems