UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT G. WYCKOFF,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and KENNETH F. KACZMAREK,<br><br>        Defendants. | CIVIL ACTION NO. 00-2248<br><br>CHIEF JUDGE AMBROSE |

### STIPULATION AND ORDER OF DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS OR FEES

**IT IS HEREBY STIPULATED AND AGREED**, by, between, and among plaintiff, Robert G. Wyckoff, and defendants and Metropolitan Life Insurance Company and Kenneth F. Kaczmarek, as evidenced by the signatures of their duly authorized counsel, that this action is dismissed with prejudice and without costs or fees.

| AGREED TO BY AND ON<br>BEHALF OF PLAINTIFF | AGREED TO BY AND ON<br>BEHALF OF DEFENDANTS |
|---|---|
| By: _/s/ Kenneth R. Behrend_<br>Kenneth R. Behrend, Esq.<br>Behrend & Ernsberger, P.C.<br>The Park Building<br>355 Fifth Avenue, Suite 1200<br>Pittsburgh, PA 15222<br><br>Counsel For Plaintiff,<br>Robert G. Wyckoff | By: _/s/ B. John Pendleton_<br>B. John Pendleton, Jr., Esq.<br>McCarter & English, LLP<br>One Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br><br>Counsel For Defendants<br>Metropolitan Life Insurance Company<br>and Kenneth F Kaczmarek |

v.

IT IS SO ORDERED on this 7th day of ~~May~~ June, 2007.

*/s/ Donetta F. Ambrose*
DONETTA AMBROSE
CHIEF JUDGE

v.